## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | |
|---|---|---|
| BARBARA STURGIS, | ) | |
| *Individually and as Administrator of the* | ) | |
| *Estate of David Sturgis, Deceased.* | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | CASE NO: 3:19-CV-440 |
| | ) | |
| R&L CARRIERS, INC. ET AL., | ) | |
| | ) | |
| Defendant(s). | ) | |

## PLAINTIFF'S RULE 26a(2)(B) EXPERT DISCLOSURES

NOW COMES the Plaintiff, BARBARA STURGIS, Individually and as Administrator of

the Estate of David Sturgis, Deceased, by and through her attorneys, PHILLIPS LAW OFFICES,

and makes the following Rule 26(a)(2)(B) Disclosures:

(i) a complete statement of all opinions the witness will express and the basis and reasons for them;

(ii) the facts or data considered by the witness in forming them;

(iii) any exhibits that will be used to summarize or support them;

(iv) the witness's qualifications, including a list of all publications authored in the previous 10 years;

(v) a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and

(vi) a statement of the compensation to be paid for the study and testimony in the case.

**David Gibson, M.B.A., M.R.C.**
**Vocational Economics**
**180 N. Lasalle Street,**
**37th Floor, Chicago, Il 60601**

(i)   A complete statement of Mr. Gibson's opinions is attached in his written report in Exhibit A.

(ii)  The facts and/or data considered by Mr. Gibson are included in the written report in Exhibit A.

(iii)  Please see all records, materials and items referenced in Mr. Gibson's report including but not limited to tax returns, w-2s, and deposition testimony in Exhibit A. Plaintiff will also use portions of Mr. Gibson's report as exhibits.

(iv)  Mr. Gibson's CV is attached hereto.  Included in the CV are his qualifications, education and training along with his publications.

(v)  Mr. Gibson's witness testimony is listed and included in Exhibit A.

(vi)  Mr. Gibson charges between $5,400 – 5,900 to prepare a report.
       Mr. Gibson charges $560 an hour for consulting, $760 an hour for testimony and $4900 a full day.

Respectfully submitted,

By:

*Stephen Phillips*

Attorney for Plaintiff

Stephen D. Phillips
Stephen J. Phillips
PHILLIPS LAW OFFICES
161 N. Clark Street, Suite 4925
Chicago, IL  60601
 (312) 346-4262
 (312) 346-0003 (Fax)
email: sphillips@phillipslegal.com
sjphillips@phillipslegal.com

## CERTIFICATE OF SERVICE

I hereby certify that the attached document, Plaintiff's Rule 26 Expert Disclosures, was served by electronic mail, this 16th day of October, 2020, before 5:00 p.m. on this day, upon the following:

Edward W. Hearn – hearne@jbltd.com
Catherin Breitweiser-Hurst – breitweiserhurstc@jbltd.com
Greg Conforti – confortig@jbltd.com

By:  *Stephen Phillips*

Attorney for Plaintiff

Stephen D. Phillips
Stephen J. Phillips
PHILLIPS LAW OFFICES
161 N. Clark Street, Suite 4925
Chicago, IL  60601
 (312) 346-4262
 (312) 346-0003 (Fax)
email: sphillips@phillipslegal.com
sjphillips@phillipslegal.com

# Exhibit A

# VOCATIONAL ECONOMICS INC.

NATIONAL HEADQUARTERS 800-227-0198

180 N. LaSalle Street, 37th Floor, Chicago, IL 60601   312-781-9125                    www.VocEcon.com
799 Roosevelt Rd., Building 6, Suite 208. Glen Ellyn. IL 60137

July 20, 2020

Mr. Stephen D. Phillips
Attorney at Law
Phillips Law Offices
161 North Clark Street
4925
Chicago, IL 60601

RE: David Sturgis

Dear Mr. Phillips:

The loss of earning capacity sustained by David Sturgis is in a range of $426,636 to $605,101 stated in terms of present value.  If personal consumption is to be considered, the loss is in a range of $267,501 to $379,398. Enclosed is our report on your client.

The vocational economic assessment contains our conclusions regarding lost earnings as well as the relevant factors supporting those conclusions.  The vocational economic rationale presents both the philosophy and the methodology employed in assessing the loss. The method is used to assess earning capacity in all cases of either partial or total disability. It is the standard employed by our firm in conducting a vocational economic assessment.

The projections in this report are based on information received to date and may be updated upon receipt of additional information.

Sincerely,
VOCATIONAL ECONOMICS, INC.

For the Firm

David S. Gibson, MBA, MRC

/mg



NATIONAL HEADQUARTERS 800-227-0198

180 N. LASALLE STREET, 37TH FLOOR, CHICAGO, IL 60601   312-781-9125                              WWW.VocEcon.com
799 ROOSEVELT RD., BUILDING 6. SUITE 208. GLEN ELLYN. IL 60137

# VOCATIONAL ECONOMIC ASSESSMENT
## FOR
## DAVID STURGIS

| | |
|---|---|
| **Date of Report:** | July 20, 2020 |
| **Date of Birth:** | September 11, 1964 |
| **Age at Death:** | 53 |
| **Educational Attainment:** | GED |
| **Work History:** | Long-haul truck driver, delivery driver, construction laborer, window installer |
| **Date of Death:** | February 16, 2018 |
| **Information Reviewed:** | Tax returns (2013-17); W2s (2013-17); Deposition of Barbara Sturgis. |

### Case Comments

Upon your request, an assessment was made of David Sturgis's loss of capacity to perform work and earn money as a result of death on February 16, 2018. In conducting the assessment, Barbara Sturgis was interviewed on July 16, 2020 and information forwarded by your office was reviewed.

The information reviewed reveals Mr. Sturgis was an individual with a GED and a CDL. Over his worklife, he functioned as an over the road long-haul truck driver, delivery driver, construction laborer, and window installer.

In assessing loss of lifetime earnings, a variety of issues need to be considered. Assessment of lifetime earning capacity includes consideration of annual earning capacity and worklife expectancy. Once these are determined, present value is calculated. In conducting this assessment, we used data from the US Census Bureau's American Community Survey (ACS).

### Annual Earning Capacity

From 1999 until his death in 2018, Mr. Sturgis functioned as a truck driver. For the last 5 years prior to his death, he drove a tractor-trailer on long hauls for Dalli Trucking, Inc. Prior to this, he drove over the road, as well as some local driving for several other employers. If

not for the injury, he intended to continue driving or possibly switch to operating heavy equipment[1] if he decided to relocate to Florida. Mr. Sturgis had no set plans for retirement at the time of his death.

Based on his age, education, and previous work experience, Mr. Sturgis's premorbid lifetime power to earn money is reasonably represented by the average earnings that accrued to him in 2013-17 excluding 2016,[2] or $45,244 per year, stated in 2020 dollars. This figure was then used to construct an age-earnings profile (AEP)[3] assuming typical growth patterns of males with a GED or an alternate credential and no disability, averaging $43,906 over his total worklife expectancy.  Fringe benefits will be added at the minimum legally required excluding Medicare rate of 8.3%.

The earning capacity considered for Mr. Sturgis is as follows.

**Table 1 Lifetime Average Earning Capacity**

| Basis for Earnings | Premorbid |
|---|---|
| 2013-17 (excluding 2016) average earnings / Male / GED or an alternate credential / No disability | $43,906 |

## Worklife Expectancy

Mr. Sturgis' premorbid worklife expectancy is presented in a range.  In the first scenario, it is statistically computed like that of an average male with a GED or an alternate credential and no disability or 9.0 years from the date of his death.

Mr. Sturgis functioned as a truck driver for 18 years prior to his death. Therefore, he historically defied the statistical average of employment for his cohort and could reasonably have been expected to continue had his death not taken place. In the second scenario, we consider continuous employment to age 67. Assuming he would have worked continuously to the age 67, his premorbid worklife expectancy would have been 12.6 years from the date of his death, reduced only for the probability he would predecease this age.

---

[1] Mr. Sturgis completed a heavy equipment training course, hoping to be able to transition into that field if he moved to Florida.

[2] Mrs. Sturgis reported in the interview that Mr. Sturgis was off work for 9-10 months in 2016 because Dalli Trucking lost a major contract.  Mr. Sturgis returned to driving for Dalli in 2017 when its business picked up once again.

[3] The economic concept of the Age Earnings Cycle is based on the high correlation between age and earnings in that as we become older our earnings tend to increase. This is based on the fact that as we develop experience in a particular task, we become more productive in that task and the labor market will pay a premium for enhanced productivity.

The worklife expectancies that follow are for males beginning at age 53.

**Table 2 Total Worklife Expectancy**

| Education Level | Basis for WLE | Premorbid |
|---|---|---|
| GED or an alternate credential | Statistical | 9.0 years |
| | Assumed to age 67 | 12.6 years |

## Lifetime Loss

The attached Worklife Probability tables calculate Mr. Sturgis' loss of lifetime expected earnings.  The present value figure assumes that future increases in real wage growth will be offset by the real rate of interest or discount over the remaining worklife expectancy. This assumption is supported by the long-term relationship between the rate of return on a conservative investment, such as a 91-day Treasury Bill, and the growth in labor market compensation.

The economic loss stated in this report is reduced for personal consumption. The average level of consumption based on household size is used to estimate Mr. Sturgis' lifetime personal consumption. Mr. Sturgis was married with no dependent children at the date of his death. Based on data from the Consumer Expenditure Survey published by the U.S. Bureau of Labor Statistics,[4] personal consumption is 37.3% of his earnings, depending on a family size of 2 persons.

The table below summarizes Mr. Sturgis' gross and net loss of earnings.  The Worklife Probability table corresponding to assumed work to the age of 67 shows the cumulative loss at each age, allowing the trier of fact to truncate the analysis at any point determined reasonable.

**Table 3 Loss of Earning Capacity**

| Basis WLE | Gross Loss | PC% | Loss Net of PC |
|---|---|---|---|
| Statistical | $426,636 | 37.3% | $267,501 |
| Assumed to Age 67 | $605,101 | | $379,398 |

The projections presented in this report are based on information received to date. Our analysis may be updated or changed upon receipt of new information.

---

[4] Ruble, Michael R., Robert T. Patton, and David M. Nelson. 2019. "Patton-Nelson Personal Consumption Tables 2016-17." Journal of Legal Economics 25 (1-2): 75-89.

# VOCATIONAL ECONOMIC RATIONALE

In cases of death, a Vocational Economic Assessment (VEA) defines the lifetime loss of future earning capacity in terms of present value. This Vocational Economic Rationale (VER) presents both the philosophy and the methodology employed in these assessments. It is the standard employed by Vocational Economics, Inc., in conducting a VEA.

# Introduction

The U.S. Supreme Court's decisions in *Daubert* (1993) and *Kumho* (1999) require that expert testimony meet the general tests of "reliability" and "relevancy." The Court, however, has recognized the inexact nature of assessments for lost earnings. In *Jones and Laughlin Steel v. Pfeifer* (1983), the Court stated that:

> By its very nature the calculation of an award for lost earnings must be a rough approximation. Because the lost stream can never be predicted with complete confidence, any lump sum represents only a "rough and ready" effort to put the plaintiff in the position he would --have been in had he not been injured.

More than thirty years after the *Jones and Laughlin Steel v. Pfeifer* case, one might argue that improved Census Bureau data enable the expert to provide an empirically-based "rough and ready" effort to make the decedent's estate economically whole. However, the expert opinion is still an estimate. It is not an absolute statement of what would have occurred for a decedent. No such opinion could ever be stated; rather, the expert defines what probability data tell us about persons most like the decedent, using both the best data available and clinical judgment. It is up to the trier of fact to make the ultimate decision as to what is most probable for the decedent in terms of future loss of earning capacity.

A VEA is a forecast of future lost earnings. In conducting the assessment, vocational and economic experts consider the unique characteristics of the individual being assessed in combination with relevant career development and economic theory. Experts apply population statistics to individuals to predict a variety of future probable occurrences.

As noted by Marcia Angell in *Science on Trial* (1997, 115):

> Courtroom trials are not about populations, they are about individuals. . . . We have no basis, at least in the current state of knowledge, for making a judgment about a particular woman. We therefore *must* appeal to epidemiological data – that is, studies of populations.

As stated by Gibson (2001, 21), "Statistical averages have long been accepted as a means for prediction – life expectancy, earnings, and others – and have long been accepted for use in the courts. No statistic, no matter how fine-tuned, can provide an exact predictor of an individual's future." Nonetheless, utilizing statistical methodologies is a powerful method for arriving at a more empirically-based opinion.

Earnings proxies and worklife expectancies are derived from average rates for various populations. Experts use available statistics about populations and apply them to meet the specifics of the case by considering how earnings or worklife expectancy statistics match the decedent's circumstances and characteristics. Data are used by persons who understand the principles on which they are based and the population to which they are applied.

The purpose of this VER is to define the principles underlying assessments of lost earnings as well as the methodology employed in conducting a VEA. A previous edition of this VER has been published in its entirety in the peer-reviewed journal *Estimating Earning Capacity: A Journal of Debate and Discussion* (Gamboa, Tierney, et al. 2009).

U.S. government surveys have been used successfully in thousands of cases over the past thirty-five plus years. As documented throughout this rationale, the data are widely used by prominent researchers to measure the earnings and employment for individuals. Recognition of the use of government survey data continues to increase in numerous district court and appellate court decisions. The data serve as an excellent aid to the trier of fact in assessing economic loss.

## American Community Survey

The U.S. Census Bureau's American Community Survey (ACS), the largest annual survey in the United States, is the only source of statistics on a wide range of important characteristics for all communities (Groves 2012). As such, the Census Bureau recognizes the ACS as the preferred source for examining small geographic areas and finely detailed categories on their website under *Guidance on Differences in Employment and Unemployment Estimates from Different Sources* (2017). The ACS has been conducted since 2000. Since 2005, its annual sample size[1] has been over 3 million persons per year, with annual response rates of 97 percent or more (Groves 2012).

In October of 2014, the U.S. Census Bureau published *American Community Survey: Handbook of Questions and Current Federal Uses* (October 2014). The publication provides examples of how the survey data collected are used. Federal uses of the data include use by the U.S. Department of Commerce, in conjunction with the Federal Communications Commission, to determine whether residential households own computers and access the internet.

## Annual Social and Economic Supplement (ASEC)

The Current Population Survey (CPS) is the primary source of labor force characteristics for persons in the United States (U.S. Census Bureau 2019) and the source of the government's monthly unemployment rates that are widely quoted by the media. The CPS is used for a wide variety of purposes within the Federal government.

In March of every year since 1981, the CPS expands to collect more information on income and employment. The Annual Social and Economic Supplement (ASEC) to the CPS provides earnings

---

[1] The sample is 1% of the U.S. population annually, and is made available in the ACS Public Use Microdata Sample (PUMS).

Revised 7/1/2020   © *Copyright 2020 Vocational Economics, Inc.* Vocational Economic Rationale

and employment data through expanded questions (U.S. Census Bureau 2019). The U.S. Census Bureau began publishing data from the March Supplement in the 1980s (1983) (1989).

# Meeting *Daubert* and *Frye* Criteria

*Daubert* (1993), as expanded by the subsequent *Kumho* (1999) decision, requires that all expert testimony meet the general tests of "relevancy" and "reliability." Quantifying lifetime expected earnings requires exploration of expected annual earnings and worklife expectancy based in scientifically sound estimates. Since use of statistics discussed in this rationale is for measurement of these variables, it is assumed that the relevancy criterion is met (Gibson 2001).

With regard to "reliability," the Court held that scientific evidence must be "grounded in the methods and procedures of science." *Daubert* provides four flexible factors to determine if the evidence qualifies: testing, peer review and publication, error rates and standards controlling the technique's operation, and general acceptance in the relevant community. As updated by *Kumho*, the court stressed that not all factors may apply with every case, especially in the social sciences. The factors serve as flexible guidelines to assure the expert employs the same level of intellectual rigor as he or she would outside the courtroom when working in the relevant discipline.

## Testing

The scientific testing criteria are principally directed at the "hard" sciences and engineering, and have less significance for vocational and economic testimony, which focuses on the future experience of people, which can never be tested or known with absolute certainty. However, data from the ACS and ASEC are produced and extensively tested by the U.S. Department of Commerce, Bureau of the Census. Sum and other researchers from the Center for Labor Market Studies at Northeastern University (2010) independently verified the worklife values contained within the *Gamboa Gibson Worklife Tables* (Gamboa and Gibson 2010). The worklife expectancies contained within the tables were congruent with the data examined by the center.

## Peer Review and Publication

Use of the underlying ACS and ASEC data to measure earnings and employment is the subject of multiple published and peer reviewed articles. The U.S. Census Bureau recently partnered with the Population Reference Bureau (PRB) and Sabre Systems to form a new American Community Survey Users Group. Its purpose is to improve understanding of the value and utility of ACS Data and to promote information sharing among its users about key issues and applications. Presentations on VEI's use of the ACS data have been part of the ACS Data Users Conference Programs in 2014 (Gibson 2014), 2015 (Gibson 2018), and 2017 (Gibson 2017). A bibliography including over 100 publications using the ACS and/or ASEC data is available.

Both government and non-government researchers rely on the ASEC employment rates and earnings figures for nonforensic purposes. Marianne Bitler and Hilary Hoynes (2015) examine the effects of economic cycles on low- to moderate-income families using CPS data. Hoynes (1998) also published an article through an academic research center using 1975 to 1997 data to study the effect of business cycles on the employment and earnings of high skilled and less skilled workers.

Revised 7/1/2020   © *Copyright 2020 Vocational Economics, Inc.* Vocational Economic Rationale

Ilg and Haugen (2000), employees of the U.S. Bureau of Labor Statistics (BLS), use ASEC data to look at the relationship between employment and earnings trends during the 1990s for high-, middle-, and low-paying job categories. Another BLS employee (Meisenheimer II 1992) used ASEC data to study the employment experiences of immigrants.

## Error Rate

The error rate is primarily intended to apply to the "hard" sciences and engineering in conjunction with the testing performed in those disciplines (e.g., reliability of a bolt securing a heavy sheet of metal). One can, however, compute the standard error of a worklife expectancy using the formula for the standard error of acceptance. The large sample sizes of the ACS and ASEC surveys assure low standard error rates. Sample size and its relationship to reliability are discussed further in the "Reliability" section below.

## General Acceptance in the Relevant Community

The *Daubert* test (as well as the *Frye* decision (1923) still used in many states) requires experts to apply generally accepted methodology. Proof that the ACS and ASEC data meet this burden is offered through the multiple peer reviewed and other publications cited throughout this document. The "relevant community" is the community of researchers who rely on both ACS and ASEC data to determine both earnings and employment levels for various groups of the population. By way of example, Farber (2015) (2005) regularly uses information from the CPS in assessing the experience of displaced workers, while Fullerton (1999) uses labor force participation data from the CPS to account for differences among races and the sexes. Further, a thorough examination of the *Monthly Labor Review* published by BLS reveals several forensic and nonforensic authors citing ASEC and ACS data in their research. "Each month, economists, statisticians, and experts from the Bureau join with private sector professionals and State and local government specialists to provide a wealth of research in a variety of fields."[2]

## Validity

One issue is the question of the validity of ACS and ASEC data in estimating earnings and employment levels. Validity refers to whether or not the data collected measure what they are designed to measure, i.e., earnings and levels of employment. If we were talking about a test, then the question would be, "Does the instrument test what it is intended to test?" If we are talking about sampling, then the question would be, "Does the sample accurately reflect the population in question?"

There are different types of validity, but the over-arching type is construct validity. In a VEA, the constructs in question are the earnings and employment levels of the various populations. The question is, "Do the samples of data we have at hand (ACS and ASEC) accurately measure the earnings and employment levels of persons, for instance, with various levels of educational attainment?"

---

[2] *Monthly Labor Review* online, About Monthly Labor Review Online, http://www.bls.gov/opub/mlr/about.htm

Revised 7/1/2020  © *Copyright 2020 Vocational Economics, Inc.* Vocational Economic Rationale

In order to assess the accuracy of the data, we look at other types of validity: face validity and content validity. Face validity refers to the extent to which the sample looks like the population in question. Content validity in this context refers to the questions asked of the participants in the sample, namely their earnings and employment history.

The ACS and ASEC have both face validity and content validity in that the samples are taken from populations of individuals who have known levels of educational attainment, and these individuals are questioned about their employment and earnings. There is also convergent validity, in that the two data sets that purport to be assessing/measuring the same construct are in agreement to an acceptable degree.

Both the ACS and ASEC samples are in agreement in very important dimensions. Both sets of data show that earnings and employment levels for individuals with different educational attainment are in the direction that is expected. Those with lower attainment show lower earnings and lower levels of employment than individuals with higher attainment. It can also be concluded that the ACS and ASEC data have concurrent validity, in that the data have the ability to distinguish between two groups that should theoretically be different, e.g. those with a high school diploma vs. those with a college degree.

One should note that validity is always a matter of degree and not a black or white issue. Validating a construct/theoretical relationship is always a matter of degree. For example, even before the ACS data were published, judgments and decisions were made based on ASEC data. The ACS data could be considered a further refinement and validation of the theoretical relationship between earnings, employment, and educational attainment.

## Reliability

Another issue is the question of the reliability of ACS and ASEC data in estimating earnings and employment levels. Reliability refers to the consistency or the repeatability of a measurement operation. For example, if we were measuring the intelligence of an individual, we would want to obtain the same IQ score or nearly the same IQ score each time the individual was evaluated using the same test of intelligence. Likewise, if we take repeated samples of a defined population of people, we would hope to obtain similar scores for each sample. It is important to note that high reliability does not necessarily mean high validity. There can be high reliability, but no validity. For example, we might obtain highly reliable and consistent measures of swimming speed, but these data would not be valid with regard to the mathematic ability of the swimmers. Reliability is necessary, but it is not a sufficient condition for validity. Reliability refers to the precision of measurement of a sample; validity refers to the accuracy of the sample in representing the characteristics of the population.

In assessing reliability, the size of the sample is of critical importance. The larger the sample size is, the more inclusive and representative the sample becomes of the general population. Therefore, opinions and conclusions based on the data can be drawn with a higher degree of confidence that the results would match a census of the general population. Both the ACS and ASEC use very large samples. The sample size of the ASEC is more than 100,000 individuals annually. The ACS sample size is in excess of three million. Therefore, it would be expected (and is true) that the

Revised 7/1/2020  © *Copyright 2020 Vocational Economics, Inc.* Vocational Economic Rationale

potential error would be extremely small for both sets of data, and the overall data sets would be expected to be highly reliable.

## Issues in Validity and Reliability

It must be stressed that by its very nature statistical data always have limitations. Many times, the limitations of statistical data can be improved by collecting still more data. For example, the methods by which individuals are classified as being disabled or nondisabled and degree or type of disability could be investigated from the standpoint of inter-rater reliability, which measures the consistency of the individuals doing the judging or categorizing of persons with a disability. Likewise, a longitudinal study following a group of individuals over a lifetime of work could provide a goldmine of useful data. However, the factors limiting such data-collection projects are always time and costs. It would take upwards of 40 years to complete the longitudinal study contemplated in this paragraph.

In the meantime, the ACS and ASEC data sets are the largest and best available for measuring earnings and employment levels. A qualified expert must understand the nature of the data and exercise clinical judgment specific to the individual being evaluated. It is the combination of understanding the data and clinical judgment that can best aid the trier of fact.

It is generally accepted that rational decision-making requires the use of both probability statistics and professional judgment (Rubin 2003). While the U.S. Census data that emanate from both the ACS and ASEC provide an excellent data source for defining both earnings and employment levels, applying the data to a specific individual requires a thorough understanding of the data in combination with an understanding of the unique traits and characteristics of the individual. Professional judgment by the forensic expert is necessary to determine from which population to draw the statistics to measure the expected earnings and employment rates of a given decedent.

## Earning Capacity

Estimating earning capacity over a lifespan requires an analysis that is both vocational and economic in nature. The VEA is a three-step process. It requires a definition of each of the following: earning capacity, worklife expectancy, and a present value calculation.

## Defining Earning Capacity

In order to perform a VEA, it is necessary to first understand the concept of earning capacity. Surprisingly little has been written in the forensic vocational or forensic economic literature on the topic of earning capacity. Horner and Slesnick (1999) discuss the concept and the need for a dialogue on the topic. In assessing earning capacity, they discuss the concepts of actual earnings, expected earnings, and earning capacity. These three concepts provide a framework for determining a loss of earning capacity in litigation. In response to their article, Tierney and Missun (2001, 3) define earning capacity from the perspective of a process model. They indicate, "It differs from traditional models by forsaking the essentialist categories of actual earnings, expected earnings, and earning capacity as commonly defined . . . It focuses on the process applied in assessing lost (future) earnings from which the earning capacity of a particular individual can

emerge." Field (2008) provides a historical analysis of future earnings from the perspective of a five-fold venue, one of which is earning capacity.

Earning capacity is a term used by the courts to identify one component of monetary damages. Earning capacity differs from wage loss. Wage loss is retrospective, while earning capacity is prospective. Wage loss occurs when an employed individual is unable to continue employment in his or her occupation. It is typically a temporary condition.

Earning capacity represents an individual's ability or power to earn money. It is the sum total of what one brings to the marketplace intellectually and physically. Education, skills, general learning ability, and the like comprise intellectual capacity. Ability to perform the physical activities associated with various jobs constitutes physical aptitude. These physical and intellectual attributes comprise human capital, and it is this human capital that enables a person to produce cash flows over a worklife.

## Human Capital

The courts generally acknowledge that something other than wage loss must be compensated for if the individual was likely to have future earnings. If the courts ignored potential to earn and focused on wage loss alone, infants, children, or young adults with a nonexistent or limited earning history would be unable to recover monies likely to be lost as a result of death.

The language used by the court is synonymous with what economists call human capital. Capital is anything that produces wealth. It can be $100,000 invested in a certificate of deposit earning five percent per year or the same amount of money invested in ten, $10,000 lawn mowers. Each represents a form of capital, with the mowers requiring workers before a return on the investment is realized after expenses associated with labor and equipment are considered.

Human capital is defined by economists as the acquisition of knowledge, skill, and understanding as a result of education, training, and experience that allows an individual to sell his or her services in the marketplace in exchange for wages and fringe benefits (Press 2020). The predictors of human capital are two-fold: intelligence and physical ability. These precursors were first introduced and defined by Gamboa in Thomson West (2006) and serve as the most fundamental building blocks of human capital. Each of the twelve-thousand plus occupational titles contained in the *Dictionary of Occupational Titles* (DOT) are identified as having one of five different levels of general learning ability or intelligence in order for the specific occupation to be performed satisfactorily by a worker (National Academy of Sciences, Committee on Occupational Classification and Analysis 1981). While these definitions are subjective estimates made by employees of the U.S. Department of Labor, they serve as a superb estimate of probable level of intellectual capacity needed for the thousands of occupations identified in the DOT.

There is a strong positive correlation between the variables intelligence, education, skill level, and earnings. Herrnstein and Murray (1994) do an excellent job of examining the relationship among these variables and earnings. Similarly, Gladwell (2008, 79) notes that the higher the IQ score, "the more education you'll get, and the more money you're likely to make, and – believe it or not – the longer you'll live." Gamboa and Gibson (2006) note that these same variables increase both earnings and worklife expectancy, and Gibson (2015) quantifies lifetime earnings by education,

Revised 7/1/2020   © *Copyright 2020 Vocational Economics, Inc.* Vocational Economic Rationale

age, gender, and disability status. The length of employment over the life expectancy adds significantly to lifetime earnings.

Intelligence and physical ability, the precursors to human capital, are used to define earning capacity loss in cases involving infants or children too young to be tested. Absent testing, parental level of educational attainment can be used as an estimate of the infant or child's capacity to complete formal education. There is a positive correlation between intelligence and level of educational attainment. Another approach involves IQ testing by a psychologist familiar with the statistical techniques used to account for regression toward the mean. By IQ testing of each biological parent, a specific IQ score can be used for an infant or child. However, either the education approach or the IQ testing approach is acceptable as an estimate of infant or child level of general learning ability.

Occupations require varying degrees of physical capability. Some occupations require physically strenuous activity while others require little to no physical exertion. The U.S. Department of Labor identifies a myriad of physical demands associated with the occupational titles contained in the DOT. Generally speaking, the occupations range from sedentary to very heavy and include a variety of exertional activities such as climbing, bending, reaching, prolonged standing, etc.

## Assessing Earning Capacity

Earning capacity is the usual standard for defining lost earnings. Earning capacity is sometimes defined as the "high end" of what a person can earn, in terms of both the annual salary and the number of years worked over a lifetime. The courts, however, usually do not accept damage arguments that would push the concept of earning capacity beyond the bounds of common sense. Our approach in assessing earning capacity is to look at the individual's reasonably expected earnings.

The process of analyzing a case involves answering a series of questions, with each question having several options. Through the process of answering these questions, an individual's earning capacity will emerge. In assessing an individual's annual earning capacity, the choices are to use either actual earnings or a proxy. In most instances, a mature worker's actual earnings are congruent with future lifetime earning capacity. In cases where historical earnings are used to measure future earning capacity, an individual's historical earnings must be restated to present day dollars for proper comparison. Important sources of information are available from BLS:

- Consumer Price Index, All Urban Consumers (CPI-U) (2019)
- Major Sector Productivity and Costs Index: Business Sector, Hourly Compensation (2019)
- National Employment, Hours, and Earnings: Average Hourly Earnings of Production Workers (2019)

However, younger workers rarely have earnings that reasonably represent an average lifetime earning capacity. Vocational theorists note that individuals typically go through a series of stages before settling into a career. Young children and adolescents experience a fantasy stage (the young child desires to be a policeman, trapeze artist, etc.). In late adolescence and early adulthood, an individual experiences a period of exploration at which time a variety of career options are explored, assessed, and evaluated (college students changing majors exemplify the exploration

Revised 7/1/2020   © *Copyright 2020 Vocational Economics, Inc.* Vocational Economic Rationale

process). As the worker matures, he or she tends to become established in a career. One then proceeds through a period of maintenance and, finally, decline (Ginzberg, et al. 1951) (Super 1957).

This vocational process of career development is conceptually related to the economic concept of the Age-Earnings Cycle. There is obviously a high correlation between age and earnings in that earnings tend to increase as the worker ages because experience enhances productivity, and more productive workers earn a premium in the labor market. It should be noted that the ability to be productive is based on the acquisitions of skill, the intellectual and physical aptitudes that one brings to the marketplace, and, of course, the level of educational attainment achieved by the worker. Gibson and Gibson (2017) use ACS to present age-specific earnings by gender, level of educational attainment, and by disability status.

Proxy earnings may be specific to the worker's education level, occupation, or to the labor market, as well as to the worker's gender, disability, and/or age. Proxy earnings can be found in the Occupational Employment Statistics from BLS (2019). Data from the ACS (U.S. Census Bureau 2018) and ASEC (1998 forward) surveys can also be used to calculate average earnings of individuals by gender, level of educational attainment, and by disability status.

Beginning with the 2005 ACS, national average earnings can be calculated by occupational grouping, and state and local averages can be calculated by gender, education level, and disability status. Further refined by the ACS, occupation earnings can be delineated by education. Gibson refined and updated the inaugural presentation given at the ACS Data Users Conference (2014) to demonstrate additional measures of earning capacity for individuals. The data demonstrate that expected earnings tend to increase with education even within specific occupations (Gibson 2018).

Once the expert establishes annual earning capacity, appropriate fringe benefit and worklife expectancy values are applied to project lifetime earnings. Either actual fringe benefits or a statistical average is used. Statistical averages for fringe benefits may be derived from BLS's *Employer Costs for Employee Compensation* (2019). Another source for health care coverage emanates from the Kaiser Family Foundation's health insurance survey (2019).

# Worklife Expectancy

The second decision point in a VEA requires the expert to define worklife expectancy.

## Defining Worklife Expectancy

Worklife expectancy is a statistical average, derived by summing a series of joint probabilities of life, participation, and employment (LPE) from a given age through age 89. The notion of worklife expectancy is not unique to the forensic setting, as evidenced by the various articles by Millimet et al., referencing ASEC data (Millimet, Nieswiadomy and Slottje 2010) (Millimet, Nieswiadomy and Ryu, et al. 2003). The worklife methodology used in VEAs was introduced as the LPE method by Brookshire and Cobb (1983) and refined by Brookshire, Cobb, and Gamboa (1987) to include persons with a work disability. With this methodology, a person's earning capacity is reduced by the probability of being alive and employed.

The notion of discounting an individual's future earning capacity by the probability of being alive and employed first appeared in an appellate court decision entitled *O'Shea v. Riverway Towing* (1982, 1194) written by Richard A. Posner. In commenting on the plaintiff's before injury expected earnings, he notes:

> If the probability of her being employed as a boat's cook full time in 1990 was only 75 percent, for example, then her estimated wages in that year should have been multiplied by .75 to determine the value of the expectation that she lost as a result of the accident; and so with each of the other future years.

In terms of assessing after injury expected earnings, he describes the following:

> Here is a middle-aged woman, very overweight, badly scarred on one arm and one leg, unsteady on her feet, in constant and serious pain from the accident, with no education beyond high school and no work skills other than cooking, a job that happens to require standing for long periods which she is incapable of doing. It seems unlikely that someone in this condition could find gainful work at the minimum wage. True, the probability is not zero; and a better procedure, therefore, might have been to subtract from Mrs. O'Shea's lost future wages as a boat's cook the wages in some other job, discounted (i.e., multiplied) by the probability-very low-that she would in fact be able to get another job. But the district judge cannot be criticized for having failed to use a procedure not suggested by either party. The question put to him was the dichotomous one, would she or would she not get another job if she made reasonable efforts to do so? This required him to decide whether there was a more than 50 percent probability that she would. We cannot say that the negative answer he gave to that question was clearly erroneous.

The opinion reflects a "better procedure" for estimating future expected earnings – that of utilizing probability statistics to better define future expected earnings in assisting the trier of fact. The O'Shea case involves a woman with a severe work disability. The probability of employment for a 57-year-old female high school graduate with a severe work or physical disability is .044 or .116, respectively, compared to a probability of employment of .654 or .673 for a female of the same age and education with no disability (Gamboa and Gibson Revised 2015).

## Assessing Worklife Expectancy

Because worklife expectancy is a statistical average, exercising professional judgment is essential when defining probable worklife expectancy in years. Worklife expectancy is specific to gender, career pattern, education, age, and disability.

When assessing worklife expectancy, it is important to consider the individual's work history. Typically, males have worklife expectancies that are greater than females. However, a specific female may demonstrate a work pattern that is more like that of an average male of the same age and level of education than that of a female. A recent article in the *Journal of Economic Perspectives* highlights increased labor force participation rates for women using data from the ASEC as well as the SIPP (Goldin and Mitchell 2017). Similarly, some males may exhibit a pattern

of work that is unlike that of an average male with a similar age, education level, and disability status. The specifics of each individual must be considered when assigning worklife expectancy.

Defining worklife expectancy for an individual also requires examination of personal and economic incentives of work. Individuals who are members of labor unions, for example, may have economic incentives in the form of pension receipts to maintain work until a specific age. Older workers with younger children may have economic incentive to maintain employment and support further educational attainment. Individuals with demonstrated employment higher than their statistical cohort may be expected to continue. Using rates of continuous employment may be appropriate in all or any of the above examples.

# Present Value of Future Lost Earnings

The last decision point in a VEA is the statement of future loss of earnings in terms of present value. Present value in a litigation context specific to loss of earning capacity refers to the amount of money needed today which, when prudently invested, will replace a future stream of lost earnings. The present value sum plus accumulated interest should provide periodic cash payments to replace the expected lost earnings over the decedent's worklife expectancy, with no shortfall or overage.

The calculation of present value considers two facts. The first fact is earnings tend to increase over time. For example, the average teacher in 2016 is likely to earn less than the average teacher in 2026. As a result, present value of future lost earnings must consider the fact that earnings are likely to increase over the time period that losses are projected. The annual rate of increase is often referred to as the growth rate.

The second fact concerns a financial consideration. If an amount of money is invested today for future lost earnings, interest can be earned from investing this money before the loss occurs. For instance, money in-hand today to compensate for loss of earnings as a teacher in 2026 should also consider interest that can be earned from investing this money until 2026. The interest rate used to reduce loss of future value earnings to present value is often referred to as the discount rate.

Growth and discount rates can either be stated as "nominal" or "real" rates. Nominal rates include inflation while real rates are net of inflation. For example, suppose in a particular year the general rate of inflation as measured by the Consumer Price Index (CPI) is 3%, and an investment yields a 5% rate of interest. The nominal rate of interest is 5%. However, there would only be a 2% gain in terms of the real purchasing power of the money earned because inflation has also risen at 3%. The real rate of interest in this example would be 2%. Likewise, a person with a 5% increase in earnings in a year when the general rate of inflation was 3% would have a 5% nominal and 2% real growth in earnings. Present value calculations can either be performed with real or nominal rates. Both approaches are acceptable for computing the present value of a future stream of lost earnings.

## Growth Rate for Compensation

Before selecting a growth rate, one must consider precisely what is being grown. There are a number of fairly common misunderstandings in this regard that deserve mention. For example,

Revised 7/1/2020  © *Copyright 2020 Vocational Economics, Inc.* Vocational Economic Rationale

some attorneys refer to the growth rate as "inflation." The word inflation in the field of economics typically refers to an increase in consumer prices, as measured by the CPI. The rate of increase in the CPI may not be the same as the rate of growth in earnings since consumer prices and a worker's earnings are different variables.

Another common misunderstanding is the belief that the growth rate is the rate of increase in wages. Since a "lost earnings" analysis considers both base wage and fringe benefits, the growth rate should consider both components. Fringe benefits such as health coverage and retirement have an economic value, which is part of what a person earns in exchange for their employment. A person may have an economic incentive to accept a lower paying job because it offers better benefits. In other instances, a person may have an economic incentive to accept a job with no benefits, other than those that are legally mandated, if they are compensated with relatively high wages. For these reasons, total compensation (wages plus benefits) is generally the appropriate variable to examine when discussing what is often referred to as growth in earnings.

Figure 1 shows historical rates of growth for inflation, wages, and total compensation, all from BLS. The data summarized in Figure 1 show that the rate of growth in total compensation has consistently outpaced both inflation and wage growth for short-term as well as long-term time periods. Thus, any analysis of lost earnings conducted during those periods that used a growth rate measured by wages only, would have underestimated the actual growth.

Having decided to examine compensation data, instead of inflation or wage data, the next step towards choosing a growth rate is a selection of historical time period(s) that should be considered for the assessment. Averages for different time periods will obviously result in different average nominal and real rates of growth for compensation.

Future projections are made with uncertainty to the future state of the economy. For example, no one could say with great certainty whether or not inflation will be relatively high or low ten years from now, whether or not our economy will be in a recession at that time, etc. For these reasons, a reasonable and fair estimate of the future rate of growth in total compensation should generally be based on long-term data for average growth in total compensation. Long-term averages cover many years, including years of recession and strong economic growth as well as years with high and low levels of inflation. The same time periods examined for compensation growth should be reviewed for interest rates used to discount an award to present value, as discussed in the following section. Therefore, the selection of historical time period(s) to consider for future compensation growth must also be appropriate for choosing a fair and reasonable discount rate.

## Interest or Discount Rate

The next step in computing present value is to reduce the future cash flow values for interest the decedent's estate can earn by investing a lump-sum award. That is, we must reduce the future value of projected cash flows for the interest the decedent's estate can earn since the damages award is in advance of the anticipated occurrence. Choice of the rate used to measure interest is critical since the higher the assumed interest rate, the larger the reduction and the lower the needed lump-sum award.

Revised 7/1/2020   © *Copyright 2020 Vocational Economics, Inc.* Vocational Economic Rationale

Finance theory refers to this process as *discounting* and the rate applied as the *discount rate*. Further, such theory recognizes that discount rates are comprised of expected inflation, a real rate of return, and a risk premium. Whether valuing business income, a potential investment, or future wages, theory requires that the rate used reflect the overall riskiness of the measured cash flow. Valuation of lost future compensation is not measurement of a speculative investment, but the replacement of the bread and butter the decedent was putting on the family table. As such, the risk premium component should be valued at zero.

This is similar to the approach proposed by Brody over thirty years ago (Brody 1982). Further, this approach is consistent with that prescribed by the U.S. Supreme Court (Jones and Laughlin Steel Corporation v. Howard E. Pfeifer 1983), in which they dictate use of the "best and safest investments" and a "risk-free stream of earnings."

With the intent of applying a risk-free discount rate, we must determine the best instrument to measure this rate. Risk of debtor default brings increases in interest rates to compensate the creditor for the risk assumed. Thus, the instrument used should bear no such risk. Experts agree that the closest instruments to being free of such risk are the bonds and bills issued by the United States Treasury. However, our search for a risk-free rate does not stop with identification of the issuer of the instrument. The Treasury offers many forms and durations of debt instruments. Consider two extremes presented in Figure 1 debt instruments with 91-day and 10-year maturities. As shown, longer-term commitments regularly command higher interest rates, despite the fact that both bear the same risk of default, considered to be zero. Investors command a premium to compensate for the long-term commitment and the inherent risks associated with it, including the risk of inflation.

**Figure 1 Key Growth and Interest Rates[3]**

| Period | Inflation | Wage Growth | Compen. Growth | 91-Day | 10-Year[4] |
|---|---|---|---|---|---|
| 60 years (1959-2019) | 3.7% | 4.1% | 4.9% | 4.6% | N/A |
| 50 years (1969-2019) | 4.0% | 4.1% | 4.9% | 4.7% | 6.3% |
| 40 years (1979-2019) | 3.2% | 3.3% | 4.0% | 4.3% | 6.0% |
| 30 years (1989-2019) | 2.4% | 3.0% | 3.4% | 2.8% | 4.5% |
| 20 years (1999-2019) | 2.2% | 3.1% | 3.2% | 1.7% | 3.4% |
| 10 years (2009-2019) | 1.8% | 2.4% | 2.5% | 0.6% | 2.4% |
| 5 years (2014-2019) | 1.5% | 2.9% | 2.9% | 1.1% | 2.3% |

---

[3] Rates shown are the geometric averages for the identified periods of time using data from the following sources:
- U.S. Bureau of Labor Statistics - Inflation (Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average 2019) , Wage Growth (Major Sector Productivity and Costs Index: Business Sector, Hourly Compensation 2019), and Compensation Growth (National Employment, Hours, and Earnings: Average Hourly Earnings of Production Workers 2019)
- Federal Reserve Bank – 91-day Treasury Bill (3-Month Treasury Bill Secondary Market Rate Discount Basis 2018) and 10-year Treasury Note (Market Yield on US Treasury Securities at 10-year Constant Maturity Quoted on Investment Basis 2018).

[4] 10-year Treasury Bonds did not exist until 1962.

Revised 7/1/2020   © *Copyright 2020 Vocational Economics, Inc.* Vocational Economic Rationale

The risk of inflation arises because interest rates and note values change with inflation. As shown in Figure 1, interest rates rise and fall with inflation. If an investor buys a 10-year note in a period of low inflation, a rise in inflation will decrease the value of the investment and the real rate of return. As noted by Pelaez (1995, 54), discounting lost earnings by a long-term rate is asking the plaintiff "to accept risk in order to reduce the tortfeasor's liability."

In addition, multi-year Treasury instruments can carry a tax disadvantage for the buyer. Some Treasury instruments pay no interest until maturity. However, an imputed annual interest amount[5] is required to be realized as taxable income, resulting in annual tax payments before receipt of any cash flow from the investment. Standard long-term Treasury notes do pay interest every six months. However, even these may have a hidden tax disadvantage, since adjustment of a bond's face rate to the rate commanded by financial markets is achieved by paying more or less than the face value of the bond or through an "Original Issue Discount." This difference is also amortized over the life of the bond and realized as an adjustment to interest earned. Thus, in cases where the market rate exceeds the face rate, the buyer will pay less than the face value of the bond and pay taxes on the annual amortization even though the actual cash will not be received until the bond's maturity.

As a preferred alternative, short-term rates such as the 91-day Treasury Bill[6] provide the same protection against the risk of default. Moreover, they provide the added protection against inflation risk by cycling maturities to meet needed cash flows and avoid the tax disadvantages of long-term bonds. Choice of a 91-day Treasury as a measure of the risk-free discount rate is supported in financial literature and in forensic economic articles such as Pelaez (1989), Lawlis and Male (1994), and Altmann (2002).

Some alternatives occasionally proposed by other experts include the following:

- **Long-term Treasury Notes or Bonds** – As discussed above, these instruments all provide greater risk from inflation and may present tax disadvantages.
- **Treasury Inflation-Protected Securities (TIPS)** – Issued by the United States Treasury, TIPS bonds have an appeal of offering an instrument with no risk of default that is also protected against inflation. However, the market for these relatively new instruments is still imperfect as noted in many articles including Shen and Corning (2001) and Kopcke and Kimball (1999). This has even resulted in negative inflation-adjusted yields (Gongloff 2008).
- **Municipal Bonds** – High-grade debt instruments may provide less risk than the corporate bond market. However, as demonstrated in past financial crises and likely in the current economic environment, they are far from the level of protection offered by U.S. Treasury instruments.
- **Stock Market** – Although some may proffer discount rates derived from general stock market returns, in no event can these be considered to meet the requirements of risk-free

---

[5] This imputed interest is known as *accretion*.
[6] We note that the U.S. Treasury also offers instruments of even shorter duration: 4-week Treasury Bills. These instruments have only been available since 2001, so they do not have a long-term measurable trend. However, in their tenure, they generally have a rate of return comparable to 91-day Treasury Bills.

Revised 7/1/2020   © *Copyright 2020 Vocational Economics, Inc.* Vocational Economic Rationale

rates, regardless of the stature of the companies included. This is certainly demonstrated by the market performance in the economic crisis that began in 2008.

Thus, in our opinion, at the time of this writing, the nature of claims and known court guidelines mandate use of a risk-free discount rate when valuing lost earnings. The best measure of this rate is offered by a 91-day Treasury bill.

## Present Value Calculation

There are two important variables to be considered in arriving at the present value of a future loss of earning capacity. The first is the growth factor to be used. The second is the discount factor. If the growth factor is greater than the discount factor, a net negative discount results. If a pure offset, also referred to as a net neutral discount, is used to arrive at present value, the growth factor is equal to the discount factor, resulting in a present value sum less than the value achieved if a net negative discount is used. A third approach to arriving at present value is referred to as a net positive discount. The discount factor is assumed to be greater than the growth factor, resulting in a present value sum less than the value achieved if a net neutral discount is used.

The standard methodology employed in arriving at a present value calculation embraces the following formula:

$$PV = \sum CF \left( \frac{1+G}{1+D} \right) n$$

PV = Present Value
$\sum$ CF = Summation of the cash flows
G = Growth rate for compensation
D = Discount rate of interest rate
$n$ = years of compounding and discounting

All present value calculations utilize the same methodology. Different present value sums are derived as a function of the growth and discount factor used. When a pure offset is used, the growth and discount factors are set as equal to one another. The effect neutralizes the future cash flows resulting in a net neutral discount. Therefore, the summation of each of the future cash flows stated in terms of today's dollars becomes the present value.

Economic literature provides substantial support for a total offset to value lost earnings. Altmann (2002, 40) reviews historical cycles and notes that any disturbance between equilibrium of growth and discount rates tends to be temporary due to "powerful economic forces" that cause the net discount rate to regress to 0%. Lawlis and Male (1994) found a random walk relationship between growth and interest and held that a total offset is the least potentially biased net discount rate.

Brody (1982) observed that with risk held to 0%, the only factors to consider are productivity gains (growth) and the real interest rate. He held that a total offset had been the most accurate net discount rate in the preceding twenty years.

Carlson  (1976, 628) noted that when inflation is fully anticipated by the financial and labor markets, wage increases and bond yields were essentially equal. He held that use of a total offset was not only accurate but eliminated much of the confusion generated in courtrooms debating the appropriate rates, classifying such debate as "just plain silly and unnecessary."

Pelaez  (1989, 59) found a total offset to be a "robust alternative to the pursuit of illusory exactness based on time consuming calculations and dubious prognostications." In a subsequent article, Pelaez (1995) affirmed the total offset's superiority when considering real interest and growth rates.

Schwartz and Thornton (1991) affirmed much of the above observations. Schwartz  (1997, 93) updated his opinions, noting the fallacy of trying to measure movements of earnings and interest rates on short-term trends. He held "over the longer run, the relation between the basic real interest rate and the productivity growth rate does seem to approach equality." Schwartz (2000) affirmed his findings yet again a few years later, noting that use of a total offset is not only fair, but efficient because of its ability to reduce many complications and costs of litigation.

More recently, Stern (2005) confronted the myths associated with "discounting to present value." He provides examples of why it is not necessary to reduce a future earnings loss below the value of today's dollars.

# Summary

The attached VEA conforms to the principles identified in this VER. The lifetime loss of earning capacity is derived through a three-step model involving a definition of earning capacity, worklife expectancy, and a present value calculation. Each step in the assessment pertaining to lifetime earning potential is geared to the unique traits and characteristics of the individual. The present value of the lost earnings is an estimate of the measurable economic damages sustained by the individual.

# Bibliography

Altmann, James L. 2002. "Extreme Volatility in Interest Rates and Earnings Growth Rates: The Bane of Forensic Economists." *Journal of Business Disciplines* III (1): 31-41.

Angell, Marcia. 1997. *Science on Trial: The Clash of Medical Evidence and the Law in the Breast Implant Case.* New York, NY: W.W. Norton & Company.

Bitler, Marianne, and Hilary Hoynes. 2015. "Heterogeneity in the Impact of Economic Cycles and the Great Recession: Effects Within and Across Income Distribution." *American Economic Review Papers and Proceedings.* 154-160.

Brody, Michael T. 1982. "Inflation, Productivity, and the Total Offset Method of Calculating Damages for Lost Future Earnings." *The University of Chicago Law Review* 1003-1025.

Brookshire, Michael L., and William E. Cobb. 1983. "The Life-Participation-Employment Approach to Worklife Expectancy in Personal Injury and Wrongful Death Cases." *For the Defense* 20-25.

Brookshire, Michael L., William E. Cobb, and Anthony M. Jr. Gamboa. 1987. "Work-Life of the Partially Disabled." *Trial.*

Carlson, John A. 1976. "Economic Analysis v. Courtroom Controversy: The Present Value of Future Earnings." *American Bar Association Journal* 628-631.

*Daubert v. Merrell Dow Pharmaceuticals, Inc.* 1993. 113 S. Ct. 2876 (509 U.S. 579).

Farber, Henry S. 2015. "Job Loss in the Great Recession and its Aftermath: U.S. Evidence from the Displaced Workers Survey." NBER Working Paper No. 21216.

Farber, Henry S. 2005. "What do we know about Job Loss in the United States? Evidence from the Displaced Workers Survey 1984-2004." Working Paper #498, Industrial Relations Section, Princeton University, January.

Federal Reserve Bank. 2018. *3-Month Treasury Bill Secondary Market Rate Discount Basis.* Accessed April 2020. https://www.federalreserve.gov/releases/H15/default.htm.

—. 2018. *Market Yield on US Treasury Securities at 10-year Constant Maturity Quoted on Investment Basis.* Accessed April 2020. http://www.federalreserve.gov/datadownload/Output.aspx?rel=H15&series=0b82b42463f45dbb8fc097de06640ffc&lastObs=&from=&to=&filetype=csv&label=include&layout=seriescolumn.

Field, Timothy. 2008. "Estimating Earning Capacity: Venues, Factors and Methods." *Estimating Earning Capacity: A Journal of Debate and Discussion* 1 (1).

*Frye v. United States.* 1923. 54 App. D.C. 46, 47, 293 F. 1013, 1014 (Court of Appeals D. C. Circuit).

Fullerton, Jr., Howard N. 1999. "Labor force participation: 75 years of change, 1950-98 and 1998-2025." *Monthly Labor Review* 3-12.

Gamboa, Anthony M. Jr., and David S. Gibson. Revised 2015. *Gamboa Gibson Worklife Tables.* VEI Press.

—. 2010. *Gamboa Gibson Worklife Tables.* Portland: Trial Guides, LLC.

Gamboa, Anthony M. Jr. 2006. "Assessing Loss of Earning Capacity in MAID Cases." In *Litigating Major Auto Injury and Death Cases*, edited by Michael Freeman and Karen Koehler. Danvers, MA: Thomson West.

Gamboa, Anthony M. Jr., and David S. Gibson. 2006. *The New Worklife Expectancy Tables: Revised 2006; By Gender, Level of Educational Attainment, and Level of Disability.* Louisville, KY: Vocational Econometrics, Inc.

Gamboa, Anthony M. Jr., John P. Tierney, David S. Gibson, Terrence M. Clauretie, Ronald E. Missun, Edward P. Berla, Sara A. Ford, et al. 2009. "A Vocational Economic Rationale." *Estimating Earning Capacity: A Journal of Debate and Discussion* 2 (2): 97-123.

Gibson, David S. 2001. *Daubert, Disability, and Worklife Expectancy.* Louisville, KY: Vocational Econometrics.

—. 2014. "Improving Occupation Earnings Estimates through Segregation of Education Levels." *American Community Survey Data Users Group and United States Census Bureau.* Washington, DC, May 29.

—. 2017. "Restating Earnings in Common-Year Terms When Combining Multiple ACS PUMS Files." *2017 ACS Data Users Conference.* Alexandria, VA: May 11.

—. 2015. "Use of ACS to Estimate Lifetime Loss of Earning Capacity as a Result of Disability." *Paper presented to the American Community Survey Data Users Conference and the United States Census Bureau.* College Park: ACS Data Users Group. doi:10.13140/RG.2.1.3863.3680.

Gibson, David S. 2018. "Use of ACS to Improve Occupation Earnings Estimates." *The Rehabilitation Professional* (International Association of Rehabilitation Professionals) 26 (1): 41-56.

Gibson, David S., and Erin P. Gibson. 2017. "Age-Earnings Profiles: Refinement and Application." *The Rehabilitation Professional* (International Association of Rehabilitation Professionals) 25 (1): 13-34.

Ginzberg, Eli, Sol Ginsberg, Sidney Axelrad, and John Herma. 1951. *Occupational Choice: An Approach to General Theory.* New York: Columbia University.

Gladwell, Malcolm. 2008. "Outliers: The Story of Success." 79. New York: Little Brown and Company.

Goldin, Claudia, and Joshua Mitchell. 2017. "The New Life Cycle of Women's Employment: Disappearing Humps, Sagging Middles, Expanding Tops." *Journal of Economic Perspectives* 31 (1): 161-182.

Gongloff, Mark. 2008. "TIPS Yields Are Acting Like Politicians." *The Wall Street Journal*, March 12: C1.

Groves, Robert M. 2012. "The Pros and Cons of Making the Census Bureau's American Community Survey Voluntary." *Before the Subcommittee on Health Care.* District of Columbia.

Herrnstein, Richard J., and Charles Murray. 1994. *The Bell Curve: Intelligence and Class Structure in American Life.* New York: The Free Press.

Horner, Stephen M., and Frank Slesnick. 1999. "The Valuation of Earning Capacity Definition, Measurement and Evidence." *Journal of Forensic Economics* 12 (1): 13-32.

Hoynes, Hilary. 1998. *The Employment, Earnings, and Income of Less Skilled Workers Over the Business Cycle.* Paper prepared for the Conference on Labor Markets and Less Skilled Workers, November 5-6,: sponsored by the Joint Center for Poverty Research.

Ilg, Randy E, and Steven E. Haugen. 2000. "Earnings and employment trends in the 1990s." *Monthly Labor Review* 21-33.

*Jones and Laughlin Steel Corporation v. Howard E. Pfeifer.* 1983. 462 U.S. 523 (U.S. Supreme Court).

Kaiser Family Foundation and Health Research and Educational Trust. 2019. *2019 Employer Health Benefits Survey.* Melo Park, CA: Henry J. Kaiser Family Foundation and Health Research & Educational Trust. Accessed April 2020. https://www.kff.org/health-costs/report/2019-employer-health-benefits-survey/.

Kopcke, Richard W., and Ralph C. Kimball. 1999. "Inflation-Indexed Bonds: The Dog That Didn't Bark." *New England Economic Review* 3-24.

*Kumho Tire Company, Ltd. v. Patrick Carmichael.* 1999. 526 U.S. 137

Lawlis, Frank, and Robert Male. 1994. "Methodological Issues: Interest Rate and Wage Growth Forecasting." *Journal of Legal Economics* 4 (3): 55-61.

Meisenheimer II, Joseph R. 1992. "How do immigrants fare in the U.S. labor market?" *Monthly Labor Review* 115 (12): 3-19.

Millimet, Daniel L., Michael Nieswiadomy, and Daniel Slottje. 2010. "Detailed Estimation or Worklife Expectancy for the Measurement of Human Capital: Accounting for Marriage and Children." *Journal of Economic Surveys* 24: 339-361.

Millimet, Daniel L., Michael Nieswiadomy, Hang Ryu, and Daniel Slottje. 2003. "Estimating Worklife Expectancies: An Econometric Approach." *Journal of Econometrics* (113): 83-113.

National Academy of Sciences, Committee on Occupational Classification and Analysis. 1981. *Dictionary of Occupational Titles.* Edited by Inter-university Consortium for Political and Social Research. Washington, D.C.: U.S. Department of Commerce, Bureau of the Census.

*O'Shea v. Riverway Towing Company.* 1982. 677 F. 2d 1194

Pelaez, Rolondo F. 1995. "Pennsylvania's Offset Rule: Fantasy Masquerading as Economics." *Journal of Legal Economics* 1-16.

Pelaez, Rolondo F. 1989. "The Total Offset Method." *Journal of Forensic Economics* 45-60.

Press, Oxford University. 2020. *Oxford Dictionaries.* Accessed April 2020. https://en.oxforddictionaries.com/definition/human_capital.

Rubin, Robert E. 2003. *In An Uncertain World.* New York: Random House Trade.

Schwartz, Eli. 1997. "Below-Market Interest Rates and the Total Offset Method Re-Visited." *Journal of Forensic Economics* 91-94.

Schwartz, Eli. 2000. "Settling Claims for Lost Income: The Total Offset Method." *Dickinson Law Review* 104 (4): 679-686.

Schwartz, Eli, and Robert Thornton. 1991. "The Effect of Taxes and Inflation on the Real Interest Rate." *Journal of Forensic Economics* 71-73.

Shen, Pu, and Jonathan Corning. 2001. "Can TIPS Help Identify Long-Term Inflation Expectations?" *Economic Review* 61-87.

Stern, Bruce H. 2005. "Discounting to Present Value: Is It Necessary to Reduce?"

Sum, Andrew; Khatiwada, Ishwar; McLaughlin, Joseph; and Northeastern University-Center for Labor Market Studies. 2010. "Replicating the Gamboa Gibson Worklife Tables." *Center for Labor Market Studies Publications* Paper 30. http://hdl.handle.net/2047/d20000589.

Super, Donald. 1957. *The Psychology of Careers.* New York: Harper and Row.

Tierney, John P. and Missun, Ronald E. 2001. "Defining Earning Capacity: A Process Paradigm." *Journal of Forensic Vocational Assessment* 3-12.

U.S. Bureau of Labor Statistics. 2019. *Consumer Price Index, All Urban Consumers (CPI-U), U.S. City Average.* Accessed April 2020. http://data.bls.gov/cgi-bin/srgate (Use Series ID #: CUUR0000SA0).

U.S. Bureau of Labor Statistics. 2019. "Employer Costs for Employee Compensation - December 2019." http://www.bls.gov/ncs/ect/home.htm, Washington, D.C. Accessed 2020.

—. 2019. *Major Sector Productivity and Costs Index: Business Sector, Hourly Compensation.* Accessed April 2020. http://data.bls.gov/cgi-bin/srgate (use Series ID #: PRS84006103).

—. 2019. *National Employment, Hours, and Earnings: Average Hourly Earnings of Production Workers.* Accessed April 2020. http://data.bls.gov/cgi-bin/srgate (Use Series ID#: CEU0500000008).

—. 2019. *Occupational Employment Statistics.* May. Accessed April 2020. http://www.bls.gov/oes/home.htm.

U.S. Census Bureau. 2018. "ACS Public Use Microdata Sample (PUMS)." *American Fact Finder.* Accessed April 2020. http://www.census.gov/programs-surveys/acs/data/pums.html.

U.S. Census Bureau. October 2014. *American Community Survey Handbook of Questions and Current Federal Uses.* U.S. Department of Commerce Economics and Statistics Administration.

—. 2019. *CPS Annual Social & Economic Supplement (CPS ASEC).* Accessed 2020. https://www.census.gov/data/datasets/time-series/demo/income-poverty/data-extracts.html.

—. 2019. *Current Population Survey (CPS).* Accessed 2020. https://www.census.gov/programs-surveys/cps.html.

—. 2017. *Guidance on Differences in Employment and Unemployment Estimates from Different Sources.* Accessed 2020. https://www.census.gov/topics/employment/labor-force/guidance.html.

U.S. Census Bureau. 1989. *Labor Force Status and Other Characteristics of Persons with a Work Disability 1981-1988.* Current Population Reports, Washington, D.C.: U.S. Government Printing Office, 23-160.

U.S. Census Bureau. 1983. *Labor Force Status and Other Characteristics of Persons with a Work Disability: 1982.* Current Population Reports, Washington, D.C.: U.S. Government Printing Office, 23-127.

—. 1998 forward. *Public Use Files from the March Current Population Survey (CPS).* Accessed April 2020. https://www.census.gov/programs-surveys/cps/data.html.

Revised 7/1/2020   © *Copyright 2020 Vocational Economics, Inc.* Vocational Economic Rationale

**WORKLIFE EXPECTANCY**

**AMERICAN COMMUNITY SURVEY**

A worklife expectancy statistically estimates how long a person will work over a lifetime. Predictors of worklife are age, level of educational attainment, gender, and disability status. The likelihood of work is calculated from a specific age through the end of the analysis. Each statistical interval in the worklife pattern represents the joint probability that an individual is alive, in the labor force, and actually employed. The statistical intervals are then summed thereby determining the worklife expectancy in years, the format in which worklife expectancies are typically presented.

Sources:
National Center for Health Statistics, Life Tables home page:
http://www.cdc.gov/nchs/products/pubs/pubd/lftbls/life/1966.htm

US Census Bureau. Public Use Data Files from the American Community Survey. ACS Website: http://www.census.gov/acs/www/index.html

# Worklife Probability
## David Sturgis
## Statistical WLE

|  | Preinjury S |
|---|---|
| Birth Year | 1964 |
| Injury Date | 2/16/2018 |
| Analysis Date | 7/20/2020 |
| Avg. Base Wage | 43,906 |
| Fringe Rates | 8.3% |
| Education Level | GED or Alt. Credential |
| Gender Life/Emp. | Male |
| Disab. Status | Not Disabled |
| Growth/Discount | Pure Offset |
| Total Worklife | 9.0 |
| Total Earnings | 426,636 |

|  |  |  |  |  |  | Preinjury S | |
|---|---|---|---|---|---|---|---|
| Mo/Yr | Age | Years | Prob. Life | Prob. Empl. | Prob. Work | Base Earning | Adjusted Earnings |
| 2/2018 | 53.43 | 0.88 | 0.993 | 0.803 | 0.702 | 42,866 | 32,590 |
| 1/2019 | 54.31 | 1.00 | 0.986 | 0.803 | 0.792 | 44,376 | 38,063 |
| 1/2020 | 55.31 | 0.55 | 0.979 | 0.760 | 0.409 | 45,244 | 20,041 |
| **Past Totals** | | **2.43** | | | **1.903** | | **90,694** |
| 7/2020 | 55.86 | 0.14 | 0.979 | 0.760 | 0.104 | 45,244 | 5,096 |
| 9/2020 | 56.00 | 1.00 | 0.970 | 0.760 | 0.737 | 45,199 | 36,077 |
| 9/2021 | 57.00 | 1.00 | 0.962 | 0.760 | 0.731 | 45,199 | 35,783 |
| 9/2022 | 58.00 | 1.00 | 0.952 | 0.760 | 0.724 | 45,018 | 35,298 |
| 9/2023 | 59.00 | 1.00 | 0.942 | 0.760 | 0.716 | 44,613 | 34,594 |
| 9/2024 | 60.00 | 1.00 | 0.931 | 0.606 | 0.564 | 44,301 | 27,060 |
| 9/2025 | 61.00 | 1.00 | 0.920 | 0.606 | 0.558 | 44,257 | 26,745 |
| 9/2026 | 62.00 | 1.00 | 0.907 | 0.606 | 0.550 | 44,301 | 26,388 |
| 9/2027 | 63.00 | 1.00 | 0.895 | 0.606 | 0.542 | 44,434 | 26,082 |
| 9/2028 | 64.00 | 1.00 | 0.881 | 0.606 | 0.534 | 44,345 | 25,646 |
| 9/2029 | 65.00 | 1.00 | 0.867 | 0.312 | 0.271 | 43,591 | 12,794 |
| 9/2030 | 66.00 | 1.00 | 0.852 | 0.312 | 0.266 | 42,240 | 12,168 |
| 9/2031 | 67.00 | 1.00 | 0.837 | 0.312 | 0.261 | 40,381 | 11,414 |
| 9/2032 | 68.00 | 1.00 | 0.821 | 0.312 | 0.256 | 37,877 | 10,501 |
| 9/2033 | 69.00 | 1.00 | 0.803 | 0.312 | 0.251 | 37,877 | 10,296 |
| **Future Totals** | | **14.14** | | | **7.065** | | **335,942** |
| **Gr. Total** | | **16.57** | | | **8.968** | | **426,636** |

### *Citations*

Arias, Elizabeth and Jiaquan Xu.  National Vital Statistics Reports, vol. 68 no. 7, United States Life Tables, 2017. National Center for Health Statistics, U.S. Center for Disease Control and Prevention, Hyattsville, MD, 2019.
https://www.cdc.gov/nchs/data/nvsr/nvsr68/nvsr68_07-508.pdf (accessed June 2019).

| | | | Prob. | Preinjury S | | Base | Adjusted |
| | | | | Prob. | Prob. | | |
| Mo/Yr | Age | Years | Life | Empl. | Work | Earning | Earnings |

U. S. Census Bureau. 2019. "American Community Survey (ACS) PUMS Data. 2014-2018 1-year PUMS files." https://www.census.gov/programs-surveys/acs/data/pums.html (accessed November 2019).

# Worklife Probability
## David Sturgis
## Assumed to Age 67

| | Preinjury A |
|---|---|
| Birth Year | 1964 |
| Injury Date | 2/16/2018 |
| Analysis Date | 7/20/2020 |
| Avg. Base Wage | 44,358 |
| Fringe Rates | 8.3% |
| Education Level | All Levels of Education |
| Gender Life/Emp. | Male |
| Disab. Status | Not Disabled |
| Growth/Discount | Pure Offset |
| Total Worklife | 12.6 |
| Total Earnings | 605,101 |

| | | | | | | Preinjury A | | |
|---|---|---|---|---|---|---|---|---|
| Mo/Yr | Age | Years | Prob. Life | Prob. Empl. | Prob. Work | Base Earning | Adjusted Earnings | Cumulative Loss |
| 2/2018 | 53.43 | 0.88 | 0.993 | 1.000 | 0.874 | 42,866 | 40,574 | 40,574 |
| 1/2019 | 54.31 | 1.00 | 0.986 | 1.000 | 0.986 | 44,376 | 47,386 | 87,960 |
| 1/2020 | 55.31 | 0.55 | 0.979 | 1.000 | 0.538 | 45,244 | 26,362 | 114,322 |
| **Past Totals** | | **2.43** | | | **2.398** | | **114,322** | |
| 7/2020 | 55.86 | 0.14 | 0.979 | 1.000 | 0.137 | 45,244 | 6,713 | 121,035 |
| 9/2020 | 56.00 | 1.00 | 0.970 | 1.000 | 0.970 | 45,199 | 47,482 | 168,517 |
| 9/2021 | 57.00 | 1.00 | 0.962 | 1.000 | 0.962 | 45,199 | 47,090 | 215,607 |
| 9/2022 | 58.00 | 1.00 | 0.952 | 1.000 | 0.952 | 45,018 | 46,414 | 262,021 |
| 9/2023 | 59.00 | 1.00 | 0.942 | 1.000 | 0.942 | 44,613 | 45,514 | 307,535 |
| 9/2024 | 60.00 | 1.00 | 0.931 | 1.000 | 0.931 | 44,301 | 44,668 | 352,203 |
| 9/2025 | 61.00 | 1.00 | 0.920 | 1.000 | 0.920 | 44,257 | 44,096 | 396,299 |
| 9/2026 | 62.00 | 1.00 | 0.907 | 1.000 | 0.907 | 44,301 | 43,516 | 439,815 |
| 9/2027 | 63.00 | 1.00 | 0.895 | 1.000 | 0.895 | 44,434 | 43,069 | 482,884 |
| 9/2028 | 64.00 | 1.00 | 0.881 | 1.000 | 0.881 | 44,345 | 42,311 | 525,195 |
| 9/2029 | 65.00 | 1.00 | 0.867 | 1.000 | 0.867 | 43,591 | 40,930 | 566,125 |
| 9/2030 | 66.00 | 1.00 | 0.852 | 1.000 | 0.852 | 42,240 | 38,976 | 605,101 |
| **Future Totals** | | **11.14** | | | **10.216** | | **490,779** | |
| **Gr. Total** | | **13.57** | | | **12.614** | | **605,101** | |

### _Citations_

Arias, Elizabeth and Jiaquan Xu.  National Vital Statistics Reports, vol. 68 no. 7, United States Life Tables, 2017. National Center for Health Statistics, U.S. Center for Disease Control and Prevention, Hyattsville, MD, 2019. https://www.cdc.gov/nchs/data/nvsr/nvsr68/nvsr68_07-508.pdf (accessed June 2019).

U. S. Census Bureau. 2019. "American Community Survey (ACS) PUMS Data. 2014-2018 1-year PUMS files." https://www.census.gov/programs-surveys/acs/data/pums.html (accessed November 2019).

## Economic Indices

### David Sturgis

| Year | CPI | Comp Index | Wage Index |
|------|-----|-----------|-----------|
| 1997 | 160.50 | 58.28 | 12.51 |
| 1998 | 163.00 | 61.73 | 13.01 |
| 1999 | 166.60 | 64.72 | 13.48 |
| 2000 | 172.20 | 69.22 | 14.02 |
| 2001 | 177.10 | 72.38 | 14.54 |
| 2002 | 179.90 | 74.00 | 14.96 |
| 2003 | 184.00 | 76.80 | 15.36 |
| 2004 | 188.90 | 80.36 | 15.68 |
| 2005 | 195.30 | 83.28 | 16.12 |
| 2006 | 201.60 | 86.50 | 16.74 |
| 2007 | 207.34 | 90.36 | 17.41 |
| 2008 | 215.30 | 92.79 | 18.06 |
| 2009 | 214.50 | 93.60 | 18.60 |
| 2010 | 218.10 | 95.30 | 19.04 |
| 2011 | 224.90 | 97.30 | 19.43 |
| 2012 | 229.60 | 100.00 | 19.73 |
| 2013 | 233.00 | 101.50 | 20.13 |
| 2014 | 236.70 | 104.10 | 20.60 |
| 2015 | 237.00 | 107.10 | 21.03 |
| 2016 | 240.00 | 108.30 | 21.53 |
| 2017 | 245.10 | 112.10 | 22.05 |
| 2018 | 251.10 | 115.70 | 22.71 |
| 2019 | 255.70 | 120.10 | 23.51 |
| 2020 | 258.00 | 120.70 | 23.97 |

***Citations***

U. S. Bureau of Labor Statistics. Consumer Price Index, All Urban Consumers (CPI-U), U.S.City Average. 2020. http://data.bls.gov/cgi-bin/srgate (use series ID#: CUUR0000SA0) (accessed March 2020).

U. S. Bureau of Labor Statistics. Major Sector Productivity and Costs Index: Business Sector, Hourly Compensation. 2019. http://data.bls.gov/cgi-bin/srgate (use Series ID #: PRS84006103) (accessed March 2020).

U. S. Bureau of Labor Statistics. National Employment, Hours, and Earnings: Average Hourly Earnings of Production Workers. 2020. http://data.bls.gov/cgi-bin/srgate (Use Series ID #: CEU0500000008) (accessed March 2020).

Life Survivors

## David Sturgis

| Age | Males | Females |
|-----|-------|---------|
| 53 | 90,604 | 94,571 |
| 54 | 90,010 | 94,187 |
| 55 | 89,365 | 93,768 |
| 56 | 88,668 | 93,315 |
| 57 | 87,919 | 92,828 |
| 58 | 87,117 | 92,307 |
| 59 | 86,260 | 91,752 |
| 60 | 85,344 | 91,162 |
| 61 | 84,365 | 90,535 |
| 62 | 83,323 | 89,868 |
| 63 | 82,218 | 89,158 |
| 64 | 81,055 | 88,401 |
| 65 | 79,838 | 87,596 |
| 66 | 78,565 | 86,738 |
| 67 | 77,227 | 85,822 |
| 68 | 75,823 | 84,840 |
| 69 | 74,345 | 83,782 |
| 70 | 72,785 | 82,637 |

***Citations***

Arias, Elizabeth and Jiaquan Xu.  National Vital Statistics Reports, vol. 68 no. 7, United States Life Tables, 2017. National Center for Health Statistics, U.S. Center for Disease Control and Prevention, Hyattsville, MD, 2019. https://www.cdc.gov/nchs/data/nvsr/nvsr68/nvsr68_07-508.pdf (accessed June 2019).

## Age-Earnings Profiles

### David Sturgis

| Source | ACS (14-18) | ACS (14-18) | ACS (14-18) |
|---|---|---|---|
| Gender | Males | Males | Males |
| Education | GED | GED | GED |
| Disability | Not Disab | Not Disab | Not Disab |
| Earn Lvl | Median | Median | Median |
| Abbrev | A84MGdNMd | A84MGdNMdpgr | A84MGdNMdrst |
| Column | 2 | 3 | 4 |

Base Earn                                45,244

| Age | Profile | Pct Growth | Restated |
|---|---|---|---|
| 53 | 50,125 | 0.1% | 45,244 |
| 54 | 50,125 | 0.0% | 45,244 |
| 55 | 50,105 | 0.0% | 45,244 |
| 56 | 50,066 | -0.1% | 45,199 |
| 57 | 50,047 | 0.0% | 45,199 |
| 58 | 49,848 | -0.4% | 45,018 |
| 59 | 49,387 | -0.9% | 44,613 |
| 60 | 49,062 | -0.7% | 44,301 |
| 61 | 49,000 | -0.1% | 44,257 |
| 62 | 49,062 | 0.1% | 44,301 |
| 63 | 49,221 | 0.3% | 44,434 |
| 64 | 49,107 | -0.2% | 44,345 |
| 65 | 48,250 | -1.7% | 43,591 |
| 66 | 46,758 | -3.1% | 42,240 |
| 67 | 44,695 | -4.4% | 40,381 |
| 68 | 41,914 | -6.2% | 37,877 |

### *Citations*

U. S. Census Bureau. 2019. "American Community Survey (ACS) PUMS Data. 2014-2018 1-year PUMS files." https://www.census.gov/programs-surveys/acs/data/pums.html (updated to 2020 dollars) (accessed November 2019).

# Participation & Employment (PE) Rates

## David Sturgis

| | |
|---|---|
| Source | 1 |
| Gender | Males |
| Education | GED |
| Disability | Not Disabled |
| Abbrev | PE84MGdN01 |
| Column | 2 |

| Age | Rate |
|---|---|
| 16 | 47.0% |
| 20 | 69.2% |
| 25 | 76.3% |
| 30 | 80.0% |
| 35 | 80.8% |
| 40 | 81.4% |
| 45 | 82.1% |
| 50 | 80.3% |
| 55 | 76.0% |
| 60 | 60.6% |
| 65 | 31.2% |
| 70 | 19.1% |
| 75 | 12.4% |
| 80 | 7.4% |
| 85 | 3.6% |

### *Citations*

1    U. S. Census Bureau. 2019. "American Community Survey (ACS) PUMS Data. 2014-2018 1-year PUMS files." https://www.census.gov/programs-surveys/acs/data/pums.html (accessed November 2019).

## Historical Earnings Restatement

### David Sturgis

Base Year      2020
Index Type    Wage
Base Index     23.97

| Year | Index | Adjust. Factor | Wages | 2106 Unreim Exp | Nominal Total | Real Earnings |
|------|-------|----------------|-------|-----------------|---------------|---------------|
| 2013 | 20.13 | 119.1% | 40,756 | (2,016) | 38,740 | 46,139 |
| 2014 | 20.60 | 116.4% | 49,880 | (10,431) | 39,449 | 45,919 |
| 2015 | 21.03 | 114.0% | 51,511 | (12,853) | 38,658 | 44,070 |
| 2016 | 21.53 | 111.3% | 8,437 | (5,147) | 3,290 | 3,662 |
| 2017 | 22.05 | 108.7% | 53,801 | (12,544) | 41,257 | 44,846 |

|  |  |
|--|--|
| **Average** | **36,927** |
| **2013-15 Average** | **45,376** |
| **2013-15, 2017 Average** | **45,244** |

7/20/2020

Fringe Benefits Analysis

## David Sturgis

| Source | Notes | | Survey Value | Nonunion Workers | |
|--------|-------|--|--------------|------------------|--|
| | | *Annual Earning Capacity* | | 43,906 | |
| | | | | | |
| | | *Legally Required* | | | |
| 1 | 1 | Legally Req exc SS & Med | 0.58 | 2.1% | |
| | 2 | Social Security | 6.2% | 6.2% | |
| | | | | | |
| | | **Total Fringe Benefits** | | **8.3%** | |

_Notes_

1   ECEC Nonunion Private Industry benefit rate computed as percentage of Total Wages, Paid Leave, and Supplemental Pay, or $27.52 per hour

2   Benefits are computed on maximum earning capacity of $137,700

_Sources_

1   U.S. Bureau of Labor Statistics. 2019. "Employer Costs for Employee Compensation (Nonunion Private Industry)." http://www.bls.gov/ncs/ect/home.htm, Washington, D.C (accessed December 2019).

## Patton-Nelson Consumption Rates
### Adjusted for Current Dollars

*Wage Indicies*

|  |  |
|---|---|
| 2016 | 21.53 |
| 2017 | 22.05 |
| **Average** | **21.79** |
| 2020 | 23.97 |
| **Restate** | **110%** |

| Income Level | Restated Income | Males | | | | | Females | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 1 Person | 2 People | 3 People | 4 People | 5 People | 1 Person | 2 People | 3 People | 4 People | 5 People |
| 20,000 | 22,000 | 100.0% | 51.6% | 36.3% | 28.8% | 23.3% | 100.0% | 52.5% | 37.2% | 29.4% | 23.7% |
| 25,000 | 28,000 | 100.0% | 45.3% | 32.0% | 25.7% | 20.8% | 100.0% | 46.1% | 32.7% | 26.2% | 21.2% |
| 30,000 | 33,000 | 100.0% | 40.8% | 28.8% | 23.4% | 19.0% | 100.0% | 41.5% | 29.5% | 23.8% | 19.3% |
| 35,000 | 39,000 | 95.8% | 37.3% | 26.4% | 21.6% | 17.5% | 95.8% | 37.9% | 27.0% | 22.0% | 17.9% |
| 40,000 | 44,000 | 89.3% | 34.5% | 24.5% | 20.1% | 16.4% | 89.3% | 35.0% | 25.1% | 20.5% | 16.7% |
| 45,000 | 50,000 | 83.8% | 32.2% | 22.9% | 19.0% | 15.4% | 83.8% | 32.7% | 23.5% | 19.3% | 15.8% |
| 50,000 | 55,000 | 79.3% | 30.3% | 21.6% | 17.9% | 14.6% | 79.3% | 30.7% | 22.1% | 18.3% | 15.0% |
| 55,000 | 61,000 | 75.3% | 28.7% | 20.4% | 17.1% | 13.9% | 75.3% | 29.1% | 20.9% | 17.4% | 14.3% |
| 60,000 | 66,000 | 71.9% | 27.2% | 19.5% | 16.3% | 13.3% | 71.9% | 27.6% | 19.9% | 16.6% | 13.7% |
| 65,000 | 72,000 | 68.9% | 26.0% | 18.6% | 15.7% | 12.8% | 68.9% | 26.4% | 19.0% | 15.9% | 13.1% |
| 70,000 | 77,000 | 66.3% | 24.9% | 17.8% | 15.1% | 12.3% | 66.3% | 25.3% | 18.3% | 15.3% | 12.6% |
| 75,000 | 83,000 | 63.9% | 23.9% | 17.1% | 14.5% | 11.9% | 63.9% | 24.3% | 17.6% | 14.8% | 12.2% |
| 80,000 | 88,000 | 61.7% | 23.1% | 16.5% | 14.1% | 11.5% | 61.7% | 23.4% | 16.9% | 14.3% | 11.8% |
| 85,000 | 94,000 | 59.8% | 22.3% | 16.0% | 13.6% | 11.2% | 59.8% | 22.5% | 16.3% | 13.9% | 11.5% |
| 90,000 | 99,000 | 58.0% | 21.5% | 15.5% | 13.2% | 10.9% | 58.0% | 21.8% | 15.8% | 13.5% | 11.1% |
| 95,000 | 105,000 | 56.3% | 20.9% | 15.0% | 12.9% | 10.6% | 56.3% | 21.1% | 15.3% | 13.1% | 10.8% |
| 100,000 | 110,000 | 54.8% | 20.3% | 14.6% | 12.5% | 10.3% | 54.8% | 20.5% | 14.9% | 12.7% | 10.6% |
| 110,000 | 121,000 | 52.1% | 19.2% | 13.8% | 11.9% | 9.8% | 52.1% | 19.4% | 14.1% | 12.1% | 10.1% |
| 120,000 | 132,000 | 49.7% | 18.2% | 13.1% | 11.4% | 9.4% | 49.7% | 18.4% | 13.4% | 11.6% | 9.6% |
| 130,000 | 143,000 | 47.6% | 17.4% | 12.6% | 10.9% | 9.0% | 47.6% | 17.6% | 12.8% | 11.1% | 9.3% |
| 140,000 | 154,000 | 45.8% | 16.7% | 12.0% | 10.5% | 8.7% | 45.8% | 16.8% | 12.3% | 10.7% | 8.9% |
| 150,000 | 165,000 | 44.1% | 16.0% | 11.6% | 10.2% | 8.4% | 44.1% | 16.2% | 11.8% | 10.3% | 8.6% |
| 160,000 | 176,000 | 42.6% | 15.4% | 11.2% | 9.8% | 8.1% | 42.6% | 15.6% | 11.4% | 10.0% | 8.3% |
| 170,000 | 187,000 | 41.3% | 14.9% | 10.8% | 9.5% | 7.9% | 41.3% | 15.0% | 11.0% | 9.7% | 8.1% |
| 180,000 | 198,000 | 40.1% | 14.4% | 10.4% | 9.2% | 7.6% | 40.1% | 14.5% | 10.7% | 9.4% | 7.9% |
| 190,000 | 209,000 | 38.9% | 13.9% | 10.1% | 9.0% | 7.4% | 38.9% | 14.1% | 10.4% | 9.1% | 7.6% |
| 200,000 | 220,000 | 37.8% | 13.5% | 9.8% | 8.8% | 7.2% | 37.8% | 13.7% | 10.1% | 8.9% | 7.4% |

Ruble, Michael R., Robert T. Patton, and David M. Nelson. 2019. "Patton-Nelson Personal Consumption Tables 2016-17." Journal of Legal Economics 25 (1-2): 75-89.

## Personal Consumption Weighted Average
### David Sturgis

|  |  |
|---|---|
| Gender | Male |
| Income | 43,906 |
| Worklife Expec. | 8.97 |

| Stage | # in HH | Years | Rate |
|---|---|---|---|
| David and Bargara | 2 | 8.97 | 37.3% |
| **Total** |  | **8.97** | **37.3%** |

Ruble, Michael R., Robert T. Patton, and David M. Nelson. 2019. "Patton-Nelson Personal Consumption Tables 2016-17." Journal of Legal Economics 25 (1-2): 75-89.

# Summary

## David Sturgis

|  | Preinjury | Postinjury |
|---|---|---|
| **Average Base Wage:** | | |
| Statistical WLE | 43,906 | |
| Assumed to Age 67 | 44,358 | |
| | | |
| **Fringe Benefits:** | | |
| Statistical WLE | 8.3% | |
| Assumed to Age 67 | 8.3% | |
| | | |
| **Worklife Expectancy:** | | |
| Statistical WLE | 9.0 | |
| Assumed to Age 67 | 12.6 | |
| | | |
| PC Rate | 37.3% | |

| Loss: | Gross | Net of PC |
|---|---|---|
| Statistical WLE | 426,636 | 267,501 |
| Assumed to Age 67 | 605,101 | 379,398 |

Curriculum Vitae

## David S. Gibson, M.B.A., M.R.C.

**BUSINESS ADDRESS**

Vocational Economics, Inc.
Phone: (312) 781-9125
DaveG@VocEcon.com

| | |
|---|---|
| 799 Roosevelt Rd. | 180 N. LaSalle Street |
| Building 6, Suite 208 | 37th Floor |
| Glen Ellyn, IL 60137 | Chicago, IL 60601 |

**DATE OF BIRTH:**  September 8, 1957

**EDUCATION:**

1/06 to 5/07   University of Kentucky, Lexington, Kentucky
College of Education
*Masters of Rehabilitation Counseling*

9/85 to 12/88   University of Chicago, Chicago, Illinois
School of Business
*MBA, Finance*

9/75 to 5/79   University of Illinois, Urbana, Illinois
College of Commerce and Business Administration
*B.S.: Accounting*

**WORK EXPERIENCE:**

6/93 to Present   Vocational Economics, Inc., Louisville, KY
Senior Analyst (5/11 – Present)
Senior Analyst, President (6/07 – 4/11)
Senior Analyst, Chief Operating Officer (6/93 – 6/07)

- *Provide assessments of lost earnings due to death, disability, or loss of employment*
- *Provide business valuations, tax analyses, and earnings analyses for attorney clients with acute economic analyses needs*
- *Assess present cash value of future medical care costs*
- *Consult with and train experts in vocational and economic analyses*
- *Develop statistical studies on the impact of disability on employment and earnings*
- *Consult with attorneys and experts on analysis and application of disability statistics for earnings, employment, and worklife expectancy*
- *Directed activities of forensic consulting firm, including assessment production, financing, customer support, and information services*
- *Reviewed economic feasibility of new business expansion opportunities*

| | |
|---|---|
| 7/92 to 6/93 | DMG Group, Chicago, IL<br>President |

- *Founded consulting firm specializing in strategy, financial planning and modeling, and office automation*
- *Assessed the financial impact for a major retailer to exit a significant portion of its business*
- *Developed valuation for a national litigation consulting firm.*
- *Developed annual financial plan for a leading computer consulting firm*
- *Designed and developed a lease analysis decision support system for a prominent commercial real estate management company*
- *Collaborated with various small businesses to develop strategies and/or office automation needs*

| | |
|---|---|
| 9/88 to 7/92 | Coldwell Banker Real Estate Group, Chicago, IL<br>Assistant Vice President, Planning |

- *Coordinated strategic planning and analysis activities for 3 major subsidiaries*
- *Evaluated and presented new business opportunities*
- *Launched major reorganization of entire management structure for the chairman of Residential Group as a loaned executive*

| | |
|---|---|
| 9/84 to 9/88 | Homart Development Co., Chicago, IL<br>Director, Corporate Planning & Control (11/86 to 9/88)<br>Manager, Corporate Planning (9/84 to 11/86) |

- *Directed activities of Corporate Planning, Corporate Analysis, Property Sales, Corporate Reporting, and Payroll departments*
- *Directed development of annual financial plans and analyses*
- *Developed in-depth financial analyses and business valuations of various lines of business and investment properties*
- *Authored and delivered several presentations to industry meetings and Sears affiliates on Strategic Planning*

| | |
|---|---|
| 12/83 to 9/84 | Homart Development Co., Chicago, IL<br>Property Controller |

- *Valued and monitored real estate projects under development*
- *Developed models for monitoring and financial forecasting of major tax incentive developments*

| | |
|---|---|
| 10/81 to 12/83 | Homart Development Co., Chicago, IL<br>Senior Systems Analyst |

*Planned, designed, and implemented several real estate decision support systems.*

| | |
|---|---|
| 1/81 to 10/81 | Midas International, Inc., Chicago, IL<br>Financial Systems Analyst (5/81 to 10/81)<br>Plant Controller (1/81 to 5/81) |

- *Compiled and generated corporate consolidated financial statements and completed various special projects*
- *Rebuilt all accounting records and restructured accounting procedures and policies from a fraud-riddled manufacturing plant*

| 7/79 to 1/81 | IC Industries, Inc., Chicago, IL |
|---|---|

Internal Auditor
- *Reviewed and reconstructed financial records and practices of several major subsidiaries*
- *Supervised audits across diversified subsidiaries, with exposure to EDP, fraud, and Management Advisory Services (MAS) auditing*

**FORMER CREDENTIALS:**

| 5/79 | Certified Public Accountant, State of Illinois |
|---|---|
| 5/07 | Certified Rehabilitation Counselor |

## PUBLICATIONS AND PRESENTATIONS:

80   Gibson, David S. 2018. "Use of ACS to Improve Occupation Earnings Estimates." *The Rehabilitation Professional* (International Association of Rehabilitation Professionals) 26 (1): 41-56.

79.   Gibson, David S. "Restating Earnings in Common-Year Terms When Combining Multiple ACS PUMS Files." Presentation given to the 2017 American Community Survey Data Users Group and the United States Census Bureau, Washington, DC, May 11-12, 2017.

78.   Gibson, David S., and Erin P. Gibson. 2017. "Age-Earnings Profiles: Refinement and Application." *The Rehabilitation Professional* (International Association of Rehabilitation Professionals) 25 (1): 13-34.

77.   Gibson, David S. 2016. "Age and Earnings Dynamics: Advances in Measurement Afforded by the ACS." Presentation given to the International Association of Rehabilitation Professionals 2016 Annual Conference, Pittsburgh, PA, October 21, 2016.

76.   Gibson, David S. 2015. "Use of ACS to Improve Occupation Earnings Estimates." *Working paper presented to the 2015 IARP Annual Conference.* New Orleans. doi:10.13140/RG.2.1.3863.3680.

75.   Gamboa, Anthony M. Jr., and David S. Gibson. 2015. *Gamboa Gibson Worklife Tables.* Louisville: VEI Press.

74.   Gibson, David S., and Joseph T. Crouse. 2015. "The Double Whammy in Measuring Lost Earning Capacity from Disability." *Verdict* (Indiana Trial Lawyers Association) 36 (2): 5-9.

73.   Gibson, David S. "Economic Damages in Cases of Catastrophic or Total Disability." Presentation given at an Illinois, Missouri, and Wisconsin Continuing Legal Education webinar for attorneys (sponsored by Vocational Economics, Inc.), Chicago, IL, May 29, 2015.

72.   Gibson, David S. "Use of ACS to Estimate Lifetime Loss of Earning Capacity as a Result of Disability." Paper presented to the American Community Survey Data Users Conference and the United States Census Bureau. College Park, MD, May 12, 2015. doi:10.13140/RG.2.1.3212.6887.

71.   Gibson, David S. "Complications in Assessments of Lost Earnings." Presentation given at an Illinois, Missouri, and Wisconsin Continuing Legal Education webinar for attorneys (sponsored by Vocational Economics, Inc.), Chicago, IL, May 8, 2015.

70.    Gibson, David S. "Loss of Lifetime Earnings from Brain Injury." Presentation given at an Illinois, Missouri, and Wisconsin Continuing Legal Education webinar for attorneys (sponsored by Vocational Economics, Inc.), Chicago, IL, April 17, 2015.

69.    Gibson, David S. "Use of Disability Data from the American Community Survey." Presentation given to the International Association of Rehabilitation Professionals 2014 Annual Conference, San Diego, CA, November 7, 2014.

68.    Gibson, David S. "Loss of Lifetime Earning Capacity Due to Disability." Presentation given to the Iowa Association of Workers Compensation Lawyers, Inc. Thirty-Sixth Annual Seminar, West Des Moines, IA, October 23, 2014.

67.    Gibson, David S. "Developing a Realistic Life Care Plan." Presentation given to the Iowa Association of Workers Compensation Lawyers, Inc. Thirty-Sixth Annual Seminar, West Des Moines, IA, October 23, 2014.

66.    Gibson, David S. "Improving Occupation Earnings Estimates through Segregation of Education Levels." Presentation given to the American Community Survey Data Users Group and the United States Census Bureau, Washington, DC, May 29-30, 2014.

65.    Gibson, David S. "Loss of Lifetime Earnings from Brain Injury." Presentation given at an Illinois and Indiana Continuing Legal Education meeting for attorneys (sponsored by Vocational Economics, Inc.), Chicago, IL, December 6, 2013.

64.    Gibson, David S. "Economic Damages in Cases of Catastrophic or Total Disability." Presentation given at an Illinois and Indiana Continuing Legal Education meeting for attorneys (sponsored by Vocational Economics, Inc.), Chicago, IL, November 15, 2013.

63.    Gibson, David S. "Complications in Assessments of Lost Earnings." Presentation given at an Illinois and Indiana Continuing Legal Education meeting for attorneys (sponsored by Vocational Economics, Inc.), Chicago, IL, October 25, 2013.

62.    Jones, Linda L. and David S. Gibson. "Disability and Employment Data from the U.S. Census Bureau." Presentation given at the Southeast Regional National Rehabilitation Association Training Conference, Louisville, KY, May 14-16, 2013.

61.    Gibson, David S. "Measuring Earning Capacity Loss." Presentation given at an Illinois and Indiana Continuing Legal Education meeting for attorneys (sponsored by Vocational Economics, Inc.), Chicago, IL, November 9, 2012.

60.    Gibson, David S. "Measuring Earning Capacity Loss." Presentation given at a Wisconsin Continuing Legal Education meeting for attorneys (sponsored by Vocational Economics, Inc.), Milwaukee, WI, October 12, 2012.

59.    Gibson, David S. "Measuring Earning Capacity Loss." Presentation given at a Florida Continuing Legal Education meeting for attorneys (sponsored by Vocational Economics, Inc.), Orlando, FL, July 13, 2012.

58.    Gibson, David S. "Loss of Lifetime Earnings from TBI." Presentation given at North American Brain Injury Society Legal Conference, New Orleans, LA, September 15-17, 2011.

57.   Gamboa, Anthony M., Jr., and David S. Gibson. *Gamboa Gibson Worklife Tables.* Portland, OR: Trial Guides, LLC, 2010.

56.   Tierney, John P., Jacquelyn Vega Velez, David S Gibson, and Ronald E Missun. "Editorial: Earning Capacity and Vocational Economics - A Response." *Forensic Rehabilitation and Economics* 3, no. 1 (2010): 5-8.

55.   Gibson, David S. "Vocational Economic Rationale - A Rejoinder." *Estimating Earning Capacity: A Journal of Debate and Discussion* 2, no. 2 (2009): 137-142.

54.   Gamboa, Anthony M Jr., et al. "A Vocational Economic Rationale." *Estimating Earning Capacity: A Journal of Debate and Discussion* 2, no. 2 (2009): 97-123.

53.   Gibson, David S. "Proving Economic Loss." Winning Civil Cases with Expert Testimony. Plymouth, MI: State Bar of Michigan ICLE, June 2, 2009.

52.   Gamboa, Anthony M., Jr., and David S. Gibson. "An Introduction to the New Worklife Expectancy Tables, Revised 2006." *Estimating Earning Capacity: A Journal of Debate and Discussion* 1, no. 2 (2008).

51.   Gibson, David S. "Present Value of Lost Earnings in Traumatic Brain Injury Cases." Presentation given at North American Brain Injury Society Legal Conference, New Orleans, LA, October 2-4, 2008.

50.   Gamboa, Anthony M., Jr. and David S. Gibson. "The Employment Impact of Brain Injury: Data from the Latest Major Surveys." Presentation delivered to the Seventh World Congress on Brain Injury, Lisbon, Portugal, April 11, 2008. Published in *Brain Injury,* International Brain Injury Association, 22, supplement no. 1 (2008).

49.   Gibson, David S. "Proving Impairment of Earning Capacity in Partial Disability Cases." Presentation given at meeting of the Kentucky Justice Association, *Essentials for Winning Your Auto Case*, Louisville, KY, June 19, 2007.

48.   Gibson, David S. "Proving Impairment of Earning Capacity in Partial Disability Cases." Presentation given at meeting of the Kentucky Justice Association, *Essentials for Winning Your Auto Case*, Covington, KY, June 15, 2007.

47.   Gibson, David S. "Traumatic Brain Injury Impact on Earnings by Occupation and Geographic Location." Presentation given at Second International Conference of Vocational Outcomes in Traumatic Brain Injury. Vancouver, BC, Canada, May 24-26, 2007.

46.   Gamboa, Anthony M., Jr., Gwendolyn H. Holland, John P. Tierney, and David S. Gibson. "American Community Survey: Earnings and Employment for Persons with Traumatic Brain Injury." *NeuroRehabilitation* 21, no. 4 (2006): 327-333.

45.   Gibson, David S. "Conventional Wisdom: Implications for Lost Earnings in Permanent Disability Cases." Presentation given at a meeting for attorneys (sponsored by Vocational Economics, Inc.), Cincinnati, OH, June 16, 2006.

44.   Gibson, David S. "Proving Lost Earnings at Trial." Presentation given at meeting of the Kentucky Academy of Trial Attorneys, *Auto Litigation: New Approaches to Presenting Damages at Trial*, Cincinnati, OH, June 2, 2006.

43.   Gibson, David S. "Conventional Wisdom: Implications for Lost Earnings in Permanent Disability Cases." Presentation given at a meeting for attorneys (sponsored by Vocational Economics, Inc.), Chicago, IL, May 26, 2006.

42.   Gibson, David S. "New Strategies to Prove Economic Loss before Suit." Presentation given at meeting of the Kentucky Academy of Trial Attorneys, *Auto Litigation*, Lexington, KY, May 19, 2006.

41.   Gibson, David S. "Disability, Employment, and Worklife Expectancy: The American Community Survey." Presented at the meeting for forensic experts (sponsored by Vocational Econometrics, Inc.), *Disability and Worklife Expectancy from Two Perspectives,* Las Vegas, NV, April 1, 2006.

40.   Gamboa, Anthony M., Jr., and David S. Gibson. *The New Worklife Expectancy Tables: Revised 2006; By Gender, Level of Educational Attainment, and Level of Disability.* Louisville, KY: Vocational Econometrics, Inc., 2006.

39.   Berlá, Edward P., Ronald E. Missun, and David S. Gibson. "Critiquing the Vocational Analysis." *Trial* 42, no. 2 (February 2006): 52-54.

38.   Gibson, David S. "Why Life Care Plans Under-Compensate: The Impact of Taxes." *Family Law Section: A Publication of the Association of Trial Lawyers of America* 14, no. 1 (Fall 2005): 7.

37.   Gibson, David S., commentator. For Robert Fraser, Sureyya Dikmen, and Jason Doctor. "Symposium – Toward a Fuller Understanding of TBI's Impact on Employment." Presentation given at Conference 2005 of Vocational Outcomes in Traumatic Brain Injury. Vancouver, BC, Canada, April 14-16, 2005.

36.   Gibson, David S., Anthony M. Gamboa, John P. Tierney, and Gwendolyn H. Holland. "American Community Survey: Earnings and Employment for Persons with Traumatic Brain Injury." Poster presented at Conference 2005 of Vocational Outcomes in Traumatic Brain Injury. Vancouver, BC, Canada, April 14-16, 2005.

35.   Gibson, David S. "American Community Survey: Earnings and Employment for Persons with Traumatic Brain Injury." Presentation given at Conference 2005 of Vocational Outcomes in Traumatic Brain Injury. Vancouver, BC, Canada, April 14-16, 2005.

34.   Tierney, John P., and David S. Gibson. "Determining the Impact of Disability: New Data from the American Community Survey." Presentation given at the meeting of the Kentucky Academy of Trial Attorneys, Destin, FL, April 6, 2005.

33.   Tierney, John P., and David S. Gibson. "Using Disability Data to Define Lost Earnings after Injury." *The Advocate* 32, no. 3 (2005): 22-25.

32.   Gibson, David S. "New Data from the American Community Survey." Presentation given at the meeting for attorneys (sponsored by Vocational Economics, Inc.), *Disability Data: Application and Defense in Personal Injury Litigation*, Chicago, IL, February 25, 2005.

31.     Gibson, David S. "*The New Worklife Expectancy Tables*: Point-Counterpoint." Panel member and presentation given at the meeting of the American Board of Vocational Experts, Charleston, SC, March 19, 2004.

30.     Gibson, David S. "Challenges to Use of *The New Worklife Expectancy Tables*." Presentation given at the meeting for forensic experts (sponsored by Vocational Econometrics, Inc.), *Effective Use of Worklife Expectancies for Persons with a Work Disability*, Louisville, KY, December 13, 2003.

29.     Gibson, David S. "Derivation of *The New Worklife Expectancy Tables*." Presentation given at the meeting for forensic experts (sponsored by Vocational Econometrics, Inc.), *Effective Use of Worklife Expectancies for Persons with a Work Disability*, Louisville, KY, December 12, 2003.

28.     Gibson, David S. "Daubert/Kumho and Expert Admissibility." Presentation given at the meeting for attorneys (sponsored by Lorman Education Services, Inc.), *Expert Witness Procedures in Kentucky*, Louisville, KY, April 11, 2003.

27.     Gibson, David S. "Understanding Daubert/Kumho." Presentation given at the meeting for forensic experts (sponsored by Vocational Econometrics, Inc.), *The New Worklife Expectancy Tables: 2002 Edition; Understanding and Application*, Louisville, KY, July 24-25, 2002.

26.     Gibson, David S. "Derivation of *The New Worklife Expectancy Tables*." Presentation given at the meeting for forensic experts (sponsored by Vocational Econometrics, Inc.), *The New Worklife Expectancy Tables: 2002 Edition; Understanding and Application*, Louisville, KY, July 24-25, 2002.

25.     Gibson, David S., and John P. Tierney. "Refining Vocational Testimony in Social Security Hearings." Presentation given at the meeting for attorneys and administrative judges (sponsored by the Indiana Continuing Legal Education Forum), *Social Security Practice*, Indianapolis, IN, May 31, 2002.

24.     Gibson, David S. "Worklife Expectancy and Daubert Issues." Presentation given at the meeting for attorneys and insurance adjusters (sponsored by Lorman Education Services, Inc.), *Economic Damages in Ohio*, Cincinnati, OH, May 14, 2002.

23.     Gibson, David S. "Worklife Expectancy: What Vocational Experts Need to Know." Panel member for the Mdex online lecture series, December 12, 2001.

22.     Gibson, David S., and John P. Tierney. "Disability and Worklife Expectancy Tables: A Response." *Journal of Forensic Economics* 13, no. 3 (2000): 309-318. (actually published July 2001).

21.     Gibson, David S. "Issues of Worklife Expectancy, Methodologies of Developing Useable Data and the US Bureau of the Census." Panel member and presentation given at the meeting of the American Rehabilitation Economics Association, Reno, NV, May 18-19, 2001.

20.     Gibson, David S. "Disability Data Panel." Panel member and presentation given at the meeting of the American Rehabilitation Economics Association, Reno, NV, May 18-19, 2001.

19.     Gibson, David S. "Daubert, Disability, and Worklife Expectancies." Louisville, KY: Vocational Econometrics, Inc., 2001. Also available online at http://www.vocecon.com/technical/ftp/bibliography/daubwle.pdf.

18.   Gibson, David S. "Worklife Expectancy Data." Presentation given at the meeting for forensic experts (sponsored by Vocational Econometrics, Inc.), *Understanding Worklife Expectancies*, Louisville, KY, December 12, 2000.

17.   Gibson, David S. "Vocational and Economic Testimony in Employment Cases." Presentation given to the meeting of the New Jersey Employment Lawyers Association, New Brunswick, NJ, November 1, 2000.

16.   Gibson, David S. "Economic Damages." Presentation given at the meeting of Tyler Cooper & Alcorn, LLP, New Haven, CT, September 13, 2000.

15.   Gibson, David S. "Defining Economic Damages in Medical Malpractice Cases." Presentation given at the meeting of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, New York, NY, July 12, 2000.

14.   Gibson, David S., and Andrew Gluck. "Vocational Economic Analyses." Presentation given at the annual meeting of the Eastern Economic Association, Washington, DC, March 25, 2000.

13.   Gibson, David S. "Vocational and Economic Testimony in Employment Cases." Presentation given at the meeting of the New York Employment Lawyers Association, New York, NY, December 8, 1999.

12.   Gamboa, Anthony M., Jr., David S. Gibson, Gwendolyn H. Holland, Ronald E. Missun, Paul Prachyl, Darryl Rowe, John P. Tierney, and Mary Watson. *VALE 2000 User's Manual*. Louisville, KY: Vocational Econometrics, Inc., 1999.

11.   Gamboa, Anthony M., Jr., and David S. Gibson. *VALE 2000.* Louisville, KY: Vocational Econometrics, Inc., 1999. (software designed to assess lost earnings due to death or disability).

10.   Gibson, David S. "Gamboa Worklife Tables, 1995 and 1998 Versions: A Comment." *Journal of Forensic Economics* 11, no. 3 (1998): 267-268.

9.   Gibson, David S. "Case Studies in Earning Proxies for Partial Disability Cases." Presentation given at the meeting for forensic experts (sponsored by Vocational Economics, Inc.), *Defining Monetary Damages*, Louisville, KY, August 1, 1998.

8.   Gibson, David S. "Analysis of Lost Lifetime Earnings." Presentation given at the meeting of the Cincinnati Insurance Company Unit Managers, Louisville, KY, July 22, 1998.

7.   Gibson, David S. "Determining Present Value of Lost Earnings." Presentation given at the meeting for forensic experts (sponsored by Vocational Economics, Inc.), *Defining Monetary Damages*, Miami, FL, January 31, 1998.

6.   Gibson, David S. "Business Valuation: Forms and Uses." Presentation given at the Corporate Law class of the University of Louisville Law School, Louisville, KY, October 28, 1997.

5.   Gibson, David S., Gwendolyn H. Holland, and Janet Quirey. *Using Household Services Analyst,* Louisville, KY: Vocational Econometrics, Inc., 1997.

4.   Gibson, David S. *Household Services Analyst.* Louisville, KY: Vocational Econometrics, Inc., 1997. (software designed to assess value of lost household services due to death or disability).

3.    Gibson, David S. "Business Valuation - Small Businesses and Private Practices." Presentation given at the meeting for attorneys and forensic experts (sponsored by Vocational Economics, Inc.), *Defining Monetary Damages*, San Juan, PR, February 2, 1997.

2.    Gamboa, Anthony M., Jr., David S. Gibson, and John. P. Tierney. "Americans with Disabilities Act: Short-Term Effects." Paper presented at the Authors' Bazaar of the annual meeting of the American Law and Economics Association*,* May 10-11, 1996.

1.    Gamboa, Anthony M., Jr., David S. Gibson, and Gwendolyn H. Holland. *Analysis of Occupational Characteristics*, 2nd ed. Louisville, KY: Vocational Econometrics, Inc., 1994.

# Testimony Report: David S. Gibson

*1/1/2016 through 4/21/2020*

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 4/21/20 | Bianca Barton, a minor, et al. vs. Erin Stone, M.D., et al. [17-L-142] | Deposition | Sangamon County Circuit Court (7th) (IL) |
| 4/14/20 | Briar Mahoney, a minor, et al. vs. Dana Gabriela Mazuru-Witten, M.D., et al. [17BA-CV00195] | Deposition | Boone County Circuit Court (MO) |
| 4/8/20 | Hannah  Cutler, a minor, et al. vs. Melissa Keene, M.D., et al. [16 L 006904] | Deposition | Cook County Circuit Court (IL) |
| 3/17/20 | Estate of Bilan Gong, deceased vs. Advocate Medical Group, et al. [2016 L 12326] | Deposition | Cook County Circuit Court (IL) |
| 3/10/20 | Jennifer Johnson-Borman vs. Julian Taylor, et al. [64D05-1401-CT-242] | Court | Porter Superior Court (IN) |
| 3/9/20 | Estate of Timothy Thomas, deceased vs. City of Fairfield [2017-L-3] | Deposition | Hamilton County Circuit Court (2nd) (IL) |
| 3/5/20 | Colton Babler, a minor, et al. vs. The Monroe Clinic, et al. [3:19-CV-00315] | Deposition | U.S. District Court (Western) (WI) |
| 3/4/20 | Jeffrey Smith, a disabled person vs. University of Chicago Hospitals, et al. [16 L 4212] | Court | Cook County Circuit Court (IL) |
| 3/3/20 | Steven Wolf and Barbara Wolf vs. Family Medical Center of LaGrange, LTD., et al. [2017 L 000447] | Court | Cook County Circuit Court (IL) |
| 3/2/20 | Robert M. Baumhart vs. C&S Pizzeria, Inc., et al. [17 L 9598] | Deposition | Cook County Circuit Court (IL) |
| 3/2/20 | Randolph J. Mullen vs. CSX Transportation [C-21-CV-19-000378] | Deposition | Washington County Circuit Court (MD) |
| 2/26/20 | Artis Aquino vs. City of Chicago [17 L 11852] | Deposition | Cook County Circuit Court (IL) |
| 2/26/20 | Christina Wooten vs. Illinois Gastroenterology Institute, et al. [16 L 115] | Deposition | Peoria County Circuit Court (10th) (IL) |
| 2/25/20 | Robert Dargan vs. City of Prospect Heights, et al. [18 M3 000282] | Deposition | Cook County Circuit Court (IL) |
| 2/25/20 | Caroline McDonald vs. Sullair, LLC and THE Technologies, et al. [14 L 00232] | Deposition | Peoria County Circuit Court (10th) (IL) |
| 2/24/20 | Estate of Kaitlyn Erdman, deceased vs. CDN Logistics, Inc. [2018 L 012402] | Deposition | Cook County Circuit Court (IL) |
| 2/18/20 | Jordan Zulauf vs. Commonwealth Edison Company, et al. [17 L 5209] | Deposition | Cook County Circuit Court (IL) |
| 2/12/20 | Estate of Robert J. Zulauf, deceased vsl Commonwealth Edison Company, et al. [17 L 5399] | Deposition | Cook County Circuit Court (IL) |
| 2/7/20 | Shawna Mackeben vs. Chicago Athletic Clubs, et al. [2017 L 010194] | Court | Cook County Circuit Court (IL) |

| Date | Case Name | Testimony Type | Court |
|---|---|---|---|
| 2/5/20 | Brent Drake vs. Daniel L. Ridener, et al. [84D02-1607-CT-4355] | Deposition | Vigo County Circuit Court (19th) (IN) |
| 2/4/20 | Vickey Hostetter, et al. vs. Robert A. Gurtler, M.D., et al. [14 L 91] | Deposition | Champaign County Circuit Court (6th) (IL) |
| 2/3/20 | Octavio Espino vs. Bozidar Pavlovic and DDS Transportation, Inc. [18 L 166] | Deposition | Cook County Circuit Court (IL) |
| 1/30/20 | Yosef Bornstein vs. YMCA of Chicago [2017 L 005854] | Deposition | Cook County Circuit Court (IL) |
| 1/27/20 | Carter Rossio, a minor, et al. vs. OSF Healthcare Systems, et al. [13 L 296] | Deposition | Peoria County Circuit Court (10th) (IL) |
| 1/27/20 | Austin Chappell vs. Eagle Express Lines, Inc. [18 L 010124] | Deposition | Cook County Circuit Court (IL) |
| 1/22/20 | Felipe Sanchez, III vs. Fariha Chaudhry, M.D., et al. [2015 L 10364] | Deposition | Cook County Circuit Court (IL) |
| 1/16/20 | Cecilia A. Hall vs. Rebel's Consturction, Inc., et al. [16 L 419] | Deposition | Cook County Circuit Court (IL) |
| 1/16/20 | Bryan Tyler Boerste vs. Ellis Towing, LLC, et al. [3:17-CV-00298-GNS] | Deposition | U.S. District Court (Western) (KY) |
| 1/13/20 | Mulan Henry, a minor, et al. vs. Northwestern Memorial Hospital, et al. [2017 L 1141] | Deposition | Cook County Circuit Court (IL) |
| 1/13/20 | Elizabeth G. Bacerott vs. Amtrak [2017 L 011692] | Deposition | Cook County Circuit Court (IL) |
| 1/7/20 | Kristen Dvorak vs. Target Corpation [16 CV 8773] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 1/7/20 | Kamden Durnell, a minor, et al. vs. Christina L Midkiff, M.D., et al. [16-L-429] | Deposition | St. Clair County Circuit Court (20th) (IL) |
| 1/6/20 | Theodore Burmeister, a minor, et al. vs. St. John's Hospital, et al. [16-L-183] | Deposition | Sangamon County Circuit Court (7th) (IL) |
| 1/6/20 | Sean McDermott vs. Arcelormittal USA, et al. [18-CV-03529] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 12/19/19 | James Daniel Garrison vs. Global Experience Specialist, Inc., et al. [2017 L 8011] | Deposition | Cook County Circuit Court (IL) |
| 12/18/19 | Carson Siegmeier, a minor, et al. vs. Rodney G. Briggs, M.D., et al. [14 L 57] | Deposition | Winnebago County Circuit Court (17th) (IL) |
| 12/17/19 | Estate of Jenny Collie-Morales, deceased vs. Advocate Medical Group, et al. [2017 L 002749] | Deposition | Cook County Circuit Court (IL) |
| 12/10/19 | Estate of Star Ifeacho, deceased vs. Cody Begley, et al. [17-CI-04343] | Deposition | Fayette County Circuit Court (22nd) (KY) |
| 12/9/19 | Buford Marie Oliver vs. Metra [15 L 5506] | Deposition | Cook County Circuit Court (IL) |
| 12/6/19 | Mark Allen vs. Sarah Bush Lincoln Health Center, et al. [2013 L 45] | Court | Coles County Circuit Court (5th) (IL) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 12/5/19 | Annette Kimmons and Eugene Kimmons vs. Paul Murtagh, et al. [17 L 012761] | Deposition | Cook County Circuit Court (IL) |
| 12/2/19 | Scott Crum and Julie Ann Crum vs. Dr. Joshua Daniel, O.D., et al. [18-CI-634] | Deposition | Boyd County Circuit Court (2nd) (KY) |
| 11/20/19 | Jeffrey Smith, a disabled person vs. University of Chicago Hospitals, et al. [16 L 4212] | Deposition | Cook County Circuit Court (IL) |
| 11/19/19 | Germaine McCoy vs. Norfolk Southern Railway [2017 L 010241] | Deposition | Cook County Circuit Court (IL) |
| 11/14/19 | Ali Almefleh and Nadiah Sabrah vs. Stephanie Armstrong, et al. [16-L-249] | Evidentiary Deposition | St. Clair County Circuit Court (20th) (IL) |
| 11/14/19 | Steven Wolf and Barbara Wolf vs. Family Medical Center of LaGrange, LTD., et al. [2017 L 000447] | Deposition | Cook County Circuit Court (IL) |
| 11/13/19 | Jimmy Cashmore and Lisa Cashmore vs. Shaun O'Leary, M.D., et al. [16 L 7307] | Deposition | Cook County Circuit Court (IL) |
| 11/7/19 | Janette Debartolo vs. Kohl's Department Stores, et al. [14 L 62038] | Deposition | Cook County Circuit Court (IL) |
| 11/5/19 | Jane Doe 1 vs. City of Chicago [18-cv-3054] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 11/4/19 | Camden Ritchie, a minor, et al. vs. Laurel Walton, M.D., et al. [16 L 32] | Deposition | Macon County Circuit Court (6th) (IL) |
| 11/1/19 | Kenneth Evans vs. Eagle Ridge Resort & Spa, et al. [17 L 002960] | Deposition | Cook County Circuit Court (IL) |
| 10/31/19 | Estate of Passion Overstreet-Vinnett, deceased vs. Jerauld Kirkpatrick, et al. [17 L 9957] | Deposition | Cook County Circuit Court (IL) |
| 10/30/19 | Estate of Patrick Vizzone, deceased vs. Carl Eybel, M.D., et al. [16 L 8291] | Court | Cook County Circuit Court (IL) |
| 10/29/19 | Kathleen Burdick and Bruce Burdick vs. Joseph R. Verbeek, et al. [45C01-1310-CT152] | Court | Lake County Circuit Court (1st) (IN) |
| 10/28/19 | Steven Judson vs. Kevin Stuckey, PA - C, et al. [2018-L-507] | Deposition | St. Clair County Circuit Court (20th) (IL) |
| 10/28/19 | John Doherty vs. Elim Baptist Church [2017 L 010656] | Deposition | Cook County Circuit Court (IL) |
| 10/24/19 | Brain Evans, Jr., a minor vs. Ingalls Memorial Hospital, et al. [17 L 13276] | Deposition | Cook County Circuit Court (IL) |
| 10/22/19 | Shawna Mackeben vs. Chicago Athletic Clubs, et al. [2017 L 010194] | Deposition | Cook County Circuit Court (IL) |
| 10/17/19 | National Office Liquidators, LLC., vs. Knox Avenue Realty, LLC. [17 CH 4624] | Deposition | Cook County Circuit Court (IL) |
| 10/15/19 | The Estate of Joseph Marchiando, deceased vs. Illinois Central Truck Leasing, et al. [16 L 97] | Deposition | Will County Circuit Court (12th) (IL) |
| 10/14/19 | Sharon Schussler, et al. vs. Collette Major, M.D., et al [2016L0011265] | Deposition | Cook County Circuit Court (IL) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 10/14/19 | Frank Manno, a minor, et al. vs. Advocate Sherman Hospital, et al. [16 L 002120] | Deposition | Cook County Circuit Court (IL) |
| 10/10/19 | Cheryl Irwin, et al. vs. Amerigas Propane, Inc., et al. [2015-L-000183] | Deposition | Madison County Circuit Court (3rd) (IL) |
| 10/10/19 | Lee Irwin, et al. vs. Amerigas Propane, Inc., et al. [2015 L 000183] | Deposition | Madison County Circuit Court (3rd) (IL) |
| 10/7/19 | Ryan Fravel, a minor, et al. vs. Astrib B. Herard, M.D., et al. [2017 L 134] | Deposition | Kankakee County Circuit Court (21st) (IL) |
| 10/3/19 | Shawn Allen and Kim Allen vs. Steven G. Glasgow, M.D., et al. [17 L 58] | Deposition | DeKalb County Circuit Court (16th) (IL) |
| 10/2/19 | Frank Galasso vs. Metra [2017 L 010534] | Deposition | Cook County Circuit Court (IL) |
| 9/24/19 | Tyrone Harrington vs. BNSF Railway Company [17 L 011693] | Deposition | Cook County Circuit Court (IL) |
| 9/23/19 | Ramon Mata vs. CSX Transportation, Inc. [2016 L 8361] | Court | Cook County Circuit Court (IL) |
| 9/17/19 | Tarance T. Etheredge III, vs. City of Chicago, et al. [17 L 2841] | Deposition | Cook County Circuit Court (IL) |
| 9/4/19 | Leila Garcia, a disabled minor, et al. vs. St. Francis Hospital, et al. [11 L 1823] | Deposition | Cook County Circuit Court (IL) |
| 8/28/19 | Francisco Miranda and Sylvia Miranda vs. Billy Anders, et al. [13 L 004071] | Deposition | Cook County Circuit Court (IL) |
| 8/26/19 | DeAndre Miller, a minor vs. Monique Jones, M.D., et al. [2015 L 11523] | Deposition | Cook County Circuit Court (IL) |
| 8/21/19 | Tyrone Johnson vs. Gary Ulrich, et al. [2017 L 005736] | Deposition | Cook County Circuit Court (IL) |
| 8/20/19 | Rosalyn Ryan vs. Deepak Nair, et al. [17 L 008287] | Deposition | Cook County Circuit Court (IL) |
| 8/19/19 | Danielle F. Palagi vs. Sucha Singh, et al. [2017 L 469] | Deposition | Cook County Circuit Court (IL) |
| 8/13/19 | The Estate of Aubrey Walker, deceased  vs. Cumberland Regional Hospital, et al. [15-CI-00774] | Deposition | Pulaski County Circuit Court (28th) (KY) |
| 8/12/19 | Kurt Kaiser vs. MB Real Estate Services, Inc., et al. [17 L 5900] | Deposition | Cook County Circuit Court (IL) |
| 8/6/19 | Noushin Pourghobadi vs. Homewood Suites Hotes [16 L 12666] | Deposition | Cook County Circuit Court (IL) |
| 8/1/19 | Gina Pannorfi vs. Shaquita Brown, et al. [2017 L 008286] | Deposition | Cook County Circuit Court (IL) |
| 8/1/19 | Patrick O'Donnell vs. Magic Carpet Ski Lifts, Inc., et al. [15 L 7514] | Deposition | Cook County Circuit Court (IL) |
| 7/30/19 | Ronald Basenberg vs. Metra [17 L 008739] | Deposition | Cook County Circuit Court (IL) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 7/29/19 | Hudson Thies, a minor, et al. vs. Mercy Hospitals East Communities, et al. [17SL-CC01871] | Deposition | St. Louis County Circuit Court (21st) (MO) |
| 7/29/19 | Jeannette Hernandez, et al. vs. Jacob A. Jindela [15 M6 000640] | Deposition | Cook County Circuit Court (IL) |
| 7/26/19 | Martin McCallion vs. Michael Nemlich, et al. [17 L 1387] | Court | Cook County Circuit Court (IL) |
| 7/26/19 | Elmar Bingcang, et al. vs. Matthew R. Waterman and City of Elgin [16 L 31] | Deposition | Kane County Circuit Court (16th) (IL) |
| 7/25/19 | Vanessa Woods, et al. vs. The Boeing Company [2015 L 006324] | Deposition | Cook County Circuit Court (IL) |
| 7/25/19 | Darlene Ramirez, et al. vs. The Boeing Company [2015 L 006324] | Deposition | Cook County Circuit Court (IL) |
| 7/25/19 | Faye Oskarsdottir, et al. vs. The Boeing Company [2015 L 006324] | Deposition | Cook County Circuit Court (IL) |
| 7/25/19 | Karen Neben and Nathan Neben, et al. vs. The Boeing Company [2015 L 006324] | Deposition | Cook County Circuit Court (IL) |
| 7/25/19 | Vashti Escobedo and Ray C. Escobedo, et al. vs The Boeing Company [16 L 003846] | Deposition | Cook County Circuit Court (IL) |
| 7/24/19 | Angela Kaepplinger and Brian Kaepplinger vs. Michael Michelotti, M.D., et al. [17-cv-5847] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 7/23/19 | Estate of Patrick Vizzone, deceased vs. Carl Eybel, M.D., et al. [16 L 8291] | Deposition | Cook County Circuit Court (IL) |
| 7/18/19 | Adam Wyczesany, disabled, et al. vs. MBI Builders, Ltd., et al. [16 L 3690] | Deposition | Cook County Circuit Court (IL) |
| 7/18/19 | Laura Gonzalez, et al. vs. Ricky Gee, et al. [16 L 9284] | Deposition | Cook County Circuit Court (IL) |
| 7/16/19 | Jonathan Clark vs. Sally R. Fuller [17 L 22] | Court | Lee County Circuit Court (15th) (IL) |
| 7/15/19 | Anthony DeSanti vs. Global Spectrum, L.P., et al. [16 L 15] | Deposition | Cook County Circuit Court (IL) |
| 7/15/19 | Gregory Jones vs. BNSF Railway Company [17 L 011695] | Deposition | Cook County Circuit Court (IL) |
| 7/11/19 | Brian J. Volkman, deceased vs. Loyola University Medical Center [16 L 8588] | Deposition | Cook County Circuit Court (IL) |
| 7/9/19 | Daniel A. Caruso vs. Advocate Sheman Hospital, et al. [16 L 005840] | Deposition | Cook County Circuit Court (IL) |
| 7/8/19 | Alex Garcia vs. Safeco Insurance Company | Deposition | Uninsured Motorist Claim (IL) |
| 6/25/19 | Heidi Mrowiec vs. David A. Gray, et al. [2014 L 27] | Deposition | Winnebago County Circuit Court (17th) (IL) |
| 6/25/19 | Tinauris Wise vs. Erman T. Williams, et al. [17 L 588] | Deposition | Cook County Circuit Court (IL) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 6/24/19 | Keith Lannefeld vs. Schindler Elevator Corporation, et al. [2016 L 008720] | Deposition | Cook County Circuit Court (IL) |
| 6/24/19 | John Stone vs. Freeman Decorating Company, et al. [2016 L 008283] | Deposition | Cook County Circuit Court (IL) |
| 6/18/19 | Daniel Kowalyk vs. City of Park Ridge, et al. [16 L 004808] | Deposition | Cook County Circuit Court (IL) |
| 6/18/19 | Jennifer Newberry vs. City of Park Ridge, et al. [16 L 004808] | Deposition | Cook County Circuit Court (IL) |
| 6/13/19 | Eric Duclos vs. Altec Industries, Inc., et al. [3:16-cv-01162-JPG-RJD] | Deposition | U.S. District Court (Southern) (IL) |
| 6/12/19 | Sydney Renner vs. Trevor J. Shepard Bazant [45C01-1606-CT-00080] | Court | Lake County Circuit Court (1st) (IN) |
| 6/11/19 | Tyler Spjute vs. The Keckley Company, et al. [17 L 5405] | Deposition | Cook County Circuit Court (IL) |
| 5/29/19 | Sarahi Diaz, a minor, et al. vs. Mac Neal Hospital, et al. [2014 L 12660] | Deposition | Cook County Circuit Court (IL) |
| 5/29/19 | Estate of Julene Ricks-Ngwayah, deceased vs. Advocate Health & Hospitals Corp., et al. [14 L 12504] | Court | Cook County Circuit Court (IL) |
| 5/28/19 | Ernest Wirtz vs. Union Pacific Railroad Company [27-cv-16-702] | Evidentiary Deposition | Hennepin County Circuit Court (4th) (MN) |
| 5/23/19 | Yuli Salgado, et al. vs. Marlene Fields [16 L 012414] | Deposition | Cook County Circuit Court (IL) |
| 5/22/19 | Ramon Mata vs. CSX Transportation, Inc. [2016 8361] | Deposition | Cook County Circuit Court (IL) |
| 5/10/19 | Issam Rafea and Jouliana Baakar vs. Victoria A. Brown [15 L 83] | Court | DeKalb County Circuit Court (16th) (IL) |
| 5/6/19 | Landon Ghostanyans, a minor, et al. vs. Pamela J. Goodwin, M.D., et al. [15 L 009669] | Court | Cook County Circuit Court (IL) |
| 5/1/19 | Jane Doe 5 vs. City of Chicago [18-cv-3054] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 5/1/19 | Jane Doe 1 vs. City of Chicago [18-cv-3054] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 5/1/19 | Jane Doe 2 vs. City of Chicago [18-cv-3054] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 5/1/19 | Jane Doe 3 vs. City of Chicago [18-cv-3054] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 5/1/19 | Jane Doe 4 vs. City of Chicago [18-cv-3054] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 4/30/19 | Estate of Nicholas Garza vs. Gary Holstein, et al. [LACV044451] | Deposition | Clinton County Circuit Court (7th) (IA) |
| 4/29/19 | Abbie P. Bennett vs. Allison M. Muskat [16 L 285] | Deposition | Lake County Circuit Court (19th) (IL) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 4/29/19 | Helen Miles and Wayne Miles vs. Signature Hardware [16-L-541] | Deposition | St. Clair County Circuit Court (20th) (IL) |
| 4/25/19 | Martin McCallion vs. Michael Nemlich, et al. [17 L 1387] | Deposition | Cook County Circuit Court (IL) |
| 4/24/19 | George Buchanan vs. Alphonse J. Schlueter, et al. [17-L-255] | Evidentiary Deposition | St. Clair County Circuit Court (20th) (IL) |
| 4/23/19 | Maria G. Perez vs. 2800 Avenue Limited Partnership, et al. [2016 L 009165] | Deposition | Cook County Circuit Court (IL) |
| 4/15/19 | David Abraham vs. Marvin Newson, Omega & Associates, Inc., et al. [2016 L 9692] | Deposition | Cook County Circuit Court (IL) |
| 4/10/19 | James Balonek vs. Northeast Illinois Commuter Railroad Corporation [17 L 004043] | Deposition | Cook County Circuit Court (IL) |
| 4/9/19 | Bay Nguyen vs. Mike Pipikios, et al. [2016 L 007174] | Deposition | Cook County Circuit Court (IL) |
| 4/8/19 | Roger Creason, deceased vs. Williams Brothers Construction, et al. [2016 L 000020] | Deposition | Sangamon County Circuit Court (7th) (IL) |
| 4/4/19 | Melissa Mowery vs. Waukegan Illinois Hopsital Company, LLC, et al. [2015 L 012865] | Deposition | Cook County Circuit Court (IL) |
| 4/4/19 | Thomas Batka vs. Jacob Gutierrez Rodriguez, et al. [17 L 9150] | Deposition | Cook County Circuit Court (IL) |
| 4/3/19 | Teresa Woods and Virgil Woods vs. Barr Nunn Transportation, et al. [05771 LACL 138665] | Deposition | Polk County Circuit Court (5th) (IA) |
| 3/27/19 | Andrew Woods vs. Amazon.Com., et al. [17-cv-4339] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 3/26/19 | Alexis Votaw, a minor, et al. vs. Paula Hobson, M.D. et al. [2014 L 34] | Deposition | DeKalb County Circuit Court (16th) (IL) |
| 3/11/19 | Richard Mika vs. F.H. Paschen, et al. [16 L 1319] | Deposition | Cook County Circuit Court (IL) |
| 3/6/19 | Micheal Q. Murphy, et al. vs. SSM Healthcare, St. Louis, et al. [17SL-CC04072] | Deposition | St. Louis County Circuit Court (21st) (MO) |
| 3/4/19 | Debra Piper, deceased vs.David Clutis, M.D., et al. [17-L-57] | Deposition | Jackson County Circuit Court (1st) (IL) |
| 3/4/19 | Carl Jacobs vs. Ilene Hall [45D02-1610-CT-100] | Evidentiary Deposition | Lake County Circuit Court (1st) (IN) |
| 2/28/19 | Martha Solorio vs. Presence Chicago Hospitals, et al. [15 L 9820] | Deposition | Cook County Circuit Court (IL) |
| 2/26/19 | Antonio Venegas, a disabled person vs. Iron Mountain, Inc., et al. [15 L 1659] | Deposition | Cook County Circuit Court (IL) |
| 2/25/19 | Steven Zhao, a minor vs. The United States of America [17-CV-454] | Evidentiary Deposition | U.S. District Court (Southern) (IL) |
| 2/20/19 | Jeffrey E. Burke and Lisa Songer-Burke vs. John Maneely Company, et al. [14-cv-285] | Deposition | U.S. District Court (Northern, E. Div) (IL) |

| Date | Case Name | Testimony Type | Court |
|---|---|---|---|
| 2/19/19 | Ryan Dempsey vs. Northeast Illinois Regional Commuter Railroad [16 L 9525] | Court | Cook County Circuit Court (IL) |
| 2/14/19 | Benjamin Trusty vs. Illinois Central Railroad Company, et al. [16 L 008557] | Deposition | Cook County Circuit Court (IL) |
| 2/12/19 | Victor Calderon vs. Ozinga Ready Mix Concrete, INC., et al. [16 L 010247] | Deposition | Cook County Circuit Court (IL) |
| 2/5/19 | Madalynn Corbin, a minor, et al. vs. St. Anthony's Health Center, et al. [13-L-592] | Deposition | Madison County Circuit Court (3rd) (IL) |
| 1/29/19 | Zachary Weyer vs. SAIA Motor Freight Line, LLC., et al. [17 CV 3621] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 1/17/19 | Imran Maali, a minor, et al. vs. Advocate Health and Hospitals Corp., et al. [15 L 5925] | Court | Cook County Circuit Court (IL) |
| 1/14/19 | Michael Schaller, et al. vs. Arlington Park Racecourse, LLC., et al. [16 L 2889] | Court | Cook County Circuit Court (IL) |
| 1/8/19 | Aleksander Galaszkiewicz, et al. vs. Bincy Joseph, M.D. et al. [2015 L 007084] | Deposition | Cook County Circuit Court (IL) |
| 1/8/19 | Albert Wdziekonski, et al. vs. S. Saft & Company, et al. [2016-CA-001799-08-G] | Deposition | Seminole County Circuit Court (18th) (FL) |
| 1/7/19 | Terry Good vs. Northshore University Health System, et al. [16 L 9666] | Deposition | Cook County Circuit Court (IL) |
| 1/7/19 | Landon Ghostanyans, a minor, et al. vs. Pamela J. Goodwin, M.D., et al. [15 L 009669] | Deposition | Cook County Circuit Court (IL) |
| 1/3/19 | Mark Lauenstein and Jamie Lauenstein vs. Horsfield Construction, et al. [2:17-CV-01025] | Evidentiary Deposition | U. S. District Court (Northern, E. Div) (IA) |
| 1/3/19 | Robert Surma and Margaret Surma vs. Richard W. Broderick, M.D., et al. [15 L 6597] | Deposition | Cook County Circuit Court (IL) |
| 12/18/18 | John Doherty vs. Elim Baptist Church [2017 L 010656] | Deposition | Cook County Circuit Court (IL) |
| 12/18/18 | Estate of Isaiah Sanchez, deceased minor vs. Norton Hospitals, INC., et al. [14-CI-004065] | Deposition | Jefferson County Circuit Court (30th) (KY) |
| 12/13/18 | Sydney Renner vs. Trevor J. Shepard Bazant [45C01-1606-CT-00080] | Deposition | Lake County Circuit Court (1st) (IN) |
| 12/5/18 | Folasade Kalejaiye, a minor vs. The University of Chicago Medical Center, et al. [15 L 010889] | Court | Cook County Circuit Court (IL) |
| 12/3/18 | John J. Jaloway, deceased vs. Aristeo Construction Company, et al. [2016 L 003159] | Deposition | Cook County Circuit Court (IL) |
| 11/29/18 | Troy Hatchett, a minor, et al. vs. Little Company of Mary Hospital, et al. [14 L 4991] | Deposition | Cook County Circuit Court (IL) |
| 11/29/18 | Owen Murrell, a minor, et al. vs. Charles J. Aprahamian, M.D., et al. [15 L 269] | Deposition | Peoria County Circuit Court (10th) (IL) |
| 11/28/18 | Sergey Mikhanovsky and Lana Mikhanovsky vs. Michael P. Grossman, M.D., et al. [16 L 010418] | Deposition | Cook County Circuit Court (IL) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 11/27/18 | Estate of Daniel Kujawa, deceased vs. Samuel Farbstein, M.D., et al. [10 L 101] | Deposition | Cook County Circuit Court (IL) |
| 11/15/18 | Adrian Roberto Villa, a minor, vs. Adventist GlenOaks Hospital, et al. [16-cv-5151] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 11/14/18 | Nicole Moses vs. Northwestern Healthcare Corp., et al. [15 L 812] | Deposition | Dupage County Circuit Court (18th) (IL) |
| 11/14/18 | Stevan Schmelzer and Shelly Schmelzer vs. Ross Wilson Trucking Inc., et al. [3:16-cv-16-290-SCW] | Deposition | U.S. District Court (Southern) (IL) |
| 11/13/18 | Cortney Dixon vs. Texas Roadhouse, Inc., et al. [16-CI-00490] | Deposition | Pulaski County Circuit Court (28th) (KY) |
| 11/12/18 | James R. Mahlum and Evetta Mahlum vs. Duane Arch [16 L 39] | Deposition | Kankakee County Circuit Court (21st) (IL) |
| 11/9/18 | Bennie Wood and Linda Wood vs. Navistar, Inc. [09 L 5440] | Court | Cook County Circuit Court (IL) |
| 11/6/18 | Anthony Elmore vs. Northeast Illinois Regional Commuter Railroad, d/b/a METRA [16 L 011777] | Deposition | Cook County Circuit Court (IL) |
| 11/1/18 | Thomas Ittersagen vs. Advocate Health and Hospitals, Corp., et al. [12 L 007599] | Court | Cook County Circuit Court (IL) |
| 10/26/18 | Estate of Phillip P. Dunlap, deceased vs. Dr. J. Stephen Marshall, et al. [09 L 257] | Court | Peoria County Circuit Court (10th) (IL) |
| 10/23/18 | Ryan Dempsey vs. Northeast Illinois Regional Commuter Railroad [16 L 9525] | Deposition | Cook County Circuit Court (IL) |
| 10/19/18 | Dena Lewis-Bystrzycki v. City of Country Club Hills, et al. [2012 L 009916] | Court | Cook County Circuit Court (IL) |
| 10/15/18 | Dennis Domingo and May Domingo vs. Leonid Bouinyl, M.D., et al. [2011 L 739] | Court | Dupage County Circuit Court (18th) (IL) |
| 10/9/18 | Steven Zhao, a minor vs. The United States of America [17-CV-454] | Deposition | U.S. District Court (Southern) (IL) |
| 10/3/18 | Estate of John Douglas Behme, deceased vs. Ameren Illinois Company, et al. [16-L-324] | Evidentiary Deposition | St. Clair County Circuit Court (20th) (IL) |
| 10/1/18 | Julien Florez, a minor, et al. vs. Northshore University Healthsystem, et al. [14 L 13348] | Court | Cook County Circuit Court (IL) |
| 9/26/18 | Travis Kness and Jennifer Kness vs. Patrick Crisci [2017-cv-50163] | Deposition | U.S. District Court (Northern, W. Div) (IL) |
| 9/24/18 | Nancy Fallon vs. Freakling Bros., Inc. [A-17-753909-C] | Deposition | Clark County Circuit Court (8th) (NV) |
| 9/21/18 | Anthony J. Perrin, deceased vs. Dubak Electrical Maintenance Corp., et al. [2015 L 8425] | Court | Cook County Circuit Court (IL) |
| 9/19/18 | Estate of Jeremy Kitt, deceased vs. Androni Henry, M.D., et al. [16 L 004373] | Deposition | Cook County Circuit Court (IL) |
| 9/19/18 | John Perrin, et al. vs. Capstan Corporation, et al. [17 CV 636] | Deposition | U.S. District Court (Western) (WI) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 9/19/18 | Brandon Michael Pekkala, et al. vs. Fraser Shipyards, Inc., et al. [17 CV 636] | Deposition | U.S. District Court (Western) (WI) |
| 9/19/18 | Donald Holden, et al. vs. Capstan Corporation, et al. [17-CV-636] | Deposition | U.S. District Court (Western) (WI) |
| 9/17/18 | Vimala Kunnasseril, deceased vs. Maleeha Ahsan, M.D., et al. [12 L 012282] | Deposition | Cook County Circuit Court (IL) |
| 9/13/18 | Jessica Hempen vs. St. Joseph's Hospital, et al. [12 L 369] | Deposition | St. Clair County Circuit Court (20th) (IL) |
| 9/11/18 | Mary C. Andreoni vs. Susan P. Pearl [16 L 893] | Deposition | Cook County Circuit Court (IL) |
| 9/10/18 | Austin Sivia, a minor, et al. vs. Southwestern Illinois Health Facilities, Inc., et al. [15 L 390] | Deposition | St. Clair County Circuit Court (20th) (IL) |
| 9/5/18 | Jason Sumner and Shelby Sumner vs. Recreational Equipment, Inc., et al. [17 CV 2866] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 9/5/18 | Justin T. Wotkowski vs. Anthony K. Hofer, and the County of Will [15 L 120] | Deposition | Will County Circuit Court (12th) (IL) |
| 9/4/18 | Filiberto Tinajero vs. Chicago Heights Park District, et al. [15 L 9816] | Deposition | Cook County Circuit Court (IL) |
| 8/22/18 | Marlo Messner vs. Restaurant Depot, LLC [13 L 13277] | Deposition | Cook County Circuit Court (IL) |
| 8/21/18 | Patrick Shull and Kathy Shull vs. GCI Consolidated, LLC [2015 M3 000745] | Deposition | Cook County Circuit Court (IL) |
| 8/15/18 | Charles Muhammad, a minor vs. Northwestern Memorial Hospital, et al. [12 L 012174] | Evidentiary Deposition | Cook County Circuit Court (IL) |
| 8/13/18 | Donny L. Schroeder vs. Spry's Dirt & Gravel, et al. [16CM-CC00082] | Deposition | Camden County Circuit Court (26th) (MO) |
| 8/9/18 | Daneilleo J. Marshall vs. Dennis L. Newberry, M.D., et al. [11-CI-00356] | Deposition | Henderson County Circuit Court (51st) (KY) |
| 8/7/18 | Malissa Bader vs. Airoldi Brothers, Inc., et al. [16 L 160] | Deposition | Lake County Circuit Court (19th) (IL) |
| 8/6/18 | Jordan Kori Jackson, deceased vs. Textron Inc., et al. [3:12-CV-00154-TBR-LLK] | Court | U.S. District Court (Western) (KY) |
| 8/2/18 | Tracy B. Driscoll, deceased vs.Old Dominion Freight Line, Inc., et al. [2016 L 2435] | Deposition | Cook County Circuit Court (IL) |
| 7/30/18 | Dagoberto Enriquez and Eunice Enriquez vs. Jas Forwarding, Inc., [2016 L 002088] | Deposition | Cook County Circuit Court (IL) |
| 7/25/18 | Jose Gamboa vs. Mondelez International, Inc., et al. [2015 M5 00298] | Deposition | Cook County Circuit Court (IL) |
| 7/24/18 | Kevin Pinkerton vs. Wallace Abel, M.D., et al. [15-L-629] | Deposition | St. Clair County Circuit Court (20th) (IL) |
| 7/17/18 | Kelvin Baldridge and Darlene Baldridge vs. Franciscan Aliance, et al. [15 L 010132] | Deposition | Cook County Circuit Court (IL) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 7/12/18 | Michael Baker vs. Cook County Health, et al. [15 L 10115] | Deposition | Cook County Circuit Court (IL) |
| 6/28/18 | Charles Muhammad, a minor vs. Northwestern Memorial Hospital, et al. [12 L 012174] | Deposition | Cook County Circuit Court (IL) |
| 6/26/18 | Nastalia Soto, a minor, et al. vs. MacNeal Hospital, et al. [2014 L 009016] | Deposition | Cook County Circuit Court (IL) |
| 6/25/18 | William S. Gregory vs. Ledcor Construction Inc., et al [15 L 001494] | Deposition | Cook County Circuit Court (IL) |
| 6/25/18 | Estate of Robert Eric Clark, deceased, et al. vs. American Coal Company [3:16-cv-01196-JPG-RJD] | Deposition | U.S. District Court (Southern) (IL) |
| 6/21/18 | Stacey Dole and Michael J. Dole vs. Kanesha L. Bryant, M.D., et al. [2015 L 12349] | Deposition | Cook County Circuit Court (IL) |
| 6/7/18 | Imran Maali, a minor, et al. vs. Advocate Health and Hospitals Corp., et al. [15 L 5925] | Deposition | Cook County Circuit Court (IL) |
| 6/4/18 | Laura Dubberke vs. DPI Specialty Foods, Inc., et al. [16 L 6992] | Deposition | Cook County Circuit Court (IL) |
| 5/31/18 | Michael Schaller, et al. vs. Arlington Park Racecourse, LLC., et al. [16 L 2889] | Deposition | Cook County Circuit Court (IL) |
| 5/24/18 | Ali Almefleh and Nadiah Sabrah vs. Stephanie Armstrong, et al. [16-L-249] | Deposition | St. Clair County Circuit Court (20th) (IL) |
| 5/23/18 | Pablo Vieyra vs. Vivify Construction, LLC. [2015 L 006001] | Deposition | Cook County Circuit Court (IL) |
| 5/22/18 | Eric Mertes and Kendra Mertes vs. Robert Summerfelt [14 L 002983] | Court | Cook County Circuit Court (IL) |
| 5/22/18 | Anthony J. Perrin, deceased vs. Dubak Electrical Maintenance Corp., et al. [2015 L 8425] | Deposition | Cook County Circuit Court (IL) |
| 5/16/18 | Estate of Marilyn Madina Perez vs. St. Alexius Medical Center, et al. [14 L 10905] | Court | Cook County Circuit Court (IL) |
| 5/15/18 | Lawrence H. Polchow vs. John J. Robinson and Bruce I. Robinson [15 L 284] | Deposition | Dupage County Circuit Court (18th) (IL) |
| 5/14/18 | Rayelynn A. Kidwell, disabled adult, et al. vs. Laurie X. Hopper, R.N., et al. [16 L 1122] | Deposition | Madison County Circuit Court (3rd) (IL) |
| 5/8/18 | Robert Herring vs. Terrance Nofsinger, et al. [16 L 7482] | Deposition | Cook County Circuit Court (IL) |
| 5/7/18 | Daniya Hamilton, a minor, et al. vs. Waukegan Illinois Hospital, LLC. [16 L 319] | Deposition | Lake County Circuit Court (19th) (IL) |
| 5/2/18 | Michael Videira vs. Athletico, Ltd., et al. [15 L 002633] | Deposition | Cook County Circuit Court (IL) |
| 4/30/18 | Mark Allen vs. Sarah Bush Lincoln Health Center, et al. [2013 L 45] | Deposition | Coles County Circuit Court (5th) (IL) |
| 4/24/18 | Sean M. Felix and Randi Felix vs. The Autobarn City Mazda, et al. [16 L 6527] | Deposition | Cook County Circuit Court (IL) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 4/23/18 | Carrie A. Scheetz vs. Nauvoo-Colusa Community Unit School District #325, et al. [2016 LL 00001] | Deposition | Hancock County Circuit Court (9th) (IL) |
| 4/23/18 | Terry Hopkins vs. Union Pacific Railroad Company [13 L 9894] | Court | Cook County Circuit Court (IL) |
| 4/16/18 | Sarah Kamp, Deceased vs. Sheriff of Stephenson County, et al. [2013 L 29] | Deposition | Stephenson County Circuit Court (15th) (IL) |
| 3/29/18 | Jennifer Johnson-Borman vs. Julian E. Taylor, et al. [64D05-1401-CT-242] | Deposition | Porter County Circuit Court (2nd) (IN) |
| 3/22/18 | Elton Togba vs. Prime Scaffold, Inc., [15 L 010288] | Deposition | Cook County Circuit Court (IL) |
| 3/20/18 | Joseph F. Michelau, et al. vs. Preferred Professional Insurance Company, et al. [17-CV-001017] | Deposition | Racine County Circuit Court (WI) |
| 3/14/18 | Eric Mertes and Kendra Mertes vs. Robert Summerfelt [14 L 002983] | Deposition | Cook County Circuit Court (IL) |
| 3/13/18 | Issam Rafea and Jouliana Baakar vs. Victoria A. Brown [15 L 83] | Deposition | DeKalb County Circuit Court (16th) (IL) |
| 3/8/18 | Janice McKinney vs. Advocate North Side Health Network, et al. [14 L 010652] | Court | Cook County Circuit Court (IL) |
| 2/27/18 | Kenneth M. Smith vs. Xsport Fitness, Inc., et al. [15 L 1323] | Court | Cook County Circuit Court (IL) |
| 2/22/18 | Tom M. Schulenberg, et al. vs. Dr. Meena Gujrati, M.D., et al. [14 L 204] | Deposition | Peoria County Circuit Court (10th) (IL) |
| 2/21/18 | Francisco Jara vs. Power Construction Company, LLC, et al. [2015 L 005694] | Deposition | Cook County Circuit Court (IL) |
| 2/20/18 | Kenneth W. Jones, et al. vs. Heather Lynn Hembree [11 L 141] | Deposition | Dupage County Circuit Court (18th) (IL) |
| 2/15/18 | Julia Kryszczynska, a minor, et al. vs. Yvonne Wolny, M.D., et al. [2014 L 001758] | Court | Cook County Circuit Court (IL) |
| 2/13/18 | Jan Piekarewicz, et al. vs. Menards, et al. [15 L 7643] | Deposition | Cook County Circuit Court (IL) |
| 2/12/18 | Folasade Kalejaiye, a minor vs. The University of Chicago Medical Center, et al. [15 L 010889] | Deposition | Cook County Circuit Court (IL) |
| 2/6/18 | Amy Konen, et al. vs. Zurich American Insurance Company, et al. [2017CV000658] | Deposition | Dane County Circuit Court (WI) |
| 2/6/18 | Jeffrey Hubert vs. Chicago Public Schools [2016 L 1607] | Deposition | Cook County Circuit Court (IL) |
| 1/30/18 | Randy G. Pate, Sr. vs Pace Suburban Bus, Division of RTA, et al. [09 L 9122] | Court | Cook County Circuit Court (IL) |
| 1/29/18 | Estate of John Douglas Behme, deceased vs. Ameren Illinois Company, et al. [16-L-324] | Deposition | St. Clair County Circuit Court (20th) (IL) |
| 1/23/18 | Estate of Sheree Mayfield, deceased vs. Little Company of Mary Hospital, et al. [16 L 2106] | Deposition | Cook County Circuit Court (IL) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 1/23/18 | Jordan Kori Jackson, deceased vs. Textron Inc., et al. [3:12-CV-00154-TBR-LLK] | Deposition | U.S. District Court (Western) (KY) |
| 1/22/18 | Virginia Altiveros and Casimiro Altiveros vs. Bhupesh Dhananjayan, M.D., et al. [13 L 12543] | Court | Cook County Circuit Court (IL) |
| 1/22/18 | Gia M. Super and Todd E. Alter vs. Carla Burdock, M.D. [13 L 33208] | Deposition | Cook County Circuit Court (IL) |
| 1/17/18 | Natalya Goldin vs. Menachem Shabat, as Parent and Next Friend of Ashira Shabat, a minor [16 L 3083] | Deposition | Cook County Circuit Court (IL) |
| 1/15/18 | Stuart Rosenberg vs. The Home Depot, U.S.A., Inc. [16 CV 05272] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 1/11/18 | John Miceli vs. Jack Parzatka [14 LA 35] | Court | McHenry County Circuit Court (22nd) (IL) |
| 1/10/18 | Estate of Julene Ricks-Ngwayah, deceased vs. Advocate Health & Hospitals Corp., et al. [14 L 12504] | Deposition | Cook County Circuit Court (IL) |
| 1/9/18 | Estate of Kevin Conner, deceased vs. Todd Alexander, M.D., et al. [15 L 157] | Deposition | Winnebago County Circuit Court (17th) (IL) |
| 1/8/18 | Paul David Sitz vs. F.H. Paschen, S.N. Nielsen & Associates, LLC, et al. [14 L 11084] | Deposition | Cook County Circuit Court (IL) |
| 1/4/18 | Stanley Jedrzejczyk, et al. vs. City of Chicago, a municipal corporation, et al. [14 L 8125] | Deposition | Cook County Circuit Court (IL) |
| 1/3/18 | Wyatt Williams vs. Leslie Mueller [15 L 000744] | Deposition | Dupage County Circuit Court (18th) (IL) |
| 12/18/17 | Thomas Ittersagen vs. Advocate Health and Hospitals, Corp., et al. [12 L 007599] | Deposition | Cook County Circuit Court (IL) |
| 12/13/17 | Janice McKinney vs. Advocate North Side Health Network, et al. [14 L 010652] | Deposition | Cook County Circuit Court (IL) |
| 12/12/17 | Jesse Lindsay vs. Clowning Around Entertainment, Inc. [14 L 000927] | Deposition | Cook County Circuit Court (IL) |
| 12/7/17 | Raymond Laux and Cynthia Laux vs. Walsh Construction Company II, LLC, et al. [15 L 8606] | Deposition | Cook County Circuit Court (IL) |
| 11/28/17 | Andrzej Rosinski vs. The John H. Stroger Hospital of Cook County, et al. [15 L 11590] | Deposition | Cook County Circuit Court (IL) |
| 11/13/17 | Mohamed Diaby, et al. vs. Berliner Specialty Distributors, Inc., et al. [CAL16-43517] | Deposition | Prince George's County County Circuit Court (MD) |
| 11/8/17 | Bradley A. Minar and Christine Minar vs. Southern Illinois Power Corp., et al. [15-L-79] | Deposition | Williamson County Circuit Court (1st) (IL) |
| 11/6/17 | Douglas Blackard vs. Craig Nichelson, et al. [16-CV-9183] | Deposition | Milwaukee County Circuit Court (WI) |
| 11/1/17 | Sarah Baxter and Michael Baxter vs. Jennifer Dunn, MD., et al. [14 L 672] | Deposition | Dupage County Circuit Court (18th) (IL) |
| 10/26/17 | Merton L. Feldstein vs. Gerald S. Adelman, et al. [2016 L 003627] | Court | Cook County Circuit Court (IL) |

| Date | Case Name | Testimony Type | Court |
|---|---|---|---|
| 10/23/17 | Mia Camacho, a minor vs. Norton Hospitals, INC., et al. [12-CI-05874] | Deposition | Jefferson County Circuit Court (30th) (KY) |
| 10/23/17 | Robert Montagano, et al. vs. Leading Edge Group, Inc., et al. [14 L 8096] | Court | Cook County Circuit Court (IL) |
| 10/16/17 | Estate of Michael D. LaPorta, a disabled person vs. The City of Chicago, et al. [10 L 11901] | Court | U.S. District Court (Northern, E. Div) (IL) |
| 10/12/17 | Samantha Bilbrey vs. Geronimo Garcia, Jr., M.D. et al. [13-L-104] | Deposition | Macon County Circuit Court (6th) (IL) |
| 10/11/17 | Susan Miller vs. The City of Aurora d/b/a the Aurora Fire Department [13 L 174] | Deposition | Kane County Circuit Court (16th) (IL) |
| 10/11/17 | Estate of Donald L. Barr, Deceased vs. The United States of America [3:15-cv-01329-DRH-PMF] | Evidentiary Deposition | U.S. District Court (Southern) (IL) |
| 10/10/17 | Julia Kryszczynska, a minor, et al. vs. Yvonne Wolny, M.D., et al. [2014 L 001758] | Deposition | Cook County Circuit Court (IL) |
| 10/4/17 | James Denton and Teresa Denton vs. Universal Am-Can, Ltd., et al. [15 L 1727] | Court | Cook County Circuit Court (IL) |
| 9/26/17 | Jihan Abdalla vs. Dream Occasions, Inc., et al. [2013 L 001604] | Deposition | Cook County Circuit Court (IL) |
| 9/25/17 | Ernest Thorson vs. Freedom Graphic Systems, LLC,  et al. [14 L 6841] | Deposition | Cook County Circuit Court (IL) |
| 9/21/17 | James R. Sullivan vs. Lend Lease (US) Construction, INC, et al. [13 L 6290] | Deposition | Cook County Circuit Court (IL) |
| 9/14/17 | Diana Carranza vs. Julie A. Rothschild, M.D., et al. [14 L 6087 "C"] | Deposition | Cook County Circuit Court (IL) |
| 9/12/17 | Mario De La Haye, M.D. vs. City Colleges of Chicago, et al. [15 L 5531] | Deposition | Cook County Circuit Court (IL) |
| 9/12/17 | Micah Young, M.D. vs. City Colleges of Chicago, et al. [15 L 4348] | Deposition | Cook County Circuit Court (IL) |
| 9/6/17 | Bennie Wood and Linda Wood vs. Navistar, Inc. [09 L 5440] | Deposition | Cook County Circuit Court (IL) |
| 9/6/17 | Justin Rosenberger vs. Steven J. Sauerberg, M.D., et al. [15 L 1786] | Deposition | Cook County Circuit Court (IL) |
| 8/30/17 | George Grozdev vs. Central States Trucking, et al. [2015 L 010330] | Deposition | Cook County Circuit Court (IL) |
| 8/28/17 | Robert Grayson, et al. vs. Edward Kirsh, M.D., et al. [2013 L 008584] | Deposition | Cook County Circuit Court (IL) |
| 8/28/17 | Julien Florez, a minor, et al. vs. Northshore University Healthsystem, et al. [14 L 13348] | Deposition | Cook County Circuit Court (IL) |
| 8/18/17 | Tierney Darden vs. City of Chicago, a Municipal Corp., et al. [15 L 008311] | Court | Cook County Circuit Court (IL) |
| 8/16/17 | Randy G. Pate, Sr. vs Pace Suburban Bus, Division of RTA, et al. [09 L 9122] | Deposition | Cook County Circuit Court (IL) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 8/15/17 | Gregory Schuring, et al. vs. Cottrell, Inc. and Cassens Corp. [1:13-cv-07142] | Court | U.S. District Court (Northern, E. Div) (IL) |
| 8/10/17 | Estate of Rebecca Gaither, deceased vs. Rene Adrian, M.D., et al. [13 L 12173] | Court | Cook County Circuit Court (IL) |
| 8/7/17 | Salvador Avalos vs. Liquid Container, Inc., et al. [2011 L 012390] | Deposition | Cook County Circuit Court (IL) |
| 8/4/17 | Kevin O'Bryan, et al. vs. Primal Vantage Company, et al. [12-CI-06326] | Court | Jefferson County Circuit Court (30th) (KY) |
| 7/31/17 | Margaret McFarland vs. Marriott International, Inc., et al. [14 L 004928] | Deposition | Cook County Circuit Court (IL) |
| 7/25/17 | Colton Hidde, a minor, et al. vs. United Health Care Services, Inc, et al. [2015 CV 78] | Deposition | Outagamie County Circuit Court (WI) |
| 7/20/17 | Estate of Gary Beno, Deceased vs. Skyline Management Group, et al. [13 L 013384] | Deposition | Cook County Circuit Court (IL) |
| 7/19/17 | Donna St. Clair vs. Redden Trucking, Inc., et al. [3:15-cv-00896-TBR] | Deposition | U.S. District Court (Western) (KY) |
| 7/12/17 | Estate of Michael Bishop, deceased vs. Northern Illinois Medical Center, et al. [13 LA 260] | Deposition | McHenry County Circuit Court (22nd) (IL) |
| 7/10/17 | Marco Garzon vs. Northeast Illinois Commuter Railroad Corporation [15 L 003849] | Deposition | Cook County Circuit Court (IL) |
| 7/7/17 | Melissa Effer vs. 1400 South Michican, LLC, et al. [15 L 1703] | Deposition | Cook County Circuit Court (IL) |
| 7/6/17 | Judith A. Haske, et al vs. Continental Casualty Company, et al. [16-CV-65] | Deposition | Manitowoc County Circuit Court (WI) |
| 6/28/17 | Robert Burke and Rachel Burke v. R.O. Reichel & Sons Trucking & Excavating, Inc., et al [2013 L 009164] | Deposition | Cook County Circuit Court (IL) |
| 6/19/17 | Steven Snider v. Chrysler Group, LLC et al. [14 L 199] | Deposition | Winnebago County Circuit Court (17th) (IL) |
| 6/13/17 | Jonathan Gomez, a minor, et al vs. Summerlin Hospital Medical Center, et al [A-15-717664 C] | Deposition | Clark County Circuit Court (8th) (NV) |
| 6/13/17 | Jose Guadalupe Macias, et al vs. Laramar Communities, LLC, et al [13 L 9723] | Deposition | Cook County Circuit Court (IL) |
| 5/25/17 | Darlene Sanders, a disabled minor v. Tracy Ann Bochantin, M.D., et al. [10 L 235] | Deposition | Peoria County Circuit Court (10th) (IL) |
| 5/24/17 | Estate of Margaret Gipson vs. Timothy Bailey, M.D., et al. [2012-L-175] | Deposition | Macon County Circuit Court (6th) (IL) |
| 5/23/17 | Kevin O'Bryan, et al. vs. Primal Vantage Company, et al. [12-CI-06326] | Deposition | Jefferson County Circuit Court (30th) (KY) |
| 5/19/17 | Marcus Crawford, Jr., a minor, et al vs. Meredith O. Cruz, M.D. [11 L 1379 C] | Court | Cook County Circuit Court (IL) |
| 5/18/17 | Sammy L. Mears, et al. vs. Kalie J. Burgess, et al. [15 L 282] | Deposition | Lake County Circuit Court (19th) (IL) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 5/16/17 | Estate of Maria Rosa Benincasa vs. Benson P. Yang, M.D., et al. [2013 L 008988] | Court | Cook County Circuit Court (IL) |
| 5/15/17 | Estate of Jesse Inman, Deceased vs. Howe Freightways, Incorporated, et al. [12 L 4183] | Court | Cook County Circuit Court (IL) |
| 5/9/17 | Micah Staires v. Pryor Creek Music Festivals, Inc., et al. [CJ-14-179] | Deposition | Mayes County Circuit Court (12) (OK) |
| 5/4/17 | Yolanda Montes vs. Chicago Transit Authority [2014 L 04695] | Court | Cook County Circuit Court (IL) |
| 5/3/17 | Abigail Hurtuk-Gonzalez v. Presence Hospitals d/b/a Presence Saint Joseph Hospital, et al. [13 L 378] | Deposition | Will County Circuit Court (12th) (IL) |
| 5/3/17 | Estate of Donald L. Barr, Deceased vs. The United States of America [3:15-cv-01329-DRH-PMF] | Deposition | U.S. District Court (Southern) (IL) |
| 4/25/17 | Stephen R. Kent vs. Khalid C. Cobb, et al. [14 L 612] | Court | Lake County Circuit Court (19th) (IL) |
| 4/24/17 | Bledar Baci, et al. vs. Rodger Boehm [14 L 010480] | Court | Cook County Circuit Court (IL) |
| 4/19/17 | Estate of Michael Anderson vs. Advocate Condell Medical Center, et al. [14 L 648] | Court | Lake County Circuit Court (19th) (IL) |
| 4/10/17 | James Denton and Teresa Denton vs. Universal Am-Can, Ltd., et al. [15 L 1727] | Deposition | Cook County Circuit Court (IL) |
| 4/5/17 | Stephen R. Kent vs. Khalid C. Cobb, et al. [14 L 612] | Deposition | Lake County Circuit Court (19th) (IL) |
| 3/31/17 | In re: Stephen Mayeri v. Erie Insurance Exchange | Court | Cook County Circuit Court (IL) |
| 3/23/17 | Estate of Jesse Inman, Deceased vs. Howe Freightways, Incorporated, et al. [12 L 4183] | Deposition | Cook County Circuit Court (IL) |
| 3/23/17 | Arin Vandiver vs. 1000 N. LaSalle, LLC, et al. [2015 L 008272] | Deposition | Cook County Circuit Court (IL) |
| 3/22/17 | Nicholas Meinert and Nicole Meinert vs. Praxair, Ind., et al. [2:12-CV-00092-WCL-APR] | Deposition | U.S. District Court (Northern) (IN) |
| 3/22/17 | Virginia Altiveros and Casimiro Altiveros vs. Bhupesh Dhananjayan, M.D., et al. [13 L 12543] | Deposition | Cook County Circuit Court (IL) |
| 3/20/17 | Estate of Rebecca Gaither, deceased vs. Rene Adrian, M.D., et al. [13 L 12173] | Deposition | Cook County Circuit Court (IL) |
| 3/14/17 | Kathleen Kruse vs. James McHugh Construction Co., et al. [13 L 1005] | Deposition | Cook County Circuit Court (IL) |
| 3/13/17 | Kenneth M. Smith vs. Xsport Fitness, Inc., et al. [15 L 1323] | Deposition | Cook County Circuit Court (IL) |
| 3/7/17 | Estate of Tadeusz Wojtaszek v. Albertico Plata, Transcorr, LLC, et al. [2013 L 008061] | Deposition | Cook County Circuit Court (IL) |
| 3/7/17 | Estate of Marek Dziubek v. Albertico Plata, Transcorr, LLC, et al. [13 L 7488] | Deposition | Cook County Circuit Court (IL) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 3/1/17 | Weedon Guy and Diana Guy vs. Patrice McCoy, et al. [2015 L 003790] | Deposition | Cook County Circuit Court (IL) |
| 2/27/17 | Estate of Jacqueline Johnson, a disabled person v. Blue Island Hospital Company, LLC, et al. [13 L 011369] | Deposition | Cook County Circuit Court (IL) |
| 2/23/17 | Ian A. Myszak vs. Indiana Harbor Belt Railroad [14 L 4228] | Deposition | Cook County Circuit Court (IL) |
| 2/20/17 | Robert Rourke and Mary Rourke vs. Pinter Development Group, Inc., et al. [13 L 14347] | Deposition | Cook County Circuit Court (IL) |
| 2/16/17 | Estate of Marilyn Madina Perez vs. St. Alexius Medical Center, et al. [14 L 10905] | Deposition | Cook County Circuit Court (IL) |
| 2/9/17 | Eric Schoenfeld, et al. vs. Marriott International, Inc. [12 L 12868F] | Court | Cook County Circuit Court (IL) |
| 2/8/17 | Estate of Scott Liszkiewicz vs. CRG Residential, LLC, et al. [15 CV 04088] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 2/7/17 | John Miceli vs. Jack Parzatka [14 LA 35] | Deposition | McHenry County Circuit Court (22nd) (IL) |
| 2/3/17 | Steve Schiro, et al. vs. THR Brokerage IL Inc., et al [15 1 2421] | Deposition | Cook County Circuit Court (IL) |
| 2/2/17 | Jordan Cotto, et al. vs. Fernando Techy, M.D. [14 L 006059] | Court | Cook County Circuit Court (IL) |
| 1/31/17 | Joel Falco vs. Elmhurst Memorial Healthcare, et al. [13 L 004201] | Deposition | Cook County Circuit Court (IL) |
| 1/31/17 | Estate of Edward J. Stringer, Sr., et al. vs. Chuck M. Dai, et al. [11 L 10854] | Deposition | Cook County Circuit Court (IL) |
| 1/26/17 | Tierney Darden vs. City of Chicago, a Municipal Corp., et al. [15 L 008311] | Deposition | Cook County Circuit Court (IL) |
| 1/25/17 | Oladasoyin Lawoyin, a minor, et al. vs. Ayoade Akere, M.D., et al. [13 L 1645] | Court | Cook County Circuit Court (IL) |
| 1/24/17 | Robert Montagano, et al. vs. Leading Edge Group, Inc., et al. [14 L 8096] | Deposition | Cook County Circuit Court (IL) |
| 1/18/17 | Rafael Munoz vs. Norfold Southern Railway [14 L 4331] | Court | Cook County Circuit Court (IL) |
| 1/17/17 | Regina Love, a disabled person vs. Mercy Hospital And Medical Center, et al. [13 L 10929] | Deposition | Cook County Circuit Court (IL) |
| 1/17/17 | Estate of Billy Horne, Deceased v. Rush University Medical Center, etc., et al. [13 L 4581] | Deposition | Cook County Circuit Court (IL) |
| 1/12/17 | Abelardo Garcia vs. Mid-Lakes Distributing, Inc., et al. [14 L 12896] | Deposition | Cook County Circuit Court (IL) |
| 1/9/17 | Shelvie Scales vs. Northeast Illinois Regional Commuter Railroad Corp., d/b/a METRA [14 L 001178] | Deposition | Cook County Circuit Court (IL) |
| 1/5/17 | Estate of David Wallendorf vs. St. Anthony's Physician Group, et al. [14 L 60] | Evidentiary Deposition | Madison County Circuit Court (3rd) (IL) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 1/4/17 | Estate of Corey Ankum vs. Chuck M. Dai, et al. [11 L 008438] | Deposition | Cook County Circuit Court (IL) |
| 12/14/16 | Estate of Chamicwa Black vs. Anderson Automotive, Inc., et al. [15 L 82] | Deposition | Winnebago County Circuit Court (17th) (IL) |
| 12/9/16 | Yolanda Montes vs. Chicago Transit Authority [2014 L 04695] | Deposition | Cook County Circuit Court (IL) |
| 12/7/16 | Vincenzo Petrella v. CRST, et al. [14 L 2846] | Deposition | Cook County Circuit Court (IL) |
| 12/7/16 | Tamekia Johnson vs. Amal Agarwal, D.O. LTD, et al. [13 L 11213] | Deposition | Cook County Circuit Court (IL) |
| 12/6/16 | Richard Veverka vs. Wirtz Beverage Group, LLC, et al. [13 L 006079] | Deposition | Cook County Circuit Court (IL) |
| 12/1/16 | Rifet Bilalic, et al. vs. Mperial Asset Management, LLC, et al. [14-L-7793] | Deposition | Cook County Circuit Court (IL) |
| 11/29/16 | Estate of Rodolfo Romo, Deceased v. The United States of America, et al. [15-cv-547] | Evidentiary Deposition | U.S. District Court (Southern) (IL) |
| 11/16/16 | Zare Baci, et al. vs. Rodger Boehm [14 L 010480] | Deposition | Cook County Circuit Court (IL) |
| 11/16/16 | Lefterije Baci, et al. vs. Rodger Boehm [14 L 010480] | Deposition | Cook County Circuit Court (IL) |
| 11/16/16 | Bledar Baci, et al. vs. Rodger Boehm [14 L 010480] | Deposition | Cook County Circuit Court (IL) |
| 11/15/16 | Cheryl Fozzard and George Fozzard vs. Oakside Corporation, et al. [10 L 63] | Deposition | Kankakee County Circuit Court (21st) (IL) |
| 11/14/16 | Saran Davies v. M.A.C. Cosmetics, et al. [14-CI-006627] | Deposition | Jefferson County Circuit Court (30th) (KY) |
| 11/2/16 | George Leeth, Sr. vs. Howard B. Gutenstein, et al. [46C01-1307-CT-001174] | Court | LaPorte County Circuit Court (3rd) (IN) |
| 11/1/16 | Jan H. Tator and Marjorie L. Tator vs. John Maneeley Company, et al. [14 L 6802] | Deposition | Cook County Circuit Court (IL) |
| 10/27/16 | Estate of Trisha Leigh Grubaugh v. Jane Janes, et al. [14-L-11] | Deposition | Clay County Circuit Court (4th) (IL) |
| 10/25/16 | Estate of Michael D. LaPorta, a disabled person vs. The City of Chicago, et al. [10 L 11901] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 10/24/16 | Rafael Munoz vs. Norfold Southern Railway [14 L 4331] | Deposition | Cook County Circuit Court (IL) |
| 10/24/16 | Michael Sederholm vs. James Mumford, et al. [14-CV-1045] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 10/19/16 | Cortena Arnold and Bernard Williams v. Don Nedbal and McMahon Transport Group, LLC [45C01-1402-CT-0024] | Deposition | Lake County Circuit Court (1st) (IN) |
| 10/18/16 | Arin Vandiver vs. 1000 N. LaSalle, LLC, et al. [2015 L 008272] | Deposition | Cook County Circuit Court (IL) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 10/6/16 | Filippo Cacucciolo vs. Keith Cozzi, et al. [13 L 626] | Deposition | Dupage County Circuit Court (18th) (IL) |
| 10/6/16 | Eric Schoenfeld, et al. vs. Marriott International, Inc. [12 L 12868F] | Deposition | Cook County Circuit Court (IL) |
| 9/22/16 | Kenneth W. Hopey vs. Stephen C. Spear, et al. [13-CV-2220-MPM-DGB] | Court | U.S. District Court (Central) (IL) |
| 9/14/16 | Estate of Kyle Deatherage vs. Dot Foods, Inc., et al. [15-L-7] | Deposition | Montgomery County Circuit Court (4th) (IL) |
| 9/8/16 | Jian Ping Yao vs. Chuang Liu, et al. [A-14-705792-C] | Deposition | Clark County Circuit Court (8th) (NV) |
| 9/7/16 | William Fergus v. Intercontinental Real Estate & Development [14 L 6786] | Deposition | Cook County Circuit Court (IL) |
| 8/31/16 | Natalia Jackowski, a minor, v. Fleck's Landscaping, Inc., et al. [2014 L 007343] | Deposition | Cook County Circuit Court (IL) |
| 8/29/16 | Marie Roseli Johnson v. Ursula Studzinska, et al. [12 L 1740] | Deposition | Cook County Circuit Court (IL) |
| 8/18/16 | Debra Nelund Cooper, et al vs. Stephen W. Robertson [64D02-1509-CT-8261] | Court | Porter County Circuit Court (2nd) (IN) |
| 8/16/16 | Maximilliano Valencia, a minor vs. Northwestern Memorial Hospital, et al. [10 L 2905] | Court | Cook County Circuit Court (IL) |
| 8/9/16 | Craig Spencer and Yvonne Spencer vs. API Construction Co., et al. [13-L-293] | Evidentiary Deposition | St. Clair County Circuit Court (20th) (IL) |
| 8/4/16 | Leslie Harper vs. Franciscan Alliance d/b/a Franciscan St. Margaret Health - Hammond, et al. [2013 L 1937] | Deposition | Cook County Circuit Court (IL) |
| 8/3/16 | Catherine Joseffer v. Advocate [13 L 13494] | Deposition | Cook County Circuit Court (IL) |
| 7/27/16 | Adam Nagel and Emily Nagel vs. Northern Indiana Public Service Company [45D10-0910-CT-0188] | Deposition | Lake County Circuit Court (1st) (IN) |
| 7/25/16 | Leon Benguche vs. Northshore University Health System, et al. [10 L 005155] | Deposition | Cook County Circuit Court (IL) |
| 7/25/16 | Estate of Michael Anderson vs. Advocate Condell Medical Center, et al. [14 L 648] | Deposition | Lake County Circuit Court (19th) (IL) |
| 7/20/16 | Craig Spencer and Yvonne Spencer vs. API Construction Co., et al. [13-L-293] | Deposition | St. Clair County Circuit Court (20th) (IL) |
| 7/13/16 | Estate of Maria Rosa Benincasa vs. Benson P. Yang, M.D., et al. [2013 L 008988] | Deposition | Cook County Circuit Court (IL) |
| 7/11/16 | Estate of Michael McFadden v. OSF Healthcare System; et al. [2014 L 86] | Deposition | Winnebago County Circuit Court (17th) (IL) |
| 7/7/16 | Kim Forgue vs. Richard Lim, M.D., et al. [2012 L 007646] | Deposition | Cook County Circuit Court (IL) |
| 6/29/16 | Haiyang Wei and Lu Yang vs. James Warrick, a minor, et al. [1311-CC01096] | Court | St. Charles County Circuit Court (11th) (MO) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 6/27/16 | Shemika Clemons vs. James Kane, Jr., M.D., et al. [13 L 2477] | Deposition | Cook County Circuit Court (IL) |
| 6/22/16 | Willie Vaughn, et al. v. Amerigas Propane, L.P., et al. [14-L-484] | Deposition | St. Clair County Circuit Court (20th) (IL) |
| 6/21/16 | Maria Diaz vs. Colleen Campbell, et al. [14 L 1557] | Deposition | Cook County Circuit Court (IL) |
| 6/16/16 | Gregory Schuring, et al. vs. Cottrell, Inc. and Cassens Corp. [1:13-cv-07142] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 6/13/16 | Estate of Teresa Johnson Gordon, et al. vs. Epitome Restaurant and Night Club d/b/a E2, et al. [03 L 3036] | Deposition | Cook County Circuit Court (IL) |
| 6/9/16 | Feliberto Perez, Jr., a minor, et al. v. Dominic Fiordirosa Construction Company, Inc., et al. [08 L 7294] | Deposition | Cook County Circuit Court (IL) |
| 6/8/16 | Michelle Kwiatkowski vs. Tello-Perez [13 L 9993] | Deposition | Cook County Circuit Court (IL) |
| 6/7/16 | Les Olszynski and Carol Ann Olszynski v. McHugh Development and Construction, et al. [13 L 005215] | Deposition | Cook County Circuit Court (IL) |
| 6/6/16 | Cathy McIlwee, et al. vs. University of Chicago Medical Center, et al. [13 L 3408] | Deposition | Cook County Circuit Court (IL) |
| 6/3/16 | America Camacho, a minor vs. Dr. Sonya L. Thomas, et al. [12 L 12459] | Court | Cook County Circuit Court (IL) |
| 5/31/16 | Ashley Echeverria vs. Caroline Ryan [14-L-6484] | Deposition | Cook County Circuit Court (IL) |
| 5/27/16 | Rene Fonseca vs. Union Pacific Railroad Company [13 L 5446] | Court | Cook County Circuit Court (IL) |
| 5/23/16 | Travis Jones vs. Tyler Hunt, Jr., and Werner Enterprises, Inc. [14 CV 3700] | Deposition | U.S. District Court (Northern, E. Div) (IL) |
| 5/17/16 | Estate of David Wallendorf vs. St. Anthony's Physician Group, et al. [14 L 60] | Deposition | Madison County Circuit Court (3rd) (IL) |
| 4/30/16 | Stanislaw Pipala vs. Resource Management - Chicago Ridge, LLC, et al. [09 L 015414] | Evidentiary Deposition | Cook County Circuit Court (IL) |
| 4/29/16 | Dennis Domingo and May Domingo vs. Leonid Bouinyl, M.D., et al. [2011 L 739] | Evidentiary Deposition | Dupage County Circuit Court (18th) (IL) |
| 4/28/16 | Timothy Franks vs. Target Stores, Inc., et al. [64D05-1403-CT-1938] | Deposition | Porter County Circuit Court (2nd) (IN) |
| 4/19/16 | David Ciosek vs. Indiana Harbor Belt Railroad Company [11 L 009189] | Deposition | Cook County Circuit Court (IL) |
| 4/18/16 | Joseph Montalto and Brenda Montalto vs. Riseling Motor Express, Inc., et al. [11 L 13533] | Evidentiary Deposition | Cook County Circuit Court (IL) |
| 4/15/16 | Mariusz Sieminski vs. Lathan Sutton, et al. [11 L 10281] | Court | Cook County Circuit Court (IL) |

| Date | Case Name | Testimony Type | Court |
|---|---|---|---|
| 4/13/16 | Jordan Cotto, et al. vs. Fernando Techy, M.D. [14 L 006059] | Deposition | Cook County Circuit Court (IL) |
| 4/7/16 | Jenny Sanchez v. Jay Ipema and I Corp [13 L 6292] | Evidentiary Deposition | Cook County Circuit Court (IL) |
| 4/7/16 | Jenny Sanchez v. Jay Ipema and I Corp [13 L 6292] | Deposition | Cook County Circuit Court (IL) |
| 4/5/16 | Bradley Welding vs. Dennis Fancsali, M.D., et al. [2012 L 323] | Deposition | Winnebago County Circuit Court (17th) (IL) |
| 3/30/16 | Javier Jasso aka Javier Jasso-Garcia vs. Green Homes, LLC, et al. [11 L 10948] | Deposition | Cook County Circuit Court (IL) |
| 3/29/16 | Rene Fonseca v. Union Pacific Railroad Company [13 L 5446] | Deposition | Cook County Circuit Court (IL) |
| 3/22/16 | Corey White v. Union Pacific Railroad [12-cv-06540] | Court | U.S. District Court (Southern) (IA) |
| 3/17/16 | Avigal Rhodes, a disabled person vs. Yellowbrick Consltation & Treatment, et al. [13 L 11047] | Deposition | Cook County Circuit Court (IL) |
| 3/16/16 | Ryan Babjak and Denise Babjak v. Arcelormittal USA, Inc., et al. [2:15-cv-00040-RL-JE 2:15-cv-00040-RL-JE] | Deposition | U.S. District Court (Northern) (IN) |
| 3/8/16 | Leroy A. Vega vs. M.A. Mortenson Company [12 L 2534] | Deposition | Cook County Circuit Court (IL) |
| 3/2/16 | Jamie Bedolla vs. Mitchell D. Lauber, et al. [2014 L 53] | Court | Kane County Circuit Court (16th) (IL) |
| 3/1/16 | Kristofer Loy vs. Norfolk Southern Railway Company [3:12-cv-096-TLS-CAN] | Court | U.S. District Court (Northern) (IN) |
| 2/25/16 | Sylvia Gaca vs. Retread America, Inc., et al. [11 L 008042] | Deposition | Cook County Circuit Court (IL) |
| 2/23/16 | Dena Lewis-Bystrzycki v. City of Country Club Hills, et al. [2012 L 009916] | Deposition | Cook County Circuit Court (IL) |
| 2/22/16 | Ronald T. Flood vs. Helmkamp Construction Co., et al. [09 L 8] | Deposition | Putnam County Circuit Court (10th) (IL) |
| 2/16/16 | Mariusz Sieminski vs. Lathan Sutton, et al. [11 L 10281] | Deposition | Cook County Circuit Court (IL) |
| 2/11/16 | Ruy Resendez, et al., vs. VCNA Prairie, Inc., et al. [12 L 7545] | Deposition | Cook County Circuit Court (IL) |
| 2/10/16 | Christine Marquez, et al., v. John M. Farej, et al. [12 L 012965] | Deposition | Cook County Circuit Court (IL) |
| 2/9/16 | Thomas Ittersagen vs. Advocate Health and Hospitals, Corp., et al. [12 L 007599] | Deposition | Cook County Circuit Court (IL) |
| 2/8/16 | Joseph Montalto and Brenda Montalto vs. Riseling Motor Express, Inc., et al. [11 L 13533] | Deposition | Cook County Circuit Court (IL) |
| 2/2/16 | Sean Casey v. TLC Management Co. [11 L 204] | Court | Cook County Circuit Court (IL) |

| Date | Case Name | Testimony Type | Court |
|------|-----------|----------------|-------|
| 1/27/16 | Oladasoyin Lawoyin, a minor, et al. vs. Ayoade Akere, M.D., et al. [13 L 1645] | Deposition | Cook County Circuit Court (IL) |
| 1/26/16 | William Christopher Pugh, a Minor, et al., vs. Boy Scouts of America, et al. [2012 L 2395] | Deposition | Cook County Circuit Court (IL) |
| 1/14/16 | Ellen Stephens-Kahl and Brian Kahl v. Pilot Travel Centers, LLC, et al. [64D02-0701-CT-243] | Court | Porter County Circuit Court (2nd) (IN) |
| 1/13/16 | Jose Serrano v. Christopher Hudson, et al. [13 L 011169] | Deposition | Cook County Circuit Court (IL) |
| 1/12/16 | Terri A. Maggart v. Stephen W. Robertson [64D01-1507-CT-5869] | Deposition | Porter County Circuit Court (2nd) (IN) |
| 1/7/16 | Crystal A. Banse vs.Patricia R. Witte, M.D., et al. [14 CV 1782] | Deposition | Dane County Circuit Court (WI) |
| 1/6/16 | Jeffrey Thomas vs. Holy Cross Hospital, et al. [11 L 006214] | Deposition | Cook County Circuit Court (IL) |

QBMW2B2C 10/08/13

**Form W-2 Wage and Tax Statement 2013**

| a Employee's SSA number 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 | | b Employer identification number (EIN) 57-0359683 | | |
|---|---|---|---|---|

This information is being furnished to the IRS. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

| c Employer's name, address, and ZIP code | | 1 Wgs, tips, other compr 40756.80 | 2 Fed inc tax withheld 4696.00 | 3 Social security wages 40756.80 |
|---|---|---|---|---|
| DALLI TRUCKING INC.<br>DALLI TRUCKING INC<br>8624 WESTLAKE DR<br><br>GREENDALE    WI 53129-1068 | | 4 SS tax withheld 2526.92 | 5 Medicare wages & tips 40756.80 | 6 Medicare tax withheld 590.97 |
| | | 7 Social security tips | 8 Allocated tips | 9 |
| d Control No. | | 10 Depdnt care benefits | 11 Nonqualified plans | 12a |
| e Employee's name, address, and ZIP code    Suff. | | 13 Statutory employee ☐ | 14 Other | 12b |
| DAVID       STURGIS<br>20649 JULIA ROAD<br>CAMP DOUGLAS    WI 54618 | | Retirement plan ... ☐ | | 12c |
| | | Third-party sick pay ☐ | | 12d |

| 15 State | Employer's state ID No. | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| WI | 036-1027390868-02 | 40756.80 | 2352.15 | | | |

Copy C For EMPLOYEE'S RECORDS. (See Notice to Employee.)

---

| a Employee's social security number | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|---|
| 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 | | 55341.58 | 8804.76 |
| c Employer's name, address, and ZIP code | | 3 Social security wages 58399.93 | 4 Social security tax withheld 3620.80 |
| 5KN-Security Finance Corp of Spartanburg<br>PO Box 811<br>Spartanburg, SC 29304<br>USA | | 5 Medicare wages and tips 58399.93 | 6 Medicare tax withheld 846.80 |
| | | 7 Social security tips 0.00 | 8 Allocated tips 0.00 |
| b Employer identification number (EIN) | | 9 | 10 Dependent care benefits 0.00 |
| 57-0359683 | | | |
| e Employee's name, address, and ZIP code | | 11 Nonqualified plans 0.00 | 13 Statutory employee ☐   Retirement plan ☑   Third-party sick pay ☐ |
| Barbara Sturgis<br>20649 Julia Road<br><br>Camp Douglas, WI 54618 | | 12 See Instructions for box 12<br>D      3058.35<br>DD     9580.48 | 14 Other   INSURANCE   2766.92 |

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| WI | 036000032940704 | 55341.58 | 3266.09 | | | |

Case 3:17-cv-00461-DRL document 198-1 filed 02/01/21 page 79 of 171

Form **1040**
Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2013** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2013, or other tax year beginning ____, 2013, ending ____, 20 ____ | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| DAVID | STURGIS | 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 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| BARBARA | STURGIS | 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 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | ▲ Make sure the SSN(s) above and on line 6c are correct.
20649 JULIA RD.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
CAMP DOUGLAS    WI    54618

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☒ Spouse

Boxes checked on 6a and 6b: **2**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qual. for child tax credit (see instr.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

d Total number of exemptions claimed

Add numbers on lines above ▶ **2**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 96,099 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | 817 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 96,916 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 96,916 |

| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | | 38 | 96,916 |
|---|---|---|---|---|---|---|

| | 39a | Check if: | You were born before January 2, 1949, ☐   Blind. ☐ <br> Spouse was born before January 2, 1949, ☐   Blind. ☐ | Total boxes checked ▶ 39a | | |
|---|---|---|---|---|---|---|

| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | | | |
|---|---|---|---|---|---|---|

**Standard Deduction for—**

- People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $6,100

Married filing jointly or Qualifying widow(er), $12,200

Head of household, $8,950

| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 12,200 |
|---|---|---|---|---|
| | 41 | Subtract line 40 from line 38 | 41 | 84,716 |
| | 42 | Exemptions. If line 38 is $150,000 or less, multiply $3,900 by the number on line 6d. Otherwise, see instructions | 42 | 7,800 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 76,916 |
| | 44 | Tax (see instr.). Check if any from: a ☐ Form(s) 8814   b ☐ Form 4972   c ☐ | 44 | 11,089 |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 11,089 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 19 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit. Attach Schedule 8812, if required | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Other credits from Form: a ☐ 3800   b ☐ 8801   c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your total credits | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 11,089 |

| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
|---|---|---|---|---|
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137   b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Taxes from: a ☐ Form 8959   b ☐ Form 8960   c ☐ Instructions; enter code(s) | 60 | |
| | 61 | Add lines 55 through 60. This is your total tax ▶ | 61 | 11,089 |

| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 13,501 | | |
|---|---|---|---|---|---|---|

If you have a qualifying child, attach Schedule EIC.

| | 63 | 2013 estimated tax payments and amount applied from 2012 return | 63 | | | |
|---|---|---|---|---|---|---|
| | 64a | Earned income credit (EIC) | 64a | | | |
| | b | Nontaxable combat pay election | 64b | | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 | 65 | | | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | | | |
| | 67 | Reserved | 67 | | | |
| | 68 | Amount paid with request for extension to file | 68 | | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | | | |
| | 71 | Credits from Form: a ☐ 2439   b ☐ Reserved   c ☐ 8885   d ☐ | 71 | | | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your total payments ▶ | | | 72 | 13,501 |

| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you overpaid | 73 | 2,412 |
|---|---|---|---|---|
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 2,412 |

Direct deposit? See instructions.

▶ b Routing number 075902272   ▶ c Type: ☒ Checking ☐ Savings
▶ d Account number 602-6893

| | 75 | Amount of line 73 you want applied to your 2014 estimated tax ▶ | 75 | | |
|---|---|---|---|---|---|

| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | |
|---|---|---|---|---|
| | 77 | Estimated tax penalty (see instructions) | 77 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete below. ☐ No

Designee's name ▶ JEFF LARIDAEN    Phone no. ▶ 608-847-6226    Personal identification number (PIN) ▶ 53948

**Sign Here**

Joint return? See instr. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see instr.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| JEFF LARIDAEN | | 03/20/14 | | P00278455 |

Firm's name ▶ LARIDAEN'S TAX SERVICE    Firm's EIN ▶ 39-1812784

Firm's address ▶ 98 N UNION ST   MAUSTON    WI 53948-1759    Phone no. 608-847-6226

DAA          Form **1040** (2013)

**1** **Wisconsin income tax**

**2013**

For the year Jan. 1–Dec. 31, 2013, or other tax year

Complete form using BLACK INK

beginning _____, 2013    ending _____, 20 ____

DO NOT STAPLE

| Your legal last name | Legal first name | M.I. | Your social security number |
|---|---|---|---|
| STURGIS | DAVID | | 338 48 0617 |

| If a joint return, spouse's legal last name | Spouse's legal first name | M.I. | Spouse's social security number |
|---|---|---|---|
| STURGIS | BARBARA | | 322 52 5790 |

Home address (number and street). If you have a PO Box, see page 7.    Apt. no.

20649 JULIA RD.

| City or post office | State | Zip code |
|---|---|---|
| CAMP DOUGLAS | WI | 54618 |

**Filing status** Check ✓ below

___ Single

X Married filing joint return

___ Married filing separate return. Fill in spouse's SSN above and full name here ...........

Legal last name _____

Legal first name _____  M.I. ___

___ Head of household (see page 8). Also, check here if married ... ▶

If married, fill in spouse's SSN above and full name here ↑

**Tax district**

Check below then fill in either the name of city, village, or town and the county in which you lived at the end of 2013.

___ City    ___ Village    X Town

City, village, or town ▶ CLIFTON

County of ▶ MONROE

School district number See page 37  5747

Special conditions [ ]  _____

See page 34 before assembling return

NO COMMAS; NO CENTS

| | | |
|---|---|---|
| 1 Federal adjusted gross income (see page 9) | 1 | 96916 .00 |
| Form W-2 wages included in line 1 ▶ 96099 .00 | | |
| 2 State and municipal interest (see page 9) | 2 | .00 |
| 3 Capital gain/loss addition (see page 10) | 3 | .00 |
| 4 Other additions } Fill in code number and amount, see page 10. Fill in total other additions on line 4. | | .00 |
| ____ .00   ____ .00   ____ .00   ____ .00 | 4 | .00 |
| 5 Add the amounts in the right column for lines 1 through 4 | 5 | 96916 .00 |
| 6 Taxable refund of state income tax (from Form 1040, line 10) 6  817 .00 | | |
| 7 United States government interest 7 ____ .00 | | |
| 8 Unemployment compensation (see page 12) 8 ____ .00 | | |
| 9 Social security adjustment (see page 12) 9 ____ .00 | | |
| 10 Capital gain/loss subtraction (see page 12) 10 ____ .00 | | |
| 11 Other subtractions } Fill in code number and amount, see page 12. Fill in total other subtractions on line 11. | | |
| ____ .00   ____ .00   ____ .00 | | |
| ____ .00   ____ .00   11 ____ .00 | | |
| 12 Add lines 6 through 11 | 12 | 817 .00 |
| 13 Subtract line 12 from line 5. This is your Wisconsin income | 13 | 96099 .00 |

PAPER CLIP payment here

I-010i



CS Professional Suite

| 2013 Form 1 | Name DAVID & BARBARA STURGIS | SSN 338 48 0617 | Page 2 of 4 |

**NO COMMAS: NO CENTS**

| | | | |
|---|---|---|---|
| 14 | Wisconsin income from line 13 | 14 | 96099.00 |
| 15 | Standard deduction. See table on page 45, OR ▼ | 15 | 2817.00 |
| | If someone else can claim you (or your spouse) as a dependent, see page 22 and check here ...... ▶ | | |
| 16 | Subtract line 15 from line 14. If line 15 is larger than line 14, fill in 0 | 16 | 93282.00 |
| 17 | Exemptions (Caution: See page 22) | | |
| a | Fill in exemptions from your federal return _2_ x $700 .. 17a | 1400.00 | |
| b | Check if 65 or older    You +    Spouse = ____ x $250 .. 17b | .00 | |
| c | Add lines 17a and 17b | 17c | 1400.00 |
| 18 | Subtract line 17c from line 16. If line 17c is larger than line 16, fill in 0. This is taxable income | 18 | 91882.00 |
| 19 | Tax (see table on page 38) | 19 | 5429.00 |
| 20 | Itemized deduction credit. Enclose Schedule 1, page 4 .................. 20 | 52.00 | |
| 21 | Armed forces member credit (must be stationed outside U.S. See page 23) 21 | .00 | |
| 22 | School property tax credit | | |
| a | Rent paid in 2013–heat included _____.00 ⎫ Find credit from table page 24 22a | .00 | |
| | Rent paid in 2013–heat not included _____.00 ⎭ | | |
| b | Property taxes paid on home in 2013 _2098_.00 Find credit from table page 25 22b | 251.00 | |
| 23 | Historic rehabilitation credits .................. 23 | .00 | |
| 24 | Working families tax credit ⎱ If line 14 is less than $10,000 ($19,000 if married filing joint), see page 25 ⎰ 24 | .00 | |
| 25 | Certain nonrefundable credits from line 15 of Schedule CR 25 | .00 | |
| 26 | Add credits on lines 20 through 25 | 26 | 303.00 |
| 27 | Subtract line 26 from line 19. If line 26 is larger than line 19, fill in 0 | 27 | 5126.00 |
| 28 | Alternative minimum tax. Enclose Schedule MT | 28 | .00 |
| 29 | Add lines 27 and 28 | 29 | 5126.00 |
| 30 | Married couple credit. | | |
| | Enclose Schedule 2, page 4 ................ 30 480.00 | | |
| 31 | Other credits from Schedule CR, line 28 31 _____.00 | | |
| 32 | Net income tax paid to another state. Enclose Schedule OS ............ 32 _____.00 | | |
| 33 | Add lines 30, 31, and 32 | 33 | 480.00 |
| 34 | Subtract line 33 from line 29. If line 33 is larger than line 29, fill in 0. This is your net tax | 34 | 4646.00 |
| 35 | Sales and use tax due on Internet, mail order, or other out-of-state purchases (see page 28) ......... | 35 | 0.00 |
| | If you certify that no sales or use tax is due, check here .................. ▶ X | | |
| 36 | Donations (decreases refund or increases amount owed) | | |
| a | Endangered resources ... _____.00 | f Firefighters memorial ...... _____.00 | |
| b | Packers football stadium ..... _____.00 | g Military family relief ........ _____.00 | |
| c | Cancer research .......... _____.00 | h Second Harvest/Feeding Amer. _____.00 | |
| d | Veterans trust fund ..... _____.00 | i Red Cross WI Disaster Relief .. _____.00 | |
| e | Multiple sclerosis ......... _____.00 | j Special Olympics .......... _____.00 | |
| | Total (add lines a through j) ..... ▶36k | | .00 |
| 37 | Penalties on IRAs, retirement plans, MSAs, etc. (see page 29) _____.00 x .33 = | 37 | .00 |
| 38 | Credit repayments and other penalties (see page 29) .................. | 38 | .00 |
| 39 | Add lines 34, 35, 36k, 37 and 38 | 39 | 4646.00 |

2013 Form 1

**Page 3 of 4**

| Name(s) shown on Form 1 | Your social security number |
|---|---|
| DAVID & BARBARA STURGIS | 338 48 0617 |

NO COMMAS; NO CENTS

| | | |
|---|---|---|
| 40 Amount from line 39 | 40 | 4646 .00 |
| 41 Wisconsin tax withheld. Enclose withholding statements | 41     5618 .00 | |
| 42 2013 estimated tax payments and amount applied from 2012 return | 42     .00 | |
| 43 Earned income credit. Number of qualifying children ▶ ____ <br> Federal <br> credit ____ .00 x ____ % = | 43     .00 | |
| 44 Farmland preservation credit.  a  Schedule FC, line 18 | 44a     .00 | |
|                                   b  Schedule FC-A, line 13 | 44b     .00 | |
| 45 Repayment credit (see page 31) | 45     .00 | |
| 46 Homestead credit. Enclose Schedule H or H-EZ | 46     .00 | |
| 47 Eligible veterans and surviving spouses property tax credit | 47     .00 | |
| 48 Other credits from Schedule CR, line 39. Enclose Schedule CR | 48     .00 | |
| 49 Add lines 41 through 48 | 49 | 5618 .00 |
| 50 If line 49 is larger than line 40, subtract line 40 from line 49. This is the **AMOUNT YOU OVERPAID** | 50 | 972 .00 |
| 51 Amount of line 50 you want **REFUNDED TO YOU** | 51 | 972 .00 |
| 52 Amount of line 50 you want **APPLIED TO YOUR 2014 ESTIMATED TAX** | 52     .00 | |
| 53 If line 49 is smaller than line 40, subtract line 49 from line 40. This is the **AMOUNT YOU OWE.** Paper clip payment to front of return | 53 | .00 |
| 54 Underpayment interest. Fill in exception code - See Sch. U  ____  54 <br> Also include on line 53 (see page 34) | .00 | |

**Third Party Designee**   Do you want to allow another person to discuss this return with the department (see page 34)?   X Yes  Complete the following.   ____ No

Designee's name ▶ JEFF LARIDAEN    Phone no. ▶ 608-847-6226    Personal identification number (PIN) ▶ 53948

**Paper clip copies of your federal income tax return and schedules to this return.**
**Assemble your return (pages 1-4) and withholding statements in the order listed on page 35.**

## Sign here

▼ Under penalties of law, I declare that this return and all attachments are true, correct, and complete to the best of my knowledge and belief.

Your signature                Spouse's signature (if filing jointly, BOTH must sign)                Date        Daytime phone

I-010al

Mail your return to:    Wisconsin Department of Revenue
If tax due ................    PO Box 268, Madison WI 53790-0001
If refund or no tax due ...........    PO Box 59, Madison WI 53785-0001
If homestead credit claimed ......    PO Box 34, Madison WI 53786-0001

For Department Use Only   c

## Do Not Submit Photocopies

CS Professional Suite



## Schedule 1 — Itemized Deduction Credit (see page 22)

| | | | |
|---|---|---|---|
| 1 | Medical and dental expenses from line 4 of federal Schedule A. See instructions for exceptions | 1 | .00 |
| 2 | Interest paid from lines 10-12 and 14 of federal Schedule A. Do not include interest paid to purchase a second home located outside Wisconsin or a residence which is a boat. Also, do not include interest paid to purchase or hold U.S. government securities | 2 | 3856 .00 |
| 3 | Gifts to charity from line 19 of federal Schedule A. See instructions for exceptions | 3 | .00 |
| 4 | Casualty losses from line 20 of federal Schedule A, only if the loss is directly related to a federally-declared disaster | 4 | .00 |
| 5 | Add lines 1 through 4 | 5 | 3856 .00 |
| 6 | Fill in your standard deduction from line 15 on page 2 of Form 1 | 6 | 2817 .00 |
| 7 | Subtract line 6 from line 5. If line 6 is more than line 5, fill in 0 | 7 | 1039 .00 |
| 8 | Rate of credit is .05 (5%) | 8 | x .05 |
| 9 | Multiply line 7 by line 8. Fill in here and on line 20 on page 2 of Form 1 | 9 | 52 .00 |

▶ **You must submit this page with Form 1 if you claim either of these credits** ◀

## Schedule 2 — Married Couple Credit When Both Spouses Are Employed (see page 27)

When completing this schedule, be sure to fill in your income in column (A) and your spouse's income in column (B)

| | | | (A) YOURSELF | (B) SPOUSE |
|---|---|---|---|---|
| 1 | Taxable wages, salaries, tips, and other employee compensation. Do NOT include deferred compensation, interest, dividends, pensions, unemployment compensation, or other unearned income | 1 | 40757 .00 | 55342 .00 |
| 2 | Net profit or (loss) from self-employment from federal Schedules C, C-EZ, and F (Form 1040), Schedule K-1 (Form 1065), and any other taxable self-employment or earned income | 2 | .00 | .00 |
| 3 | Combine lines 1 and 2. This is earned income | 3 | 40757 .00 | 55342 .00 |
| 4 | Add the amounts from federal Form 1040, lines 24, 28 and 32, plus repayment of supplemental unemployment benefits, and contributions to secs. 403(b) and 501(c)(18) pension plans, included in line 36, and any Wisconsin disability income exclusion. Fill in the total of these adjustments that apply to your or your spouse's income | 4 | .00 | .00 |
| 5 | Subtract line 4 from line 3. This is qualified earned income. If less than zero, fill in 0 | 5 | 40757 .00 | 55342 .00 |
| 6 | Compare the amounts in columns (A) and (B) of line 5. Fill in the smaller amount here. If more than $16,000, fill in $16,000 | 6 | 16000 .00 | |
| 7 | Rate of credit is .03 (3%) | 7 | x .03 | |
| 8 | Multiply line 6 by line 7. Fill in here and on line 30 on page 2 of Form 1 | 8 | 480 .00 | Do not fill in more than $480. |



SCHEDULE A
(Form 1040)

Department of the Treasury
Internal Revenue Service   (99)

**Itemized Deductions**

▶ Information about Schedule A and its separate instructions is at www.irs.gov/schedulea.

▶ Attach to Form 1040.

OMB No. 1545-0074

**2013**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040
DAVID & BARBARA STURGIS

Your social security number
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

| | | | |
|---|---|---|---|
| **Medical and Dental Expenses** | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 Medical and dental expenses (see instructions) | 1 | |
| | 2 Enter amount from Form 1040, line 38 ⟨2⟩ | | |
| | 3 Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1949, multiply line 2 by 7.5% (.075) instead | 3 | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 |
| **Taxes You Paid** | 5 State and local (check only one box): | | |
| | a [X] Income taxes, or | 5 | 5,618 |
| | b [ ] General sales taxes | | |
| | 6 Real estate taxes (see instructions) | 6 | 2,098 |
| | 7 Personal property taxes | 7 | |
| | 8 Other taxes. List type and amount ▶ | 8 | |
| | 9 Add lines 5 through 8 | | 9 | 7,716 |
| **Interest You Paid** | 10 Home mortgage interest and points reported to you on Form 1098 | 10 | 3,856 |
| | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | | |
| **Note.** Your mortgage interest deduction may be limited (see instructions). | | 11 | |
| | 12 Points not reported to you on Form 1098. See instructions for special rules | 12 | |
| | 13 Mortgage insurance premiums (see instructions) | 13 | |
| | 14 Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | |
| | 15 Add lines 10 through 14 | | 15 | 3,856 |
| **Gifts to Charity** | 16 Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | |
| If you made a gift and got a benefit for it, see instructions. | 17 Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | |
| | 18 Carryover from prior year | 18 | |
| | 19 Add lines 16 through 18 | | 19 | |
| **Casualty and Theft Losses** | 20 Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ FORM 2106 EXPENSES | 21 | 2,016 |
| | 22 Tax preparation fees | 22 | 170 |
| | 23 Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 23 | |
| | 24 Add lines 21 through 23 | 24 | 2,186 |
| | 25 Enter amount from Form 1040, line 38 ⟨25⟩ 96,916 | | |
| | 26 Multiply line 25 by 2% (.02) | 26 | 1,938 |
| | 27 Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 | 248 |
| **Other Miscellaneous Deductions** | 28 Other—from list in instructions. List type and amount ▶ | | 28 | |
| **Total Itemized Deductions** | 29 Is Form 1040, line 38, over $150,000? | | | |
| | [X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. | | 29 | 11,820 |
| | [ ] **Yes.** Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | | | |
| | 30 If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ [ ] | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

DAA

Schedule A (Form 1040) 2013

BANK OF MAUSTON
P O BOX 226
503 STATE RD 82
MAUSTON, WI 53948

**2013**
OMB No. 1545-0901
**Form 1098**
**Mortgage Interest Statement**

Copy B
For Payer/Borrower

DAVID C STURGIS
BARBARA STURGIS
20649 JULIA ROAD
CAMP DOUGLAS WI 54618-8574

The information in boxes 1, 2, 3, and 4 is important tax information and
is being furnished to the Internal Revenue Service. If you are required
to file a return, a negligence penalty or other sanction may be imposed
on you if the IRS determines that an underpayment of tax results
because you overstated a deduction for this mortgage interest or for
these points or because you did not report this refund of interest on
your return.

* Caution: The amount shown may not be fully deductible by you. Limits
based on the loan amount and the cost and value of the secured
property may apply. Also, you may only deduct interest to the extent it
was incurred by you, actually paid by you, and not reimbursed by
another person.

Recipient's/Lender's Name, Address, Contact and Federal Identification Nbr.
BANK OF MAUSTON
P O BOX 226
503 STATE RD 82
MAUSTON, WI 53948
(608)847-6200
Identification Nbr. 39-0147870

Payer's/Borrower's Name, Address, Contact and Federal Identification Nbr.
DAVID C STURGIS
BARBARA STURGIS
20649 JULIA ROAD
CAMP DOUGLAS WI 54618-8574

Identification Nbr. XXX-XX-0617

| Box Number | Box Description | Reported |
|---|---|---|
| **Loan 70813** | | |
| Box 1 | Mortgage interest received from payer(s)/borrower(s) | 3351.56 |
| Box 2 | Points paid on purchase of principal residence | 0.00 |
| Box 3 | Refund of overpaid interest | 0.00 |
| Box 4 | Mortgage insurance premiums | 0.00 |
| Box 5 | Filer's Use | 0.00 |

| a Employee's social security number **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** | OMB No. 1545-0008 | Safe, accurate, FAST! Use | IRS e-file | Visit the IRS website at www.irs.gov/efile |
|---|---|---|---|---|

| b Employer identification number (EIN) **45-3506311** | | 1 Wages, tips, other compensation **49879.62** | 2 Federal income tax withheld **6713.00** |
|---|---|---|---|

| c Employer's name, address, and ZIP code<br>**DALLI TRUCKING INC.**<br>**DALLI TRUCKING INC**<br>**8624 WESTLAKE DR**<br><br>**GREENDALE          WI 53129-1068** | 3 Social security wages **49879.62** | 4 Social security tax withheld **3092.54** |
|---|---|---|
| | 5 Medicare wages and tips **49879.62** | 6 Medicare tax withheld **723.25** |
| | 7 Social security tips | 8 Allocated tips |

| d Control number | 9 | 10 Dependent care benefits |
|---|---|---|

| e Employee's name, address, and ZIP code                Suff.<br>**DAVID          STURGIS**<br><br>**20649 JULIA ROAD**<br>**CAMP DOUGLAS          WI 54618** | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| | | 12d |

| 15 State **WI** | Employer's state ID number **036-1027390868-02** | 16 State wages, tips, etc. **49879.62** | 17 State income tax **2823.01** | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

Form **W-2** **Wage and Tax Statement** **2014**        Department of the Treasury—Internal Revenue Service

Copy B—To Be Filed With Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.

LW2B        5202

---

**Form W-2 Wage & Tax Statement 2014**
Copy B - To Be Filed With Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.

Department of the Treasury - Internal Revenue Service        OMB No. 1545-0008

| a Employee's social security number<br><br>**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** | 1 Wages, tips, other compensation **60827.60** | 2 Federal income tax withheld **10105.75** |
|---|---|---|
| c Employer's name, address, and ZIP code<br><br>**5KN-Security Finance Corp of**<br>**Spartanburg.**<br>**PO Box 811**<br>**Spartanburg, SC 29304**<br>**USA** | 3 Social security wages **64174.67** | 4 Social security tax withheld **3978.83** |
| | 5 Medicare wages and tips **64174.67** | 6 Medicare tax withheld **930.53** |
| | 7 Social security tips **0.00** | 8 Allocated tips **0.00** |
| b Employer identification number (EIN)<br>**57-0359683** | 9 | 10 Dependent care benefits **0.00** |
| e Employee's name, address, and ZIP code<br><br>**Barbara Sturgis**<br>**20649 Julia Road**<br><br>**Camp Douglas, WI 54618** | 11 Nonqualified plans **0.00** | 13 Statutory employee ☐  Retirement plan ☑  Third-party sick pay ☐ |
| | 12 See Instructions for box 12<br>D        3347.07<br>DD        9580.48 | 14 Other **INSURANCE   2766.92** |

| 15 State **WI** | Employer's state ID No. **036000032940704** | 16 State wages, tips, etc. **60827.60** | 17 State income tax **3382.23** | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) **U.S. Individual Income Tax Return** | **2014** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1–Dec. 31, 2014, or other tax year beginning _____, 2014, ending _____, 20____   **See separate instructions.**

| | | |
|---|---|---|
| Your first name and initial **DAVID** | Last name **STURGIS** | Your social security number **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** |
| If a joint return, spouse's first name and initial **BARBARA** | Last name **STURGIS** | Spouse's social security number **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** |

Home address (number and street). If you have a P.O. box, see instructions. **20649 JULIA RD.**   Apt. no. ____

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). **CAMP DOUGLAS   WI   54618**

Foreign country name _____   Foreign province/state/county _____   Foreign postal code _____

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

| | | |
|---|---|---|
| 6a | ☒ **Yourself.** If someone can claim you as a dependent, do not check box 6a | Boxes checked on 6a and 6b **2** |
| b | ☒ **Spouse** | |

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qual. for child tax credit (see instr.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instructions and check here ▶ ☐

- No. of children on 6c who:
  - lived with you
  - did not live with you due to divorce or separation (see instructions)
- Dependents on 6c not entered above
- Add numbers on lines above ▶ **2**

d Total number of exemptions claimed ................................................ **2**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | **7** | 110,708 |
| 8a | Taxable interest. Attach Schedule B if required | **8a** | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | **9a** | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | **10** | |
| 11 | Alimony received | **11** | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | **12** | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | **13** | |
| 14 | Other gains or (losses). Attach Form 4797 | **14** | |
| 15a | IRA distributions | 15a | b Taxable amount | **15b** | |
| 16a | Pensions and annuities | 16a | b Taxable amount | **16b** | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **17** | |
| 18 | Farm income or (loss). Attach Schedule F | **18** | |
| 19 | Unemployment compensation | **19** | |
| 20a | Social security benefits | 20a | b Taxable amount | **20b** | |
| 21 | Other income. List type and amount | **21** | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | **22** | 110,708 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | **37** | 110,708 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Form **1040** (2014)

| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | | 38 | 110,708 |
|---|---|---|---|---|---|
| | 39a | Check if: { You were born before January 2, 1950, ☐ Blind. } Total boxes | Spouse was born before January 2, 1950, ☐ Blind. } checked ▶ | 39a | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ | 39b ☐ | | |
| Standard Deduction for— • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. • All others: Single or Married filing separately, $6,200 Married filing jointly or Qualifying widow(er), $12,400 Head of household, $9,100 | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 40 | 21,285 |
| | 41 | Subtract line 40 from line 38 | | 41 | 89,423 |
| | 42 | Exemptions. If line 38 is $152,525 or less, multiply $3,950 by the number on line 6d. Otherwise, see instructions | | 42 | 7,900 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 81,523 |
| | 44 | Tax (see instr.). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | | 44 | 12,094 |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | | 45 | |
| | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | | 46 | |
| | 47 | Add lines 44, 45, and 46 | ▶ | 47 | 12,094 |
| | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | | |
| | 50 | Education credits from Form 8863, line 19 | 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | | |
| | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | | |
| | 55 | Add lines 48 through 54. These are your total credits | | 55 | |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- | ▶ | 56 | 12,094 |
| Other Taxes | 57 | Self-employment tax. Attach Schedule SE | | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 59 | |
| | 60a | Household employment taxes from Schedule H | | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | | 61 | |
| | 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | | 62 | |
| | 63 | Add lines 56 through 62. This is your total tax | ▶ | 63 | 12,094 |
| Payments If you have a qualifying child, attach Schedule EIC. | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 16,819 | |
| | 65 | 2014 estimated tax payments and amount applied from 2013 return | 65 | | |
| | 66a | Earned income credit (EIC) | 66a | | |
| | b | Nontaxable combat pay election | 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | | |
| | 70 | Amount paid with request for extension to file | 70 | | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | | |
| | 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ Reserved d ☐ | 73 | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments | ▶ | 74 | 16,819 |
| Refund Direct deposit? See instructions. | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | | 75 | 4,725 |
| | 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | | 76a | 4,725 |
| | ▶ b | Routing number 075902272 ▶ c Type: ☒ Checking ☐ Savings | | | |
| | ▶ d | Account number 602-6893 | | | |
| | 77 | Amount of line 75 you want applied to your 2015 estimated tax ▶ | 77 | | |
| Amount You Owe | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions | ▶ | 78 | |
| | 79 | Estimated tax penalty (see instructions) | 79 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete below. ☐ No

Designee's name ▶ JEFF LARIDAEN    Phone no. ▶ 608-847-6226    Personal identification number (PIN) ▶ 53948

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature    Date    Your occupation    Daytime phone number

Spouse's signature. If a joint return, both must sign.    Date    Spouse's occupation    If the IRS sent you an Identity Protection PIN, enter it here (see instr.)

**Paid Preparer Use Only**

| Print/Type preparer's name JEFF LARIDAEN | Preparer's signature | Date 03/13/15 | Check ☐ if self-employed | PTIN P00278455 |
|---|---|---|---|---|

Firm's name ▶ LARIDAEN'S TAX SERVICE    Firm's EIN ▶ 39-1812784
Firm's address ▶ 98 N UNION ST    Phone no. 608-847-6226
MAUSTON    WI 53948-1759

www.irs.gov/form1040
DAA

Form **1040** (2014)

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (99)

**Itemized Deductions**

▶ Information about Schedule A and its separate instructions is at www.irs.gov/schedulea.

▶ Attach to Form 1040.

OMB No. 1545-0074

**2014**

Attachment
Sequence No.   **07**

Name(s) shown on Form 1040
DAVID & BARBARA STURGIS

Your social security number
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

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | Caution. Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see instructions) | 1 | | |
| | 2 Enter amount from Form 1040, line 38 [ 2 ] | | | |
| | 3 Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1950, multiply line 2 by 7.5% (.075) instead | 3 | | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | |
| **Taxes You Paid** | 5 State and local (check only one box): | | | |
| |    a [X] Income taxes, or }<br>   b [ ] General sales taxes } | 5 | 6,205 | |
| | 6 Real estate taxes (see instructions) | 6 | 2,152 | |
| | 7 Personal property taxes | 7 | | |
| | 8 Other taxes. List type and amount ▶ | 8 | | |
| | 9 Add lines 5 through 8 | | 9 | 8,357 |
| **Interest You Paid**<br><br>**Note.**<br>Your mortgage interest deduction may be limited (see instructions). | 10 Home mortgage interest and points reported to you on Form 1098 | 10 | 4,182 | |
| | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 11 | | |
| | 12 Points not reported to you on Form 1098. See instructions for special rules | 12 | | |
| | 13 Mortgage insurance premiums (see instructions) | 13 | | |
| | 14 Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | | |
| | 15 Add lines 10 through 14 | | 15 | 4,182 |
| **Gifts to Charity**<br><br>If you made a gift and got a benefit for it, see instructions. | 16 Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | | |
| | 17 Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | | |
| | 18 Carryover from prior year | 18 | | |
| | 19 Add lines 16 through 18 | | 19 | |
| **Casualty and Theft Losses** | 20 Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ FORM 2106 EXPENSES | 21 | 10,815 | |
| | 22 Tax preparation fees | 22 | 145 | |
| | 23 Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 23 | | |
| | 24 Add lines 21 through 23 | 24 | 10,960 | |
| | 25 Enter amount from Form 1040, line 38 [ 25 | 110,708 ] | | |
| | 26 Multiply line 25 by 2% (.02) | 26 | 2,214 | |
| | 27 Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 | 8,746 |
| **Other Miscellaneous Deductions** | 28 Other—from list in instructions. List type and amount ▶ | | 28 | |
| **Total Itemized Deductions** | 29 Is Form 1040, line 38, over $152,525? | | | |
| | [X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. | | 29 | 21,285 |
| | [ ] **Yes.** Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | | | |
| | 30 If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ [ ] | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.

DAA

Schedule A (Form 1040) 2014

Form **2106**

# Employee Business Expenses

▶ Attach to Form 1040 or Form 1040NR.

Department of the Treasury
Internal Revenue Service   (99)

▶ Information about Form 2106 and its separate instructions is available at www.irs.gov/form2106.

OMB No. 1545-0074

**2014**

Attachment
Sequence No. **129**

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| DAVID   STURGIS | TRUCK DRIVER | 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 |

**Part I**   Employee Business Expenses and Reimbursements

## Step 1   Enter Your Expenses

| | | Column A<br>Other Than Meals<br>and Entertainment | Column B<br>Meals and<br>Entertainment |
|---|---|---|---|
| 1 | Vehicle expense from line 22 or line 29. (Rural mail carriers: See instructions.) ......... **1** | | |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc., that **did not** involve overnight travel or commuting to and from work ......... **2** | | |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment ......... **3** | | |
| 4 | Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment ......... **4** | 1,557 | |
| 5 | Meals and entertainment expenses (see instructions) ......... **5** | | 11,092 |
| 6 | **Total expenses.** In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 ......... **6** | 1,557 | 11,092 |

**Note.** If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

## Step 2   Enter Reimbursements Received From Your Employer for Expenses Listed in Step 1

| | | | |
|---|---|---|---|
| 7 | Enter reimbursements received from your employer that were **not** reported to you in box 1 of Form W-2. Include any reimbursements reported under code "L" in box 12 of your Form W-2 (see instructions) ......... **7** | | |

## Step 3   Figure Expenses To Deduct on Schedule A (Form 1040 or Form 1040NR)

| | | | |
|---|---|---|---|
| 8 | Subtract line 7 from line 6. If zero or less, enter -0-. However, if line 7 is greater than line 6 in Column A, report the excess as income on Form 1040, line 7 (or on Form 1040NR, line 8) ......... **8** | 1,557 | 11,092 |
| | **Note.** If both columns of line 8 are zero, you cannot deduct employee business expenses. Stop here and attach Form 2106 to your return. | | |
| 9 | In Column A, enter the amount from line 8. In Column B, multiply line 8 by 50% (.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 80% (.80) instead of 50%. For details, see instructions.) ......... **9** | 1,557 | 8,874 |
| 10 | Add the amounts on line 9 of both columns and enter the total here. **Also, enter the total on Schedule A (Form 1040), line 21** (or on Schedule A (Form 1040NR), line 7). (Armed Forces reservists, qualified performing artists, fee-basis state or local government officials, and individuals with disabilities: See the instructions for special rules on where to enter the total.) ▶ **10** | | 10,431 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Form **2106** (2014)

DAA

Form **2106**

Department of the Treasury
Internal Revenue Service (99)

# Employee Business Expenses

▶ Attach to Form 1040 or Form 1040NR.

▶ Information about Form 2106 and its separate instructions is available at www.irs.gov/form2106.

OMB No. 1545-0074

**2014**

Attachment
Sequence No. **129**

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| BARBARA     STURGIS | FINANCE | 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 |

**Part I**    Employee Business Expenses and Reimbursements

## Step 1  Enter Your Expenses

| | | | Column A<br>Other Than Meals<br>and Entertainment | Column B<br>Meals and<br>Entertainment |
|---|---|---|---|---|
| 1 | Vehicle expense from line 22 or line 29. (Rural mail carriers: See instructions.) | 1 | 1,344 | |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc., that **did not** involve overnight travel or commuting to and from work | 2 | | |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment | 3 | | |
| 4 | Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment | 4 | | |
| 5 | Meals and entertainment expenses (see instructions) | 5 | | |
| 6 | **Total expenses.** In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 | 6 | 1,344 | |

**Note.** If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

## Step 2  Enter Reimbursements Received From Your Employer for Expenses Listed in Step 1

| | | | | |
|---|---|---|---|---|
| 7 | Enter reimbursements received from your employer that were **not** reported to you in box 1 of Form W-2. Include any reimbursements reported under code "L" in box 12 of your Form W-2 (see instructions) | 7 | 960 | |

## Step 3  Figure Expenses To Deduct on Schedule A (Form 1040 or Form 1040NR)

| | | | | |
|---|---|---|---|---|
| 8 | Subtract line 7 from line 6. If zero or less, enter -0-. However, if line 7 is greater than line 6 in Column A, report the excess as income on Form 1040, line 7 (or on Form 1040NR, line 8) | 8 | 384 | |
| | **Note.** If both columns of line 8 are zero, you cannot deduct employee business expenses. Stop here and attach Form 2106 to your return. | | | |
| 9 | In Column A, enter the amount from line 8. In Column B, multiply line 8 by 50% (.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 80% (.80) instead of 50%. For details, see instructions.) | 9 | 384 | |
| 10 | Add the amounts on line 9 of both columns and enter the total here. **Also, enter the total on Schedule A (Form 1040), line 21** (or on Schedule A (Form 1040NR), line 7). (Armed Forces reservists, qualified performing artists, fee-basis state or local government officials, and individuals with disabilities: See the instructions for special rules on where to enter the total.) ▶ | 10 | | 384 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Form **2106** (2014)

DAA

Form 2106 (2014)  BARBARA          STURGIS              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                                    Page 2

## Part II   Vehicle Expenses

**Section A--General Information** (You must complete this section if you are claiming vehicle expenses.)

| | | | (a) Vehicle 1 | (b) Vehicle 2 |
|---|---|---|---|---|
| 11 | Enter the date the vehicle was placed in service | 11 | | |
| 12 | Total miles the vehicle was driven during 2014 | 12 | miles | miles |
| 13 | Business miles included on line 12 | 13 | 2,400 miles | miles |
| 14 | Percent of business use. Divide line 13 by line 12 | 14 | 100.000 % | % |
| 15 | Average daily roundtrip commuting distance | 15 | miles | miles |
| 16 | Commuting miles included on line 12 | 16 | miles | miles |
| 17 | Other miles. Add lines 13 and 16 and subtract the total from line 12 | 17 | miles | miles |
| 18 | Was your vehicle available for personal use during off-duty hours? | | X Yes | No |
| 19 | Do you (or your spouse) have another vehicle available for personal use? | | X Yes | No |
| 20 | Do you have evidence to support your deduction? | | X Yes | No |
| 21 | If "Yes," is the evidence written? | | X Yes | No |

**Section B--Standard Mileage Rate** (See the instructions for Part II to find out whether to complete this section or Section C.)

| | | | |
|---|---|---|---|
| 22 | Multiply line 13 by 56¢ (.56). Enter the result here and on line 1 | 22 | 1,344 |

**Section C--Actual Expenses**

| | | | (a) Vehicle 1 | (b) Vehicle 2 |
|---|---|---|---|---|
| 23 | Gasoline, oil, repairs, vehicle insurance, etc. | 23 | | |
| 24a | Vehicle rentals | 24a | | |
| b | Inclusion amount (see instructions) | 24b | | |
| c | Subtract line 24b from line 24a | 24c | | |
| 25 | Value of employer-provided vehicle (applies only if 100% of annual lease value was included on Form W-2--see instructions) | 25 | | |
| 26 | Add lines 23, 24c, and 25 | 26 | | |
| 27 | Multiply line 26 by the percentage on line 14 | 27 | | |
| 28 | Depreciation (see instructions) | 28 | | |
| 29 | Add lines 27 and 28. Enter total here and on line 1 | 29 | | |

**Section D--Depreciation of Vehicles** (Use this section only if you owned the vehicle and are completing Section C for the vehicle.)

| | | | (a) Vehicle 1 | (b) Vehicle 2 |
|---|---|---|---|---|
| 30 | Enter cost or other basis (see instructions) | 30 | | |
| 31 | Enter section 179 deduction (see instructions) | 31 | | |
| 32 | Multiply line 30 by line 14 (see instructions if you claimed the section 179 deduction) | 32 | | |
| 33 | Enter depreciation method and percentage (see instructions) | 33 | | |
| 34 | Multiply line 32 by the percentage on line 33 (see instructions) | 34 | | |
| 35 | Add lines 31 and 34 | 35 | | |
| 36 | Enter the applicable limit explained in the line 36 instructions | 36 | | |
| 37 | Multiply line 36 by the percentage on line 14 | 37 | | |
| 38 | Enter the **smaller** of line 35 or line 37. If you skipped lines 36 and 37, enter the amount from line 35. Also enter this amount on line 28 above | 38 | | |

Form **2106** (2014)

DAA

Federal Statements

**TRUCK DRIVER**

### Form 2106, Line 4 - Business Expenses Not Included on Lines 1 through 3

| Description | Amount |
|---|---:|
| UTILITIES | $ |
| LICENSES | 185 |
| OFFICE SUPPIES | 910 |
| WORK SUPPLIES | 462 |
| TOTAL | $  1,557 |

**2014**

**1** **Wisconsin income tax**

Complete form using BLACK INK

For the year Jan. 1-Dec. 31, 2014, or other tax year

beginning _____, 2014 ending _____, 20___.

| | | |
|---|---|---|
| Your legal last name STURGIS | Legal first name DAVID | M.I. | Your social security number 338 48 0617 |
| If a joint return, spouse's legal last name STURGIS | Spouse's legal first name BARBARA | M.I. | Spouse's social security number 322 52 5790 |

Home address (number and street). If you have a PO Box, see page 7.
20649 JULIA RD.    Apt. no.

City or post office CAMP DOUGLAS    State WI    Zip code 54618

**Tax district**

Check below then fill in either the name of city, village, or town and the county in which you lived at the end of 2014.

_____ City  _____ Village  _X_ Town

City, village, or town ▶ CLIFTON

County of ▶ MONROE

School district number See page 39  5747

**Filing status** Check ✓ below

_____ Single

_X_ Married filing joint return

_____ Married filing separate return. Fill in spouse's SSN above and full name here ..........

Legal last name
Legal first name    M.I.

_____ Head of household (see page 8). Also, check here if married ... ▶

If married, fill in spouse's SSN above and full name here

Special conditions [    ]

**NO COMMAS; NO CENTS**

| | | |
|---|---|---|
| 1 Federal adjusted gross income (see page 9) | 1 | 110708 .00 |
| Form W-2 wages included in line 1 ▶ 110708 .00 | | |
| 2 State and municipal interest (see page 9) | 2 | .00 |
| 3 Capital gain/loss addition (see page 10) | 3 | .00 |
| 4 Other additions } Fill in code number and amount, see page 10. Fill in total other additions on line 4. | | |
| _____ .00 | | |
| .00    .00    .00    .00 | 4 | .00 |
| 5 Add the amounts in the right column for lines 1 through 4 | 5 | 110708 .00 |
| 6 Taxable refund of state income tax (from Form 1040, line 10) | 6 | .00 |
| 7 United States government interest | 7 | .00 |
| 8 Unemployment compensation (see page 12) | 8 | .00 |
| 9 Social security adjustment (see page 12) | 9 | .00 |
| 10 Capital gain/loss subtraction (see page 12) | 10 | .00 |
| 11 Other subtractions } Fill in code number and amount, see page 12. Fill in total other subtractions on line 11. | | |
| .00    .00    .00 | | |
| .00    .00    11 | | .00 |
| 12 Add lines 6 through 11 | 12 | .00 |
| 13 Subtract line 12 from line 5. This is your Wisconsin income | 13 | 110708 .00 |

I-010i

| 2014 Form 1 | Name DAVID & BARBARA STURGIS | SSN 338 48 0617 | Page **2** of 4 |

**NO COMMAS; NO CENTS**

| 14 | Wisconsin income from line 13 | 14 | 110708 .00 |
| 15 | Standard deduction. See table on page 47, OR ▽ | 15 | 279 .00 |
| | If someone else can claim you (or your spouse) as a dependent, see page 22 and check here ▶ | | |
| 16 | Subtract line 15 from line 14. If line 15 is larger than line 14, fill in 0 | 16 | 110429 .00 |
| 17 | Exemptions (Caution: See page 22) | | |
| a | Fill in exemptions from your federal return __2__ x $700 .... 17a | | 1400 .00 |
| b | Check if 65 or older __ You + __ Spouse = __ x $250 ... 17b | | .00 |
| c | Add lines 17a and 17b | 17c | 1400 .00 |
| 18 | Subtract line 17c from line 16. If line 17c is larger than line 16, fill in 0. This is taxable income | 18 | 109029 .00 |
| 19 | Tax (see table on page 40) | 19 | 6443 .00 |
| 20 | Itemized deduction credit. Enclose Schedule 1, page 4 | 20 | 195 .00 |
| 21 | Armed forces member credit (must be stationed outside U.S. See page 23) | 21 | .00 |
| 22 | School property tax credit | | |
| a | Rent paid in 2014–heat included .00 Find credit from | | |
| | Rent paid in 2014–heat not included .00 table page 25 22a | | .00 |
| b | Property taxes paid on home in 2014 2152 .00 Find credit from table page 26 22b | | 260 .00 |
| 23 | Working families tax credit } If line 14 is less than $10,000 and if married filing separate, see page 26 .... 23 | | .00 |
| 24 | Certain nonrefundable credits from line 11 of Schedule CR | 24 | .00 |
| 25 | Add credits on lines 20 through 24 | 25 | 455 .00 |
| 26 | Subtract line 25 from line 19. If line 25 is larger than line 19, fill in 0 | 26 | 5988 .00 |
| 27 | Alternative minimum tax. Enclose Schedule MT | 27 | .00 |
| 28 | Add lines 26 and 27 | 28 | 5988 .00 |
| 29 | Married couple credit. | | |
| | Enclose Schedule 2, page 4 ... 29 | | 480 .00 |
| 30 | Other credits from Schedule CR, line 34 ... 30 | | .00 |
| 31 | Net income tax paid to another state. | | |
| | Enclose Schedule OS ... 31 | | .00 |
| 32 | Add lines 29, 30, and 31 | 32 | 480 .00 |
| 33 | Subtract line 32 from line 28. If line 32 is larger than line 28, fill in 0. This is your net tax | 33 | 5508 .00 |
| 34 | Sales and use tax due on internet, mail order, or other out-of-state purchases (see page 29) | 34 | 0 .00 |
| | If you certify that no sales or use tax is due, check here ▶ X | | |
| 35 | Donations (decreases refund or increases amount owed) | | |

| a | Endangered resources .... | .00 | f | Firefighters memorial ..... | .00 |
| b | Packers football stadium ...... | .00 | g | Military family relief ........ | .00 |
| c | Cancer research .......... | .00 | h | Second Harvest/Feeding Amer. | .00 |
| d | Veterans trust fund ........ | .00 | i | Red Cross WI Disaster Relief . | .00 |
| e | Multiple sclerosis .......... | .00 | j | Special Olympics Wisconsin .. | .00 |

| | | Total (add lines a through j) ..... ▶ 35k | | .00 |
| 36 | Penalties on IRAs, retirement plans, MSAs, etc. (see page 30) .00 x .33 = | 36 | .00 |
| 37 | Credit repayments and other penalties (see page 30) | 37 | .00 |
| 38 | Add lines 33, 34, 35k, 36 and 37 | 38 | 5508 .00 |

CS Professional Suite

2014 Form 1

Page **3 of 4**

| Name(s) shown on Form 1 | Your social security number |
|---|---|
| DAVID & BARBARA STURGIS | 338 48 0617 |

**NO COMMAS; NO CENTS**

| | | | | |
|---|---|---|---|---|
| 39 Amount from line 38 | | | 39 | 5508 .00 |
| 40 Wisconsin tax withheld. Enclose withholding statements | 40 | 6205 .00 | | |
| 41 2014 estimated tax payments and amount applied from 2013 return | 41 | .00 | | |
| 42 Earned income credit. Number of qualifying children ▶ ____ Federal credit ____ .00 x ____ % = | 42 | .00 | | |
| 43 Farmland preservation credit.  a  Schedule FC, line 18 | 43a | .00 | | |
| b  Schedule FC-A, line 13 | 43b | .00 | | |
| 44 Repayment credit (see page 32) | 44 | .00 | | |
| 45 Homestead credit. Enclose Schedule H or H-EZ | 45 | .00 | | |
| 46 Eligible veterans and surviving spouses property tax credit | 46 | .00 | | |
| 47 Other credits from Schedule CR, line 38. Enclose Schedule CR | 47 | .00 | | |
| 48 Add lines 40 through 47 | | | 48 | 6205 .00 |
| 49 If line 48 is larger than line 39, subtract line 39 from line 48. This is the **AMOUNT YOU OVERPAID** | | | 49 | 697 .00 |
| 50 Amount of line 49 you want **REFUNDED TO YOU** | | | 50 | 697 .00 |
| 51 Amount of line 49 you want **APPLIED TO YOUR 2015 ESTIMATED TAX** | 51 | .00 | | |
| 52 If line 48 is smaller than line 39, subtract line 48 from line 39. This is the **AMOUNT YOU OWE**. Paper clip payment to front of return | | | 52 | .00 |
| 53 Underpayment interest. Fill in exception code - See Sch. U ____ Also include on line 52 (see page 34) | 53 | .00 | | |

**Third Party Designee** Do you want to allow another person to discuss this return with the department (see page 35)?    X  Yes  Complete the following.    No

Designee's name ▶ JEFF LARIDAEN    Phone no. ▶ 608-847-6226    Personal identification number (PIN) ▶ 53948

**Paper clip copies of your federal income tax return and schedules to this return.**
**Assemble your return (pages 1-4) and withholding statements in the order listed on page 35.**

## Sign here

▼ Under penalties of law, I declare that this return and all attachments are true, correct, and complete to the best of my knowledge and belief.

| Your signature | Spouse's signature (if filing jointly, BOTH must sign) | Date | Daytime phone |
|---|---|---|---|

I-010ai

| Mail your return to: | Wisconsin Department of Revenue |
|---|---|
| If tax due | PO Box 268, Madison WI 53790-0001 |
| If refund or no tax due | PO Box 59, Madison WI 53785-0001 |
| If homestead credit claimed | PO Box 34, Madison WI 53786-0001 |

For Department Use Only   C

## Do Not Submit Photocopies



CS Professional Suite

| 2014 Form 1 | Name DAVID & BARBARA STURGIS | SSN 338 48 0617 | Page **4 of 4** |

NO COMMAS: NO CENTS

## Schedule 1 -- Itemized Deduction Credit (see page 23)

| | | | |
|---|---|---|---|
| 1 | Medical and dental expenses from line 4 of federal Schedule A. See instructions for exceptions | 1 | .00 |
| 2 | Interest paid from lines 10-12 and 14 of federal Schedule A. Do not include interest paid to purchase a second home located outside Wisconsin or a residence which is a boat. Also, do not include interest paid to purchase or hold U.S. government securities and interest from a tax-option (S) corporation if claimed as a subtraction | 2 | 4182 .00 |
| 3 | Gifts to charity from line 19 of federal Schedule A. See instructions for exceptions | 3 | .00 |
| 4 | Casualty losses from line 20 of federal Schedule A, only if the loss is directly related to a federally-declared disaster | 4 | .00 |
| 5 | Add lines 1 through 4 | 5 | 4182 .00 |
| 6 | Fill in your standard deduction from line 15 on page 2 of Form 1 | 6 | 279 .00 |
| 7 | Subtract line 6 from line 5. If line 6 is more than line 5, fill in 0 | 7 | 3903 .00 |
| 8 | Rate of credit is .05 (5%) | 8 | **x .05** |
| 9 | Multiply line 7 by line 8. Fill in here and on line 20 on page 2 of Form 1 | 9 | 195 .00 |

▶ You must submit this page with Form 1 if you claim either of these credits ◀

## Schedule 2 -- Married Couple Credit When Both Spouses Are Employed (see page 27)

When completing this schedule, be sure to fill in your income in column (A) and your spouse's income in column (B)

| | | | (A) YOURSELF | (B) SPOUSE |
|---|---|---|---|---|
| 1 | Taxable wages, salaries, tips, and other employee compensation. Do NOT include deferred compensation, interest, dividends, pensions, unemployment compensation, or other unearned income | 1 | 49880 .00 | 60828 .00 |
| 2 | Net profit or (loss) from self-employment from federal Schedules C, C-EZ, and F (Form 1040), Schedule K-1 (Form 1065), and any other taxable self-employment or earned income | 2 | .00 | .00 |
| 3 | Combine lines 1 and 2. This is earned income | 3 | 49880 .00 | 60828 .00 |
| 4 | Add the amounts from federal Form 1040, lines 24, 28 and 32, plus repayment of supplemental unemployment benefits, and contributions to secs. 403(b) and 501(c)(18) pension plans, included in line 36, and any Wisconsin disability income exclusion. Fill in the total of these adjustments that apply to your or your spouse's income | 4 | .00 | .00 |
| 5 | Subtract line 4 from line 3. This is qualified earned income. If less than zero, fill in 0 | 5 | 49880 .00 | 60828 .00 |
| 6 | Compare the amounts in columns (A) and (B) of line 5. Fill in the smaller amount here. If more than $16,000, fill in $16,000 | 6 | 16000 .00 | |
| 7 | Rate of credit is .03 (3%) | 7 | **x .03** | |
| 8 | Multiply line 6 by line 7. Fill in here and on line 29 on page 2 of Form 1 | 8 | 480 .00 | Do not fill in more than $480. |



| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone number | | * Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901 **2014** Form **1098** | Mortgage Interest Statement |
|---|---|---|---|---|
| OAKDALE CREDIT UNION P.O. BOX 115 OAKDALE, WI 54649-011 (608)372-3939 | | | | |

| RECIPIENT'S federal identification no. | PAYER'S social security number | 1  Mortgage interest received from payer(s)/borrower(s)* | | Copy B |
|---|---|---|---|---|
| 39-6049985 | XXX-XX-5790 | $ 1025.81 | | **For Payer/Borrower** |
| PAYER'S/BORROWER'S name Street address (including apt. no.) City or town, state or province, country, and ZIP or foreign postal code | | 2  Points paid on purchase of principal residence | | The information in boxes 1, 2, 3, and 4 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| BARBARA STURGIS | | $ | | |
| 20649 JULIA RD | | 3  Refund of overpaid interest | | |
| CAMP DOUGLAS, WI 54618 | | $ | | |
| | | 4 | | |
| Account number (see Instructions) 18391419 | | 5 | | |

Form **1098**          (keep for your records)          www.irs.gov/form1098          Department of the Treasury - Internal Revenue Service

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Form 1040, Schedule A, C, or E for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), or adoption taxpayer identification number (ATIN). However, the issuer has reported your complete identification number to the IRS, and, where applicable, to state and/or local governments.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buydown" mortgage. Such amounts are deductible by you only in certain circumstances. **Caution:** If you prepaid interest in 2014 that accrued in full by January 15, 2015, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2014 even though it may be included in box 1. If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation.

**Box 2.** Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 2 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 3.** Do not deduct this amount. It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 3 amount on the "Other income" line of your 2014 Form 1040. No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and Itemized Deduction Recoveries in Pub. 525.

**Box 4.** The interest recipient may use this box to give you other information, such as the address of the property that secures the debt, real estate taxes, or insurance paid from escrow.

**Future developments.** For the latest information about developments related to Form 1098 and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1098.

BANK OF MAUSTON
P O BOX 226
503 STATE RD 82
MAUSTON, WI  53948

**2014**
OMB No. 1545-0901
**Form 1098**
**Mortgage Interest Statement**

DAVID C STURGIS
BARBARA STURGIS
20649 JULIA ROAD
CAMP DOUGLAS WI  54618-8574

**Copy B**
**For Payer/Borrower**

The information in boxes 1, 2, 3, and 4 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

\* Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

Recipient's/Lender's Name, Address, Contact and Federal Identification Nbr.
BANK OF MAUSTON
P O BOX 226
503 STATE RD 82
MAUSTON, WI  53948
(608)847-6200
Identification Nbr. 39-0147870

Payer's/Borrower's Name, Address, Contact and Federal Identification Nbr.
DAVID C STURGIS
BARBARA STURGIS
20649 JULIA ROAD
CAMP DOUGLAS WI  54618-8574

Identification Nbr. XXX-XX-0617

| Box Number | Box Description | Reported |
|---|---|---|
| **Loan 70813** | | |
| Box 1 | Mortgage interest received from payer(s)/borrower(s) | 3156.32 |
| Box 2 | Points paid on purchase of principal residence | 0.00 |
| Box 3 | Refund of overpaid interest | 0.00 |
| Box 4 | Filer's Use | 0.00 |

## Form 1099-R (2015)

OMB No. 1545-0119
2015 Form 1099-R

| Field | Value |
|---|---|
| 1. Gross distribution | $2,447.90 |
| 2a. Taxable amount | $2,447.90 |
| 2b. Taxable amount not determined | ☒ |
| 2b. Total distribution | |
| 3. Capital gain (included in box 2a) | $0.00 |
| 4. Federal income tax withheld | $490.00 |
| 5. Employee contributions | $0.00 |
| 6. Net unrealized appreciation in employer's securities | $0.00 |
| 7. Distribution code(s) | 1 |
| 7. IRA/SEP/SIMPLE | |
| 8. Other | $0.00 |
| 9a. Your percentage of total distribution | 100 % |
| 9b. Total employee contributions | $0.00 |
| 12. State income tax withheld | $0.00 |
| 13. Payer's state no. | WI 036-102861 143 |

PAYER'S name, street address, city, state, and ZIP code
WISCONSIN RETIREMENT SYSTEM
P.O. BOX 7931
MADISON, WISCONSIN 53707-7931

PAYER'S Federal identification no.
39-1555732

RECIPIENT'S identification no.
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

BARBARA STURGIS
20649 JULIA RD
CAMP DOUGLAS WI 54618-8574

COPY B Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 4, attach this copy to your return.

Account no. 40279

☐ CORRECTED (if checked)

---

## Form W-2 Wage and Tax Statement 2015

OMB No. 1545-0008

| a Employee's SSN | 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 | b Employer identification number (EIN) | 45-3506311 |
|---|---|---|---|

| c Employer's name, address, and ZIP code | Box | Amount |
|---|---|---|
| DALLI TRUCKING INC. DALLI TRUCKING INC 8624 WESTLAKE DR GREENDALE WI 53129-1068 | 1 Wages, tips, other compensation | 51511.65 |
| | 2 Fed inc tax withheld | 6941.00 |
| | 3 Social security wages | 51511.65 |
| | 4 SS tax withheld | 3193.72 |
| | 5 Medicare wages & tips | 51511.65 |
| | 6 Medicare tax withheld | 746.92 |
| | 7 Social security tips | |
| | 8 Allocated tips | |
| | 9 | |
| d Control number | 10 Depdnt care benefits | |
| | 11 Nonqualified plans | |
| | 12a | |

| e Employee's name, address, and ZIP code | Suff. |
|---|---|
| DAVID STURGIS 20649 JULIA ROAD CAMP DOUGLAS WI 54618 | |

| 13 | 14 Other |
|---|---|
| Statutory employee ☐ | |
| Retirement plan ☐ | |
| Third-party sick pay ☐ | |

12b, 12c, 12d

Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return.

| 15 State | Employer's state ID No. | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| WI | 036-1027390868-02 | 51511.65 | 2862.44 | | | |

QBMW2B2C   11/03/15 FW2

---

Department of the Treasury - Internal Revenue Service
OMB No. 1545-0008

| a Employee's social security number | Box | Amount |
|---|---|---|
| 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 | 1 Wages, tips, other compensation | 68397.44 |
| | 2 Federal income tax withheld | 11836.42 |

| c Employer's name, address, and ZIP code | Box | Amount |
|---|---|---|
| 5KN-Security Finance Corp of Spartanburg PO Box 811 Spartanburg, SC 29304 USA | 3 Social security wages | 72142.93 |
| | 4 Social security tax withheld | 4472.86 |
| | 5 Medicare wages and tips | 72142.93 |
| | 6 Medicare tax withheld | 1046.07 |
| | 7 Social security tips | 0.00 |
| | 8 Allocated tips | 0.00 |

| b Employer identification number (EIN) | 9 | 10 Dependent care benefits |
|---|---|---|
| 57-0359683 | | 0.00 |

| e Employee's name, address, and ZIP code | 11 Nonqualified plans |
|---|---|
| Barbara Sturgis 20649 Julia Road Camp Douglas, WI 54618 | 0.00 |

| 13 Statutory employee ☐ | Retirement plan ☒ | Third-party sick pay ☐ |
|---|---|---|

| 12 See instructions for box 12 | 14 Other |
|---|---|
| D 3745.49 DD 10200.64 | INSURANCE 2766.92 |

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

| Form **1040** | U.S. Individual Income Tax Return | **2015** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |

For the year Jan. 1–Dec. 31, 2015, or other tax year beginning , 2015, ending , 20 | **See separate instructions.**

| Your first name and initial | Last name | Your social security number |
| DAVID | STURGIS | 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 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| BARBARA | STURGIS | 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 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
20649 JULIA RD.

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
CAMP DOUGLAS WI 54618

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☒ Spouse

Boxes checked on 6a and 6b **2**

c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instr.) |
| | | | |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
• lived with you ____
• did not live with you due to divorce or separation (see instructions) ____

Dependents on 6c not entered above ____

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed

Add numbers on lines above ▶ **2**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 119,909 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | 697 |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount | 16b | 2,448 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 123,054 |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 123,054 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
DAA
Form **1040** (2015)

USDC IN/ND case 3:19-cv-00940-DRL document 108-1 filed 02/01/21 page 103 of 171

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 123,054 |
| | 39a | Check if: { You were born before January 2, 1951, ☐ Blind. Spouse was born before January 2, 1951, ☐ Blind. } Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 23,947 |
| | 41 | Subtract line 40 from line 38 | 41 | 99,107 |
| | 42 | Exemptions. If line 38 is $154,950 or less, multiply $4,000 by the number on line 6d. Otherwise, see instructions | 42 | 8,000 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 91,107 |
| | 44 | Tax (see instr.). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 44 | 14,369 |
| • All others: | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| Single or Married filing separately, $6,300 | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| | 47 | Add lines 44, 45, and 46 ▶ | 47 | 14,369 |
| Married filing jointly or Qualifying widow(er), $12,600 | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| Head of household, $9,250 | 50 | Education credits from Form 8863, line 19 | 50 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812, if required | 52 | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | |
| | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| | 55 | Add lines 48 through 54. These are your total credits | 55 | |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 14,369 |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required NO | 59 | 245 |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | 61 | |
| | 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | 14,614 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 19,267 | |
| | 65 | 2015 estimated tax payments and amount applied from 2014 return | 65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | | |
| | b | Nontaxable combat pay election | 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | | |
| | 70 | Amount paid with request for extension to file | 70 | | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | | |
| | 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | 73 | | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | 19,267 |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | 4,653 |
| | 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 76a | 4,653 |
| Direct deposit? See instructions. | ▶ b | Routing number 075902272 ▶ c Type: ☒ Checking ☐ Savings | | |
| | ▶ d | Account number 602-6893 | | |
| | 77 | Amount of line 75 you want applied to your 2016 estimated tax ▶ 77 | | |
| **Amount You Owe** | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | |
| | 79 | Estimated tax penalty (see instructions) | 79 | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete below. ☐ No | | |
|---|---|---|---|
| | Designee's name ▶ JEFF LARIDAEN | Phone no. ▶ 608-847-6226 | Personal identification number (PIN) ▶ 53948 |

| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| | Your signature | Date | Your occupation |
| | Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation |
| | | | Daytime phone number |
| | | | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date 03/04/16 | Check ☐ if self-employed | PTIN P00278455 |
|---|---|---|---|---|---|
| | JEFF LARIDAEN | | | | |
| | Firm's name ▶ LARIDAEN'S TAX SERVICE | | | | Firm's EIN ▶ 39-1812784 |
| | Firm's address ▶ 98 N UNION ST MAUSTON WI 53948-1759 | | | | Phone no. 608-847-6226 |

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service      (99)

## Itemized Deductions

▶ Information about Schedule A and its separate instructions is at www.irs.gov/schedulea.

▶ Attach to Form 1040.

OMB No. 1545-0074

**2015**

Attachment
Sequence No.   **07**

Name(s) shown on Form 1040

DAVID & BARBARA STURGIS

Your social security number

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

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | | |
| | 2 | Enter amount from Form 1040, line 38 | 2 | | | |
| | 3 | Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1951, multiply line 2 by 7.5% (.075) instead | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | |
| **Taxes You Paid** | 5 | State and local (check only one box): | | | |
| | | a ☒ Income taxes, or | | | |
| | | b ☐ General sales taxes | 5 | 6,616 | |
| | 6 | Real estate taxes (see instructions) | 6 | 1,996 | |
| | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | 8,612 |
| **Interest You Paid**<br><br>Note:<br>Your mortgage interest deduction may be limited (see instructions). | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 4,090 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 11 | | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | | |
| | 13 | Mortgage insurance premiums (see instructions) | 13 | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | | |
| | 15 | Add lines 10 through 14 | | 15 | 4,090 |
| **Gifts to Charity**<br>If you made a gift and got a benefit for it, see instructions. | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | 240 | |
| | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | | |
| | 18 | Carryover from prior year | 18 | | |
| | 19 | Add lines 16 through 18 | | 19 | 240 |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ FORM 2106 EXPENSES | 21 | 13,321 | |
| | 22 | Tax preparation fees | 22 | 145 | |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 23 | | |
| | 24 | Add lines 21 through 23 | 24 | 13,466 | |
| | 25 | Enter amount from Form 1040, line 38 | 25 | 123,054 | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | 2,461 | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 | 11,005 |
| **Other Miscellaneous Deductions** | 28 | Other—from list in instructions. List type and amount ▶ | | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $154,950?<br>☒ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40.<br>☐ Yes. Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | | 29 | 23,947 |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.
DAA

Schedule A (Form 1040) 2015

Form **2106**

# Employee Business Expenses

▶ Attach to Form 1040 or Form 1040NR.

▶ Information about Form 2106 and its separate instructions is available at www.irs.gov/form2106.

Department of the Treasury
Internal Revenue Service (99)

OMB No. 1545-0074

**2015**

Attachment
Sequence No. **129**

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| DAVID STURGIS | TRUCK DRIVER | 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 |

**Part I** Employee Business Expenses and Reimbursements

### Step 1 Enter Your Expenses

| | | | Column A<br>Other Than Meals<br>and Entertainment | Column B<br>Meals and<br>Entertainment |
|---|---|---|---|---|
| 1 | Vehicle expense from line 22 or line 29. (Rural mail carriers: See instructions.) | 1 | | |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc., that **did not** involve overnight travel or commuting to and from work | 2 | | |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment | 3 | | |
| 4 | Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment | 4 | 1,525 | |
| 5 | Meals and entertainment expenses (see instructions) | 5 | | 14,160 |
| 6 | Total expenses. In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 | 6 | 1,525 | 14,160 |

**Note.** If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

### Step 2 Enter Reimbursements Received From Your Employer for Expenses Listed in Step 1

| | | | | |
|---|---|---|---|---|
| 7 | Enter reimbursements received from your employer that were **not** reported to you in box 1 of Form W-2. Include any reimbursements reported under code "L" in box 12 of your Form W-2 (see instructions) | 7 | | |

### Step 3 Figure Expenses To Deduct on Schedule A (Form 1040 or Form 1040NR)

| | | | | |
|---|---|---|---|---|
| 8 | Subtract line 7 from line 6. If zero or less, enter -0-. However, if line 7 is greater than line 6 in Column A, report the excess as income on Form 1040, line 7 (or on Form 1040NR, line 8) | 8 | 1,525 | 14,160 |
| | **Note.** If both columns of line 8 are zero, you cannot deduct employee business expenses. Stop here and attach Form 2106 to your return. | | | |
| 9 | In Column A, enter the amount from line 8. In Column B, multiply line 8 by 50% (.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 80% (.80) instead of 50%. For details, see instructions.) | 9 | 1,525 | 11,328 |
| 10 | Add the amounts on line 9 of both columns and enter the total here. Also, enter the total on **Schedule A (Form 1040), line 21** (or on **Schedule A (Form 1040NR), line 7).** (Armed Forces reservists, qualified performing artists, fee-basis state or local government officials, and individuals with disabilities: See the instructions for special rules on where to enter the total.) ▶ | 10 | | 12,853 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Form **2106** (2015)

DAA

Form **2106**

# Employee Business Expenses

OMB No. 1545-0074

**2015**

Department of the Treasury
Internal Revenue Service (99)

▶ Attach to Form 1040 or Form 1040NR.
▶ Information about Form 2106 and its separate instructions is available at www.irs.gov/form2106.

Attachment
Sequence No. **129**

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| BARBARA     STURGIS | FINANCE | 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 |

**Part I   Employee Business Expenses and Reimbursements**

**Step 1  Enter Your Expenses**

| | | | Column A<br>Other Than Meals<br>and Entertainment | Column B<br>Meals and<br>Entertainment |
|---|---|---|---|---|
| 1 | Vehicle expense from line 22 or line 29. (Rural mail carriers: See instructions.) | 1 | 1,380 | |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc., that **did not** involve overnight travel or commuting to and from work | 2 | | |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment | 3 | | |
| 4 | Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment | 4 | | |
| 5 | Meals and entertainment expenses (see instructions) | 5 | | |
| 6 | **Total expenses.** In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 | 6 | 1,380 | |

**Note.** If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

**Step 2  Enter Reimbursements Received From Your Employer for Expenses Listed in Step 1**

| | | | | |
|---|---|---|---|---|
| 7 | Enter reimbursements received from your employer that were **not** reported to you in box 1 of Form W-2. Include any reimbursements reported under code "L" in box 12 of your Form W-2 (see instructions) | 7 | 912 | |

**Step 3  Figure Expenses To Deduct on Schedule A (Form 1040 or Form 1040NR)**

| | | | | |
|---|---|---|---|---|
| 8 | Subtract line 7 from line 6. If zero or less, enter -0-. However, if line 7 is greater than line 6 in Column A, report the excess as income on Form 1040, line 7 (or on Form 1040NR, line 8) | 8 | 468 | |
| | **Note.** If both columns of line 8 are zero, you cannot deduct employee business expenses. Stop here and attach Form 2106 to your return. | | | |
| 9 | In Column A, enter the amount from line 8. In Column B, multiply line 8 by 50% (.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 80% (.80) instead of 50%. For details, see instructions.) | 9 | 468 | |
| 10 | Add the amounts on line 9 of both columns and enter the total here. Also, enter the total on **Schedule A (Form 1040), line 21** (or on Schedule A (Form 1040NR), line 7). (Armed Forces reservists, qualified performing artists, fee-basis state or local government officials, and individuals with disabilities: See the instructions for special rules on where to enter the total.) ▶ | 10 | | 468 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Form **2106** (2015)

DAA

Form 2106 (2015)   BARBARA   STURGIS   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   Page 2

## Part II   Vehicle Expenses

### Section A—General Information (You must complete this section if you are claiming vehicle expenses.)

| | | | (a) Vehicle 1 | (b) Vehicle 2 |
|---|---|---|---|---|
| 11 | Enter the date the vehicle was placed in service | 11 | | |
| 12 | Total miles the vehicle was driven during 2015 | 12 | miles | miles |
| 13 | Business miles included on line 12 | 13 | 2,400 miles | miles |
| 14 | Percent of business use. Divide line 13 by line 12 | 14 | 100.000 % | % |
| 15 | Average daily roundtrip commuting distance | 15 | miles | miles |
| 16 | Commuting miles included on line 12 | 16 | miles | miles |
| 17 | Other miles. Add lines 13 and 16 and subtract the total from line 12 | 17 | miles | miles |
| 18 | Was your vehicle available for personal use during off-duty hours? | | | X Yes   No |
| 19 | Do you (or your spouse) have another vehicle available for personal use? | | | X Yes   No |
| 20 | Do you have evidence to support your deduction? | | | X Yes   No |
| 21 | If "Yes," is the evidence written? | | | X Yes   No |

### Section B–Standard Mileage Rate (See the instructions for Part II to find out whether to complete this section or Section C.)

| | | | |
|---|---|---|---|
| 22 | Multiply line 13 by 57.5¢ (.575). Enter the result here and on line 1 | 22 | 1,380 |

### Section C–Actual Expenses

| | | | (a) Vehicle 1 | | (b) Vehicle 2 | |
|---|---|---|---|---|---|---|
| 23 | Gasoline, oil, repairs, vehicle insurance, etc. | 23 | | | | |
| 24a | Vehicle rentals | 24a | | | | |
| b | Inclusion amount (see instructions) | 24b | | | | |
| c | Subtract line 24b from line 24a | 24c | | | | |
| 25 | Value of employer-provided vehicle (applies only if 100% of annual lease value was included on Form W-2–see instructions) | 25 | | | | |
| 26 | Add lines 23, 24c, and 25 | 26 | | | | |
| 27 | Multiply line 26 by the percentage on line 14 | 27 | | | | |
| 28 | Depreciation (see instructions) | 28 | | | | |
| 29 | Add lines 27 and 28. Enter total here and on line 1 | 29 | | | | |

### Section D–Depreciation of Vehicles (Use this section only if you owned the vehicle and are completing Section C for the vehicle.)

| | | | (a) Vehicle 1 | | (b) Vehicle 2 | |
|---|---|---|---|---|---|---|
| 30 | Enter cost or other basis (see instructions) | 30 | | | | |
| 31 | Enter section 179 deduction and special allowance (see instructions) | 31 | | | | |
| 32 | Multiply line 30 by line 14 (see instructions if you claimed the section 179 deduction or special allowance) | 32 | | | | |
| 33 | Enter depreciation method and percentage (see instructions) | 33 | | | | |
| 34 | Multiply line 32 by the percentage on line 33 (see instructions) | 34 | | | | |
| 35 | Add lines 31 and 34 | 35 | | | | |
| 36 | Enter the applicable limit explained in the line 36 instructions | 36 | | | | |
| 37 | Multiply line 36 by the percentage on line 14 | 37 | | | | |
| 38 | Enter the smaller of line 35 or line 37. If you skipped lines 36 and 37, enter the amount from line 35. Also enter this amount on line 28 above | 38 | | | | |

Form 2106 (2015)

DAA

# TRUCK DRIVER
## Form 2106, Line 4 - Business Expenses Not Included on Lines 1 through 3

| Description | Amount |
|---|---|
| UTILITIES | $ 1,020 |
| WORK SUPPLIES | 195 |
| LOG BOOKS | 120 |
| GPS FOR TRUCK | 190 |
| TOTAL | $ 1,525 |

# 1 Wisconsin income tax

**2015**

For the year Jan. 1-Dec. 31, 2015, or other tax year

Check here if an amended return ▶ _____    beginning _____, 2015  ending _____, 20 ____

| | | M.I. | Your social security number |
|---|---|---|---|
| Your legal last name STURGIS | Legal first name DAVID | | 338 48 0617 |
| If a joint return, spouse's legal last name STURGIS | Spouse's legal first name BARBARA | M.I. | Spouse's social security number 322 52 5790 |

Home address (number and street). If you have a PO Box, see page 11.
20649 JULIA RD.    Apt. no.

City or post office CAMP DOUGLAS    State WI    Zip code 54618

**Tax district**
Check below then fill in either the name of city, village, or town and the county in which you lived at the end of 2015.

_____ City    _____ Village    X Town

City, village, or town ▶ CLIFTON

County of ▶ MONROE

School district number See page 57  5747

**Filing status** Check ✓ below

_____ Single

X Married filing joint return

_____ Married filing separate return. Fill in spouse's SSN above and full name here ............. ▶

Legal last name

Legal first name    M.I.

_____ Head of household (see page 12). Also, check here if married ...... ▶

If married, fill in spouse's SSN above and full name here ▶

Special conditions

**Use BLACK ink**    NO COMMAS; NO CENTS

| | | |
|---|---|---|
| 1 Federal adjusted gross income (see page 12) | 1 | 123054.00 |
| Form W-2 wages included in line 1 ▶ 119909.00 | | |
| 2 State and municipal interest (see page 13) | 2 | .00 |
| 3 Capital gain/loss addition (see page 14) | 3 | .00 |
| 4 Other additions { Fill in code number and amount, see page 14. Fill in total other additions on line 4. .00 | 4 | .00 |
| .00    .00    .00 | | |
| 5 Add the amounts in the right column for lines 1 through 4 | 5 | 123054.00 |
| 6 Taxable refund of state income tax (from Form 1040, line 10) .......... 6 697.00 | | |
| 7 United States government interest ............................. 7 .00 | | |
| 8 Unemployment compensation (see page 16) ................. 8 .00 | | |
| 9 Social security adjustment (see page 17) ................. 9 .00 | | |
| 10 Capital gain/loss subtraction (see page 17) ...... 10 .00 | | |
| 11 Other subtractions { Fill in code number and amount, see page 17. Fill in total other subtractions on line 11. | | |
| .00    .00    .00 | | |
| .00    .00    11 .00 | | |
| 12 Add lines 6 through 11 | 12 | 697.00 |
| 13 Subtract line 12 from line 5. This is your Wisconsin income | 13 | 122357.00 |

I-010i

CS Professional Suite

2015 Form 1 | Name DAVID & BARBARA STURGIS | SSN 338 48 0617 | Page **2 of 4**

NO COMMAS; NO CENTS

| | | | |
|---|---|---|---|
| 14 | Wisconsin income from line 13 | 14 | 122357.00 |
| 15 | Standard deduction. See table on page 55, OR ▼ | 15 | .00 |
| | If someone else can claim you (or your spouse) as a dependent, see page 30 and check here ...... ▶ | | |
| 16 | Subtract line 15 from line 14. If line 15 is larger than line 14, fill in 0 | 16 | 122357.00 |
| 17 | Exemptions (Caution: See page 30) | | |
| | a  Fill in exemptions from your federal return    __2__ x $700   17a | | 1400.00 |
| | b  Check if 65 or older      You +        Spouse =        x $250  17b | | .00 |
| | c  Add lines 17a and 17b | 17c | 1400.00 |
| 18 | Subtract line 17c from line 16. If line 17c is larger than line 16, fill in 0. This is taxable income | 18 | 120957.00 |
| 19 | Tax (see table on page 48) | 19 | 7185.00 |
| 20 | Itemized deduction credit. Enclose Schedule 1, page 4 ............ 20 | 217.00 | |
| 21 | Armed forces member credit (must be stationed outside U.S. See page 31) . 21 | .00 | |
| 22 | School property tax credit | | |
| | a  Rent paid in 2015–heat included _____.00  ▶ Find credit from table page 33  22a | .00 | |
| |     Rent paid in 2015–heat not included _____  Find credit from table page 34  22b | | |
| | b  Property taxes paid on home in 2015  ___1996.00___  22b | 239.00 | |
| 23 | Working families tax credit }  If line 14 is less than $10,000 and if married filing separate, see page 35 ........... 23 | .00 | |
| 24 | Certain nonrefundable credits from line 11 of Schedule CR ............... 24 | .00 | |
| 25 | Add credits on lines 20 through 24 | 25 | 456.00 |
| 26 | Subtract line 25 from line 19. If line 25 is larger than line 19, fill in 0 | 26 | 6729.00 |
| 27 | Alternative minimum tax. Enclose Schedule MT | 27 | .00 |
| 28 | Add lines 26 and 27 | 28 | 6729.00 |
| 29 | Married couple credit. Enclose Schedule 2, page 4 ............ 29  ___480.00___ | | |
| 30 | Other credits from Schedule CR, line 35 ........ 30  ___.00___ | | |
| 31 | Net income tax paid to another state. Enclose Schedule OS ............ 31  ___.00___ | | |
| 32 | Add lines 29, 30, and 31 | 32 | 480.00 |
| 33 | Subtract line 32 from line 28. If line 32 is larger than line 28, fill in 0. This is your net tax | 33 | 6249.00 |
| 34 | Sales and use tax due on Internet, mail order, or other out-of-state purchases (see page 38) ............. 34 | | 0.00 |
| | If you certify that no sales or use tax is due, check here ................................. ▶  X | | |
| 35 | Donations (decreases refund or increases amount owed) | | |
| | a  Endangered resources _____.00    e  Military family relief ........ _____.00 | | |
| | b  Cancer research ..... _____.00    f  Second Harvest/Feeding Amer. _____.00 | | |
| | c  Veterans trust fund ... _____.00    g  Red Cross WI Disaster Relief _____.00 | | |
| | d  Multiple sclerosis .... _____.00    h  Special Olympics Wisconsin _____.00 | | |
| | Total (add lines a through h) .. ▶35i | | .00 |
| 36 | Penalties on IRAs, retirement plans, MSAs, etc. (see page 39) ........   ___245.00___ x .33 = 36 | 81.00 | |
| 37 | Credit repayments and other penalties (see page 40) | 37 | .00 |
| 38 | Add lines 33, 34, 35i, 36 and 37 | 38 | 6330.00 |

| Name(s) shown on Form 1 | Your social security number |
|---|---|
| DAVID & BARBARA STURGIS | 338 48 0617 |

**NO COMMAS; NO CENTS**

| | | | | |
|---|---|---|---|---|
| 39 | Amount from line 38 | | 39 | 6330.00 |
| 40 | Wisconsin tax withheld. Enclose withholding statements | 40 | 6616.00 | |
| 41 | 2015 estimated tax payments and amount applied from 2014 return | 41 | .00 | |
| 42 | Earned income credit. Number of qualifying children ▶ Federal credit .... .00 X % = | 42 | .00 | |
| 43 | Farmland preservation credit. **a** Schedule FC, line 18 | 43a | .00 | |
| | **b** Schedule FC-A, line 13 | 43b | .00 | |
| 44 | Repayment credit (see page 42) | 44 | .00 | |
| 45 | Homestead credit. Enclose Schedule H or H-EZ | 45 | .00 | |
| 46 | Eligible veterans and surviving spouses property tax credit | 46 | .00 | |
| 47 | Other credits from Schedule CR, line 38. Enclose Schedule CR | 47 | .00 | |
| 48 | AMENDED RETURN ONLY – Amount previously paid (see page 44) | 48 | .00 | |
| 49 | Add lines 40 through 48 | 49 | 6616.00 | |
| 50 | AMENDED RETURN ONLY – Amounts previously refunded (see page 44) | 50 | .00 | |
| 51 | Subtract line 50 from line 49 | | 51 | 6616.00 |
| 52 | If line 51 is larger than line 39, subtract line 39 from line 51. This is the **AMOUNT YOU OVERPAID** | | 52 | 286.00 |
| 53 | Amount of line 52 you want **REFUNDED TO YOU** | | 53 | 286.00 |
| 54 | Amount of line 52 you want **APPLIED TO YOUR 2016 ESTIMATED TAX** | 54 | .00 | |
| 55 | If line 51 is smaller than line 39, subtract line 51 from line 39. This is the **AMOUNT YOU OWE.** Paper clip payment to front of return | | 55 | .00 |
| 56 | Underpayment interest. Fill in exception code - See Sch. U ..... Also include on line 55 (see page 46) | 56 | .00 | |

| Third Party Designee | Do you want to allow another person to discuss this return with the department *(see page 47)?* | | X Yes | Complete the following. | ___ No |
|---|---|---|---|---|---|
| | Designee's name ▶ JEFF LARIDAEN | Phone no. ▶ 608-847-6226 | Personal identification number (PIN) ▶ | 53948 | |

**Paper clip copies of your federal income tax return and schedules to this return.**
**Assemble your return (pages 1-4) and withholding statements in the order listed on page 6.**

## Sign here

▼ *Under penalties of law, I declare that this return and all attachments are true, correct, and complete to the best of my knowledge and belief.*

| Your signature | Spouse's signature (if filing jointly, BOTH must sign) | Date | Daytime phone |
|---|---|---|---|
| | | | |

I-010ai

Mail your return to:  Wisconsin Department of Revenue
*If tax due* ......................... PO Box 268, Madison WI 53790-0001
*If refund or no tax due* ............ PO Box 59, Madison WI 53785-0001
*If homestead credit claimed* ....... PO Box 34, Madison WI 53786-0001

## *Do Not Submit Photocopies*



2015 Form 1 | Name DAVID & BARBARA STURGIS | SSN 338 48 0617 | Page **4 of 4**

NO COMMAS; NO CENTS

## Schedule 1 — Itemized Deduction Credit (see page 30)

| | | | |
|---|---|---|---|
| 1 | Medical and dental expenses from line 4 of federal Schedule A. See instructions for exceptions .............. | 1 | .00 |
| 2 | Interest paid from lines 10-12 and 14 of federal Schedule A. Do not include interest paid to purchase a second home located outside Wisconsin or a residence which is a boat. Also, do not include interest paid to purchase or hold U.S. government securities and interest from a tax-option (S) corporation if claimed as a subtraction ......................................... | 2 | 4090.00 |
| 3 | Gifts to charity from line 19 of federal Schedule A. See instructions for exceptions ........................... | 3 | 240.00 |
| 4 | Casualty losses from line 20 of federal Schedule A, _only_ if the loss is directly related to a federally-declared disaster ............................................................................................ | 4 | .00 |
| 5 | Add lines 1 through 4 .................................................................................... | 5 | 4330.00 |
| 6 | Fill in your standard deduction from line 15 on page 2 of Form 1 ........................................ | 6 | .00 |
| 7 | Subtract line 6 from line 5. If line 6 is more than line 5, fill in 0 ........................................ | 7 | 4330.00 |
| 8 | Rate of credit is .05 (5%) .............................................................................. | 8 | **x .05** |
| 9 | Multiply line 7 by line 8. Fill in here and on line 20 on page 2 of Form 1 ................................. | 9 | 217.00 |

▶ **You must submit this page with Form 1 if you claim either of these credits** ◀

## Schedule 2 — Married Couple Credit When Both Spouses Are Employed (see page 36)

When completing this schedule, be sure to fill in your income in column (A) and your spouse's income in column (B)

| | | | (A) YOURSELF | (B) SPOUSE |
|---|---|---|---|---|
| 1 | Taxable wages, salaries, tips, and other employee compensation. Do NOT include deferred compensation, interest, dividends, pensions, unemployment compensation, or other unearned income ...... | 1 | 51512.00 | 68397.00 |
| 2 | Net profit or (loss) from self-employment from federal Schedules C, C-EZ, and F (Form 1040), Schedule K-1 (Form 1065), and any other taxable self-employment or earned income ............... | 2 | .00 | .00 |
| 3 | Combine lines 1 and 2. This is earned income ........................... | 3 | 51512.00 | 68397.00 |
| 4 | Add the amounts from federal Form 1040, lines 24, 28 and 32, plus repayment of supplemental unemployment benefits, and contributions to secs. 403(b) and 501(c)(18) pension plans, included in line 36, and any Wisconsin disability income exclusion. Fill in the total of these adjustments that apply to your or your spouse's income ........................................... | 4 | .00 | .00 |
| 5 | Subtract line 4 from line 3. This is qualified earned income. If less than zero, fill in 0 ..................................... | 5 | 51512.00 | 68397.00 |
| 6 | Compare the amounts in columns (A) and (B) of line 5. Fill in the smaller amount here. If more than $16,000, fill in $16,000 ·················· | 6 | 16000.00 | |
| 7 | Rate of credit is .03 (3%) ··························· | 7 | **x .03** | |
| 8 | Multiply line 6 by line 7. Fill in here and on line 29 on page 2 of Form 1 ..................... | 8 | 480.00 | Do not fill in more than $480. |



Wages, tips, other comp.
8437.85

2 Federal income tax withheld
1074.19

8437.85    523.15

5 Medicare wages and tips
8437.85

6 Medicare tax withheld
122.35

d Control number | Dept. | Corp. | Employer use only
0000021768 W3J | | RBL0 | 9325

c Employer's name, address, and ZIP code

HENKELS AND MCCOY INC
985 JOLLY ROAD
BLUE BELL, PA  19422

b Employer's FED ID number
23-1535602

a Employee's SSA number
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

7 Social security tips

8 Allocated tips

9

10 Dependent care benefits

11 Nonqualified plans

12a

14 Other

12b

12c

12d

13 Stat emp. | Ret. plan | 3rd party sick pay

e/f Employee's name, address and ZIP code

DAVID C STURGIS
20649 JULIA RD
CAMP DOUGLAS, WI  54618

15 State | Employer's state ID no. | 16 State wages, tips, etc.
WI | 036 0000432248 04 | 8437.85

17 State income tax
498.30

18 Local wages, tips, etc.

19 Local income tax

20 Locality name

**WI. State Filing Copy**
**W-2** Wage and Tax Statement **2016**
OMB No. 1645-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

Federal Filing Copy
**W-2** Wage and Tax **2016**

Copy B to be filed with employee's Federal Income Tax

1 Wages, tips, other comp.
16315.01

2 Federal income tax withheld
2637.50

3 Social security wages
17218.50

4 Social security tax withheld
1067.55

5 Medicare wages and tips
17218.50

6 Medicare tax withheld
249.67

d Control number

Employer use only

c Employer's name, address, and ZIP code

5KN-SECURITY FINANCE CORP OF SPARTANBURG
PO BOX 811
SPARTANBURG SC  29304

b Employer's FED ID number
57-0359683

a Employee's SSA number
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

7 Social security tips

Verification code
D464-816B-180C-D9C7

10 Dependent care benefits

11 Nonqualified plans

12a See instructions for box 12
D    903.49

14 Other
INSURANCE    851.36

12b
DD    4985.04

12c

13 Stat Emp | Ret. plan | 3rd-party sick pay
X

12d

e Employee's name, address, and ZIP code
BARBARA STURGIS
20649 JULIA ROAD
CAMP DOUGLAS WI 54618

15 State | Employers state ID no. | 16 State wages, tips, etc.
WI | 036000032940704 | 16315.01

17 Income tax
849.69

18 Local wages, tips, etc.

19 Local income tax

20 Allocated wages

Form W-2 Wage & Tax Statement  Dept. of the Treasury-IRS OMB No. 1645-0008

---

Form **W-2** Wage and Tax Statement **2016**

Visit the IRS website at www.irs.gov/efile.

Safe, accurate, FAST! Use   IRS **e-file**

This information is being furnished to the Internal Revenue Service.

1 Wages, tips, other compensation
2732.04

2 Federal income tax withheld

c Employer's name, address, and ZIP code

*0102295

LIBERTY LIFE ASSURANCE COMPANY
MAIL STOP 02G
100 LIBERTY WAY
DOVER     , NH 03821-1525

7 Social security tips

3 Social security wages

4 Social security tax withheld

8 Allocated tips

5 Medicare wages and tips

6 Medicare tax withheld

9

10 Dependent care benefits

11 Nonqualified plans

e Employee's first name and initial | Last name | Suff.
BARBARA | STURGIS
20649 JULIA RD
CAMP DOUGLAS    , WI 54618

12a See instructions for box 12
J    2732.00

13 Statutory employee | Retirement plan | Third-party sick pay
X

14 Other

12b

a Employee's social security number
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

12c

b Employer identification number (EIN)
04-6076039

12d

f Employee's address, and ZIP code

15 State | Employer's state ID number | 16 State wages, tips, etc.
WI | 36000001742102 | 2732.04

17 State income tax

18 Local wages, tips, etc.

19 Local income tax

20 Locality name

Copy B -- To Be Filed With Employee's FEDERAL Tax Return.

OMB No. 1545-0008   Department of the Treasury - Internal Revenue Service

**Form 1099-R**

□ CORRECTED (if checked)

STATE IN/NO CASE 3-19-CV-00440-DRL
document 108-1    filed 02/01/21    Page 114 of 171

PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code
MA. IX TRUST COMPANY FBO
SECURITY 401(K) P/S
717 17TH STREET, SUITE 1300
DENVER, CO 80202

| | |
|---|---|
| **1** Gross distribution $ 45,399.49 | OMB No. 1545-0119 |
| **2a** Taxable amount $ 45,399.49 | **2016** |
| | **Form 1099-R** |
| **2b** Taxable amount not determined □   Total distribution X | **Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** |

| PAYER'S federal identification number | RECIPIENT'S identification number | **3** Capital gain (included in box 2a) $ | **4** Federal income tax withheld $ 9,079.90 | **5** Employee contributions /Designated Roth contributions or insurance premiums |
|---|---|---|---|---|
| 75-3182674 | XXX-XX-5790 | | | |

RECIPIENT'S name, street address (incl. apt. no.), city or town, state or province, country, and ZIP or foreign postal code
BARBARA STURGIS

20649 JULIA ROAD
CAMP DOUGLAS, WI 54618

| **6** Net unrealized appreciation in employer's securities $ | **7** Distribution code(s) 7   IRA/ SEP/ SIMPLE | **8** Other $    % |
|---|---|---|

| **9a** Your percentage of total distribution   % | **9b** Total employee contributions $ |
|---|---|

| Account number (see instructions) 0124  07C07367-1286650-2315 | **11** 1st year of desig. Roth contrib. $ | **12** State tax withheld $ | **13** State/Payer's state no. WI/036102679848202 | **14** State distribution $ |
|---|---|---|---|---|

**Copy C**
**For Recipient's Records**
This information is being furnished to the Internal Revenue Service.

| FATCA filing requirement □ | **10** Amount allocable to IRR within 5 years $ | **15** Local tax withheld $ | **16** Name of locality | **17** Local distribution $ |
|---|---|---|---|---|

www.irs.gov/form1099r
Support Ph #: (800) 849-4001

(keep for your records)

Department of the Treasury - Internal Revenue Service

---

| **a** Employee's SSN 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 | **b** Employer identification number (EIN) 46-2787070 | | OMB No. 1545-0008 |
|---|---|---|---|

| **c** Employer's name, address, and ZIP code GERKE TRANSPORT, LLC | **1** Wgs, tips, other compn 1836.60 | **2** Fed inc tax withheld 82.00 | **3** Social security wages 1836.60 | Form **W-2** |
|---|---|---|---|---|

| 20493 KELP AVE. | **4** SS tax withheld 113.87 | **5** Medicare wages & tips 1836.60 | **6** Medicare tax withheld 26.63 | **Wage and Tax Statement** |
|---|---|---|---|---|

| NORWALK        WI 54648 | **7** Social security tips | **8** Allocated tips | **9** | **2016** |
|---|---|---|---|---|

| **d** Control number | **10** Depdnt care benefits | **11** Nonqualified plans | **12a** | |
|---|---|---|---|---|

| **e** Employee's name, address, and ZIP code        Suff. | **13** Statutory employee □ | **14** Other | **12b** | **Copy 2 To Be Filed With Employee's State, City, or Local Income Tax Return.** |
|---|---|---|---|---|
| DAVID C        STURGIS | Retirement plan □ | | **12c** | |
| 20649 JULIARD | | | | |
| CAMP DOUGLAS        WI 54618 | Third-party sick pay □ | | **12d** | |

| **15** State   Employer's state ID No. WI   036-1028200970-02 | **16** State wages, tips, etc 1836.60 | **17** State income tax 68.13 | **18** Local wages, tips, etc | **19** Local income tax | **20** Locality name |
|---|---|---|---|---|---|

REV 12/23/16 QBDT

| a Employee's SSN 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 | | b Employer identification number (EIN)   45-3506311 | | | OMB No. 1545-0008 |
|---|---|---|---|---|---|
| c Employer's name, address, and ZIP code<br>DALLI TRUCKING INC.<br>DALLI TRUCKING INC<br>8624 WESTLAKE DR<br><br>GREENDALE        WI  53129-1068 | | 1 Wgs, tips, other compn<br>4849.75 | 2 Fed inc tax withheld<br>566.00 | 3 Social security wages<br>4849.75 | Form **W-2** |
| | | 4 SS tax withheld<br>300.68 | 5 Medicare wages & tips<br>4849.75 | 6 Medicare tax withheld<br>70.32 | **Wage and Tax Statement** |
| | | 7 Social security tips | 8 Allocated tips | 9 | |
| d Control number | | 10 Depdnt care benefits | 11 Nonqualified plans | 12a | **2016** |
| e Employee's name, address, and ZIP code           Suff. | | 13 Statutory employee. | 14 Other | 12b | Copy B To Be Filed with Employee's FEDERAL Tax Return<br>This information is being furnished to the Internal Revenue Service. |
| DAVID           STURGIS<br>20649 JULIA ROAD<br>CAMP DOUGLAS     WI  54618 | | Retirement plan . . | | 12c | |
| | | Third-party sick pay | | 12d | |
| 15 State WI | Employer's state ID number<br>036-1027390868-02 | 16 State wages, tips, etc<br>4849.75 | 17 State income tax<br>262.46 | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |

REV 01/09/17 QBDT                                                                          Department of the Treasury — IRS

---

| | a Employee's social security number<br>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 | OMB No. 1545-0008 | | | |
|---|---|---|---|---|---|
| b Employer identification number (EIN)<br>39-1173714 | | 1 Wages, tips, other compensation<br>6349.94 | | 2 Federal income tax withheld<br>535.97 | |
| c Employer's name, address, and ZIP code<br><br>HEDING TRUCK SERVICE<br>P. O. BOX 97<br>UNION CENTER, WI 53962 | | 3 Social security wages<br>6349.94 | | 4 Social security tax withheld<br>393.70 | |
| | | 5 Medicare wages and tips<br>6349.94 | | 6 Medicare tax withheld<br>92.08 | |
| | | 7 Social security tips<br>.00 | | 8 Allocated tips<br>.00 | |
| d Control number | | 9<br>.00 | | 10 Dependent care benefits<br>.00 | |
| e Employee's name, address, and ZIP code<br>DAVID C.        STURGIS<br><br>20649 JULIA RD.<br>CAMP DOUGLAS, WI 54618 | | 11 Nonqualified plans<br>.00 | | 12a | |
| | | 13 Statutory employee ☐   Retirement plan ☐   Third-party sick pay ☐ | | 12b DD       1191.85 | |
| | | 14 Other<br>UNION      219.00<br>.00<br>.00 | | 12c | |
| | | | | 12d | |
| 15 State WI | Employer's state ID number<br>036000040297904 | 16 State wages, tips, etc.<br>6349.94 | 17 State income tax<br>329.68 | 18 Local wages, tips, etc.<br>.00 | 19 Local income tax<br>.00 | 20 Locality name |
| | | .00 | .00 | .00 | .00 | |

Form **W-2** **Wage and Tax Statement**       2016       Department of the Treasury—Internal Revenue Service

Copy 2—To Be Filed With Employee's State, City, or Local Income Tax Return.

Form **1040** U.S. Individual Income Tax Return **2016** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2016, or other tax year beginning ____, 2016, ending ____, 20 ____    See separate instructions.

| | |
|---|---|
| Your first name and initial: **DAVID**   Last name: **STURGIS** | Your social security number: **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** |
| If a joint return, spouse's first name and initial: **BARBARA**   Last name: **STURGIS** | Spouse's social security number: **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** |

Home address (number and street). If you have a P.O. box, see instructions. **20649 JULIA RD.**   Apt. no.

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
**CAMP DOUGLAS**   **WI**   **54618**

Foreign country name   Foreign province/state/county   Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a .................
b ☒ Spouse ............................................................................

Boxes checked on 6a and 6b: **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qual. for child tax credit (see instr.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

d Total number of exemptions claimed ..................................................

Add numbers on lines above ▶ **2**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7   40,522 |
| 8a | Taxable interest. Attach Schedule B if required | 8a |
| b | Tax-exempt interest. Do not include on line 8a    8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a |
| b | Qualified dividends    9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10   367 |
| 11 | Alimony received | 11 |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |
| 15a | IRA distributions    15a    b Taxable amount | 15b |
| 16a | Pensions and annuities    16a    b Taxable amount | 16b   45,399 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 |
| 18 | Farm income or (loss). Attach Schedule F | 18 |
| 19 | Unemployment compensation | 19 |
| 20a | Social security benefits    20a    b Taxable amount | 20b |
| 21 | Other income. List type and amount | 21 |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22   86,288 |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses | 23 |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 |
| 25 | Health savings account deduction. Attach Form 8889 | 25 |
| 26 | Moving expenses. Attach Form 3903 | 26 |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 |
| 29 | Self-employed health insurance deduction | 29 |
| 30 | Penalty on early withdrawal of savings | 30 |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a |
| 32 | IRA deduction | 32 |
| 33 | Student loan interest deduction | 33 |
| 34 | Tuition and fees. Attach Form 8917 | 34 |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 |
| 36 | Add lines 23 through 35 | 36 |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37   86,288 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
DAA    Form **1040** (2016)

USDC IN/ND case 3:17-cv-00440-DRL document 108-1 filed 02/01/21 page 117 of 171

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 86,288 |
| | 39a | Check if: { You were born before January 2, 1952, ☐ Blind. Spouse was born before January 2, 1952, ☐ Blind. } Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 13,299 |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | 41 | 72,989 |
| | 42 | Exemptions. If line 38 is $155,650 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 42 | 8,100 |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 64,889 |
| | 44 | Tax (see instr.). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 44 | 8,804 |
| • All others: | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| Single or Married filing separately, $6,300 | 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| | 47 | Add lines 44, 45, and 46 ▶ | 47 | 8,804 |
| Married filing jointly or Qualifying widow(er), $12,600 | 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| | 50 | Education credits from Form 8863, line 19 | 50 | |
| Head of household, $9,300 | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812 if required | 52 | |
| | 53 | Residential energy credits. Attach Form 5695 | 53 | |
| | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| | 55 | Add lines 48 through 54. These are your total credits | 55 | |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 8,804 |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | 61 | |
| | 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | 8,804 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 13,976 |
| | 65 | 2016 estimated tax payments and amount applied from 2015 return | 65 | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | |
| | b | Nontaxable combat pay election 66b | | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| | 70 | Amount paid with request for extension to file | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| | 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | 73 | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | 13,976 |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | 5,172 |
| | 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 76a | 5,172 |
| Direct deposit? See instructions. | ▶ b | Routing number 075902272 ▶ c Type: ☒ Checking ☐ Savings | | |
| | ▶ d | Account number 602-6893 | | |
| | 77 | Amount of line 75 you want applied to your 2017 estimated tax ▶ 77 | | |
| **Amount You Owe** | 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | |
| | 79 | Estimated tax penalty (see instructions) 79 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes. Complete below.** ☐ No

Designee's name ▶ JEFF LARIDAEN    Personal Identification number (PIN) ▶ 53948    Phone no. ▶ 608-847-6226

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature    Date    Your occupation    Daytime phone number

Spouse's signature. If a joint return, both must sign.    Date    Spouse's occupation    If the IRS sent you an Identity Protection PIN, enter it here (see instr.)

**Paid Preparer Use Only**

| | |
|---|---|
| Print/Type preparer's name JEFF LARIDAEN | Preparer's signature |
| Date 03/15/17 | Check ☐ if self-employed PTIN P00278455 |
| Firm's name ▶ LARIDAEN'S TAX SERVICE | Firm's EIN ▶ 39-1812784 |
| Firm's address ▶ 98 N UNION ST MAUSTON WI 53948-1759 | Phone no. 608-847-6226 |

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Itemized Deductions**

▶ Information about Schedule A and its separate instructions is at *www.irs.gov/schedulea*.

▶ Attach to Form 1040.

OMB No. 1545-0074

**2016**

Attachment
Sequence No. 07

Name(s) shown on Form 1040
DAVID & BARBARA STURGIS

Your social security number
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

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | Caution: Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see instructions) | 1 | 8,470 | |
| | 2 Enter amount from Form 1040, line 38 | 2 | 86,288 | |
| | 3 Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1952, multiply line 2 by 7.5% (0.075) instead | 3 | 8,629 | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | 0 |
| **Taxes You Paid** | 5 State and local (check only one box): | | | |
| | a ☒ Income taxes, or | 5 | 2,008 | |
| | b ☐ General sales taxes | | | |
| | 6 Real estate taxes (see instructions) | 6 | 1,996 | |
| | 7 Personal property taxes | 7 | | |
| | 8 Other taxes. List type and amount ▶ | 8 | | |
| | 9 Add lines 5 through 8 | | 9 | 4,004 |
| **Interest You Paid** | 10 Home mortgage interest and points reported to you on Form 1098 | 10 | 5,449 | |
| Note: Your mortgage interest deduction may be limited (see instructions). | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | 11 | | |
| | 12 Points not reported to you on Form 1098. See instructions for special rules | 12 | | |
| | 13 Mortgage insurance premiums (see instructions) | 13 | | |
| | 14 Investment interest. Attach Form 4952 if required. (See instructions.) | 14 | | |
| | 15 Add lines 10 through 14 | | 15 | 5,449 |
| **Gifts to Charity** | 16 Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | 270 | |
| If you made a gift and got a benefit for it, see instructions. | 17 Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | | |
| | 18 Carryover from prior year | 18 | | |
| | 19 Add lines 16 through 18 | | 19 | 270 |
| **Casualty and Theft Losses** | 20 Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ FORM 2106 EXPENSES | 21 | 5,147 | |
| | 22 Tax preparation fees | 22 | 155 | |
| | 23 Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 23 | | |
| | 24 Add lines 21 through 23 | 24 | 5,302 | |
| | 25 Enter amount from Form 1040, line 38 | 25 | 86,288 | |
| | 26 Multiply line 25 by 2% (0.02) | 26 | 1,726 | |
| | 27 Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 | 3,576 |
| **Other Miscellaneous Deductions** | 28 Other—from list in instructions. List type and amount ▶ | | 28 | |
| **Total Itemized Deductions** | 29 Is Form 1040, line 38, over $155,650? | | | |
| | ☒ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. | | 29 | 13,299 |
| | ☐ Yes. Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | | | |
| | 30 If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.
DAA

Schedule A (Form 1040) 2016

Form **2106**

# Employee Business Expenses

OMB No. 1545-0074

**2016**

Department of the Treasury
Internal Revenue Service (99)

▶ Attach to Form 1040 or Form 1040NR.

▶ Information about Form 2106 and its separate instructions is available at *www.irs.gov/form2106.*

Attachment
Sequence No. **129**

| Your name DAVID STURGIS | Occupation in which you incurred expenses TRUCK DRIVER | Social security number 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 |
|---|---|---|

**Part I**    **Employee Business Expenses and Reimbursements**

### Step 1   Enter Your Expenses

|  |  |  | Column A Other Than Meals and Entertainment | Column B Meals and Entertainment |
|---|---|---|---|---|
| 1 | Vehicle expense from line 22 or line 29. (Rural mail carriers: See instructions.) | 1 |  |  |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc., that **didn't** involve overnight travel or commuting to and from work | 2 |  |  |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Don't** include meals and entertainment | 3 | 1,050 |  |
| 4 | Business expenses not included on lines 1 through 3. **Don't** include meals and entertainment | 4 | 1,165 |  |
| 5 | Meals and entertainment expenses (see instructions) | 5 |  | 5,022 |
| 6 | **Total expenses.** In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 | 6 | 2,215 | 5,022 |

**Note:** *If you weren't reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.*

### Step 2   Enter Reimbursements Received From Your Employer for Expenses Listed in Step 1

|  |  |  | | |
|---|---|---|---|---|
| 7 | Enter reimbursements received from your employer that **weren't** reported to you in box 1 of Form W-2. Include any reimbursements reported under code "L" in box 12 of your Form W-2 (see instructions) | 7 | 386 | 874 |

### Step 3   Figure Expenses To Deduct on Schedule A (Form 1040 or Form 1040NR)

|  |  |  | | |
|---|---|---|---|---|
| 8 | Subtract line 7 from line 6. If zero or less, enter -0-. However, if line 7 is greater than line 6 in Column A, report the excess as income on Form 1040, line 7 (or on Form 1040NR, line 8) | 8 | 1,829 | 4,148 |

     **Note:** *If both columns of line 8 are zero, you can't deduct employee business expenses. Stop here and attach Form 2106 to your return.*

|  |  |  | | |
|---|---|---|---|---|
| 9 | In Column A, enter the amount from line 8. In Column B, multiply line 8 by 50% (0.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 80% (0.80) instead of 50%. For details, see instructions.) | 9 | 1,829 | 3,318 |
| 10 | Add the amounts on line 9 of both columns and enter the total here. Also, enter the total on **Schedule A (Form 1040), line 21** (or on Schedule A (Form 1040NR), line 7). (Armed Forces reservists, qualified performing artists, fee-basis state or local government officials, and individuals with disabilities: See the instructions for special rules on where to enter the total.) ▶ | 10 |  | 5,147 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Form **2106** (2016)

DAA

# 1 Wisconsin
## income tax

**2016**

For the year Jan. 1-Dec. 31, 2016, or other tax year

Check here if an amended return ▶ ___   beginning _____, 2016   ending _____, 20 ___.

| Your legal last name | Legal first name | M.I. | Your social security number |
|---|---|---|---|
| STURGIS | DAVID | | 338 48 0617 |
| If a joint return, spouse's legal last name | Spouse's legal first name | M.I. | Spouse's social security number |
| STURGIS | BARBARA | | 322 52 5790 |

Home address (number and street). If you have a PO Box, see page 11.   Apt. no.

20649 JULIA RD.

| City or post office | State | Zip code |
|---|---|---|
| CAMP DOUGLAS | WI | 54618 |

**Tax district**
Check below then fill in either the name of city, village, or town and the county in which you lived at the end of 2016.

___ City   ___ Village   X Town

City, village, or town ▶  CLIFTON

County of ▶  MONROE

School district number See page 57  5747

**Filing status** Check ✓ below

___ Single

X Married filing joint return

___ Married filing separate return. Fill in spouse's SSN above and full name here ............

___ Head of household (see page 12). Also, check here if married ............ ▶

Legal last name _____

Legal first name _____  M.I. ___

If married, fill in spouse's SSN above and full name here ↑

Special conditions _____

**Use BLACK ink**

**NO COMMAS; NO CENTS**

| | | | |
|---|---|---|---|
| 1 Federal adjusted gross income (see page 12) | | 1 | 86288.00 |
| Form W-2 wages included in line 1 .................. ▶ 40522.00 | | | |
| 2 State and municipal interest (see page 13) | | 2 | .00 |
| 3 Capital gain/loss addition (see page 14) | | 3 | .00 |
| 4 Other additions } Fill in code number and amount, see page 14. Fill in total other additions on line 4. | | | |
| .00       .00       .00 | | 4 | .00 |
| 5 Add the amounts in the right column for lines 1 through 4 | | 5 | 86288.00 |
| 6 Taxable refund of state income tax (from Form 1040, line 10) ...... 6  367.00 | | | |
| 7 United States government interest ............ 7 .00 | | | |
| 8 Unemployment compensation (see page 16) ...... 8 .00 | | | |
| 9 Social security adjustment (see page 17) ...... 9 .00 | | | |
| 10 Capital gain/loss subtraction (see page 17) ...... 10 .00 | | | |
| 11 Other subtractions } Fill in code number and amount, see page 17. Fill in total other subtractions on line 11. | | | |
| 01   6270.00     .00     .00 | | | |
| .00     .00     ...... 11 | | | 6270.00 |
| 12 Add lines 6 through 11 | | 12 | 6637.00 |
| 13 Subtract line 12 from line 5. This is your Wisconsin income | | 13 | 79651.00 |

I-010i

CS Professional Suite

| 2016 Form 1 | Name DAVID & BARBARA STURGIS | SSN 338 48 0617 | Page 2 of 4 |
|---|---|---|---|

NO COMMAS: NO CENTS

| 14 | Wisconsin income from line 13 .................................................... | 14 | 79651.00 |
|---|---|---|---|
| 15 | Standard deduction. See table on page 55, OR ▼ ................................ | 15 | 7462.00 |
| | If someone else can claim you (or your spouse) as a dependent, see page 30 and check here ...... ▶ | | |
| 16 | Subtract line 15 from line 14. If line 15 is larger than line 14, fill in 0 .................. | 16 | 72189.00 |
| 17 | Exemptions (Caution: See page 30) | | |
| | a  Fill in exemptions from your federal return       2  x $700  17a      1400.00 | | |
| | b  Check if 65 or older ____ You +   Spouse = ____  x $250  17b            .00 | | |
| | c  Add lines 17a and 17b ................................................... | 17c | 1400.00 |
| 18 | Subtract line 17c from line 16. If line 17c is larger than line 16, fill in 0. This is taxable income ...... | 18 | 70789.00 |
| 19 | Tax (see table on page 48) ................................................. | 19 | 4036.00 |
| 20 | Itemized deduction credit. Enclose Schedule 1, page 4 .......... 20 .00 | | |
| 21 | Armed forces member credit (must be stationed outside U.S. See page 31) . 21 .00 | | |
| 22 | School property tax credit | | |
| | a  Rent paid in 2016-heat included _____.00   Find credit from table page 33  22a _____.00 | | |
| |    Rent paid in 2016-heat not included _____.00 | | |
| | b  Property taxes paid on home in 2016   1996.00   Find credit from table page 34  22b   239.00 | | |
| 23 | Working families tax credit }   If line 14 is less than $10,000 and if married filing separate, see page 35 ........... 23 .00 | | |
| 24 | Certain nonrefundable credits from line 11 of Schedule CR .......... 24 .00 | | |
| 25 | Add credits on lines 20 through 24 .......................................... | 25 | 239.00 |
| 26 | Subtract line 25 from line 19. If line 25 is larger than line 19, fill in 0 .................. | 26 | 3797.00 |
| 27 | Alternative minimum tax. Enclose Schedule MT ................................ | 27 | .00 |
| 28 | Add lines 26 and 27 ..................................................... | 28 | 3797.00 |
| 29 | Married couple credit. Enclose Schedule 2, page 4 ............ 29   480.00 | | |
| 30 | Other credits from Schedule CR, line 35 ......... 30 .00 | | |
| 31 | Net income tax paid to another state. Enclose Schedule OS ............ 31 .00 | | |
| 32 | Add lines 29, 30, and 31 .................................................. | 32 | 480.00 |
| 33 | Subtract line 32 from line 28. If line 32 is larger than line 28, fill in 0. This is your net tax ............ | 33 | 3317.00 |
| 34 | Sales and use tax due on Internet, mail order, or other out-of-state purchases (see page 38) ......... | 34 | 0.00 |
| | If you certify that no sales or use tax is due, check here ............................ ▶  X | | |
| 35 | Donations (decreases refund or increases amount owed) | | |
| | a  Endangered resources _____.00    e  Military family relief ........ _____.00 | | |
| | b  Cancer research ..... _____.00    f  Second Harvest/Feeding Amer. _____.00 | | |
| | c  Veterans trust fund ... _____.00   g  Red Cross WI Disaster Relief _____.00 | | |
| | d  Multiple sclerosis .... _____.00   h  Special Olympics Wisconsin _____.00 | | |
| | Total (add lines a through h) .. ▶35i | | .00 |
| 36 | Penalties on IRAs, retirement plans, MSAs, etc. (see page 39) .............. _____.00  x .33 = 36 | | .00 |
| 37 | Credit repayments and other penalties (see page 40) ............................ | 37 | .00 |
| 38 | Add lines 33, 34, 35i, 36 and 37 ............................................ | 38 | 3317.00 |

2016 Form 1
Page 3 of 4

| | Name(s) shown on Form 1 | | Your social security number |
|---|---|---|---|
| | DAVID & BARBARA STURGIS | | 338 48 0617 |

NO COMMAS; NO CENTS

| | | | | |
|---|---|---|---|---|
| 39 | Amount from line 38 | 39 | | 3317.00 |
| 40 | Wisconsin tax withheld. Enclose withholding statements | 40 | 2008.00 | |
| 41 | 2016 estimated tax payments and amount applied from 2015 return | 41 | .00 | |
| 42 | Earned income credit. Number of qualifying children ▶ Federal credit.... _____ .00 X ____ % = | 42 | .00 | |
| 43 | Farmland preservation credit. a Schedule FC, line 18 | 43a | .00 | |
| | b Schedule FC-A, line 13 | 43b | .00 | |
| 44 | Repayment credit (see page 42) | 44 | .00 | |
| 45 | Homestead credit. Enclose Schedule H or H-EZ | 45 | .00 | |
| 46 | Eligible veterans and surviving spouses property tax credit | 46 | .00 | |
| 47 | Other credits from Schedule CR, line 39. Enclose Schedule CR | 47 | .00 | |
| 48 | AMENDED RETURN ONLY – Amount previously paid (see page 44) | 48 | .00 | |
| 49 | Add lines 40 through 48 | 49 | 2008.00 | |
| 50 | AMENDED RETURN ONLY – Amounts previously refunded (see page 44) | 50 | .00 | |
| 51 | Subtract line 50 from line 49 | 51 | | 2008.00 |
| 52 | If line 51 is larger than line 39, subtract line 39 from line 51. This is the AMOUNT YOU OVERPAID | 52 | | .00 |
| 53 | Amount of line 52 you want REFUNDED TO YOU | 53 | | .00 |
| 54 | Amount of line 52 you want APPLIED TO YOUR 2017 ESTIMATED TAX | 54 | .00 | |
| 55 | If line 51 is smaller than line 39, subtract line 51 from line 39. This is the AMOUNT YOU OWE. Paper clip payment to front of return | 55 | | 1309.00 |
| 56 | Underpayment interest. Fill in exception code - See Sch. U Also include on line 55 (see page 46) | 56 | .00 | |

| Third Party Designee | Do you want to allow another person to discuss this return with the department (see page 47)? | X Yes Complete the following. ____ No |
|---|---|---|
| | Designee's name ▶ JEFF LARIDAEN | Phone no. ▶ 608-847-6226   Personal Identification number (PIN) ▶ 53948 |

*Paper clip copies of your federal income tax return and schedules to this return.*
*Assemble your return (pages 1-4) and withholding statements in the order listed on page 6.*

## Sign here

▼ *Under penalties of law, I declare that this return and all attachments are true, correct, and complete to the best of my knowledge and belief.*

| Your signature | Spouse's signature (if filing jointly, BOTH must sign) | Date | Daytime phone |
|---|---|---|---|

I-010ai

Mail your return to:          Wisconsin Department of Revenue
If tax due ................        PO Box 268, Madison WI 53790-0001
If refund or no tax due ............        PO Box 59, Madison WI 53785-0001
If homestead credit claimed .......        PO Box 34, Madison WI 53766-0001

## *Do Not Submit Photocopies*



CS Professional Suite

2016 Form 1 | Name DAVID & BARBARA STURGIS | SSN 338 48 0617 | Page **4** of 4

NO COMMAS: NO CENTS

## Schedule 1 — Itemized Deduction Credit (see page 30)

| | | | |
|---|---|---|---|
| 1 | Medical and dental expenses from line 4 of federal Schedule A. See instructions for exceptions .......... | 1 | .00 |
| 2 | Interest paid from lines 10-12 and 14 of federal Schedule A. Do not include interest paid to purchase a second home located outside Wisconsin or a residence which is a boat. Also, do not include interest paid to purchase or hold U.S. government securities and interest from a tax-option (S) corporation if claimed as a subtraction ........................... | 2 | 5449.00 |
| 3 | Gifts to charity from line 19 of federal Schedule A. See instructions for exceptions ................. | 3 | 270.00 |
| 4 | Casualty losses from line 20 of federal Schedule A, _only_ if the loss is directly related to a federally-declared disaster ........................................................................... | 4 | .00 |
| 5 | Add lines 1 through 4 .................................................................................. | 5 | 5719.00 |
| 6 | Fill in your standard deduction from line 15 on page 2 of Form 1 ................................. | 6 | 7462.00 |
| 7 | Subtract line 6 from line 5. If line 6 is more than line 5, fill in 0 .............................. | 7 | 0.00 |
| 8 | Rate of credit is .05 (5%) ............................................................................ | 8 | x .05 |
| 9 | Multiply line 7 by line 8. Fill in here and on line 20 on page 2 of Form 1 ....................... | 9 | 0.00 |

► **You must submit this page with Form 1 if you claim either of these credits** ◄

## Schedule 2 — Married Couple Credit When Both Spouses Are Employed (see page 36)

When completing this schedule, be sure to fill in your income in column (A) and your spouse's income in column (B)

| | | | (A) YOURSELF | (B) SPOUSE |
|---|---|---|---|---|
| 1 | Taxable wages, salaries, tips, and other employee compensation. Do NOT include deferred compensation, interest, dividends, pensions, unemployment compensation, or other unearned income ...... | 1 | 21475.00 | 19047.00 |
| 2 | Net profit or (loss) from self-employment from federal Schedules C, C-EZ, and F (Form 1040), Schedule K-1 (Form 1065), and any other taxable self-employment or earned income ............... | 2 | .00 | .00 |
| 3 | Combine lines 1 and 2. This is earned income ........................... | 3 | 21475.00 | 19047.00 |
| 4 | Add the amounts from federal Form 1040, lines 24, 28 and 32, plus repayment of supplemental unemployment benefits, and contributions to secs. 403(b) and 501(c)(18) pension plans, included in line 36, and any Wisconsin disability income exclusion. Fill in the total of these adjustments that apply to your or your spouse's income ............................................. | 4 | .00 | .00 |
| 5 | Subtract line 4 from line 3. This is qualified earned income. If less than zero, fill in 0 ......................................... | 5 | 21475.00 | 19047.00 |
| 6 | Compare the amounts in columns (A) and (B) of line 5. Fill in the smaller amount here. If more than $16,000, fill in $16,000 ...................... | 6 | 16000.00 | |
| 7 | Rate of credit is .03 (3%) ........................................ | 7 | x .03 | |
| 8 | Multiply line 6 by line 7. Fill in here and on line 29 on page 2 of Form 1 ...................... | 8 | 480.00 | Do not fill in more than $480. |



USDC IN/ND case 3:19-cv-00440-DRL document 108-1 filed 02/03/21 page 124 of 171

**a** Employee's SSN · 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

**b** Employer identification number (EIN) · 45-3506311

OMB No. 1545-0008

**c** Employer's name, address, and ZIP code
DALLI TRUCKING INC.
DALLI TRUCKING INC
8624 WESTLAKE DR

GREENDALE          WI 53129-1068

**d** Control No.

| 1 Wgs, tips, other compn | 2 Fed inc tax withheld |
|---|---|
| 53801.15 | 7531.00 |
| 3 Social security wages | |
| 53801.15 | |
| 4 SS tax withheld | 5 Medicare wages & tips |
| 3335.67 | 53801.15 |
| 6 Medicare tax withheld | |
| 780.12 | |
| 7 Social security tips | 8 Allocated tips | 9 |
| 10 Depdnt care benefits | 11 Nonqualified plans | 12a |

Form **W-2**
**Wage and Tax Statement**
**2017**

**e** Employee's name, address, and ZIP code          Suff.

DAVID          STURGIS
20649 JULIA ROAD
CAMP DOUGLAS    WI 54618

| 13 Statutory employee. | 14 Other | 12b |
|---|---|---|
| Retirement plan . | | 12c |
| Third-party sick pay | | 12d |

Copy C For EMPLOYEE'S RECORDS. (See Notice to Employee.)

| 15 State | Employer's state ID No. | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| WI | 036-1027390868-02 | 53801.15 | 3051.29 | | | |

REV 12/21/17 QBDT

---

Form **W-2** Wage and Tax Statement          **2017**

| | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 1022.38 | |

**c** Employer's name, address, and ZIP code

LIBERTY LIFE ASSURANCE COMPANY
MAIL STOP 02G
100 LIBERTY WAY
DOVER          NH 03821-1525

| 7 Social security tips | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| 8 Allocated tips | 5 Medicare wages and tips | 6 Medicare tax withheld |
| 9 Verification Code | 10 Dependent care benefits | 11 Nonqualified plans |

**e** Employee's first name and initial   Last name   Suff.
BARBARA          STURGIS
20649 JULIA RD
CAMP DOUGLAS    , WI 54618

**f** Employee's address, and ZIP code

| 12a J | 1022.38 | 13 Statutory employee | Retirement plan | Third-party sick pay X | 14 Other |
|---|---|---|---|---|---|
| 12b | | **a** Employee's social security number 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 | | | |
| 12c | | **b** Employer identification number (EIN) 04-6076039 | | | |
| 12d | | | | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| WI | 36000001742102 | 1022.38 | | | | |

Copy 2 -- To Be Filed With Employee's State, City, or Local Income Tax Return.

OMB No. 1545-0008          Department of the Treasury - Internal Revenue Servic

---

Wisconsin Unemployment Insurance Benefits Paid Summary PROD          Page 1 of 1

### 1099-G Information for: BARBARA

**2017 is the most recent year that payment information is available for the 1099-G.**

| | Tax Year | Unemployment Compensation | Box 4 Federal Income Tax Withheld | Box 11 State Income Tax Withheld | Box 12 Amount Repaid on Overpayment |
|---|---|---|---|---|---|
| | | Box 1 | | | |
| Get 1099-G | 2017 | $9,620.00 | $962.00 | $494.00 | $0.00 |

| Form **1040** | | U.S. Individual Income Tax Return | **2017** | (99) | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|---|---|

Department of the Treasury—Internal Revenue Service

For the year Jan. 1–Dec. 31, 2017, or other tax year beginning _____ , 2017, ending _____ , 20 ___    See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| DAVID | STURGIS | 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 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| BARBARA | STURGIS | 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 |

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.
20649 JULIA RD.

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
CAMP DOUGLAS    WI    54618

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) (see instructions)

**Exemptions**

- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
- b ☒ Spouse

| | Boxes checked on 6a and 6b | 2 |
|---|---|---|

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qual. for child tax credit (see instr.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
- lived with you
- did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

Add numbers on lines above ▶ **2**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 54,823 |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | −399 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions   15a    b Taxable amount | 15b | |
| 16a | Pensions and annuities   16a    b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | 9,620 |
| 20a | Social security benefits   20a    b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 64,044 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | |
| 34 | Reserved for future use | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 64,044 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

DAA

Form **1040** (2017)

USDC IN/ND case 3:19-cv-00440-DRL document 108-1 filed 02/01/21 page 126 of 171

| | | | | | |
|---|---|---|---|---|---|
| | 38 | Amount from line 37 (adjusted gross income) | | 38 | 64,044 |

**Tax and Credits**

| | | | | | | |
|---|---|---|---|---|---|---|
| 39a | Check if: | You were born before January 2, 1953, ☐ Blind. Spouse was born before January 2, 1953, ☐ Blind. | Total boxes checked ▶ | 39a | | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ | | | 39b ☐ | | |

**Standard Deduction for—**
- People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:
Single or Married filing separately, $6,350
Married filing jointly or Qualifying widow(er), $12,700
Head of household, $9,350

| | | | | |
|---|---|---|---|---|
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 40 | 25,830 |
| 41 | Subtract line 40 from line 38 | | 41 | 38,214 |
| 42 | Exemptions. If line 38 is $156,900 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | | 42 | 8,100 |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 30,114 |
| 44 | Tax (see instr.). Check if any from: a ☐ Form(s) 8814   b ☐ Form 4972   c ☐ | | 44 | 3,586 |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | | 45 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | | 46 | 1,095 |
| 47 | Add lines 44, 45, and 46   ▶ | | 47 | 4,681 |
| 48 | Foreign tax credit. Attach Form 1116 if required | 48 | | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | | |
| 50 | Education credits from Form 8863, line 19 | 50 | | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| 52 | Child tax credit. Attach Schedule 8812, if required | 52 | | |
| 53 | Residential energy credits. Attach Form 5695 | 53 | | |
| 54 | Other credits from Form: a ☐ 3800   b ☐ 8801   c ☐ | 54 | | |
| 55 | Add lines 48 through 54. These are your total credits | | 55 | |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0-   ▶ | | 56 | 4,681 |

**Other Taxes**

| | | | | |
|---|---|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | | 57 | |
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137   b ☐ 8919 | | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 59 | |
| 60a | Household employment taxes from Schedule H | | 60a | |
| b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 60b | |
| 61 | Health care: individual responsibility (see instructions) Full-year coverage ☐ | | 61 | |
| 62 | Taxes from: a ☐ Form 8959   b ☐ Form 8960   c ☐ Instructions; enter code(s) | | 62 | |
| 63 | Add lines 56 through 62. This is your total tax   ▶ | | 63 | 4,681 |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| | | | | |
|---|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 8,493 | |
| 65 | 2017 estimated tax payments and amount applied from 2016 return | 65 | | |
| 66a | Earned income credit (EIC) | 66a | | |
| b | Nontaxable combat pay election | 66b | | |
| 67 | Additional child tax credit. Attach Schedule 8812 | 67 | | |
| 68 | American opportunity credit from Form 8863, line 8 | 68 | | |
| 69 | Net premium tax credit. Attach Form 8962 | 69 | | |
| 70 | Amount paid with request for extension to file | 70 | | |
| 71 | Excess social security and tier 1 RRTA tax withheld | 71 | | |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | | |
| 73 | Credits from Form: a ☐ 2439   b ☒ Reserved   c ☐ 8885   d ☐ | 73 | | |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments   ▶ | | 74 | 8,493 |

**Refund**

| | | | | |
|---|---|---|---|---|
| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | | 75 | 3,812 |
| 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | | 76a | 3,812 |

Direct deposit? See instructions.
▶ b Routing number 075903158   ▶ c Type: ☒ Checking ☐ Savings
▶ d Account number 550215823

| | | | |
|---|---|---|---|
| 77 | Amount of line 75 you want applied to your 2018 estimated tax ▶ | 77 | |

**Amount You Owe**

| | | | |
|---|---|---|---|
| 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | |
| 79 | Estimated tax penalty (see instructions) | 79 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ Yes. Complete below.   ☐ No

Designee's name ▶ JEFF LARIDAEN    Phone no. ▶ 608-847-6226    Personal identification number (PIN) ▶ 53948

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature FILING AS SURVIVING SPOUSE   Date   Your occupation   Daytime phone number

Spouse's signature. If a joint return, both must sign.   Date   Spouse's occupation   If the IRS sent you an Identity Protection PIN, enter it here (see instr.)

**Paid Preparer Use Only**

| | |
|---|---|
| Print/Type preparer's name JEFF LARIDAEN | Preparer's signature | Date 02/19/18 | Check ☐ if self-employed | PTIN P00278455 |

Firm's name ▶ LARIDAEN'S TAX SERVICE    Firm's EIN ▶ 39-1812784
Firm's address ▶ 98 N UNION ST   MAUSTON   WI 53948-1759    Phone no. 608-847-6226

Go to www.irs.gov/Form1040 for instructions and the latest information.
DAA    Form **1040** (2017)

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Itemized Deductions**

▶ Go to *www.irs.gov/ScheduleA* for instructions and the latest information.
▶ Attach to Form 1040.

Caution: If you are claiming a net qualified disaster loss on Form 4684, see the instructions for line 28.

OMB No. 1545-0074

**2017**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

DAVID & BARBARA STURGIS

Your social security number

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

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | 6,207 |
| | 2 | Enter amount from Form 1040, line 38   **2**   64,044 | | |
| | 3 | Multiply line 2 by 7.5% (0.075) | 3 | 4,803 |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | 1,404 |
| **Taxes You Paid** | 5 | State and local (check only one box): | | |
| | | a   [X] Income taxes, or   } | 5 | 4,854 |
| | | b   [ ] General sales taxes | | |
| | 6 | Real estate taxes (see instructions) | 6 | 2,122 |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ▶ | 8 | |
| | 9 | Add lines 5 through 8 | 9 | 6,976 |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 5,832 |
| Note: Your mortgage interest deduction may be limited (see instructions). | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that pers. name, ID no., and addr. ▶ | 11 | |
| | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | |
| | 13 | Reserved for future use | 13 | |
| | 14 | Investment interest. Attach Form 4952 if required. See instructions. | 14 | |
| | 15 | Add lines 10 through 14 | 15 | 5,832 |
| **Gifts to Charity** | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 16 | 50 |
| If you made a gift and got a benefit for it, see instructions. | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 17 | 140 |
| | 18 | Carryover from prior year | 18 | |
| | 19 | Add lines 16 through 18 | 19 | 190 |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es) other than net qualified disaster losses. Attach Form 4684 and enter the amount from line 18 of that form. See instructions | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. See instructions.   FORM 2106 EXPENSES | 21 | 12,544 |
| | 22 | Tax preparation fees | 22 | 165 |
| | 23 | Other expenses—investment, safe deposit box, etc. List type and amount ▶ | 23 | |
| | 24 | Add lines 21 through 23 | 24 | 12,709 |
| | 25 | Enter amount from Form 1040, line 38   **25**   64,044 | | |
| | 26 | Multiply line 25 by 2% (0.02) | 26 | 1,281 |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | 27 | 11,428 |
| **Other Miscellaneous Deductions** | 28 | Other—from list in instructions. List type and amount ▶ | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $156,900? [X] No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. [ ] Yes. Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | 29 | 25,830 |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ [ ] | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1040.

Schedule A (Form 1040) 2017

DAA

# SCHEDULE C
## (Form 1040)

### Profit or Loss From Business
(Sole Proprietorship)

Department of the Treasury
Internal Revenue Service (99)

▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2017**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| BARBARA STURGIS | 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 |

| A | Principal business or profession, including product or service (see instructions) | B | Enter code from instructions |
|---|---|---|---|
| | ANTIQUE SALES | | ▶ |

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN) (see instr.) |
|---|---|---|---|

| E | Business address (including suite or room no.) ▶ | 20649 JULIA RD. |
|---|---|---|
| | City, town or post office, state, and ZIP code | CAMP DOUGLAS  WI 54618 |

F Accounting method:  (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

G Did you "materially participate" in the operation of this business during 2017? If "No," see instructions for limit on losses  [X] Yes  [ ] No

H If you started or acquired this business during 2017, check here ▶ [ ]

I Did you make any payments in 2017 that would require you to file Form(s) 1099? (see instructions)  [ ] Yes  [ ] No

J If "Yes," did you or will you file required Forms 1099?  [ ] Yes  [ ] No

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ [ ] | 1 | 714 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 714 |
| 4 | Cost of goods sold (from line 42) | 4 | 361 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 353 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 353 |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | 296 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | 456 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals and entertainment (see instructions) | 24b | |
| 16 | Interest: | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | | | | |
| | | | | 27a | Other expenses (from line 48) | 27a | |
| 17 | Legal and professional services | 17 | | b | Reserved for future use | 27b | |

| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a ▶ | 28 | 752 |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | -399 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). | | |
| | **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | 31 | -399 |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |
| | • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** | 32a [X] | All investment is at risk. |
| | • If you checked 32b, you must attach **Form 6198.** Your loss may be limited. | 32b [ ] | Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.

Schedule C (Form 1040) 2017

DAA

BARBARA STURGIS                                                   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

Schedule C (Form 1040) 2017   ANTIQUE SALES                                    Page 2

| Part III | Cost of Goods Sold (see instructions) | | |
|---|---|---|---|

**33** Method(s) used to value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation ........................................................   ☐ Yes   ☐ No

| | | | |
|---|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 0 |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | 361 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 361 |
| 41 | Inventory at end of year | 41 | 0 |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 361 |

| Part IV | Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶ 01/01/17

**44** Of the total number of miles you drove your vehicle during 2017, enter the number of miles you used your vehicle for:

a Business    553      b Commuting (see instructions)            c Other   8,099

**45** Was your vehicle available for personal use during off-duty hours? .................   ☒ Yes   ☐ No
**46** Do you (or your spouse) have another vehicle available for personal use? ...........   ☒ Yes   ☐ No
**47a** Do you have evidence to support your deduction? ...................................   ☒ Yes   ☐ No
  **b** If "Yes," is the evidence written? .................................................   ☒ Yes   ☐ No

| Part V | Other Expenses. List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| | |
|---|---:|
| ....................................................... | |
| ....................................................... | |
| ....................................................... | |
| ....................................................... | |
| ....................................................... | |
| ....................................................... | |
| ....................................................... | |
| ....................................................... | |
| ....................................................... | |
| ....................................................... | |
| ....................................................... | |
| ....................................................... | |
| ....................................................... | |
| **48** Total other expenses. Enter here and on line 27a | 48 |

DAA                                                        Schedule C (Form 1040) 2017

Form **8962**

Department of the Treasury
Internal Revenue Service

**Premium Tax Credit (PTC)**

▶ Attach to Form 1040, 1040A, or 1040NR.
▶ Go to www.irs.gov/Form8962 for instructions and the latest information.

OMB No. 1545-0074

**2017**

Attachment
Sequence No. **73**

| Name shown on your return | Your social security number |
|---|---|
| DAVID STURGIS | 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 |

You cannot take the PTC if your filing status is married filing separately unless you qualify for an exception (see instructions). If you qualify, check the box ......... ▶ ☐

### Part I — Annual and Monthly Contribution Amount

| | | | | |
|---|---|---|---|---|
| 1 | Tax family size. Enter the number of exemptions from Form 1040 or Form 1040A, line 6d, or Form 1040NR, line 7d | | **1** | 2 |
| 2a | Modified AGI. Enter your modified AGI (see instructions) .................... | **2a** 64,044 | | |
| b | Enter the total of your dependents' modified AGI (see instructions) ............ | **2b** | | |
| 3 | Household income. Add the amounts on lines 2a and 2b (see instructions) ................ | | **3** | 64,044 |
| 4 | Federal poverty line. Enter the federal poverty line amount from Table 1-1, 1-2, or 1-3 (see instructions). Check the appropriate box for the federal poverty table used. **a** ☐ Alaska **b** ☐ Hawaii **c** ☒ Other 48 states and DC | | **4** | 16,020 |
| 5 | Household income as a percentage of federal poverty line (see instructions) ................ | | **5** | 399 % |
| 6 | Did you enter 401% on line 5? (See instructions if you entered less than 100%.) <br> ☒ No. Continue to line 7. <br> ☐ Yes. You are not eligible to take the PTC. If advance payment of the PTC was made, see the instructions for how to report your excess advance PTC repayment. | | | |
| 7 | Applicable Figure. Using your line 5 percentage, locate your "applicable figure" on the table in the instructions ......... | | **7** | 0.0969 |
| 8a | Annual contribution amount. Multiply line 3 by line 7. Round to nearest whole dollar amount | **8a** 6,206 | **b** Monthly contribution amount. Divide line 8a by 12. Round to nearest whole dollar amount ... | **8b** 517 |

### Part II — Premium Tax Credit Claim and Reconciliation of Advance Payment of Premium Tax Credit

9 Are you allocating policy amounts with another taxpayer or do you want to use the alternative calculation for year of marriage (see instructions)?
☐ Yes. Skip to Part IV, Allocation of Policy Amounts, or Part V, Alternative Calculation for Year of Marriage. ☒ No. Continue to line 10.

10 See the instructions to determine if you can use line 11 or must complete lines 12 through 23.
☐ Yes. Continue to line 11. Compute your annual PTC. Then skip lines 12-23 and continue to line 24.
☒ No. Continue to lines 12-23. Compute your monthly PTC and continue to line 24.

| Annual Calculation | (a) Annual enrollment premiums (Form(s) 1095-A, line 33A) | (b) Annual applicable SLCSP premium (Form(s) 1095-A, line 33B) | (c) Annual contribution amount (line 8a) | (d) Annual maximum premium assistance (subtract (c) from (b), if zero or less, enter -0-) | (e) Annual premium tax credit allowed (smaller of (a) or (d)) | (f) Annual advance payment of PTC (Form(s) 1095-A, line 33C) |
|---|---|---|---|---|---|---|
| **11** Annual Totals | | | | | | |

| Monthly Calculation | (a) Monthly enrollment premiums (Form(s) 1095-A, lines 21-32, column A) | (b) Monthly applicable SLCSP premium (Form(s) 1095-A, lines 21-32, column B) | (c) Monthly contribution amount (amount from line 8b or alternative marriage monthly calculation) | (d) Monthly maximum premium assistance (subtract (c) from (b), if zero or less, enter -0-) | (e) Monthly premium tax credit allowed (smaller of (a) or (d)) | (f) Monthly advance payment of PTC (Form(s) 1095-A, lines 21-32, column C) |
|---|---|---|---|---|---|---|
| **12** January | | | | | | |
| **13** February | | | | | | |
| **14** March | 1,756 | 1,652 | 517 | 1,135 | 1,135 | 1,203 |
| **15** April | 1,755 | 1,652 | 517 | 1,135 | 1,135 | 1,203 |
| **16** May | 1,756 | 1,652 | 517 | 1,135 | 1,135 | 1,203 |
| **17** June | 1,756 | 1,652 | 517 | 1,135 | 1,135 | 1,203 |
| **18** July | 1,756 | 1,652 | 517 | 1,135 | 1,135 | 1,203 |
| **19** August | 1,755 | 1,652 | 517 | 1,135 | 1,135 | 1,250 |
| **20** September | 1,756 | 1,652 | 517 | 1,135 | 1,135 | 1,295 |
| **21** October | 1,755 | 1,652 | 517 | 1,135 | 1,135 | 1,295 |
| **22** November | 1,756 | 1,652 | 517 | 1,135 | 1,135 | 1,295 |
| **23** December | 1,756 | 1,652 | 517 | 1,135 | 1,135 | 1,295 |

| | | | |
|---|---|---|---|
| 24 | Total premium tax credit. Enter the amount from line 11(e) or add lines 12(e) through 23(e) and enter the total here | **24** | 11,350 |
| 25 | Advance payment of PTC. Enter the amount from line 11(f) or add lines 12(f) through 23(f) and enter the total here .... | **25** | 12,445 |
| 26 | Net premium tax credit. If line 24 is greater than line 25, subtract line 25 from line 24. Enter the difference here and on Form 1040, line 69; Form 1040A, line 45; or Form 1040NR, line 65. If line 24 equals line 25, enter -0-. Stop here. If line 25 is greater than line 24, leave this line blank and continue to line 27 ................ | **26** | |

### Part III — Repayment of Excess Advance Payment of the Premium Tax Credit

| | | | |
|---|---|---|---|
| 27 | Excess advance payment of PTC. If line 25 is greater than line 24, subtract line 24 from line 25. Enter the difference here | **27** | 1,095 |
| 28 | Repayment limitation (see instructions) ................ | **28** | 2,550 |
| 29 | Excess advance premium tax credit repayment. Enter the smaller of line 27 or line 28 here and on Form 1040, line 46; Form 1040A, line 29; or Form 1040NR, line 44 ................ | **29** | 1,095 |

For Paperwork Reduction Act Notice, see your tax return instructions.

Form **8962** (2017)

DAA

Form 8962 (2017)   DAVID & BARBARA STURGIS   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   Page **2**

## Part IV   Allocation of Policy Amounts

Complete the following information for up to four policy amount allocations. See instructions for allocation details.

**Allocation 1**

| 30 | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |

**Allocation 2**

| 31 | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |

**Allocation 3**

| 32 | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |

**Allocation 4**

| 33 | (a) Policy Number (Form 1095-A, line 2) | (b) SSN of other taxpayer | (c) Allocation start month | (d) Allocation stop month |
|---|---|---|---|---|
| | Allocation percentage applied to monthly amounts | (e) Premium Percentage | (f) SLCSP Percentage | (g) Advance Payment of the PTC Percentage |

34   Have you completed all policy amount allocations?

[ ]   **Yes.** Multiply the amounts on Form 1095-A by the allocation percentages entered by policy. Add all allocated policy amounts and non-allocated policy amounts from Forms 1095-A, if any, to compute a combined total for each month. Enter the combined total for each month on lines 12–23, columns (a), (b), and (f). Compute the amounts for lines 12–23, columns (c)–(e), and continue to line 24.

[ ]   **No.** See the instructions to report additional policy amount allocations.

## Part V   Alternative Calculation for Year of Marriage

Complete line(s) 35 and/or 36 to elect the alternative calculation for year of marriage. For eligibility to make the election, see the instructions for line 9.
To complete line(s) 35 and/or 36 and compute the amounts for lines 12–23, see the instructions for this Part V.

| 35 | Alternative entries for your SSN | (a) Alternative family size | (b) Alternative monthly contribution amount | (c) Alternative start month | (d) Alternative stop month |
|---|---|---|---|---|---|
| 36 | Alternative entries for your spouse's SSN | (a) Alternative family size | (b) Alternative monthly contribution amount | (c) Alternative start month | (d) Alternative stop month |

Form **8962** (2017)

DAA

Form **8965**

Department of the Treasury
Internal Revenue Service

**Health Coverage Exemptions**

▶ Attach to Form 1040, Form 1040A, or Form 1040EZ.
▶ Go to *www.irs.gov/Form8965* for instructions and the latest information.

OMB No. 1545-0074

**2017**

Attachment
Sequence No. **75**

| Name as shown on return | Your social security number |
|---|---|
| DAVID STURGIS | 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 |

Complete this form if you have a Marketplace-granted coverage exemption or you are claiming a coverage exemption on your return.

**Part I** — **Marketplace-Granted Coverage Exemptions for Individuals.** If you and/or a member of your tax household have an exemption granted by the Marketplace, complete Part I.

| | (a)<br>Name of Individual | (b)<br>SSN | (c)<br>Exemption Certificate Number |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

**Part II** — **Coverage Exemptions Claimed on Your Return for Your Household**

7   If you are claiming a coverage exemption because your household income or gross income is below the filing threshold, check here ▶ ☐

**Part III** — **Coverage Exemptions Claimed on Your Return for Individuals.** If you and/or a member of your tax household are claiming an exemption on your return, complete Part III.

| | (a)<br>Name of Individual | (b)<br>SSN | (c)<br>Exemption Type | (d)<br>Full Year | (e)<br>Jan | (f)<br>Feb | (g)<br>Mar | (h)<br>Apr | (i)<br>May | (j)<br>June | (k)<br>July | (l)<br>Aug | (m)<br>Sept | (n)<br>Oct | (o)<br>Nov | (p)<br>Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | DAVID STURGIS | 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 | B | | X | X | | | | | | | | | | |
| 9 | BARBARA STURGIS | 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 | B | | X | X | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | |

For Privacy Act and Paperwork Reduction Act Notice, see your tax return instructions.

Form **8965** (2017)

DAA

Form **2106**

# Employee Business Expenses

Department of the Treasury
Internal Revenue Service    (99)

▶ Attach to Form 1040 or Form 1040NR.
▶ Go to *www.irs.gov/Form2106* for instructions and the latest information.

OMB No. 1545-0074

**2017**

Attachment
Sequence No.  **129**

| Your name | Occupation in which you incurred expenses | Social security number |
|---|---|---|
| DAVID      STURGIS | TRUCK DRIVER | 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 |

**Part I**   Employee Business Expenses and Reimbursements

## Step 1  Enter Your Expenses

| | | | Column A<br>Other Than Meals<br>and Entertainment | Column B<br>Meals and<br>Entertainment |
|---|---|---|---|---|
| 1 | Vehicle expense from line 22 or line 29. (Rural mail carriers: See instructions.) | 1 | | |
| 2 | Parking fees, tolls, and transportation, including train, bus, etc., that **didn't** involve overnight travel or commuting to and from work | 2 | | |
| 3 | Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Don't** include meals and entertainment | 3 | | |
| 4 | Business expenses not included on lines 1 through 3. **Don't** include meals and entertainment | 4 | 1,204 | |
| 5 | Meals and entertainment expenses (see instructions) | 5 | | 14,175 |
| 6 | **Total expenses.** In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 | 6 | 1,204 | 14,175 |

**Note:** If you weren't reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

## Step 2  Enter Reimbursements Received From Your Employer for Expenses Listed in Step 1

| | | | | |
|---|---|---|---|---|
| 7 | Enter reimbursements received from your employer that **weren't** reported to you in box 1 of Form W-2. Include any reimbursements reported under code "L" in box 12 of your Form W-2 (see instructions) | 7 | | |

## Step 3  Figure Expenses To Deduct on Schedule A (Form 1040 or Form 1040NR)

| | | | | |
|---|---|---|---|---|
| 8 | Subtract line 7 from line 6. If zero or less, enter -0-. However, if line 7 is greater than line 6 in Column A, report the excess as income on Form 1040, line 7 (or on Form 1040NR, line 8) | 8 | 1,204 | 14,175 |
| | **Note:** If both columns of line 8 are zero, you can't deduct employee business expenses. Stop here and attach Form 2106 to your return. | | | |
| 9 | In Column A, enter the amount from line 8. In Column B, multiply line 8 by 50% (0.50). (Employees subject to Department of Transportation (DOT) hours of service limits: Multiply meal expenses incurred while away from home on business by 80% (0.80) instead of 50%. For details, see instructions.) | 9 | 1,204 | 11,340 |
| 10 | Add the amounts on line 9 of both columns and enter the total here. **Also,** enter the total on **Schedule A (Form 1040), line 21** (or on Schedule A (Form 1040NR), line 7). (Armed Forces reservists, qualified performing artists, fee-basis state or local government officials, and individuals with disabilities: See the instructions for special rules on where to enter the total.) | ▶ 10 | | 12,544 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Form **2106** (2017)

DAA

# Federal Statements

**TRUCK DRIVER**

## Form 2106, Line 4 - Business Expenses Not Included on Lines 1 through 3

| Description | Amount |
|---|---|
| UTILITIES | $ 668 |
| WORK SUPPLIES | 536 |
| TOTAL | $ 1,204 |

**1** **Wisconsin** ⌐⌐
 **income tax**

**2017**

For the year Jan. 1-Dec. 31, 2017, or other tax year

Check here if an amended return ▶ ___   beginning _____, 2017 ending _____, 20 ___.

DO NOT STAPLE

See page 6 before assembling return

PAPER CLIP payment here

| Your legal last name | Legal first name | M.I. | Your social security number |
|---|---|---|---|
| STURGIS | DAVID | | 338 48 0617 |
| If a joint return, spouse's legal last name | Spouse's legal first name | M.I. | Spouse's social security number |
| STURGIS | BARBARA | | 322 52 5790 |

| Home address (number and street). If you have a PO Box, see page 11. | | Apt. no. |
|---|---|---|
| 20649 JULIA RD. | | |

| City or post office | State | Zip code |
|---|---|---|
| CAMP DOUGLAS | WI | 54618 |

**Tax district**
Check below then fill in either the name of city, village, or town and the county in which you lived at the end of 2017.

**Filing status** Check ✓ below

___  Single

_X_  Married filing joint return

___  Married filing separate return. Fill in spouse's SSN above and full name here .............. ▶

| Legal last name | |
|---|---|
| Legal first name | M.I. |

___  Head of household (see page 12). Also, check here if married .... ▶

If married, fill in spouse's SSN above and full name here ↑

___ City   ___ Village   _X_ Town

City, village, or town ▶  CLIFTON

County of ▶  MONROE

**School district number** See page 57   5747

| Special conditions | 06 | 02/16/17 |
|---|---|---|

**Use BLACK ink**

NO COMMAS; NO CENTS

| | | |
|---|---|---|
| 1 Federal adjusted gross income (see page 12) | 1 | 64044.00 |
| Form W-2 wages included in line 1 ............. ▶  54823.00 | | |
| 2 State and municipal interest (see page 13) | 2 | .00 |
| 3 Capital gain/loss addition (see page 14) | 3 | .00 |
| 4 Other additions } Fill in code number and amount, see page 14. Fill in total other additions on line 4. | | |
| ___ .00   ___ .00   ___ .00   ___ .00 | 4 | .00 |
| 5 Add the amounts in the right column for lines 1 through 4 | 5 | 64044.00 |
| 6 Taxable refund of state income tax (from Form 1040, line 10) | 6 | .00 |
| 7 United States government interest | 7 | .00 |
| 8 Unemployment compensation (see page 16) | 8 | .00 |
| 9 Social security adjustment (see page 17) | 9 | .00 |
| 10 Capital gain/loss subtraction (see page 17) | 10 | .00 |
| 11 Other subtractions } Fill in code number and amount, see page 17. Fill in total other subtractions on line 11. | | |
| 01   6207.00   ___ .00   ___ .00 | | |
| ___ .00   ___ .00 | 11 | 6207.00 |
| 12 Add lines 6 through 11 | 12 | 6207.00 |
| 13 Subtract line 12 from line 5. This is your Wisconsin income | 13 | 57837.00 |

I-010I

2017 Form 1 | Name DAVID & BARBARA STURGIS | SSN 338 48 0617 | Page **2** of 4

NO COMMAS; NO CENTS

| | | | |
|---|---|---|---|
| 14 | Wisconsin income from line 13 | 14 | 57837.00 |
| 15 | Standard deduction. See table on page 55, OR ▼ | 15 | 12058.00 |
| | If someone else can claim you (or your spouse) as a dependent, see page 29 and check here ...... ▶ | | |
| 16 | Subtract line 15 from line 14. If line 15 is larger than line 14, fill in 0 | 16 | 45779.00 |

17 **Exemptions** (Caution: See page 30)

a  Fill in exemptions from your federal return    2  x $700   17a    1400.00

b  Check if 65 or older ____ You + ____ Spouse = ____ x $250   17b    .00

c  Add lines 17a and 17b    17c    1400.00

| | | | |
|---|---|---|---|
| 18 | Subtract line 17c from line 16. If line 17c is larger than line 16, fill in 0. This is taxable income | 18 | 44379.00 |
| 19 | Tax (see table on page 48) | 19 | 2376.00 |
| 20 | Itemized deduction credit. Enclose Schedule 1, page 4 | 20 | .00 |
| 21 | Armed forces member credit (must be stationed outside U.S. See page 32) | 21 | .00 |

22 School property tax credit

a  Rent paid in 2017–heat included _____.00  ⎤ Find credit from table page 33   22a    .00

   Rent paid in 2017–heat not included _____.00  ⎦

b  Property taxes paid on home in 2017    2122.00   Find credit from table page 34   22b    254.00

| | | | |
|---|---|---|---|
| 23 | Working families tax credit (see page 35) | 23 | .00 |
| 24 | Certain nonrefundable credits from line 11 of Schedule CR | 24 | .00 |
| 25 | Add credits on lines 20 through 24 | 25 | 254.00 |
| 26 | Subtract line 25 from line 19. If line 25 is larger than line 19, fill in 0 | 26 | 2122.00 |
| 27 | Alternative minimum tax. Enclose Schedule MT | 27 | .00 |
| 28 | Add lines 26 and 27 | 28 | 2122.00 |

29 Married couple credit.
Enclose Schedule 2, page 4 .................. 29    19.00

30 Other credits from Schedule CR, line 35 ........ 30    .00

31 Net income tax paid to another state.
Enclose Schedule OS .................. 31    .00

| | | | |
|---|---|---|---|
| 32 | Add lines 29, 30, and 31 | 32 | 19.00 |
| 33 | Subtract line 32 from line 28. If line 32 is larger than line 28, fill in 0. This is your net tax | 33 | 2103.00 |
| 34 | Sales and use tax due on Internet, mail order, or other out-of-state purchases (see page 38) | 34 | 0.00 |
| | If you certify that no sales or use tax is due, check here ............................ ▶ X | | |

35 Donations (decreases refund or increases amount owed)

a  Endangered resources _____.00   e  Military family relief ........ _____.00

b  Cancer research .... _____.00   f  Second Harvest/Feeding Amer. _____.00

c  Veterans trust fund ... _____.00   g  Red Cross WI Disaster Relief _____.00

d  Multiple sclerosis ... _____.00   h  Special Olympics Wisconsin _____.00

Total (add lines a through h) ....▶35i    .00

36 Penalties on IRAs, retirement
plans, MSAs, etc. (see page 39) ....................... _____.00  x .33 =  36    .00

| | | | |
|---|---|---|---|
| 37 | Other penalties (see page 40) | 37 | .00 |
| 38 | Add lines 33, 34, 35i, 36 and 37 | 38 | 2103.00 |

CS Professional Suite

2017 Form 1   Page 3 of 4

| Name(s) shown on Form 1 | Your social security number |
|---|---|
| DAVID & BARBARA STURGIS | 338 48 0617 |

NO COMMAS; NO CENTS

| | | | |
|---|---|---|---|
| 39 | Amount from line 38 | 39 | 2103.00 |
| 40 | Wisconsin tax withheld. Enclose withholding statements | 40 | 3545.00 |
| 41 | 2017 estimated tax payments and amount applied from 2016 return | 41 | .00 |
| 42 | Earned income credit. Number of qualifying children ▶ ____ Federal credit ..... _____.00 × ____ % = | 42 | .00 |
| 43 | Farmland preservation credit.   a Schedule FC, line 17 | 43a | .00 |
| | b Schedule FC-A, line 13 | 43b | .00 |
| 44 | Repayment credit (see page 42) | 44 | .00 |
| 45 | Homestead credit. Enclose Schedule H or H-EZ | 45 | .00 |
| 46 | Eligible veterans and surviving spouses property tax credit | 46 | .00 |
| 47 | Other credits from Schedule CR, line 40. Enclose Schedule CR | 47 | .00 |
| 48 | AMENDED RETURN ONLY – Amounts previously paid (see page 44) | 48 | .00 |
| 49 | Add lines 40 through 48 | 49 | 3545.00 |
| 50 | AMENDED RETURN ONLY – Amounts previously refunded (see page 44) | 50 | .00 |
| 51 | Subtract line 50 from line 49 | 51 | 3545.00 |
| 52 | If line 51 is larger than line 39, subtract line 39 from line 51. This is the AMOUNT YOU OVERPAID | 52 | 1442.00 |
| 53 | Amount of line 52 you want REFUNDED TO YOU | 53 | 1442.00 |
| 54 | Amount of line 52 you want APPLIED TO YOUR 2018 ESTIMATED TAX | 54 | .00 |
| 55 | If line 51 is smaller than line 39, subtract line 51 from line 39. This is the AMOUNT YOU OWE. Paper clip payment to front of return | 55 | .00 |
| 56 | Underpayment interest. Fill in exception code - See Sch. U ____ Also include on line 55 (see page 46) | 56 | .00 |

| | | | | |
|---|---|---|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the department (see page 47)? | X Yes Complete the following. | | No |
| | Designee's name ▶ JEFF LARIDAEN | Phone no. ▶ 608-847-6226 | Personal identification number (PIN) ▶ | 53948 |

*Paper clip copies of your federal income tax return and schedules to this return.*
*Assemble your return (pages 1-4) and withholding statements in the order listed on page 6.*

## Sign here

▼ Under penalties of law, I declare that this return and all attachments are true, correct, and complete to the best of my knowledge and belief.

| Your signature | Spouse's signature (if filing jointly, BOTH must sign) | Date | Daytime phone |
|---|---|---|---|
| | | | |

I-010ai

Mail your return to:          Wisconsin Department of Revenue

| | |
|---|---|
| If tax due | PO Box 268, Madison WI 53790-0001 |
| If refund or no tax due | PO Box 59, Madison WI 53785-0001 |
| If homestead credit claimed | PO Box 34, Madison WI 53786-0001 |

*Do Not Submit Photocopies*

CS Professional Suite

| 2017 Form 1 | Name DAVID & BARBARA STURGIS | SSN 338 48 0617 | Page 4 of 4 |

NO COMMAS: NO CENTS

## Schedule 1 – Itemized Deduction Credit (see page 30)

| | | | |
|---|---|---|---|
| 1 | Medical and dental expenses from line 4 of federal Schedule A. See instructions for exceptions | 1 | .00 |
| 2 | Interest paid from lines 10-12 and 14 of federal Schedule A. Do not include interest paid to purchase a second home located outside Wisconsin or a residence which is a boat. Also, do not include interest paid to purchase or hold U.S. government securities and interest from a tax-option (S) corporation if claimed as a subtraction | 2 | 5832.00 |
| 3 | Gifts to charity from line 19 of federal Schedule A. See instructions for exceptions | 3 | 190.00 |
| 4 | Casualty losses from line 20 of federal Schedule A, only if the loss is directly related to a federally-declared disaster | 4 | .00 |
| 5 | Add lines 1 through 4 | 5 | 6022.00 |
| 6 | Fill in your standard deduction from line 15 on page 2 of Form 1 | 6 | 12058.00 |
| 7 | Subtract line 6 from line 5. If line 6 is more than line 5, fill in 0 | 7 | 0.00 |
| 8 | Rate of credit is .05 (5%) | 8 | x .05 |
| 9 | Multiply line 7 by line 8. Fill in here and on line 20 on page 2 of Form 1 | 9 | 0.00 |

▶ You must submit this page with Form 1 if you claim either of these credits ◀

## Schedule 2 – Married Couple Credit When Both Spouses Are Employed (see page 36)

When completing this schedule, be sure to fill in your income in column (A) and your spouse's income in column (B).

| | | | (A) YOURSELF | (B) SPOUSE |
|---|---|---|---|---|
| 1 | Taxable wages, salaries, tips, and other employee compensation. Do NOT include deferred compensation, interest, dividends, pensions, unemployment compensation, or other unearned income | 1 | 53801.00 | 1022.00 |
| 2 | Net profit or (loss) from self-employment from federal Schedules C, C-EZ, and F (Form 1040), Schedule K-1 (Form 1065), and any other taxable self-employment or earned income | 2 | .00 | -399.00 |
| 3 | Combine lines 1 and 2. This is earned income | 3 | 53801.00 | 623.00 |
| 4 | Add the amounts from federal Form 1040, lines 24, 28 and 32, plus repayment of supplemental unemployment benefits, and contributions to secs. 403(b) and 501(c)(18)(D) pension plans, included in line 36, and any Wisconsin disability income exclusion. Fill in the total of these adjustments that apply to your or your spouse's income | 4 | .00 | .00 |
| 5 | Subtract line 4 from line 3. This is qualified earned income. If less than zero, fill in 0 | 5 | 53801.00 | 623.00 |
| 6 | Compare the amounts in columns (A) and (B) of line 5. Fill in the smaller amount here. If more than $16,000, fill in $16,000 | 6 | 623.00 | |
| 7 | Rate of credit is .03 (3%) | 7 | x .03 | |
| 8 | Multiply line 6 by line 7. Fill in here and on line 29 on page 2 of Form 1 | 8 | 19.00 | Do not fill in more than $480. |



Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

BARBARA STURGIS,
Individually and as
Administrator of the
Estate of DAVID STURGIS,
Deceased,

                    Plaintiff,

          -v-                    Case No. 3:19-cv-00440-DRL-MGG

R+L CARRIERS, INC., R+L
TRANSFER, INC., AND
GREENWOOD MOTOR LINES,
INC.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -

VIDEO DEPOSITION OF:  BARBARA STURGIS

TAKEN AT:  Hampton Inn & Suites La Crosse Downtown

LOCATED AT:  511 3rd Street N, La Crosse, Wisconsin

DATE:  June 22nd, 2020

                    12:06 p.m. to 1:46 p.m.

REPORTED BY:  KATHY A. HALMA, RPR

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Page 2

```
 1              A P P E A R A N C E S
 2  FOR THE PLAINTIFF:
 3        PHILLIPS LAW OFFICE
          MR. STEPHEN D. PHILLIPS
 4        MR. STEPHEN J. PHILLIPS
          161 North Clark Street, Suite 4925
 5        Chicago, Illinois  60601
          sphillips@phillipslegal.com
 6        sphillips2@phillipslegal.com
          312.346.4262
 7
 8  FOR THE DEFENDANTS:
 9        JOHNSON & BELL, P.C.
          MR. EDWARD W. HEARN
10        11051 Broadway, Suite B
          Crown Point, Indiana  46307
11        hearne@jbltd.com
          219.791.1900
12
13  ALSO PRESENT:
14    Denis Winter, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              I N D E X
 2  BARBARA STURGIS
 3  By Mr. Hearn.........................6
 4  By Mr. Phillips.....................70
 5          E X H I B I T S
 6             None.
 7    C E R T I F I E D  Q U E S T I O N S
 8  1. Okay.  And so tell me about that.  What kind of
 9     Disability did you start receiving? (Page 32/Line 25)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1          TRANSCRIPT OF PROCEEDINGS
 2      VIDEO TECHNICIAN:  We're going on the
 3  record at 12:06.  Today's date is June 22, 2020.
 4  This deposition is being held at Hampton Inn in
 5  LaCrosse, Wisconsin.  Here begins the video
 6  deposition of Barbara Sturgis taken by the
 7  defendant.  This case is filed in the United
 8  Stated District Court for the Northern District
 9  of Indiana, South Bend Division, in the matter of
10  Barbara Sturgis versus R+L Carriers, Inc., et al.
11      My name the Denis Winter in association
12  with Stewart Richardson located in Indianapolis,
13  Indiana.  I'm the video specialist.  The court
14  reporter is Kathy Halma, also in association with
15  Stewart Richardson.
16      Counsel may now state their appearances
17  for the record and the court reporter will swear
18  in the witness.
19      MR. PHILLIPS:  Steve Phillips and
20  stephen Phillips on behalf of the plaintiff.
21      MR. HEARN:  Ed Hearn for the defendant.
22      BARBARA STURGIS, called as a witness herein
23  by the Defendants, after having been first duly
24  sworn, was examined and testified as follows:
25          EXAMINATION
```

Page 5

```
 1  BY MR. HEARN:
 2  Q   Would you state your name for the record?
 3  A   Barbara Sturgis.
 4  Q   Mrs. Sturgis, my name is Ed Hearn and I represent
 5      the defendant in the lawsuit that your attorneys
 6      have filed with respect to the accident that
 7      happened involving your husband in Indiana back
 8      in 2018.  Have you ever given a deposition
 9      before?
10  A   Yes.
11  Q   Okay.  First of all, let me say I'm very sorry we
12      have to meet under these circumstances.  I want
13      to apologize for the circumstances both on my own
14      behalf and on behalf of my clients.
15          I'm going to ask you some questions
16      today, because I don't know you and I know a
17      little bit about you, but not very much, and what
18      I do know about you has generated a lot of
19      questions.  So I'm going to ask you some
20      questions today.  My purpose is not to try to
21      harass you or give you a hard time.  I honestly
22      don't know the answers to these questions, and
23      that's why I'm going to ask them of you today.
24      Okay?
25  A   Okay.
```

Page 6

1  Q   How long has it been since you have given a
2      deposition?
3  A   1995 when my mother died.
4  Q   Okay.  So a couple of ground rules, since it's
5      been 25 years since you have given a deposition.
6      I'm going to ask you questions out loud.  You
7      need to answer my questions out loud so that we
8      can all hear your answer.  Even though it's being
9      videotaped, there's being a separate record
10     that's being prepared that's in paper format, and
11     the court reporter needs to hear an answer from
12     you.
13         So if you shake your head or shrug your
14     shoulders, I will probably know what you mean,
15     but if I say, "Do you mean yes or do you mean
16     no," I'm not trying to give you a hard time.  The
17     purpose is to make sure we have a clear record
18     today.  Okay?
19 A   Okay.
20 Q   A couple of other ground rules along those lines.
21     "Yeses" and "noes" are better than "um-hum" or
22     "unh-unh" for the same reason.  When you type
23     them out, court reporters can tell the
24     difference, but I can't tell the difference.
25     They look the same to me when you spell them out.

Page 7

1      Okay?  So if I say, "Do you mean yes or do you
2      mean no," I'm not trying to give you a hard time.
3      I'm trying to make sure we have a clear record.
4      Okay?
5  A   Okay.
6  Q   A lot of times I may ask you a question that you
7      know what I'm going to ask even before I'm
8      finished asking the question.  But if you can,
9      please let me finish asking the question before
10     you start to answer it.  And I will do my best in
11     return to let you finish answering the question
12     before I ask you the next question.
13         I'm going to tell you right now I'm not
14     perfect in that regard.  I may cut you off.  It's
15     not on purpose.  One of the things we try to have
16     to do is not talk over each other, because the
17     court reporter has to hear both of us.  And if
18     we're talking at the same time, that's difficult
19     to follow along.  Okay?
20 A   Okay.
21 Q   All right.  And, finally, if I ask you a question
22     that you don't understand, please tell me that
23     you do not understand my question.  I don't write
24     my questions out ahead of time, so I'm making
25     them up as we go, so to speak.  So if the

Page 8

1      question doesn't make any sense, please tell me
2      that you don't understand my question, and I will
3      be happy to try and rephrase it or ask you a
4      different question.  Okay?
5  A   Yes.
6  Q   What's your current address, ma'am?
7  A   8135 163rd Street, Chippewa Falls, Wisconsin
8      54729.
9  Q   How far is Chippewa Falls from here?
10 A   Approximately two hours.
11 Q   Who lives with you at that address?
12 A   I live there by myself.
13 Q   Okay.  Since February of 2018, which is when I
14     think this accident happened, has anyone else
15     lived at that address with you?
16 A   No.
17 Q   How long have you lived at that address?
18 A   May 1st was a year.
19 Q   So May 1st of 2019?
20 A   2019.
21 Q   Is when you moved there?
22 A   Yes.
23 Q   Okay.  And where did you live before the 163rd
24     Street address?
25 A   At 20649 Julia Road, Camp Douglas, Wisconsin

Page 9

1      54618, and I lived there with my husband.
2  Q   And where is camp Douglas located, approximately?
3  A   North of Wisconsin Dells 30 miles.
4  Q   Okay.  And what was the reason that you moved
5      from Camp Douglas to Chippewa Falls?
6  A   I was unable to maintain our home.  It was up on
7      a hill, a 800 feet straight up driveway, so
8      maintaining it was dangerous, mowing the grass
9      and that and plowing the snow, and it was just
10     not feasible for an older woman by herself to
11     live there.  So I had to sell that home.
12 Q   And so can you describe that property a little
13     bit more for me?  How many acres was it?
14 A   We had 10 acres.
15 Q   Okay.
16 A   A huge pole barn that we built, my husband built,
17     and our home, 1800-square feet.
18 Q   Did you and your husband build the home there?
19 A   It was a manufactured home we put up there, yes.
20 Q   So the property was vacant when the two of you
21     bought it?
22 A   Yes.  It was originally part of a larger parcel,
23     and we sold the front home with the three acres
24     and then kept the last 10 acres for our home.
25 Q   Oh, I see.  So when you bought it it was about

3  (Pages 6 to 9)

Page 10

1      13 acres?
2  **A**  13.9.
3  **Q**  And the front parcel had a home on it?
4  **A**  Yes.
5  **Q**  And did you live in that home for a period of
6    time?
7  **A**  Yes.
8  **Q**  And then you sold that part and built in the
9    back?
10  **A**  Yes.
11  **Q**  Did you do anything else on the property like
12    farm or horses or anything like that?
13  **A**  No.
14  **Q**  When, approximately, did you buy the entire
15    property?  And I'm including the three acres at
16    the front.
17  **A**  May of 2000.
18  **Q**  May of the year 2000?
19  **A**  Right.
20  **Q**  And then when, approximately, did you sell the
21    front parcel?
22  **A**  2007.
23  **Q**  And what was the reason that you sold the front
24    parcel?
25  **A**  We liked the view on the back of the property.

Page 11

1    It was a beautiful location.
2  **Q**  Okay.  So your plan was at some point in time to
3    sell the front parcel and then build something in
4    the back?
5  **A**  Yes.
6  **Q**  This was sort of an improvement plan that you and
7    your husband had?
8  **A**  Yes.
9  **Q**  All right.  What's your date of birth, ma'am?
10  **A**  10/21/1956.
11  **Q**  Where were you born?
12  **A**  Chicago, Illinois.
13  **Q**  Where did you graduate from high school or did
14    you graduate?
15  **A**  Yes, I graduated from high school.
16  **Q**  From where?
17  **A**  The final was Cosmopolitan Prep School, downtown
18    Chicago.
19  **Q**  And what year?
20  **A**  1974.
21  **Q**  And where did you go after the prep school?
22  **A**  I took classes at College of Lake County, Lake
23    County, Illinois.
24  **Q**  What kind of classes did you take?
25  **A**  Real estate, business management, secretarial.

Page 12

1  **Q**  I'm sorry to cut you off.  Did you get a degree?
2  **A**  No, I did not.
3  **Q**  Were you working when you were going to college?
4  **A**  Yes.
5  **Q**  What did you do?
6  **A**  I owned a maintenance business.
7  **Q**  And where was the maintenance business located?
8  **A**  In Des Plaines.
9  **Q**  And can you give me an idea of how big the
10    company was, what kind of work did they do?
11  **A**  At that time I had over 2800 units, condos and
12    apartments, that we provided general cleaning for
13    the common areas.
14  **Q**  Is this something that you started before going
15    to college?
16  **A**  Yes.
17  **Q**  And was this a business that you owned?
18  **A**  I and my parents.
19  **Q**  What was the name of the business?
20  **A**  Quality Maintenance Service.
21  **Q**  And was it located in Des Plaines?
22  **A**  Yes, on Potter Road.
23  **Q**  What are your parents' names?
24  **A**  Maria and John Druszczak.
25  **Q**  Can you spell that for me?

Page 13

1  **A**  D as in David, R-U-S-Z as in zebra, C as in cat,
2    Z as in zebra, A-K.
3        MR. PHILLIPS:  Common spelling.
4  BY MR. HEARN:
5  **Q**  And how do you say that?
6  **A**  In English Druszczak.  In Polish Druszczak.
7  **Q**  Okay.  Are your parents still alive?
8  **A**  No.
9  **Q**  And how long did you work in that business, the
10    Quality Maintenance Services?
11  **A**  I'm trying to remember.  1987.
12  **Q**  Okay.  And what brought about the departure, your
13    departure, from the business?
14  **A**  I then became a realtor.
15  **Q**  Did the business continue on or did you close it?
16  **A**  We closed it.
17  **Q**  So in the late '80s you got a real estate
18    license?
19  **A**  Yes.
20  **Q**  And was that in Illinois?
21  **A**  Illinois, and then I did get one in Wisconsin.  I
22    had two.
23  **Q**  Okay.  And how long did you work in real estate?
24  **A**  1996 was the last.
25  **Q**  That's when you stopped?

03be5e47-5dff-4591-a47b-40c3e9ea9ee0

Page 14

1   **A**   Right.  Ten years.
2   **Q**   And did you do residential or commercial or both?
3   **A**   Both, both.
4   **Q**   And what areas, what geographical areas, did you
5        concentrate in?
6   **A**   Lake County area, Chain O'Lakes, and then in
7        Wisconsin I did Walworth County and Kenosha
8        County.
9   **Q**   I know where Kenosha is.  Where is Walworth
10       County?
11  **A**   Lake Geneva area.
12  **Q**   And did you do that as full-time employment?
13  **A**   Until 1993, yes, and then part time '93 to '96.
14  **Q**   Okay.  So around '87 or so to '93 it was a
15       full-time job?
16  **A**   Yes, yes.
17  **Q**   And then you went part time?
18  **A**   Yes.
19  **Q**   Why did you do that?
20  **A**   I moved out of the area and opened up another
21       business.
22  **Q**   Where did you move?
23  **A**   To LaCrosse.
24  **Q**   And that's where we are today, correct?
25  **A**   Yes.

Page 15

1   **Q**   What caused you to move to LaCrosse?
2   **A**   My husband, David and I and the children, we
3        thought it would be a better area for my children
4        going to school and so forth.
5   **Q**   Okay.  What year were you married?
6   **A**   1993, June 26th.
7   **Q**   Any prior marriage?
8   **A**   Yes.
9   **Q**   When was that?
10  **A**   1978 to 1992.
11  **Q**   And to whom were you married?
12  **A**   Darren Michael Lepkowski, L-E-P-K-O-W-S-K-I.
13  **Q**   Any children from that marriage?
14  **A**   Yes.
15  **Q**   How many?
16  **A**   Two.
17  **Q**   And what are their names?
18  **A**   Natalie Marie Lepkowski.
19  **Q**   Okay.
20  **A**   Jade Marcus Lepkowski.
21  **Q**   So today how old is Natalie?
22  **A**   Natalie is 37-years-old.
23  **Q**   And does she still have the same last name?
24  **A**   Yes.
25  **Q**   Where does she live?

Page 16

1   **A**   In St. Paul, Minnesota.
2   **Q**   Has she ever been married?
3   **A**   Yes.
4   **Q**   Is she currently married?
5   **A**   No.
6   **Q**   Does she have children?
7   **A**   Yes.
8   **Q**   How many children does she have?
9   **A**   Two children.
10  **Q**   And what are their names?
11  **A**   Lila Marianna Lepkowski, and then Auden,
12       A-U-D-E-N, Jade Thillen, T-H-I-L-L-E-N.
13  **Q**   So these are your grandchildren, right?
14  **A**   Yes.
15  **Q**   Okay.  Does Natalie work?
16  **A**   Yes.
17  **Q**   What does she do?
18  **A**   She owns her own Pilates studio.
19  **Q**   What is that?
20  **A**   Pilates yoga studio.
21  **Q**   Okay.  How long has she lived in St. Paul?
22  **A**   Wow.
23  **Q**   Just approximately.
24  **A**   Seven years, eight years.  I'm not sure.
25  **Q**   Okay.  And so tell me about Jade.  How old is

Page 17

1        Jade?
2   **A**   Jade is 41-years-old.
3   **Q**   Is Jade a male or a female?
4   **A**   A male.
5   **Q**   Okay.  And where does Jade live?
6   **A**   He also lives in South St. Paul, I think.
7   **Q**   Is Jade married?
8   **A**   Yes.
9   **Q**   What is his wife's name?
10  **A**   Christina.
11  **Q**   Does Jade work?
12  **A**   Yes.
13  **Q**   What does he do?
14  **A**   He's a heavy equipment crane operator.
15  **Q**   Does Christina work?
16  **A**   Yes.
17  **Q**   What does she do?
18  **A**   Something with banking and trucking.  I don't --
19  **Q**   Okay.  Do they have children?
20  **A**   No.
21  **Q**   Does Jade have children by any other relationship
22       or marriage?
23  **A**   No.
24  **Q**   Okay.  All right.  And so how did your marriage
25       to Darrin end?  Was it divorce?

Page 18

1   **A**   Yes.
2   **Q**   Okay.  Where were you divorced?  Where was the
3          divorce?
4   **A**   Kenosha County.
5   **Q**   Do you have any contact with Darren currently?
6   **A**   Not really.
7   **Q**   Okay.  All right.  And did Mr. Sturgis have any
8          prior marriages?
9   **A**   No.
10  **Q**   Did he have any natural children?
11  **A**   Yes.
12  **Q**   Who was that?
13  **A**   Nathan Ryan Sturgis.
14  **Q**   Any others?
15  **A**   No.
16  **Q**   And how old is Nathan?
17  **A**   37-years-old.
18  **Q**   Where does Nathan live?
19  **A**   He lives in Cornell, Wisconsin.
20  **Q**   Where is Cornell?
21  **A**   About 15 minutes from my home.
22  **Q**   Okay.
23  **A**   By Cadott, Wisconsin.  It's a little bigger.
24  **Q**   Does Nathan work?
25  **A**   Yes.

Page 19

1   **Q**   What does he do?
2   **A**   Part sales at Harley-Davidson in Chippewa Falls.
3   **Q**   Did you say parts sales?
4   **A**   Right, parts sales.
5   **Q**   Is Nathan married?
6   **A**   Yes.
7   **Q**   What is his wife's name?
8   **A**   Jenny Sturgis.
9   **Q**   Does Jenny work, do you know?
10  **A**   Yes.
11  **Q**   What does she do?
12  **A**   She's a nurse.
13  **Q**   Do they have children?
14  **A**   Yes.
15  **Q**   What are their children's names?
16  **A**   Taylor Ann born in 2005.
17  **Q**   Okay.
18  **A**   15-years-old.
19  **Q**   All right.
20  **A**   And Sophia.  She was born in 2009.
21  **Q**   All right.  So when you told me earlier that you
22         and your husband moved to LaCrosse and you
23         thought it was better for your children, that
24         would have included Darren, Natalie, Jade?
25  **A**   No, not Darren.

Page 20

1   **Q**   I'm sorry.  I'm going off my list here.  Okay.  I
2          apologize.  Darren was your ex-husband, correct?
3   **A**   Yes.
4   **Q**   It would have included Natalie, Jade and Nathan?
5   **A**   Yes.
6   **Q**   Three children?
7   **A**   Yes.
8   **Q**   Anybody else?
9   **A**   Not to LaCrosse.  Nathan did not move with us to
10         LaCrosse.  He stayed -- he went back to his
11         mother's.
12  **Q**   Okay.  And what is his mother's name?
13  **A**   Denise Torstenson, T-O-R-S-T-E-N-S-O-N.
14         Torstenson.
15  **Q**   So your husband had a relationship with
16         Ms. Torstenson at sometime prior to you meeting
17         him, and their child was Nathan?
18  **A**   Yes.
19  **Q**   Okay.  When you and your husband moved to
20         LaCrosse with the children, Nathan went to live
21         with his mother?
22  **A**   Yes, grandmother.  Grandmother I would say.
23         Grandmother.
24  **Q**   Nathan went to go live with his grandmother?
25  **A**   Right.  She raised him.

Page 21

1   **Q**   So not his mother?  Not Denise?
2   **A**   Right, not Denise.  But Denise lived there on and
3          off.
4   **Q**   I see.  What is or what was Nathan's
5          grandmother's name?
6          MR. PHILLIPS:  Is this important?
7          THE WITNESS:  I'm sorry.  I can't --
8          MR. HEARN:  Just helps me orient the
9   names.
10         THE WITNESS:  Janet.  Janet.  There.  It
11         came to me.
12  BY MR. HEARN:
13  **Q**   Okay.  All right.  So did Nathan ever live with
14         you and your husband in LaCrosse?
15  **A**   No.
16  **Q**   Either you or your husband have any other
17         children other than what we have spoken about so
18         far?
19  **A**   No.
20  **Q**   Okay.  The property that you and your husband --
21         MR. PHILLIPS:  Did you miss something?
22         THE WITNESS:  Yeah.  So other children,
23  my husband did adopt my nephew, Phillip.  Should
24  I bring that up?  Yes.  I'm sorry.
25         MR. HEARN:  Okay.  That's all right.

03be5e47-5dff-4591-a47b-40c3e9ea9e0

Page 22

1    THE WITNESS:  My nephew, Phillip
2    Druszczak, was legally adopted by my husband, but
3    he was an adult at that time.
4  BY MR. HEARN:
5    Q    Okay.  So how did that come about?  Tell me about
6    that.  First of all, how about this.  Let's start
7    with this.  That's your nephew?  Phillip is your
8    nephew?
9    A    Yes.
10   Q    So that means he is the son of one of your
11   siblings, correct?
12   A    Of my brother, yes.
13   Q    What's your brother's name?
14   A    Peter Druszczak.
15   Q    And where is Phillip now?
16   A    Living in Minnesota.
17   Q    How old is Phillip?
18   A    36.
19   Q    So how was it or what occurred that brought about
20   your husband adopting Phillip?
21   A    Phillip was put in foster care after my brother
22   died and his mother was incarcerated.  So when
23   she was incarcerated and he was living in foster
24   care at the age of I believe 15, approximately,
25   he wanted to live with family, and my husband and

Page 23

1    I chose to take him on and take care of him.
2    Q    Okay.  So about what year was this that this
3    occurred?
4    A    2000.  I'm not exactly sure, but I believe 2000.
5    Q    So around the time that your nephew was
6    15-years-old, your brother passed away?
7    A    My brother passed away in 1997.
8    Q    I see.  Okay.
9    A    And then he was with his mother.
10   Q    Right.
11   A    And then when she was incarcerated, he went into
12   foster care.
13   Q    It was his mother becoming incarcerated that led
14   to Phillip being in foster care?
15   A    Right.
16   Q    Okay.  So when that occurred, you and your
17   husband agreed to have Phillip come live with
18   you?
19   A    Well, for three years he lived with a family, the
20   Palmers in Lake Geneva.
21   Q    Okay.
22   A    And then after that he wanted to live with family
23   and came with us in 2000.
24   Q    And just so I have the timing here, how old was
25   Phillip when he came to live with you and your

Page 24

1    husband?
2    A    15-years-old, I believe.
3    Q    Okay.  So he would have been --
4    A    Approximately.
5    Q    So he would have been about 12 when he first
6    started living with the Palmers?
7    A    I'm trying to think.  No.  I'm sorry.
8        MR. PHILLIPS:  If you don't remember,
9    you don't remember.  Just do your best.
10       THE WITNESS:  I'm sorry.  I don't.
11  BY MR. HEARN:
12   Q    Okay.  But it sounds like you are better with the
13   fact that he was about 15 when he came to live
14   with you?
15   A    Right, yes.
16   Q    Did you ever adopt Phillip?
17   A    No.
18   Q    So why was it that your husband adopted Phillip?
19   A    He felt that by adopting him we would have
20   control to help him in areas and protect him in
21   the future.
22   Q    Where were you living when you adopted Phillip?
23   A    We were living at -- in Lynxville, Wisconsin.  I
24   don't remember the exact address.
25   Q    Okay.  That's all right.  What county is that

Page 25

1    located in?
2    A    Crawford County off the Mississippi south of
3    LaCrosse about an hour.
4    Q    So was the adoption paperwork filed in Crawford
5    County or someplace else?
6    A    No, it was filed in -- when we moved to the New
7    Lisbon -- Julia house.  It was filed in, omigosh,
8    Monroe County.  Monroe County, Wisconsin.
9    Q    That's the Camp Douglas address?
10   A    Yes.
11   Q    And that's Monroe County?
12   A    That's Monroe County.
13   Q    Did Phillip graduate from high school?
14   A    Yes, he did.
15   Q    And did he become employed after high school?
16   A    Yes, he did.
17   Q    At the time of this accident in February of 2018,
18   were either you or your husband supporting
19   Phillip in any way?
20   A    No.
21   Q    At the time of this accident in February of 2018,
22   were you or your husband supporting any of the
23   children that we have discussed here today?
24   A    No.
25   Q    At the time of the accident in February of 2018,

Page 26

1   were you or your husband providing any kind of
2   financial support to any of the children that we
3   have talked about here today other than just
4   gifts or things like that?
5   A   We helped my daughter a little more because she
6   was a single mom, but he helped all the children,
7   you know, whatever they needed. He bought each
8   one of them their first cars, made sure that
9   tires were good and safe, and we helped them with
10  whatever they needed. My husband was very
11  generous and helpful to the children.
12  Q   So I'm just talking about the time period in
13  February of 2018. I assume that's not when they
14  were getting their first cars?
15  A   No, no, no. So...
16  Q   That's what I'm asking about.
17  A   Okay. Sorry.
18  Q   That's okay. So let me restate the question so
19  we're all on the same page. What I'm asking
20  about is in February of 2018 at the time this
21  accident happened, were you and your husband
22  providing any kind of financial support to any of
23  the children that would not -- you wouldn't
24  consider it a gift?
25  A   Okay. No.

Page 27

1   Q   Are you working currently?
2   A   No.
3   Q   When is the last time that you have been
4   employed?
5   A   2015.
6   Q   What did you do back then?
7   A   I was a manager at a financial institution.
8   Q   So like a bank or a loan company?
9   A   A loan company.
10  Q   And what did you do for them?
11  A   I was the manager of the Tomah office, Tomah,
12  Wisconsin, where we gave high risk loans to
13  repair people's credit.
14  Q   What was the name of the company?
15  A   Security Finance.
16  Q   So you were the manager. That means you oversaw
17  the loan officers or the loan writers?
18  A   Yes, everything. Everything, yes.
19  Q   How many employees were at the Tomah location?
20  A   It varied anytime from two to five employees.
21  Q   Did the company have other branch locations?
22  A   Yes, 1,000 at that time.
23  Q   Okay. Did you always work as a manager for that
24  company?
25  A   No.

Page 28

1   Q   How long did you work for them?
2   A   Approximately six years or seven years, seven.
3   Q   So did you start out as, I don't know what they
4   call them, but a loan agent, somebody that sells
5   the loans?
6   A   Yes.
7   Q   And for how long did you do that?
8   A   For one year.
9   Q   And then you became the manager?
10  A   Yes.
11  Q   And why did you leave that employment?
12  A   Because I was attacked on the job.
13  Q   Okay. Was this -- I'm sorry to ask you about
14  these things, but I'm just trying to understand
15  why you left and what happened after that. Okay?
16  So was that something that occurred with another
17  employee?
18  A   No, it was with a customer.
19  Q   It was with a customer. Okay. Were you injured
20  as a result of that?
21  A   Yes.
22  Q   Did you make a Worker's Compensation claim
23  related to that?
24  A   Yes.
25  Q   So did you leave because of injuries or because

Page 29

1   of the situation or both?
2   A   After -- while I was being treated they could no
3   longer hold my position, and so I was let go at
4   that time.
5   Q   Okay. And so did you make an Unemployment claim
6   then?
7   A   Yes.
8   Q   In other words, were you getting Unemployment
9   benefits for a period of time?
10  A   Right, six months.
11  Q   So you got about six months of benefits?
12  A   I believe so, yes.
13  Q   And that would have included -- that would have
14  included the time period 2015 maybe into 2016?
15  A   I was let go in 2016, so it would have been 2017.
16  Q   2017 that you last received benefits?
17  A   Right.
18  Q   Okay. Since leaving that place of employment,
19  have you looked for employment at any other
20  location at any period of time all the way up to
21  today?
22  A   Well, yes, when I was on Unemployment I was
23  looking for work, yes.
24  Q   Okay. And when you stopped receiving
25  Unemployment -- so let me ask you about how you

8 (Pages 26 to 29)

Page 30

1   stopped receiving Unemployment.  Did it run out
2   or did you find another job?
3 **A**   It ran out.
4 **Q**   Okay.  So your attempt to find other employment
5   was not successful?
6 **A**   Right.
7 **Q**   What kind of work were you looking for?
8 **A**   Bill collections, office management, sales.
9 **Q**   And in what area?  In other words, what
10   geographic area were you looking?
11 **A**   That would be the Monroe County area where we
12   lived.
13 **Q**   Okay.  So at some point in time did you stop
14   looking for employment?
15 **A**   No, I was always looking.  No, I did not.
16 **Q**   Okay.  At some point in time did you slow down
17   the pace that you were looking for work?
18 **A**   No, no, I was looking.  I was 60-years-old at
19   that time, so -- and I come from a little town.
20   Tomah has, you know, a population of 8,000
21   people, so jobs are very limited.
22 **Q**   Okay.  At that point in time when you are
23   looking -- Obviously, you went a couple of -- it
24   sounds like you went a couple of years without
25   having any work.  Is that right?

Page 31

1 **A**   Well, I was paid up until 2017, so from 2017 to
2   2018, yes, I was not working or receiving
3   anything.
4 **Q**   But you are looking for work while you are
5   receiving Unemployment, correct?
6 **A**   Right.
7 **Q**   And then you were also looking for work after you
8   stopped receiving Unemployment?
9 **A**   Right.
10 **Q**   So at any point in time did you and your husband
11   have any discussions about moving with respect to
12   your inability to find employment?
13 **A**   Well, we always had considered moving to take
14   care of his mother, you know, but while she was,
15   you know, living near us she was okay, but there
16   was mention that we would probably maybe move
17   down south by mom to take care of her in Naples,
18   Florida.
19 **Q**   What's his mother's name?
20 **A**   Loretta Howard Sturgis.
21 **Q**   Is she still alive?
22 **A**   No.
23 **Q**   When did she pass away?
24 **A**   Forty-one days before David.
25 **Q**   So the only conversation after moving to the Camp

Page 32

1   Douglas property about moving, other than moving
2   to the back of the property, but, I mean,
3   relocating was a conversation that you had about
4   possibly relocating to Naples, Florida to help
5   take care of his mother?
6 **A**   Right.
7        MR. PHILLIPS:  Objection,
8   mischaracterization, incomplete, relevance.
9        MR. HEARN:  Well, that's what I'm
10   asking.
11 BY MR. HEARN:
12 **Q**   Did you have any other conversations about moving
13   any other place other than to Napes, Florida
14   after moving to Camp Douglas?
15 **A**   No, we were very concerned just with mom at that
16   time.
17 **Q**   And I don't know if I closed the loop on this or
18   not, but did you continue -- are you still
19   continuing to look for work?
20 **A**   No.
21 **Q**   When did you stop?
22 **A**   2000 -- well, when my husband died, obviously, I
23   stopped.  I was in no condition.  And in 2019 I
24   received Disability.
25 **Q**   Okay.  And so tell me about that.  What kind of

Page 33

1   Disability did you start receiving?
2        MR. PHILLIPS:  Wait, wait.  I'm going to
3   instruct her not to answer that.  Let's go off
4   the record for one second.
5        MR. HEARN:  Sure.
6        MR. PHILLIPS:  That may be privileged.
7        MR. HEARN:  Oh.  Okay.  Go right ahead.
8        VIDEO TECHNICIAN:  We're off the record
9   at 12:41.
10        (A recess was taken.)
11        VIDEO TECHNICIAN:  We're back on the
12   record at 12:46.
13 BY MR. HEARN:
14 **Q**   So I think my question was what type of
15   disability did you start receiving.  That's my
16   question.
17        MR. PHILLIPS:  And I'm going to instruct
18   my client not to answer that question and we're
19   claiming a privilege.
20        MR. HEARN:  Just for the record, my
21   understanding is the plaintiff is claiming a loss
22   of Mr. Sturgis' income as a result of this
23   accident, correct?
24        MR. PHILLIPS:  Correct.
25        MR. HEARN:  Certify the question, the

Page 34

1   unanswered one.
2   BY MR. HEARN:
3       Q   You told me you had a real estate license in
4           Illinois and in Wisconsin?
5       A   Yes.
6       Q   Up until the point in time that you started
7           receiving Disability, were your real estate
8           licenses active?
9       A   No.
10      Q   When did they become inactive or --
11      A   Approximately 1996, '97, approximately. I'm not
12          sure. I didn't renew it.
13      Q   And you told me earlier that you were working
14          full time in real estate until about 1993,
15          correct?
16      A   Yes.
17      Q   And then you started doing it part time, is that
18          right?
19      A   Yes.
20          MR. PHILLIPS: Objection, asked and
21          answered and leading.
22  BY MR. HEARN:
23      Q   And the reason that you went from full time to
24          part time was that you moved to LaCrosse. Was
25          that the reason?

Page 35

1           MR. PHILLIPS: Objection, asked and
2           answered, leading. Go ahead.
3           THE WITNESS: Oh, answer that? We were
4           living in Seneca before we moved to LaCrosse. I
5           don't know if I said that. Seneca on Highway E.
6           I'm not sure of the exact address. And we lived
7           there from '93 to 1996.
8   BY MR. HEARN:
9       Q   So was the move to Seneca related to why you went
10          from full-time real estate to part-time real
11          estate?
12      A   I was married then and, yes, and I worked part
13          time to take care of all the kids.
14      Q   Okay. So after you were first married to
15          Mr. Sturgis, you lived in Seneca? Do I have that
16          right?
17      A   We lived for two months in Bristol, Wisconsin at
18          my home, and then we purchased a home in Seneca,
19          Wisconsin.
20      Q   And then lived there until '96?
21      A   '96. And then in '96 we moved to LaCrosse.
22      Q   And the reason you moved to LaCrosse was you
23          thought it was a better location for raising
24          children?
25          MR. PHILLIPS: Objection, leading and

Page 36

1           asked and answered.
2   BY MR. HEARN:
3       Q   Was that the reason?
4           MR. PHILLIPS: Same objections.
5           THE WITNESS: So I don't have to --
6           MR. PHILLIPS: You can answer.
7           THE WITNESS: Oh, for the children and
8           for job opportunities for us.
9   BY MR. HEARN:
10      Q   Okay. And was that for job opportunities for you
11          or for your husband?
12      A   For both.
13      Q   So what kind of work were you looking for when
14          you moved to LaCrosse?
15      A   I worked in the Home Health Care Division for
16          Creative Community Living Services.
17      Q   So that's a job you did --
18          MR. PHILLIPS: Wait. She wasn't
19          finished. Were you finished?
20          THE WITNESS: Yes. I'm sorry. I was
21          working for Creative Community Living Services
22          from '96, '97, I'm not exactly sure, to 2000.
23  BY MR. HEARN:
24      Q   Okay. And so what kind of work did you do for
25          them?

Page 37

1       A   I worked with brain-injured clients. I took care
2           of them.
3       Q   At a facility?
4       A   At their homes.
5       Q   Meaning the patient's home?
6       A   Yes.
7       Q   So you had a list of patients that you would work
8           with and you would go to the patient's home in
9           order to provide that treatment?
10      A   Right.
11      Q   And what type of --
12      A   Not treatment. I took care of them. I took them
13          to their doctor's appointments, prepared meals
14          for them, did their medications.
15      Q   Okay.
16      A   And oversaw their home, basically, yes.
17      Q   Did you have to have any kind of special license
18          to do work like that?
19      A   The company gave training, and then in 2000 I did
20          go get my license for a CNA, certified nursing
21          assistant.
22      Q   All right. And did I get this right? You
23          stopped working for home health care --
24      A   In 2000.
25      Q   -- in 2000, right?

03be5e47-5dff-4591-a47b-40c3e9ea9ee0

Page 38

1    A   Right, because that's when we moved to -- well,
2        went to Lynxville, we were there for six months,
3        and then moved to Camp Douglas where we were
4        there for 18 years.
5    Q   So did you ever have a job as a CNA?
6    A   Yes, I did.
7    Q   Where did you do that?
8    A   At Heritage Nursing Home in Elroy, Wisconsin.
9    Q   And that would be while you were living in Camp
10       Douglas?
11   A   Yes.
12   Q   And how long did you have that job?
13   A   I only did that for six months.
14   Q   Okay.  And why did you leave?
15   A   I was offered an opportunity -- another job that
16       I went to work for.
17   Q   And where was that?
18   A   In Tomah, Wisconsin.
19   Q   And what did you do?
20   A   I was assistant manager for Lebakkens
21       Rent-To-Own, L-E-B-A-K-K-E-N-S.  Lebakkens
22       Rent-To-Own.
23   Q   And what kind of a business is that?
24   A   Rent to own from, you know, appliances,
25       computers, furniture.

Page 39

1    Q   Okay.  How long did you do that?
2    A   Approximately seven or eight years.  Eight years,
3        I would say.
4    Q   And did you go from that job at Lebakkens to --
5    A   Security Finance?  No.
6    Q   Right.  That's what I was going to ask.
7    A   2008 to 2010 I actually drove on the semi with
8        David.  I had a CDL license.
9    Q   When did you get the CDL?
10   A   2000.  Wait, wait.
11   Q   I'm sorry.
12   A   Okay.  What did I just say?  Could you repeat
13       that?
14   Q   I think what you told me was that you got the CNA
15       in 2000.  Did you also get the CDL in 2000 or
16       some other date?
17   A   In 1999.  I'm sorry.  1999.
18   Q   So the CDL came first?
19   A   Right.
20   Q   And why did you --
21   A   No, I'm sorry.  I'm nervous.  I'm sorry.
22           MR. PHILLIPS:  Take your time.  Take
23       your time.  Take a deep breath and start where
24       you need to.
25           THE WITNESS:  Okay.  In 19 --

Page 40

1           MR. PHILLIPS:  Approximate dates are
2        fine.
3           THE WITNESS:  Okay.  I'm off track right
4        now.
5    BY MR. HEARN:
6    Q   Let me help you out by just asking you some
7        questions.  You did get a CDL at some point?
8    A   Yes.
9    Q   And you did get a CNA at some point?
10   A   Yes.
11   Q   All right.  Did you ever -- and did you have to
12       have the CNA in order to have the job at
13       Heritage?  Was that part of the qualifications?
14   A   Right, right.
15   Q   That job you had for about six months?
16   A   Right.
17   Q   So was there quite a period of time that you had
18       the CDL before you started working --
19   A   Yes, yes.
20   Q   -- using the CDL?
21   A   Yes.
22   Q   Okay.  Who did you get the CDL -- or let me back
23       up.
24           Did you take a course or something like?
25   A   I went to school.  Sun Prairie Diesel Driving

Page 41

1        School in Sun Prairie, Wisconsin, yes.
2    Q   And what was the reason you decided to get a CDL?
3    A   Because I wanted to drive with my husband.  I
4        wanted to be with my husband.
5    Q   And did you actually drive?
6    A   Yes.
7    Q   Okay.  And so was there a period of time that you
8        did drive or ride with your husband?
9    A   Yes.
10   Q   What period of time was that, approximately?
11   A   So 19 -- 2008 to 2010, like a year and one-half,
12       I drove with my husband.  Then in 2010 is when I
13       went to work for Security Finance.
14   Q   So why did you decide to stop driving with your
15       husband and go to work for Security Finance?
16   A   My younger brother, who was single, became ill,
17       and I took my brother in to help him.  So I came
18       off the truck and then realized I could work
19       locally and still take care of my brother.
20   Q   Is this Peter?
21   A   No, Peter was gone by then.  This was James
22       Druszczak.
23   Q   James.  Okay.  So you took the job at Security
24       Finance to --
25   A   To be home.

Page 42

1   Q   -- be around?
2   A   Be around, right.
3   Q   Okay.  And did James pass away?
4   A   No, no, he's alive.
5   Q   And so do you still help take care of James?
6   A   No, no, he's --
7   Q   When did that stop?
8   A   I basically took care of him for under a year.
9       He had major surgery and that, and his home was
10      incapable, you know, I have a ranch, so he came
11      to live with us and I took care of him.
12  Q   So it sounds like this was a short period --
13      well, I say short.  It was about a year or so
14      that he needed some help?
15  A   Right, right.
16  Q   Did you go back to driving or riding with your
17      husband after you stopped working for Security
18      Finance?
19  A   I would go on short trips with him on the
20      weekends, if he had to go do something local.
21      Yes, I would go with him on the weekends when he
22      had just a small load to go to LaCrosse or
23      something locally.  Yes, I would go on the truck.
24  Q   And when you did that, that would be as a rider?
25  A   Yes, as a rider.

Page 43

1   Q   You were not working as a driver during that
2       period of time, am I right?
3   A   No, right.
4   Q   Is your CDL still active?
5   A   I just surrendered it within the last year.
6   Q   What was the reason you did that?
7   A   I will never step in a truck.
8   Q   Okay.  You told me a little bit about the
9       property in Chippewa Falls, but let me ask you a
10      few more questions about that.  Is that a piece
11      of property that you own?
12  A   Yes.
13  Q   Meaning you don't rent?
14  A   No.
15  Q   And can you describe it for me?  How many
16      bedrooms is it?  How big is the property?
17  A   It's a home built in 1978, three bedroom, two
18      bath, hillside ranch on Lake Wissota.
19  Q   Wissota?
20  A   Yes, W-I-S-S-O-T-A.
21  Q   How big is Lake Wissota?
22  A   Over 6,000 acres.
23  Q   Do you have a boat?
24  A   Yes.
25  Q   What kind of boat?

Page 44

1   A   I have a pontoon, and also I have a Wellcraft
2       speedboat that David and I had.
3   Q   And so if you and David had the boat, where did
4       you keep the boat or where did you use the boat?
5   A   Castle Rock Lake by our home in Camp Douglas.
6   Q   And so was that a situation you would put the
7       boat in whenever you were going to use it and
8       take it back out?
9   A   Yes.
10  Q   And where you are at now, do you leave the boat
11      in or do you put it in and out?
12  A   I have my own pier.
13  Q   And if you told me how big the property is, I
14      apologize, I didn't hear you.
15  A   Standard lake.  I would say it's under -- roughly
16      a quarter acre, maybe under.  I have 126 feet of
17      frontage on the lake, and I don't know how deep.
18  Q   Okay.  So do you use the boats?
19  A   Yes.
20  Q   Have you used them this year?
21  A   Yes.
22  Q   Both of them?
23  A   Not the speedboat.  We use the pontoon more
24      because I can put all my grandchildren and they
25      like that.

Page 45

1   Q   So how often do your grandchildren come up?
2   A   Every weekend or during the week, yes.  All my
3       children, yes.
4   Q   So were they up past weekend?
5   A   Yes.
6   Q   Any of them know how to water ski?
7   A   Yes.
8   Q   Do you fish?
9   A   Yes, walleye.
10  Q   Walleye?
11  A   Yes.
12  Q   Have you gone fishing this year?
13  A   Yes.
14  Q   With your grandchildren?
15  A   Yes.
16  Q   So who's a good fisherman?
17  A   Well, my son is very good.
18  Q   Who are you referring to?
19  A   Jade.
20  Q   Okay.
21  A   Jade and I are probably the fishermen of the
22      family more.
23  Q   Okay.  So how are you doing right now?  How would
24      you describe how you're doing to friends or
25      family that ask you?

Page 46

1   A   Very difficult.  I lost my soulmate.  Very hard
2       to get motivated.  I never suffered really being
3       down and out.  I have always been an outgoing
4       person.  I miss him every day and they know.
5       Surviving day to day.
6   Q   Are you currently doing any kind of counseling or
7       talking with anyone?
8   A   Yes, I go to grief counseling.  I did go.
9       Because of moving, I'm moving all my doctors and
10      appointments up there.  I do a lot of holistic
11      therapy.
12  Q   Tell me about that.
13  A   Meditation.
14  Q   What does that involve?
15  A   You know, my meditation, working out.  I'm a
16      long-distance swimmer.
17  Q   Do you swim in the lake?
18  A   Oh, yes, every day.
19  Q   So when you swim at the lake, where do you swim
20      to?
21  A   Along -- I tie a 20-foot nylon rope in a tube and
22      I go down the side of the lake.
23  Q   So you are swimming in front of the other
24      people's properties, and then you swim back?
25  A   Yes.

Page 47

1   Q   When you do that, do you do that with anybody?
2   A   Sometimes, if my children are out or
3       grandchildren, they will sit in a raft or kayak
4       next to me.  But now I do it myself every day.
5   Q   How far do you swim?
6   A   I try to get a mile in.
7   Q   And when you say working out or exercising,
8       anything else other than swimming that you do?
9   A   I garden.  I ride bicycle and play with my
10      grandchildren.
11  Q   Do you have a garden at the lake house?
12  A   Oh, yes.
13  Q   How big is the garden?
14  A   The garden is a small vegetable.  I'm a flower
15      person.  I have flowers, plants, perennials,
16      annuals.
17  Q   So have you planted flowers at the lake property?
18  A   Um-hum.
19  Q   Yes?
20  A   Yes.
21  Q   In the winter you are not swimming at the lake.
22      Are you swimming somewhere else?
23  A   At the YMCA four miles from my house.
24  Q   And what's that YMCA called?
25  A   I believe Chippewa Falls.

Page 48

1   Q   So you have a membership at whatever the YMCA is
2       located at Chippewa Falls?
3   A   Yes.
4   Q   And I assume they have a pool, if you are
5       swimming there?
6   A   Yes.
7   Q   Do they have more than one pool?
8   A   One pool.
9   Q   Is it a lap pool?
10  A   Well, it's a regular pool, but they have lap
11      lanes.
12  Q   I see.  And you mentioned meditation.  How often
13      are you doing that?
14  A   I at least try daily.
15  Q   Okay.  So can you tell me what part of the day
16      you would do?  Is there a normal time that
17      you would do it?
18  A   I like waking up in the morning and doing it,
19      saying my prayers, journalling.  That helps me.
20  Q   Okay.  How long have you kept a journal?
21  A   On and off.  I'm not the greatest consistency on
22      that, but since David died.
23  Q   And in the journal have you recorded things
24      related to how you are trying to deal with
25      things?

Page 49

1   A   I try to put more uplifting things.  That helps
2       me.
3   Q   Is the journal part of the process to help you
4       deal with the situation?
5   A   It helps, yes.
6   Q   Okay.  You mentioned grief counseling.  Are you
7       still doing grief counseling?
8   A   Not now.  I'm trying to establish.  Because I
9       moved, I had to move all my doctors.  I had the
10      same doctor for years, so right now I'm not, but
11      I did see a David Brown for awhile.
12  Q   So that's Dr. David Brown?
13  A   I'm not sure.
14  Q   And this is when you were back in Camp Douglas?
15  A   Camp Douglas.
16  Q   Okay.  So do you have an established physician
17      now in Chippewa Falls?
18  A   I went to see him once, yes, so far.
19  Q   And who is that?
20  A   Dr. Stoli, S-T-O-L -- something like that.
21  Q   Did you go there just to establish a relationship
22      with him or was there something else?
23  A   Checkup and everything, yes.
24  Q   Who was Mr. Sturgis' family doctor back in Camp
25      Douglas?

03be5e47-5dff-4591-a47b-40c3e9ea9ee0

Page 50

1   A   Dr. Cavanesse, C-A-V-A-N-E-S-S-E.
2   Q   And was he with some sort of a group?
3   A   With Mayo Clinic.
4   Q   And did the Mayo Clinic have a local operation
5       near Camp Douglas?
6   A   In Tomah, Wisconsin.
7   Q   In Tomah.  Okay.  And so was Dr. Cavanesse your
8       husband's family doctor, so to speak?
9   A   Yes.
10  Q   Okay.  Did your husband have any other medical
11      providers that he was seeing other than the
12      family doctor in the five years before the
13      accident?
14  A   Yeah, there were some other doctors, yes.  I'm
15      not exactly sure of their names, but yes.
16  Q   Do you know what kind of conditions he was seeing
17      those doctors for?
18  A   Yes.
19  Q   What was that for?
20  A   Well, for -- he was pre-diabetic, and at one time
21      diabetic, and then pre-diabetic.  Actually, the
22      last time he saw Dr. Cavanesse they were talking
23      of getting him off of the medication he was on
24      because his A1C was very good.  Other than just
25      standard getting his truckers, you know, what

Page 51

1       they call the card, basically that was it for
2       that.
3   Q   So who did he see for treatment related to
4       diabetic issues?
5   A   Well, Dr. Cavanesse at the end, yeah.
6   Q   Anybody else?
7   A   I know he was diagnosed in Minnesota, but then
8       Dr. Cavanesse took care of everything.
9   Q   When you say "in Minnesota," what are you
10      referring to?
11  A   He was -- when my daughter -- I'm not sure, but
12      all I know is Dr. Cavanesse was the doctor.  We
13      had him for 15, 16 years.
14  Q   Okay.  So does that mean you were seeing or he
15      was seeing Dr. Cavanesse before you moved to Camp
16      Douglas?
17  A   No, because we moved in 2000.
18  Q   Oh, right.  I'm sorry.
19  A   Yes.  The whole time.
20  Q   Other than possible diabetes, was there any other
21      medical condition that your husband had that you
22      were aware of?
23  A   I mean, he had some surgeries, but other than
24      that, that was it that I know of.  That was
25      ongoing there, the diabetes.  Like I said, he was

Page 52

1       working to, obviously, repair that, and at the
2       end he was doing really well, actually.  We were
3       very happy to hear from Dr. Cavanesse.
4   Q   What were the surgeries related to, as far as you
5       know?
6   A   Okay.  He had a torn -- or shoulder surgery, but
7       it wasn't a torn rotator cuff.  It was ligaments
8       from what I understand or something.  How many
9       years?  Are you saying five years?
10  Q   That's what I'm asking about right now.
11  A   And then he had some fatty tumors removed, a day
12      surgery.  He had that removed.  Let's see.  What
13      else.  He did have an infection that a rusty
14      nail, you know, caused a boil or something on his
15      back where he was scratched.  That was the
16      latest.
17  Q   How did he do that?
18  A   He's not sure if he was, you know, with the truck
19      putting it down, you know, metal strips are
20      hanging or something, but something scratched him
21      and that caused an infection.
22  Q   Did your husband work full time?
23  A   Yes.
24  Q   And my understanding is he was employed with Dali
25      Trucking or working for Dali Trucking at the

Page 53

1       time.  Is that your understanding?
2   A   Yes.
3   Q   How long had he worked for Dali Trucking?
4   A   Omigosh.  Three to five years.  I'm not exactly
5       sure.
6   Q   I'm not looking for exact dates, but ballpark is
7       three to five years?
8   A   Right.  Something like that.
9   Q   So that means, if my notes are right, that he
10      would have started while you were at the Camp
11      Douglas home?
12  A   Yes.
13  Q   So did he have any other employment while you
14      were working -- excuse me -- while you were
15      living in Camp Douglas?
16  A   Did I have any?
17  Q   Did he.
18  A   No.  He worked primarily in the trucking field.
19      That was it.
20  Q   Sure.  What I'm looking for is different
21      companies that he worked for besides Dali.
22  A   Oh, yes.
23  Q   Who would that have been?
24  A   Kendall Excavating had two trucks.  That was
25      local.  They no longer were doing trucking.  They

03be5e47-5dff-4591-a47b-40c3e9ea9ee0

Page 54

1   were concentrating on more plumbing.  They did
2   plumbing.
3   **Q**   Okay.  Anybody else that he worked for while you
4   were living in Camp Douglas?
5   **A**   Then there was another gentleman.  Maybe it was
6   Knutson.
7   **Q**   I'm sorry.  What are you saying?
8   **A**   I'm not sure.  There was another small company he
9   worked for.  I'm trying to think.
10  **Q**   Okay.  Let me ask you a couple questions.  Maybe
11  I can jog your memory.  Before I get to that, was
12  your husband an employee of Dali Trucking or was
13  he an owner/operator?
14  **A**   An employee.
15  **Q**   So does that mean that Dali owned the truck?
16  **A**   Yes.
17  **Q**   He did not own a semi?
18  **A**   Right.  He did not own a semi.
19  **Q**   Was there ever a period of time that your husband
20  did own his own semi?
21  **A**   No.
22  **Q**   So as far as you know, when he was working as a
23  truck driver he was working as an employee for
24  somebody else?
25  **A**   Yes.

Page 55

1   **Q**   And that would have been true for Kendall
2   Excavating?  He would drive their trucks?
3   **A**   Right.
4   **Q**   And did I hear this correctly?  It sounds like
5   you were telling me that Kendall Excavating was
6   doing some local equipment moving, and that was
7   what your husband was involved in?
8   **A**   No, he did over-the-road trucking for them, and
9   then they closed that division down.
10  **Q**   And so did he stop working for them when that
11  happened?
12  **A**   Yes.
13  **Q**   And now they are doing local things?  Is that
14  what you are telling me?
15  **A**   They are more plumbing, septics and things like
16  that they were concentrating on.
17  **Q**   When your husband worked for Kendall, was he
18  driving a tractor-trailer-semi or something else?
19  **A**   No, tractor-trailer-semi.
20  **Q**   And for Dali it was a tractor-trailer-semi?
21  **A**   Yes.
22  **Q**   Was he working for Dali and Kendall at the same
23  time or did Kendall come first?
24  **A**   Kendall first.
25  **Q**   Then he stopped with Kendall and went to Dali?

Page 56

1   **A**   Yes.
2   **Q**   And was there a period of time that he was doing
3   anything other than over-the-road driving?
4   **A**   When he originally started with Dali, he was
5   doing local driving or transfer where someone
6   would come to Tomah.  He would take the Tomah
7   load and take it to the Cities and deliver it to
8   the grocery stores, and then Dali lost the
9   contract to Rainbow.  Rainbow folded or
10  something, the grocery stores, and then at that
11  point he went over-the-road trucking.
12  **Q**   So did your husband consider or did you consider
13  the over-the-road driving not as desirable as the
14  local trucking or the local driving?
15  **A**   I don't know how to answer that.
16  **Q**   Yeah, I just heard some truck drivers like to be
17  home at night?
18  **A**   Um-hum.
19  **Q**   Others like the over-the-road where they are not
20  home at night.  I'm trying to figure out which
21  one your husband liked.
22  **A**   He didn't have a choice.
23  **Q**   I get that.
24  **A**   Right.  So, you know, so he went with
25  over-the-road.

Page 57

1   **Q**   Right.  Okay.
2   **A**   So I don't know which he liked better, to tell
3   you the truth.
4   **Q**   Which did you like better?
5   **A**   Of course having him home every night.  Well, it
6   would be third shift, so he would be home in the
7   daytime.
8   **Q**   Sure.  So how many years, if you can approximate,
9   did he do the local driving for Dali before the
10  Rainbow contract was lost?
11  **A**   Omigosh.
12  **Q**   Or I will give you an option here.  How long had
13  he been doing the over-the-road for Dali,
14  approximately, before the accident happened?
15  **A**   Three years.  Two to three years, approximately.
16  **Q**   Okay.  Was your husband looking for other
17  employment at the time of this accident?
18  **A**   No.
19  **Q**   In other words, it wasn't a situation that he was
20  doing over-the-road for Dali and he didn't like
21  that, he wanted to do local driving, so he was
22  looking for something else?
23  **A**   No.  He liked working for Dale.
24  **Q**   For who?
25  **A**   Dale is the owner of the company.

03be5e47-5dff-4591-a47b-40c3e9ea9e0

Page 58

1    Q    What's Dale's last name?  That's all right if you
2         don't know.  If you know, tell me.  If you don't,
3         that's okay.
4    A    I can't remember it right now.
5    Q    Okay.  How big was Dali Trucking, do you know?
6    A    I'm not sure.  A couple trucks.  Not many.  A
7         small company.
8    Q    So in the year before the incident how many days
9         a week would your husband be home and how many
10        would he be away working?
11   A    It varied.  At least, you know, two to three
12        days.
13   Q    That he was away?
14   A    That he was home.
15   Q    Oh, I'm sorry.  That he was home?
16   A    Right.
17   Q    And would that always be on the weekend or did he
18        sometimes work weekends?
19   A    Majority of the time it was weekends, yes, that
20        he was home, like Friday, Saturday, Sunday.
21   Q    So the two of you had a big piece of property,
22        correct?
23   A    Um-hum.
24   Q    Yes?
25   A    Yes.

Page 59

1    Q    And a big piece of property requires that you
2         divide up the work, right?
3    A    I helped to the best of my ability.
4    Q    So what types of things did you do?
5    A    Well, I maintained the house, the bills, the
6         groceries, the cooking.  I cooked for my husband
7         on the road so that he didn't have to eat the
8         food out there.  I did some mowing, but because
9         it was a hill, it was dangerous, you know, so he
10        did the mowing and that and everything else,
11        maintained the house, maintained the roofing, the
12        plumbing and everything.  My husband was very --
13        a man of many talents or a jack-of-all-trades.
14        He took care of everything.
15   Q    And so I want to break this apart.  It sounds
16        like the work you were doing was inside the
17        house, other than possibly some mowing?
18   A    A little bit, right.
19   Q    Okay.  And the things that are outside that
20        needed taken care of was take care of other
21        than occasionally you would do some mowing?
22   A    Right.
23   Q    So if you were going to tell somebody what is
24        required for the upkeep of that property outside,
25        how would you describe that?  What types of

Page 60

1         things besides mowing did he have to do?
2    A    Well, we had a gravel driveway 800 feet straight
3         up, so every once in awhile he would have to
4         gravel it and grade it and snowplow it and that.
5         On the property, you know, mowing, obviously.  We
6         had a pole barn down there.
7    Q    When you say "down there," you are referring to
8         --
9              MR. PHILLIPS:  Wait, wait.  She wasn't
10        finished.  Go ahead.
11             THE WITNESS:  We had a pole barn on the
12        bottom of the property that, you know, he kept
13        the equipment in and that.  He did -- we had a
14        bulldozer at that time and a Bobcat and, you
15        know, maintaining the road to it and everything.
16        When you have a gravel driveway, it's work, you
17        know, it's not like a blacktop.  So grading it at
18        times because if you are going up the driveway
19        and you are slipping, you are causing ruts.  So
20        that was an upkeep you had to do all the time
21        living with a driveway like that.
22             Maintain trails for the kids.  They
23        liked their ATVs.  You know, we had beautiful
24        trails throughout the property.  So he maintained
25        that so that the kids -- we lived on a big hill.

Page 61

1         For sledding he made safe runs plowing so that
2         the kids, you know, could sled down the hill.
3              Tree trimming.  You are always losing
4         trees or limbs in windstorms and so forth.  He
5         took care of all of that.  We didn't have to
6         contract anything out.  My husband took care of
7         everything.
8    Q    So you raise a good issue.  Did you and your
9         husband have to regularly have somebody come in
10        and help you take care of the property?
11   A    No.
12   Q    How about inside the house?
13   A    No, he did that, too.  He did that, too.
14        Plumbing, put a new roof on the house.
15   Q    He put the roof on?
16             MR. PHILLIPS:  Wait, wait, wait.  Let
17        her finish.
18             THE WITNESS:  He put the roof on the
19        house.  He -- plumbing.  Pipes froze.  He took
20        care of that.  He hated painting, but he did
21        some.  Electrical.  Anything we needed done.  He
22        was very, very handy.  Very handy.
23   BY MR. HEARN:
24   Q    You mentioned earlier something about a
25        bulldozer.  Did you and he own a bulldozer?

Page 62

1    **A**  At one time, yes.
2    **Q**  And did you sell that before February of 2018?
3    **A**  Oh, we sold that quite a few years before that.
4    **Q**  How about the Bobcat?  Did you still own the
5         Bobcat as of the date of the accident?
6    **A**  Just shortly prior to that we gave that to our
7         friend Jeff.
8    **Q**  When you say "gave it," you mean gave away?
9    **A**  Well, when David died, he helped me -- he helped
10        me maintain the property and that.
11            MR. PHILLIPS:  Keep your hands away from
12        your face.
13            THE WITNESS:  Okay.  He helped maintain
14        the property, you know, and helped me move and so
15        forth, and so I gave him the Bobcat.
16   BY MR. HEARN:
17   **Q**  You are talking about the friend?
18   **A**  Yes.
19   **Q**  What's the friend's name?
20   **A**  Jeff Haas.
21   **Q**  And the ATVs, what kind of ATVs were you talking
22        about?
23   **A**  Can-Am 2005 400s, two of them.
24   **Q**  I'm sorry?
25   **A**  We had two of them.

Page 63

1    **Q**  Did you still own those as of the date of the
2         accident?
3    **A**  Yes.  He also worked in the garage.  He enjoyed
4         working on older cars.  You know, he was a
5         collector, very nostalgic.  So he maintained
6         them.  He maintained all our cars, my car,
7         brakes, whatever it needed, oil changes and that,
8         and, you know, taught the children each how to
9         change their oil, do tires, you know, he was very
10        much a hands-on father and that.  He, you know,
11        kept his vehicles meticulously.  He liked the
12        older vehicles and restoring and working on them.
13   **Q**  So what did he do in the pole barn?
14   **A**  He worked on the older vehicles and that.  We had
15        an antique tractor, too, that he worked on, a
16        1964 Massey Furguson that I still have.
17   **Q**  Okay.  So you still have that?  You took that to
18        the lake?
19   **A**  I gave that to Nathan, his son, to hold for me.
20        I still own it.  I want it.
21   **Q**  Okay.
22   **A**  A lot of memories.  A lot of good memories.
23   **Q**  Anything that you stored in the pole barn that
24        you haven't told me about already?
25   **A**  Well, you know, we had the vintage cars, the

Page 64

1         ATVs.  He maintained everything, the boats.  He
2         just, again, very handy, very -- if any of the
3         kids needed brakes done, he worked with them to
4         teach them so they know, you know.
5    **Q**  What was the size of the pole barn?
6    **A**  I believe it was 40 x 40, which he did all the
7         excavating and everything for the foundation, for
8         the slab.  He did all of that.
9    **Q**  Did he or you or both of you build the pole barn
10        or did you hire somebody to do that?
11   **A**  We did hire someone to do the framing, but my
12        husband did all the excavation and worked with
13        the concrete guy laying the slab and that.  Our
14        property was sort of hilly, so it had to be
15        really leveled and a lot of -- I remember him
16        complaining how much fill he had to bring in to
17        make it level to pour the foundation or slab or
18        whatever.
19   **Q**  And approximately when did you build the pole
20        barn?
21   **A**  2008 or '9, something like that.
22   **Q**  About how long did it take to build the pole
23        barn?  Some people do it in phases.  That's why
24        I'm asking you.  Did you do it that way?
25   **A**  Well, yes.  We had initially the structure built,

Page 65

1         and then my husband built a lean-to to put our
2         boat and tractor so we would have more room in
3         the barn to do work.  So he built a lean-to by
4         himself.
5             MR. HEARN:  Why don't we take a quick
6         break.  I'm going to look over my notes.  We are
7         getting close to being finished.
8             THE WITNESS:  Okay.
9             VIDEO TECHNICIAN:  We're off the record
10        at 1:23.
11            (A recess was taken.)
12            VIDEO TECHNICIAN:  We're back on the
13        record at 1:35.
14   BY MR. HEARN:
15   **Q**  Mrs. Sturgis, just a few more questions and then
16        I think we're finished.  Did your husband adopt
17        either of your children?
18   **A**  Yes.
19   **Q**  When did he do that?
20   **A**  He adopted Natalie in 2008 or 2009.  I'm not
21        sure.  Approximately.
22   **Q**  Okay.  In what county would the filings be?
23   **A**  It would be in Monroe County.
24   **Q**  And then for Jade?
25   **A**  Jade was not adopted.

03be5e47-5dff-4591-a47b-40c3e9ea9ee0

Page 66

```
 1   Q   So to your knowledge your husband has adopted
 2       your daughter Natalie and then --
 3   A   Phillip
 4   Q   And then your nephew Phillip, also?
 5   A   Yes.
 6   Q   And that's it, as far as you know?
 7   A   Yes.
 8   Q   I saw something in some of the materials that I
 9       think that your attorneys provided that you and
10       your husband had filed bankruptcy in 2017?
11   A   Yes.
12   Q   Did you file bankruptcy?
13   A   Yes.
14   Q   What became of that bankruptcy?  Let me ask it
15       this way.  Do you know if you received a
16       discharge?
17   A   Yes.
18   Q   Do you know when that happened?
19           MR. PHILLIPS:  Just before we filed the
20       lawsuit.
21           THE WITNESS:  Right.  It was complicated
22       because it was in --
23           MR. PHILLIPS:  When.  When was it
24       discharged?
25           THE WITNESS:  Oh, it would be 2019.
```

Page 67

```
 1   BY MR. HEARN:
 2   Q   So the discharge, to your knowledge, took place
 3       after the accident?
 4   A   Yes.
 5   Q   And where was it filed?
 6   A   It was filed in LaCrosse County.
 7   Q   To your knowledge, in the five years before this
 8       accident had your husband taken any medical leave
 9       from work other than just a regular
10       run-of-the-mill illness or cold, something like
11       that?
12   A   Right.  Nothing other than that that I'm aware of
13       that I can remember.
14   Q   Okay.  And other than a CDL, do you know if your
15       husband had any other kind of certificate to do
16       any kind of special work?
17   A   Yes.
18   Q   What did he have?
19   A   Heavy equipment operator's license.
20   Q   Okay.  And do you know when he got that?
21   A   It would have been in December of 2016 or '17.
22       I'm not sure.
23   Q   What led to him obtaining that?
24   A   Well, at that time he -- we thought in the
25       future -- he enjoyed heavy equipment.  He wanted
```

Page 68

```
 1       to get certified, and if something ever happened
 2       to mother down in Florida, he would get a job
 3       down there doing that so he could be local to
 4       help me with his mom.  It was something he
 5       thought about for the future.
 6   Q   Other than operating the Bobcat or the bulldozer
 7       that you told me about, to your knowledge had he
 8       operated any other big equipment besides the
 9       semi?
10           MR. PHILLIPS:  Tractor.
11           THE WITNESS:  Tractors.
12   BY MR. HEARN:
13   Q   And tractors?
14   A   The crane at school, you know, Ditch Witch, you
15       know, that digs lines.  We had one of those.
16   Q   What did you have the Ditch Witch for?
17   A   He purchased it to install electrical lines, you
18       know, down to the barn or whatever.
19   Q   Okay.  If I asked you a question that would have
20       covered this before, I apologize.  At any point
21       in time did you have anyone come live with you
22       following this accident?
23   A   No.
24   Q   I'm sorry.
25   A   No, no.
```

Page 69

```
 1   Q   At any point in time did you have anybody come to
 2       your home to do anything for you that you think
 3       is somehow related to this accident?
 4   A   I don't understand the question.
 5   Q   Well, it's kind of a broad question.  What I'm
 6       looking for is did you have to hire anybody to do
 7       anything after this accident?
 8   A   Oh, yes, everything, everything.  Snowplowing,
 9       landscaping, replace a roof, electrical.  I was
10       blowing circuit breakers.  Repair my furnace.
11       Everything.
12   Q   And this was at the Camp Douglas --
13   A   Camp Douglas and at the Chippewa Falls home.
14   Q   What type of work have you done at the Chippewa
15       Falls home that you have had to hire somebody to
16       do?
17   A   The landscaping, the snowplowing, shoveling.  I
18       had to replace the garage roof.  I did
19       electrical.  And shrubs, trees that were knocked
20       down in storms I had to hire out.
21   Q   Okay.  And when you told me earlier about the
22       roof needed to be repaired, were you speaking of
23       the garage roof at the Chippewa Falls location?
24   A   Yes, um-hum.
25   Q   Any other roofs that you have had to hire out
```

Page 70

1    being repaired or replaced other than the garage
2    roof?
3  A  No.
4  Q  And you mentioned snowplowing. Do you do plowing
5    at Chippewa Falls or is it just shoveling?
6  A  Plowing. I do have a long driveway.
7  Q  How long is your driveway there?
8  A  300 feet maybe.
9  Q  Oh, okay.
10 A  It's decent.
11 Q  Would that be your driveway out to 163rd then?
12 A  Yes.
13    MR. HEARN: Okay. I'm finished. Thank
14    you very much. That's all the questions I have.
15    EXAMINATION
16 BY MR. PHILLIPS:
17 Q  Earlier in the deposition you were asked if Dave
18    was supporting any of the children in February of
19    '18.
20 A  Um-hum.
21 Q  Do you recall that?
22 A  I was asked that question, yes.
23 Q  Okay. Dave, of course, supported all the kids
24    when they were kids, right?
25 A  Yes.

Page 71

1  Q  And after the kids turned 18 and throughout their
2    adult life at times Dave would support them both
3    financially, if they needed money?
4  A  Yes.
5    MR. HEARN: To which I will object.
6    That's leading the witness and that's not proper
7    cross-examination.
8    MR. PHILLIPS: I'm allowed to lead.
9    MR. HEARN: Also the question is vague
10    as to time period.
11    MR. PHILLIPS: I'm allowed to lead.
12    This is cross-examination.
13    MR. HEARN: No, you're not, not of your
14    own client, but that's all right. Go ahead.
15 BY MR. PHILLIPS:
16 Q  Dave also -- did Dave also contribute financially
17    to the kids --
18    MR. HEARN: Same objection. Improper
19    cross.
20    MR. PHILLIPS: Can I finish?
21    MR. HEARN: I'm sorry. I thought you
22    were.
23 BY MR. PHILLIPS:
24 Q  Dave also contributed financially to the kids
25    after they reached the age 18?

Page 72

1    MR. HEARN: Same objection.
2    THE WITNESS: Yes.
3  BY MR. PHILLIPS:
4  Q  And did Dave contribute money to the kids at
5    times to help them along with financial issues?
6  A  Yes.
7    MR. HEARN: Same objection.
8  BY MR. PHILLIPS:
9  Q  Did Dave also help them around the house?
10 A  Yes.
11 Q  What types of things did Dave help the kids
12    around the house with?
13 A  Well, Nathan, his son, was living at that time
14    about 10, 15 minutes away from us, and his septic
15    froze in the winter. So Dave spent two or three
16    weekends thawing it out, helping him to find
17    where the problem was with the septic and that.
18    And if their cars broke down, he was there to fix
19    it.
20    My son, when his basement was flooding,
21    called, of course, dad. They always called dad.
22    Like I said, he was a jack-of-all-trades. He was
23    very knowledgeable in everything. He was.
24 BY MR. PHILLIPS:
25 Q  Did the kids call Dave for most, if not all, of

Page 73

1    the issues they had with their homes?
2  A  Always called first on all issues, and if he
3    couldn't help, then he would direct them what to
4    do or how to approach it.
5  Q  Did Dave help the kids with plumbing --
6  A  Yes.
7  Q  -- in their homes?
8  A  Yes.
9  Q  Painting?
10 A  He wasn't a great painter.
11 Q  Carpentry?
12 A  Carpentry.
13 Q  Cement work?
14 A  Some of it, yeah.
15 Q  Roofs?
16 A  Roofs.
17 Q  Gardening?
18 A  Garden.
19 Q  Lawns?
20 A  Lawn.
21 Q  Snowplowing?
22 A  Yes.
23 Q  Automobile repairs?
24 A  Um-hum, yes.
25 Q  Those things that you accompanied Dave to go do

19 (Pages 70 to 73)

Page 74

1    with at times?
2  **A**   Yes.
3  **Q**   You and Dave did many, if not all, of the things
4      Dave did with the kids as a team?
5  **A**   I wouldn't say that I -- I'm not mechanically
6      inclined, but I went.  We were always together.
7      We were always together.  When he was off the
8      vehicle, no matter what, we were always together.
9  **Q**   Did Dave provide money to the kids intermittently
10     in adulthood?
11 **A**   Yes.
12 **Q**   Did that bring you enjoyment, as well, to see
13     Dave helping out the kids?
14 **A**   It was wonderful to see that, yes.
15 **Q**   Now you talked earlier about you drove with Dave
16     on the truck from time to time?
17 **A**   Yes.
18 **Q**   Did you travel with Dave -- Strike that.
19         After you were done at your job in 2015,
20     did you travel with Dave in his truck not only on
21     weekends, but at times did you do overnight trips
22     with him or over-the-road trips?
23 **A**   At times, yes, but --
24 **Q**   Did you enjoy that?
25 **A**   Yes, being with him.  Oh, gosh, yeah.  Yep.

Page 75

1  **Q**   Did you also do outdoor work with Dave, such as
2      gardening and things like that?
3  **A**   The gardening.  He did the mowing, the dangerous
4      part, but, you know, I weed whacked and pulled
5      weeds and that.  We worked together.  We were a
6      very good team.
7          MR. PHILLIPS:  That's all I have.
8          MR. HEARN:  No further questions.
9          VIDEO TECHNICIAN:  This ends the video
10     deposition of Barbara Sturgis, and we're off the
11     record at 1:46 p.m.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

03be5e47-5dff-4591-a47b-40c3e9ea9ee0

```
 1
 2                  UNITED STATES DISTRICT COURT
 3             FOR THE NORTHERN DISTRICT OF INDIANA
 4                       SOUTH BEND DIVISION
 5   - - - - - - - - - - - - - - - - - - - - - - - - - - -
 6   BARBARA STURGIS,
     Individually and as
 7   Administrator of the
     Estate of DAVID STURGIS,
 8   Deceased,
 9                         Plaintiff,
10         -v-                   Case No. 3:19-cv-00440-DRL-MGG
11   R+L CARRIERS, INC., R+L
     TRANSFER, INC., AND
12   GREENWOOD MOTOR LINES,
     INC.,
13
                         Defendants.
14   - - - - - - - - - - - - - - - - - - - - - - - - - - -
15
16
17                 I, BARBARA STURGIS, have read the
18   foregoing pages and the corrections, if any, having been
19   noted on the errata sheets provided herein.  The same is
20   now a true and correct transcript of my testimony.
21
22         _____
23                         BARBARA STURGIS
24
25
```

Page 77

1   STATE OF WISCONSIN )

2   MILWAUKEE COUNTY   )   SS:

3

4

5                    I, KATHY A. HALMA, Registered

6   Professional Reporter and Notary Public in and for the State

7   of Wisconsin, do hereby certify that the video deposition of

8   BARBARA STURGIS was taken before me at Hampton Inn & Suites

9   LaCrosse Downtown, 511 3rd Street N, LaCrosse, Wisconsin, on

10  the 22nd day of June, 2020, commencing at 12:06 p.m.

11                   I further certify that I am not a

12  relative or employee or attorney or counsel of any of the

13  parties, or a relative or employee of such attorney or

14  counsel, or financially interested directly or indirectly in

15  this action.

16

17  In witness whereof, I have hereunto set my hand and affixed

18  my seal of office on this 1st day of July, 2020.

19

20  _____

21  Kathy A. Halma

22  Notary Public in and for the State of Wisconsin

23  My commission expires September 17, 2021.

24

25

**A**

**A-K** 13:2
**A-U-D-E-N** 16:12
**A1C** 50:24
**ability** 59:3
**accident** 5:6 8:14
  25:17,21,25 26:21
  33:23 50:13 57:14
  57:17 62:5 63:2
  67:3,8 68:22 69:3
  69:7
**accompanied** 73:25
**acre** 44:16
**acres** 9:13,14,23,24
  10:1,15 43:22
**action** 77:17
**active** 34:8 43:4
**address** 8:6,11,15
  8:17,24 24:24
  25:9 35:6
**Administrator** 1:7
  76:7
**adopt** 21:23 24:16
  65:16
**adopted** 22:2 24:18
  24:22 65:20,25
  66:1
**adopting** 22:20
  24:19
**adoption** 25:4
**adult** 22:3 71:2
**adulthood** 74:10
**affixed** 77:17
**age** 22:24 71:25
**agent** 28:4
**agreed** 23:17
**ahead** 7:24 33:7
  35:2 60:10 71:14
**al** 4:10
**alive** 13:7 31:21
  42:4
**allowed** 71:8,11
**Ann** 19:16
**annuals** 47:16
**answer** 6:7,8,11
  7:10 33:3,18 35:3
  36:6 56:15
**answered** 34:21
  35:2 36:1
**answering** 7:11

**answers** 5:22
**antique** 63:15
**anybody** 20:8 47:1
  51:6 54:3 69:1,6
**anytime** 27:20
**apart** 59:15
**apartments** 12:12
**apologize** 5:13 20:2
  44:14 68:20
**appearances** 4:16
**appliances** 38:24
**appointments**
  37:13 46:10
**approach** 73:4
**approximate** 40:1
  57:8
**approximately**
  8:10 9:2 10:14,20
  16:23 22:24 24:4
  28:2 34:11,11
  39:2 41:10 57:14
  57:15 64:19 65:21
**area** 14:6,11,20
  15:3 30:9,10,11
**areas** 12:13 14:4,4
  24:20
**asked** 34:20 35:1
  36:1 68:19 70:17
  70:22
**asking** 7:8,9 26:16
  26:19 32:10 40:6
  52:10 64:24
**assistant** 37:21
  38:20
**association** 4:11,14
**assume** 26:13 48:4
**attacked** 28:12
**attempt** 30:4
**attorney** 77:12,13
**attorneys** 5:5 66:9
**ATVs** 60:23 62:21
  62:21 64:1
**Auden** 16:11
**Automobile** 73:23
**aware** 51:22 67:12
**awhile** 49:11 60:3

**B**

**B** 2:10 3:5
**back** 5:7 10:9,25

  11:4 20:10 27:6
  32:2 33:11 40:22
  42:16 44:8 46:24
  49:14,24 52:15
  65:12
**ballpark** 53:6
**bank** 27:8
**banking** 17:18
**bankruptcy** 66:10
  66:12,14
**Barbara** 1:6,15 3:2
  4:6,10,22 5:3
  75:10 76:6,17,23
  77:8
**barn** 9:16 60:6,11
  63:13,23 64:5,9
  64:20,23 65:3
  68:18
**basement** 72:20
**basically** 37:16
  42:8 51:1
**bath** 43:18
**beautiful** 11:1
  60:23
**becoming** 23:13
**bedroom** 43:17
**bedrooms** 43:16
**begins** 4:5
**behalf** 4:20 5:14,14
**believe** 22:24 23:4
  24:2 29:12 47:25
  64:6
**BELL** 2:9
**Bend** 1:4 4:9 76:4
**benefits** 29:9,11,16
**best** 7:10 24:9 59:3
**better** 6:21 15:3
  19:23 24:12 35:23
  57:2,4
**bicycle** 47:9
**big** 12:9 43:16,21
  44:13 47:13 58:5
  58:21 59:1 60:25
  68:8
**bigger** 18:23
**Bill** 30:8
**bills** 59:5
**birth** 11:9
**bit** 5:17 9:13 43:8
  59:18

**blacktop** 60:17
**blowing** 69:10
**boat** 43:23,25 44:3
  44:4,4,7,10 65:2
**boats** 44:18 64:1
**Bobcat** 60:14 62:4
  62:5,15 68:6
**boil** 52:14
**born** 11:11 19:16
  19:20
**bottom** 60:12
**bought** 9:21,25
  26:7
**brain-injured** 37:1
**brakes** 63:7 64:3
**branch** 27:21
**break** 59:15 65:6
**breakers** 69:10
**breath** 39:23
**bring** 21:24 64:16
  74:12
**Bristol** 35:17
**broad** 69:5
**Broadway** 2:10
**broke** 72:18
**brother** 22:12,21
  23:6,7 41:16,17
  41:19
**brother's** 22:13
**brought** 13:12
  22:19
**Brown** 49:11,12
**build** 9:18 11:3
  64:9,19,22
**built** 9:16,16 10:8
  43:17 64:25 65:1
  65:3
**bulldozer** 60:14
  61:25,25 68:6
**business** 11:25 12:6
  12:7,17,19 13:9
  13:13,15 14:21
  38:23
**buy** 10:14

**C**

**C** 2:1 3:7 13:1
**C-A-V-A-N-E-S-...**
  50:1
**Cadott** 18:23

**call** 28:4 51:1 72:25
**called** 4:22 47:24
  72:21,21 73:2
**camp** 8:25 9:2,5
  25:9 31:25 32:14
  38:3,9 44:5 49:14
  49:15,24 50:5
  51:15 53:10,15
  54:4 69:12,13
**Can-Am** 62:23
**car** 63:6
**card** 51:1
**care** 22:21,24 23:1
  23:12,14 31:14,17
  32:5 35:13 36:15
  37:1,12,23 41:19
  42:5,8,11 51:8
  59:14,20,20 61:5
  61:6,10,20
**Carpentry** 73:11
  73:12
**Carriers** 1:11 4:10
  76:11
**cars** 26:8,14 63:4,6
  63:25 72:18
**case** 1:10 4:7 76:10
**Castle** 44:5
**cat** 13:1
**caused** 15:1 52:14
  52:21
**causing** 60:19
**Cavanesse** 50:1,7
  50:22 51:5,8,12
  51:15 52:3
**CDL** 39:8,9,15,18
  40:7,18,20,22
  41:2 43:4 67:14
**Cement** 73:13
**certificate** 67:15
**certified** 37:20 68:1
**certify** 33:25 77:7
  77:11
**Chain** 14:6
**change** 63:9
**changes** 63:7
**Checkup** 49:23
**Chicago** 2:5 11:12
  11:18
**child** 20:17
**children** 15:2,3,13

16:6,8,9 17:19,21
18:10 19:13,23
20:6,20 21:17,22
25:23 26:2,6,11
26:23 35:24 36:7
45:3 47:2 63:8
65:17 70:18
**children's** 19:15
**Chippewa** 8:7,9 9:5
19:2 43:9 47:25
48:2 49:17 69:13
69:14,23 70:5
**choice** 56:22
**chose** 23:1
**Christina** 17:10,15
**circuit** 69:10
**circumstances** 5:12
5:13
**Cities** 56:7
**claim** 28:22 29:5
**claiming** 33:19,21
**Clark** 2:4
**classes** 11:22,24
**cleaning** 12:12
**clear** 6:17 7:3
**client** 33:18 71:14
**clients** 5:14 37:1
**Clinic** 50:3,4
**close** 13:15 65:7
**closed** 13:16 32:17
55:9
**CNA** 37:20 38:5
39:14 40:9,12
**cold** 67:10
**collections** 30:8
**collector** 63:5
**college** 11:22 12:3
12:15
**come** 22:5 23:17
30:19 45:1 55:23
56:6 61:9 68:21
69:1
**commencing** 77:10
**commercial** 14:2
**commission** 77:23
**common** 12:13
13:3
**Community** 36:16
36:21
**companies** 53:21

**company** 12:10
27:8,9,14,21,24
37:19 54:8 57:25
58:7
**Compensation**
28:22
**complaining** 64:16
**complicated** 66:21
**computers** 38:25
**concentrate** 14:5
**concentrating** 54:1
55:16
**concerned** 32:15
**concrete** 64:13
**condition** 32:23
51:21
**conditions** 50:16
**condos** 12:11
**consider** 26:24
56:12,12
**considered** 31:13
**consistency** 48:21
**contact** 18:5
**continue** 13:15
32:18
**continuing** 32:19
**contract** 56:9 57:10
61:6
**contribute** 71:16
72:4
**contributed** 71:24
**control** 24:20
**conversation** 31:25
32:3
**conversations**
32:12
**cooked** 59:6
**cooking** 59:6
**Cornell** 18:19,20
**correct** 14:24 20:2
22:11 31:5 33:23
33:24 34:15 58:22
76:20
**corrections** 76:18
**correctly** 55:4
**Cosmopolitan**
11:17
**counsel** 4:16 77:12
77:14
**counseling** 46:6,8

49:6,7
**county** 11:22,23
14:6,7,8,10 18:4
24:25 25:2,5,8,8
25:11,12 30:11
65:22,23 67:6
77:2
**couple** 6:4,20 30:23
30:24 54:10 58:6
**course** 40:24 57:5
70:23 72:21
**court** 1:2 4:8,13,17
6:11,23 7:17 76:2
**covered** 68:20
**crane** 17:14 68:14
**Crawford** 25:2,4
**Creative** 36:16,21
**credit** 27:13
**cross** 71:19
**cross-examination**
71:7,12
**Crosse** 1:16,17
**Crown** 2:10
**cuff** 52:7
**current** 8:6
**currently** 16:4 18:5
27:1 46:6
**customer** 28:18,19
**cut** 7:14 12:1

———————————
**D**
**D** 2:3 3:1,7 13:1
**dad** 72:21,21
**daily** 48:14
**Dale** 57:23,25
**Dale's** 58:1
**Dali** 52:24,25 53:3
53:21 54:12,15
55:20,22,25 56:4
56:8 57:9,13,20
58:5
**dangerous** 9:8 59:9
75:3
**Darren** 15:12 18:5
19:24,25 20:2
**Darrin** 17:25
**date** 1:18 4:3 11:9
39:16 62:5 63:1
**dates** 40:1 53:6
**daughter** 26:5

51:11 66:2
**Dave** 70:17,23 71:2
71:16,16,24 72:4
72:9,11,15,25
73:5,25 74:3,4,9
74:13,15,18,20
75:1
**David** 1:7 13:1 15:2
31:24 39:8 44:2,3
48:22 49:11,12
62:9 76:7
**day** 46:4,5,5,18
47:4 48:15 52:11
77:10,18
**days** 31:24 58:8,12
**daytime** 57:7
**deal** 48:24 49:4
**Deceased** 1:8 76:8
**December** 67:21
**decent** 70:10
**decide** 41:14
**decided** 41:2
**deep** 39:23 44:17
**defendant** 4:7,21
5:5
**Defendants** 1:13
2:8 4:23 76:13
**degree** 12:1
**deliver** 56:7
**Dells** 9:3
**Denis** 2:14 4:11
**Denise** 20:13 21:1,2
21:2
**departure** 13:12,13
**deposition** 1:15 4:4
4:6 5:8 6:2,5
70:17 75:10 77:7
**Des** 12:8,21
**describe** 9:12 43:15
45:24 59:25
**desirable** 56:13
**diabetes** 51:20,25
**diabetic** 50:21 51:4
**diagnosed** 51:7
**died** 6:3 22:22
32:22 48:22 62:9
**Diesel** 40:25
**difference** 6:24,24
**different** 8:4 53:20
**difficult** 7:18 46:1

**digs** 68:15
**direct** 73:3
**directly** 77:14
**disability** 3:9 32:24
33:1,15 34:7
**discharge** 66:16
67:2
**discharged** 66:24
**discussed** 25:23
**discussions** 31:11
**District** 1:2,3 4:8,8
76:2,3
**Ditch** 68:14,16
**divide** 59:2
**division** 1:4 4:9
36:15 55:9 76:4
**divorce** 17:25 18:3
**divorced** 18:2
**doctor** 49:10,24
50:8,12 51:12
**doctor's** 37:13
**doctors** 46:9 49:9
50:14,17
**doing** 34:17 45:23
45:24 46:6 48:13
48:18 49:7 52:2
53:25 55:6,13
56:2,5 57:13,20
59:16 68:3
**Douglas** 8:25 9:2,5
25:9 32:1,14 38:3
38:10 44:5 49:14
49:15,25 50:5
51:16 53:11,15
54:4 69:12,13
**downtown** 1:16
11:17 77:9
**Dr** 49:12,20 50:1,7
50:22 51:5,8,12
51:15 52:3
**drive** 41:3,5,8 55:2
**driver** 43:1 54:23
**drivers** 56:16
**driveway** 9:7 60:2
60:16,18,21 70:6
70:7,11
**driving** 40:25
41:14 42:16 55:18
56:3,5,13,14 57:9
57:21

**drove** 39:7 41:12
74:15
**Druszczak** 12:24
13:6,6 22:2,14
41:22
**duly** 4:23

**E**

**E** 2:1,1 3:1,5,7,7,7
35:5
**earlier** 19:21 34:13
61:24 69:21 70:17
74:15
**eat** 59:7
**Ed** 4:21 5:4
**EDWARD** 2:9
**eight** 16:24 39:2,2
**either** 21:16 25:18
65:17
**electrical** 61:21
68:17 69:9,19
**Elroy** 38:8
**employed** 25:15
27:4 52:24
**employee** 28:17
54:12,14,23 77:12
77:13
**employees** 27:19
27:20
**employment** 14:12
28:11 29:18,19
30:4,14 31:12
53:13 57:17
**ends** 75:9
**English** 13:6
**enjoy** 74:24
**enjoyed** 63:3 67:25
**enjoyment** 74:12
**entire** 10:14
**equipment** 17:14
55:6 60:13 67:19
67:25 68:8
**errata** 76:19
**establish** 49:8,21
**established** 49:16
**estate** 1:7 11:25
13:17,23 34:3,7
34:14 35:10,11
76:7
**et** 4:10

**ex-husband** 20:2
**exact** 24:24 35:6
53:6
**exactly** 23:4 36:22
50:15 53:4
**EXAMINATION**
4:25 70:15
**examined** 4:24
**excavating** 53:24
55:2,5 64:7
**excavation** 64:12
**excuse** 53:14
**exercising** 47:7
**expires** 77:23

**F**

**F** 3:7
**face** 62:12
**facility** 37:3
**fact** 24:13
**Falls** 8:7,9 9:5 19:2
43:9 47:25 48:2
49:17 69:13,15,23
70:5
**family** 22:25 23:19
23:22 45:22,25
49:24 50:8,12
**far** 8:9 21:18 47:5
49:18 52:4 54:22
66:6
**farm** 10:12
**father** 63:10
**fatty** 52:11
**feasible** 9:10
**February** 8:13
25:17,21,25 26:13
26:20 62:2 70:18
**feet** 9:7,17 44:16
60:2 70:8
**felt** 24:19
**female** 17:3
**field** 53:18
**figure** 56:20
**file** 66:12
**filed** 4:7 5:6 25:4,6
25:7 66:10,19
67:5,6
**filings** 65:22
**fill** 64:16
**final** 11:17

**finally** 7:21
**Finance** 27:15 39:5
41:13,15,24 42:18
**financial** 26:2,22
27:7 72:5
**financially** 71:3,16
71:24 77:14
**find** 30:2,4 31:12
72:16
**fine** 40:2
**finish** 7:9,11 61:17
71:20
**finished** 7:8 36:19
36:19 60:10 65:7
65:16 70:13
**first** 4:23 5:11 22:6
24:5 26:8,14
35:14 39:18 55:23
55:24 73:2
**fish** 45:8
**fisherman** 45:16
**fishermen** 45:21
**fishing** 45:12
**five** 50:12 52:9 53:4
53:7 67:7
**fix** 72:18
**flooding** 72:20
**Florida** 31:18 32:4
32:13 68:2
**flower** 47:14
**flowers** 47:15,17
**folded** 56:9
**follow** 7:19
**following** 68:22
**follows** 4:24
**food** 59:8
**foregoing** 76:18
**format** 6:10
**forth** 15:4 61:4
62:15
**Forty-one** 31:24
**foster** 22:21,23
23:12,14
**foundation** 64:7,17
**four** 27:20 47:23
**framing** 64:11
**Friday** 58:20
**friend** 62:7,17
**friend's** 62:19
**friends** 45:24

**front** 9:23 10:3,16
10:21,23 11:3
46:23
**frontage** 44:17
**froze** 61:19 72:15
**full** 34:14,23 52:22
**full-time** 14:12,15
35:10
**Furguson** 63:16
**furnace** 69:10
**furniture** 38:25
**further** 75:8 77:11
**future** 24:21 67:25
68:5

**G**

**garage** 63:3 69:18
69:23 70:1
**garden** 47:9,11,13
47:14 73:18
**gardening** 73:17
75:2,3
**general** 12:12
**generated** 5:18
**generous** 26:11
**Geneva** 14:11
23:20
**gentleman** 54:5
**geographic** 30:10
**geographical** 14:4
**getting** 26:14 29:8
50:23,25 65:7
**gift** 26:24
**gifts** 26:4
**give** 5:21 6:16 7:2
12:9 57:12
**given** 5:8 6:1,5
**go** 7:25 11:21 20:24
29:3,15 33:3,7
35:2 37:8,20 39:4
41:15 42:16,19,20
42:21,22,23 46:8
46:8,22 49:21
60:10 71:14 73:25
**going** 4:2 5:15,19
5:23 6:6 7:7,13
12:3,14 15:4 20:1
33:2,17 39:6 44:7
59:23 60:18 65:6
**good** 26:9 45:16,17

**50:24 61:8 63:22
75:6
**gosh** 74:25
**grade** 60:4
**grading** 60:17
**graduate** 11:13,14
25:13
**graduated** 11:15
**grandchildren**
16:13 44:24 45:1
45:14 47:3,10
**grandmother**
20:22,22,23,24
**grandmother's**
21:5
**grass** 9:8
**gravel** 60:2,4,16
**great** 73:10
**greatest** 48:21
**GREENWOOD**
1:12 76:12
**grief** 46:8 49:6,7
**groceries** 59:6
**grocery** 56:8,10
**ground** 6:4,20
**group** 50:2
**guy** 64:13

**H**

**H** 3:5
**Haas** 62:20
**Halma** 1:21 4:14
77:5,21
**Hampton** 1:16 4:4
77:8
**hand** 77:17
**hands** 62:11
**hands-on** 63:10
**handy** 61:22,22
64:2
**hanging** 52:20
**happened** 5:7 8:14
26:21 28:15 55:11
57:14 66:18 68:1
**happy** 8:3 52:3
**harass** 5:21
**hard** 5:21 6:16 7:2
46:1
**Harley-Davidson**
19:2

**hated** 61:20
**head** 6:13
**health** 36:15 37:23
**hear** 6:8,11 7:17
    44:14 52:3 55:4
**heard** 56:16
**Hearn** 2:9 3:3 4:21
    4:21 5:1,4 13:4
    21:8,12,25 22:4
    24:11 32:9,11
    33:5,7,13,20,25
    34:2,22 35:8 36:2
    36:9,23 40:5
    61:23 62:16 65:5
    65:14 67:1 68:12
    70:13 71:5,9,13
    71:18,21 72:1,7
    75:8
**hearne@jbltd.com**
    2:11
**heavy** 17:14 67:19
    67:25
**held** 4:4
**help** 24:20 32:4
    40:6 41:17 42:5
    42:14 49:3 61:10
    68:4 72:5,9,11
    73:3,5
**helped** 26:5,6,9
    59:3 62:9,9,13,14
**helpful** 26:11
**helping** 72:16
    74:13
**helps** 21:8 48:19
    49:1,5
**hereunto** 77:17
**Heritage** 38:8
    40:13
**high** 11:13,15
    25:13,15 27:12
**Highway** 35:5
**hill** 9:7 59:9 60:25
    61:2
**hillside** 43:18
**hilly** 64:14
**hire** 64:10,11 69:6
    69:15,20,25
**hold** 29:3 63:19
**holistic** 46:10
**home** 9:6,11,17,18

9:19,23,24 10:3,5
    18:21 35:18,18
    36:15 37:5,8,16
    37:23 38:8 41:25
    42:9 43:17 44:5
    53:11 56:17,20
    57:5,6 58:9,14,15
    58:20 69:2,13,15
**homes** 37:4 73:1,7
**honestly** 5:21
**horses** 10:12
**hour** 25:3
**hours** 8:10
**house** 25:7 47:11
    47:23 59:5,11,17
    61:12,14,19 72:9
    72:12
**Howard** 31:20
**huge** 9:16
**husband** 5:7 9:1,16
    9:18 11:7 15:2
    19:22 20:15,19
    21:14,16,20,23
    22:2,20,25 23:17
    24:1,18 25:18,22
    26:1,10,21 31:10
    32:22 36:11 41:3
    41:4,8,12,15
    42:17 50:10 51:21
    52:22 54:12,19
    55:7,17 56:12,21
    57:16 58:9 59:6
    59:12 61:6,9
    64:12 65:1,16
    66:1,10 67:8,15
**husband's** 50:8

**I**
**idea** 12:9
**ill** 41:16
**Illinois** 2:5 11:12
    11:23 13:20,21
    34:4
**illness** 67:10
**important** 21:6
**Improper** 71:18
**improvement** 11:6
**inability** 31:12
**inactive** 34:10
**incapable** 42:10

**incarcerated** 22:22
    22:23 23:11,13
**incident** 58:8
**inclined** 74:6
**included** 19:24
    20:4 29:13,14
**including** 10:15
**income** 33:22
**incomplete** 32:8
**Indiana** 1:3 2:10
    4:9,13 5:7 76:3
**Indianapolis** 4:12
**indirectly** 77:14
**Individually** 1:6
    76:6
**infection** 52:13,21
**initially** 64:25
**injured** 28:19
**injuries** 28:25
**Inn** 1:16 4:4 77:8
**inside** 59:16 61:12
**install** 68:17
**institution** 27:7
**instruct** 33:3,17
**interested** 77:14
**intermittently** 74:9
**involve** 46:14
**involved** 55:7
**involving** 5:7
**issue** 61:8
**issues** 51:4 72:5
    73:1,2

**J**
**J** 2:4
**jack-of-all-trades**
    59:13 72:22
**Jade** 15:20 16:12
    16:25 17:1,2,3,5,7
    17:11,21 19:24
    20:4 45:19,21
    65:24,25
**James** 41:21,23
    42:3,5
**Janet** 21:10,10
**Jeff** 62:7,20
**Jenny** 19:8,9
**job** 14:15 28:12
    30:2 36:8,10,17
    38:5,12,15 39:4

40:12,15 41:23
    68:2 74:19
**jobs** 30:21
**jog** 54:11
**John** 12:24
**JOHNSON** 2:9
**journal** 48:20,23
    49:3
**journalling** 48:19
**Julia** 8:25 25:7
**July** 77:18
**June** 1:18 4:3 15:6
    77:10

**K**
**Kathy** 1:21 4:14
    77:5,21
**kayak** 47:3
**keep** 44:4 62:11
**Kendall** 53:24 55:1
    55:5,17,22,23,24
    55:25
**Kenosha** 14:7,9
    18:4
**kept** 9:24 48:20
    60:12 63:11
**kids** 35:13 60:22,25
    61:2 64:3 70:23
    70:24 71:1,17,24
    72:4,11,25 73:5
    74:4,9,13
**kind** 3:8 11:24
    12:10 26:1,22
    30:7 32:25 36:13
    36:24 37:17 38:23
    43:25 46:6 50:16
    62:21 67:15,16
    69:5
**knocked** 69:19
**know** 5:16,16,18,22
    6:14 7:7 14:9
    19:9 26:7 28:3
    30:20 31:14,15
    32:17 35:5 38:24
    42:10 44:17 45:6
    46:4,15 50:16,25
    51:7,12,24 52:5
    52:14,18,19 54:22
    56:15,24 57:2
    58:2,2,5,11 59:9

60:5,12,15,17,23
    61:2 62:14 63:4,8
    63:9,10,25 64:4,4
    66:6,15,18 67:14
    67:20 68:14,15,18
    75:4
**knowledge** 66:1
    67:2,7 68:7
**knowledgeable**
    72:23
**Knutson** 54:6

**L**
**L-E-B-A-K-K-E-...**
    38:21
**L-E-P-K-O-W-S...**
    15:12
**La** 1:16,17
**LaCrosse** 4:5 14:23
    15:1 19:22 20:9
    20:10,20 21:14
    25:3 34:24 35:4
    35:21,22 36:14
    42:22 67:6 77:9,9
**lake** 11:22,22 14:6
    14:11 23:20 43:18
    43:21 44:5,15,17
    46:17,19,22 47:11
    47:17,21 63:18
**landscaping** 69:9
    69:17
**lanes** 48:11
**lap** 48:9,10
**larger** 9:22
**late** 13:17
**latest** 52:16
**LAW** 2:3
**Lawn** 73:20
**Lawns** 73:19
**lawsuit** 5:5 66:20
**laying** 64:13
**lead** 71:8,11
**leading** 34:21 35:2
    35:25 71:6
**lean-to** 65:1,3
**leave** 28:11,25
    38:14 44:10 67:8
**leaving** 29:18
**Lebakkens** 38:20
    38:21 39:4

**led** 23:13 67:23
**left** 28:15
**legally** 22:2
**Lepkowski** 15:12
  15:18,20 16:11
**Let's** 22:6 33:3
  52:12
**level** 64:17
**leveled** 64:15
**license** 13:18 34:3
  37:17,20 39:8
  67:19
**licenses** 34:8
**life** 71:2
**ligaments** 52:7
**liked** 10:25 56:21
  57:2,23 60:23
  63:11
**Lila** 16:11
**limbs** 61:4
**limited** 30:21
**lines** 1:12 6:20
  68:15,17 76:12
**Lisbon** 25:7
**list** 20:1 37:7
**little** 5:17 9:12
  18:23 26:5 30:19
  43:8 59:18
**live** 8:12,23 9:11
  10:5 15:25 17:5
  18:18 20:20,24
  21:13 22:25 23:17
  23:22,25 24:13
  42:11 68:21
**lived** 8:15,17 9:1
  16:21 21:2 23:19
  30:12 35:6,15,17
  35:20 60:25
**lives** 8:11 17:6
  18:19
**living** 22:16,23
  24:6,22,23 31:15
  35:4 36:16,21
  38:9 53:15 54:4
  60:21 72:13
**load** 42:22 56:7
**loan** 27:8,9,17,17
  28:4
**loans** 27:12 28:5
**local** 42:20 50:4

53:25 55:6,13
  56:5,14,14 57:9
  57:21 68:3
**locally** 41:19 42:23
**located** 1:17 4:12
  9:2 12:7,21 25:1
  48:2
**location** 11:1 27:19
  29:20 35:23 69:23
**locations** 27:21
**long** 6:1 8:17 13:9
  13:23 16:21 28:1
  28:7 38:12 39:1
  48:20 53:3 57:12
  64:22 70:6,7
**long-distance**
  46:16
**longer** 29:3 53:25
**look** 6:25 32:19
  65:6
**looked** 29:19
**looking** 29:23 30:7
  30:10,14,15,17,18
  30:23 31:4,7
  36:13 53:6,20
  57:16,22 69:6
**loop** 32:17
**Loretta** 31:20
**losing** 61:3
**loss** 33:21
**lost** 46:1 56:8 57:10
**lot** 5:18 7:6 46:10
  63:22,22 64:15
**loud** 6:6,7
**Lynxville** 24:23
  38:2

— **M** —
**ma'am** 8:6 11:9
**maintain** 9:6 60:22
  62:10,13
**maintained** 59:5,11
  59:11 60:24 63:5
  63:6 64:1
**maintaining** 9:8
  60:15
**maintenance** 12:6
  12:7,20 13:10
**major** 42:9
**Majority** 58:19

**making** 7:24
**male** 17:3,4
**man** 59:13
**management** 11:25
  30:8
**manager** 27:7,11
  27:16,23 28:9
  38:20
**manufactured** 9:19
**Marcus** 15:20
**Maria** 12:24
**Marianna** 16:11
**Marie** 15:18
**marriage** 15:7,13
  17:22,24
**marriages** 18:8
**married** 15:5,11
  16:2,4 17:7 19:5
  35:12,14
**Massey** 63:16
**materials** 66:8
**matter** 4:9 74:8
**Mayo** 50:3,4
**meals** 37:13
**mean** 6:14,15,15
  7:1,2 32:2 51:14
  51:23 54:15 62:8
**Meaning** 37:5
  43:13
**means** 22:10 27:16
  53:9
**mechanically** 74:5
**medical** 50:10
  51:21 67:8
**medication** 50:23
**medications** 37:14
**meditation** 46:13
  46:15 48:12
**meet** 5:12
**meeting** 20:16
**membership** 48:1
**memories** 63:22,22
**memory** 54:11
**mention** 31:16
**mentioned** 48:12
  49:6 61:24 70:4
**metal** 52:19
**meticulously** 63:11
**Michael** 15:12
**mile** 47:6

**miles** 9:3 47:23
**MILWAUKEE**
  77:2
**Minnesota** 16:1
  22:16 51:7,9
**minutes** 18:21
  72:14
**mischaracterizat...**
  32:8
**Mississippi** 25:2
**mom** 26:6 31:17
  32:15 68:4
**money** 71:3 72:4
  74:9
**Monroe** 25:8,8,11
  25:12 30:11 65:23
**months** 29:10,11
  35:17 38:2,13
  40:15
**morning** 48:18
**mother** 6:3 20:21
  21:1 22:22 23:9
  23:13 31:14 32:5
  68:2
**mother's** 20:11,12
  31:19
**motivated** 46:2
**MOTOR** 1:12
  76:12
**move** 14:22 15:1
  20:9 31:16 35:9
  49:9 62:14
**moved** 8:21 9:4
  14:20 19:22 20:19
  25:6 34:24 35:4
  35:21,22 36:14
  38:1,3 49:9 51:15
  51:17
**moving** 31:11,13
  31:25 32:1,1,12
  32:14 46:9,9 55:6
**mowing** 9:8 59:8
  59:10,17,21 60:1
  60:5 75:3

— **N** —
**N** 1:17 2:1 3:1,7
  77:9
**nail** 52:14
**name** 4:11 5:2,4

12:19 15:23 17:9
  19:7 20:12 21:5
  22:13 27:14 31:19
  58:1 62:19
**names** 12:23 15:17
  16:10 19:15 21:9
  50:15
**Napes** 32:13
**Naples** 31:17 32:4
**Natalie** 15:18,21,22
  16:15 19:24 20:4
  65:20 66:2
**Nathan** 18:13,16
  18:18,24 19:5
  20:4,9,17,20,24
  21:13,23 19:13 72:13
**Nathan's** 21:4
**natural** 18:10
**near** 31:15 50:5
**need** 6:7 39:24
**needed** 26:7,10
  42:14 59:20 61:21
  63:7 64:3 69:22
  71:3
**needs** 6:11
**nephew** 21:23 22:1
  22:7,8 23:5 66:4
**nervous** 39:21
**never** 43:7 46:2
**new** 25:6 61:14
**night** 56:17,20 57:5
**noes** 6:21
**normal** 48:16
**North** 2:4 9:3
**Northern** 1:3 4:8
  76:3
**nostalgic** 63:5
**Notary** 77:6,22
**noted** 76:19
**notes** 53:9 65:6
**nurse** 19:12
**nursing** 37:20 38:8
**nylon** 46:21

— **O** —
**O** 3:7
**O'Lakes** 14:6
**object** 71:5
**objection** 32:7
  34:20 35:1,25

71:18 72:1,7
**objections** 36:4
**obtaining** 67:23
**obviously** 30:23
  32:22 52:1 60:5
**occasionally** 59:21
**occurred** 22:19
  23:3,16 28:16
**offered** 38:15
**office** 2:3 27:11
  30:8 77:18
**officers** 27:17
**Oh** 9:25 33:7 35:3
  36:7 46:18 47:12
  51:18 53:22 58:15
  62:3 66:25 69:8
  70:9 74:25
**oil** 63:7,9
**okay** 3:8 5:11,24,25
  6:4,18,19 7:1,4,5
  7:19,20 8:4,13,23
  9:4,15 11:2 13:7
  13:12,23 14:14
  15:5,19 16:15,21
  16:25 17:5,19,24
  18:2,7,22 19:17
  20:1,12,19 21:13
  21:20,25 22:5
  23:2,8,16,21 24:3
  24:12,25 26:17,18
  26:25 27:23 28:13
  28:15,19 29:5,18
  29:24 30:4,13,16
  30:22 31:15 32:25
  33:7 35:14 36:10
  36:24 37:15 38:14
  39:1,12,25 40:3
  40:22 41:7,23
  42:3 43:8 44:18
  45:20,23 48:15,20
  49:6,16 50:7,10
  51:14 52:6 54:3
  54:10 57:1,16
  58:3,5 59:19
  62:13 63:17,21
  65:8,22 67:14,20
  68:19 69:21 70:9
  70:13,23
**old** 15:21 16:25
  18:16 22:17 23:24

**older** 9:10 63:4,12
  63:14
**omigosh** 25:7 53:4
  57:11
**once** 49:18 60:3
**one-half** 41:11
**ongoing** 51:25
**opened** 14:20
**operated** 68:8
**operating** 68:6
**operation** 50:4
**operator** 17:14
**operator's** 67:19
**opportunities** 36:8
  36:10
**opportunity** 38:15
**option** 57:12
**order** 37:9 40:12
**orient** 21:8
**originally** 9:22
  56:4
**outdoor** 75:1
**outgoing** 46:3
**outside** 59:19,24
**over-the-road** 55:8
  56:3,11,13,19,25
  57:13,20 74:22
**overnight** 74:21
**oversaw** 27:16
  37:16
**owned** 12:6,17
  54:15
**owner** 57:25
**owner/operator**
  54:13
**owns** 16:18

**P**
**P** 2:1,1
**P.C** 2:9
**p.m** 1:19,19 75:11
  77:10
**pace** 30:17
**page** 3:9 26:19
**pages** 76:18
**paid** 31:1
**painter** 73:10
**painting** 61:20 73:9
**Palmers** 23:20 24:6
**paper** 6:10

**paperwork** 25:4
**parcel** 9:22 10:3,21
  10:24 11:3
**parents** 12:18 13:7
**parents'** 12:23
**part** 9:22 10:8
  14:13,17 19:2
  34:17,24 35:12
  40:13 48:15 49:3
  75:4
**part-time** 35:10
**parties** 77:13
**parts** 19:3,4
**pass** 31:23 42:3
**passed** 23:6,7
**patient's** 37:5,8
**patients** 37:7
**Paul** 16:1,21 17:6
**people** 30:21 64:23
**people's** 27:13
  46:24
**perennials** 47:15
**perfect** 7:14
**period** 10:5 26:12
  29:9,14,20 40:17
  41:7,10 42:12
  43:2 54:19 56:2
  71:10
**person** 46:4 47:15
**Peter** 22:14 41:20
  41:21
**phases** 64:23
**Phillip** 21:23 22:1,7
  22:15,17,20,21
  23:14,17,25 24:16
  24:18,22 25:13,19
  66:3,4
**Phillips** 2:3,3,4 3:4
  4:19,19,20 13:3
  21:6,21 24:8 32:7
  33:2,6,17,24
  34:20 35:1,25
  36:4,6,18 39:22
  40:1 60:9 61:16
  62:11 66:19,23
  68:10 70:16 71:8
  71:11,15,20,23
  72:3,8,24 75:7
**physician** 49:16
**piece** 43:10 58:21

59:1
**pier** 44:12
**Pilates** 16:18,20
**Pipes** 61:19
**place** 29:18 32:13
  67:2
**Plaines** 12:8,21
**plaintiff** 1:9 2:2
  4:20 33:21 76:9
**plan** 11:2,6
**planted** 47:17
**plants** 47:15
**play** 47:9
**please** 7:9,22 8:1
**plowing** 9:9 61:1
  70:4,6
**plumbing** 54:1,2
  55:15 59:12 61:14
  61:19 73:5
**point** 2:10 11:2
  30:13,16,22 31:10
  34:6 40:7,9 56:11
  68:20 69:1
**pole** 9:16 60:6,11
  63:13,23 64:5,9
  64:19,22
**Polish** 13:6
**pontoon** 44:1,23
**pool** 48:4,7,8,9,10
**population** 30:20
**position** 29:3
**possible** 51:20
**possibly** 32:4 59:17
**Potter** 12:22
**pour** 64:17
**Prairie** 40:25 41:1
**prayers** 48:19
**pre-diabetic** 50:20
  50:21
**prep** 11:17,21
**prepared** 6:10
  37:13
**PRESENT** 2:13
**primarily** 53:18
**prior** 15:7 18:8
  20:16 62:6
**privilege** 33:19
**privileged** 33:6
**probably** 6:14
  31:16 45:21

**problem** 72:17
**PROCEEDINGS**
  4:1
**process** 49:3
**Professional** 77:6
**proper** 71:6
**properties** 46:24
**property** 9:12,20
  10:11,15,25 21:20
  32:1,2 43:9,11,16
  44:13 47:17 58:21
  59:1,24 60:5,12
  60:24 61:10 62:10
  62:14 64:14
**protect** 24:20
**provide** 37:9 74:9
**provided** 12:12
  66:9 76:19
**providers** 50:11
**providing** 26:1,22
**Public** 77:6,22
**pulled** 75:4
**purchased** 35:18
  68:17
**purpose** 5:20 6:17
  7:15
**put** 9:19 22:21 44:6
  44:11,24 49:1
  61:14,15,18 65:1
**putting** 52:19

**Q**
**qualifications**
  40:13
**Quality** 12:20
  13:10
**quarter** 44:16
**question** 7:6,8,9,11
  7:12,21,23 8:1,2,4
  26:18 33:14,16,18
  33:25 68:19 69:4
  69:5 70:22 71:9
**questions** 5:15,19
  5:20,22 6:6,7 7:24
  40:7 43:10 54:10
  65:15 70:14 75:8
**quick** 65:5
**quite** 40:17 62:3

**R**

**R** 2:1 3:7
**R-U-S-Z** 13:1
**R+L** 1:11,11 4:10
  76:11,11
**raft** 47:3
**Rainbow** 56:9,9
  57:10
**raise** 61:8
**raised** 20:25
**raising** 35:23
**ran** 30:3
**ranch** 42:10 43:18
**reached** 71:25
**read** 76:17
**real** 11:25 13:17,23
  34:3,7,14 35:10
  35:10
**realized** 41:18
**really** 18:6 46:2
  52:2 64:15
**realtor** 13:14
**reason** 6:22 9:4
  10:23 34:23,25
  35:22 36:3 41:2
  43:6
**recall** 70:21
**received** 29:16
  32:24 66:15
**receiving** 3:9 29:24
  30:1 31:2,5,8 33:1
  33:15 34:7
**recess** 33:10 65:11
**record** 4:3,17 5:2
  6:9,17 7:3 33:4,8
  33:12,20 65:9,13
  75:11
**recorded** 48:23
**referring** 45:18
  51:10 60:7
**regard** 7:14
**Registered** 77:5
**regular** 48:10 67:9
**regularly** 61:9
**related** 28:23 35:9
  48:24 51:3 52:4
  69:3
**relationship** 17:21
  20:15 49:21
**relative** 77:12,13
**relevance** 32:8

**relocating** 32:3,4
**remember** 13:11
  24:8,9,24 58:4
  64:15 67:13
**removed** 52:11,12
**renew** 34:12
**rent** 38:24 43:13
**Rent-To-Own**
  38:21,22
**repair** 27:13 52:1
  69:10
**repaired** 69:22
  70:1
**repairs** 73:23
**repeat** 39:12
**rephrase** 8:3
**replace** 69:9,18
**replaced** 70:1
**REPORTED** 1:21
**reporter** 4:14,17
  6:11 7:17 77:6
**reporters** 6:23
**represent** 5:4
**required** 59:24
**requires** 59:1
**residential** 14:2
**respect** 5:6 31:11
**restate** 26:18
**restoring** 63:12
**result** 28:20 33:22
**return** 7:11
**Richardson** 4:12
  4:15
**ride** 41:8 47:9
**rider** 42:24,25
**riding** 42:16
**right** 7:13,21 10:19
  11:9 14:1 16:13
  17:24 18:7 19:4
  19:19,21 20:25
  21:2,13,25 23:10
  23:15 24:15,25
  29:10,17 30:6,25
  31:6,9 32:6 33:7
  34:18 35:16 37:10
  37:22,22,25 38:1
  39:6,19 40:3,11
  40:14,14,16 42:2
  42:15,15 43:2,3
  45:23 49:10 51:18

  52:10 53:8,9
  54:18 55:3 56:24
  57:1 58:1,4,16
  59:2,18,22 66:21
  67:12 70:24 71:14
**risk** 27:12
**road** 8:25 12:22
  59:7 60:15
**Rock** 44:5
**roof** 61:14,15,18
  69:9,18,22,23
  70:2
**roofing** 59:11
**roofs** 69:25 73:15
  73:16
**room** 65:2
**rope** 46:21
**rotator** 52:7
**roughly** 44:15
**RPR** 1:21
**rules** 6:4,20
**run** 30:1
**run-of-the-mill**
  67:10
**runs** 61:1
**rusty** 52:13
**ruts** 60:19
**Ryan** 18:13

**S**
**S** 2:1 3:5,7,7
**S-T-O-L** 49:20
**safe** 26:9 61:1
**sales** 19:2,3,4 30:8
**Saturday** 58:20
**saw** 50:22 66:8
**saying** 48:19 52:9
  54:7
**school** 11:13,15,17
  11:21 15:4 25:13
  25:15 40:25 41:1
  68:14
**scratched** 52:15,20
**seal** 77:18
**second** 33:4
**secretarial** 11:25
**Security** 27:15 39:5
  41:13,15,23 42:17
**see** 9:25 21:4 23:8
  48:12 49:11,18

  51:3 52:12 74:12
  74:14
**seeing** 50:11,16
  51:14,15
**sell** 9:11 10:20 11:3
  62:2
**sells** 28:4
**semi** 39:7 54:17,18
  54:20 68:9
**Seneca** 35:4,5,9,15
  35:18
**sense** 8:1
**separate** 6:9
**September** 77:23
**septic** 72:14,17
**septics** 55:15
**Service** 12:20
**Services** 13:10
  36:16,21
**set** 77:17
**seven** 16:24 28:2,2
  39:2
**shake** 6:13
**sheets** 76:19
**shift** 57:6
**short** 42:12,13,19
**shortly** 62:6
**shoulder** 52:6
**shoulders** 6:14
**shoveling** 69:17
  70:5
**shrubs** 69:19
**shrug** 6:13
**siblings** 22:11
**side** 46:22
**single** 26:6 41:16
**sit** 47:3
**situation** 29:1 44:6
  49:4 57:19
**six** 28:2 29:10,11
  38:2,13 40:15
**size** 64:5
**ski** 45:6
**slab** 64:8,13,17
**sled** 61:2
**sledding** 61:1
**slipping** 60:19
**slow** 30:16
**small** 42:22 47:14
  54:8 58:7

**snow** 9:9
**snowplow** 60:4
**snowplowing** 69:8
  69:17 70:4 73:21
**sold** 9:23 10:8,23
  62:3
**somebody** 28:4
  54:24 59:23 61:9
  64:10 69:15
**someplace** 25:5
**son** 22:10 45:17
  63:19 72:13,20
**Sophia** 19:20
**sorry** 5:11 12:1
  20:1 21:7,24 24:7
  24:10 26:17 28:13
  36:20 39:11,17,21
  39:21 51:18 54:7
  58:15 62:24 68:24
  71:21
**sort** 11:6 50:2
  64:14
**soulmate** 46:1
**sounds** 24:12 30:24
  42:12 55:4 59:15
**south** 1:4 4:9 17:6
  25:2 31:17 76:4
**speak** 7:25 50:8
**speaking** 69:22
**special** 37:17 67:16
**specialist** 4:13
**speedboat** 44:2,23
**spell** 6:25 12:25
**spelling** 13:3
**spent** 72:15
**sphillips@phillip...**
  2:5
**sphillips2@philli...**
  2:6
**spoken** 21:17
**SS** 77:2
**St** 16:1,21 17:6
**standard** 44:15
  50:25
**start** 3:9 7:10 22:6
  28:3 33:1,15
  39:23
**started** 12:14 24:6
  34:6,17 40:18
  53:10 56:4

**state** 4:16 5:2 77:1
  77:6,22
**Stated** 4:8
**STATES** 1:2 76:2
**stayed** 20:10
**step** 43:7
**stephen** 2:3,4 4:20
**Steve** 4:19
**Stewart** 4:12,15
**Stoli** 49:20
**stop** 30:13 32:21
  41:14 42:7 55:10
**stopped** 13:25
  29:24 30:1 31:8
  32:23 37:23 42:17
  55:25
**stored** 63:23
**stores** 56:8,10
**storms** 69:20
**straight** 9:7 60:2
**Street** 1:17 2:4 8:7
  8:24 77:9
**Strike** 74:18
**strips** 52:19
**structure** 64:25
**studio** 16:18,20
**Sturgis** 1:6,7,15 3:2
  4:6,10,22 5:3,4
  18:7,13 19:8
  31:20 35:15 65:15
  75:10 76:6,7,17
  76:23 77:8
**Sturgis'** 33:22
  49:24
**successful** 30:5
**suffered** 46:2
**Suite** 2:4,10
**Suites** 1:16 77:8
**Sun** 40:25 41:1
**Sunday** 58:20
**support** 26:2,22
  71:2
**supported** 70:23
**supporting** 25:18
  25:22 70:18
**sure** 6:17 7:3 16:24
  23:4 26:8 33:5
  34:12 35:6 36:22
  49:13 50:15 51:11
  52:18 53:5,20

**T**

54:8 57:8 58:6
  65:21 67:22
**surgeries** 51:23
  52:4
**surgery** 42:9 52:6
  52:12
**surrendered** 43:5
**Surviving** 46:5
**swear** 4:17
**swim** 46:17,19,19
  46:24 47:5
**swimmer** 46:16
**swimming** 46:23
  47:8,21,22 48:5
**sworn** 4:24

**T**

**T** 3:5,7,7
**T-H-I-L-L-E-N**
  16:12
**T-O-R-S-T-E-N-...**
  20:13
**take** 11:24 23:1,1
  31:13,17 32:5
  35:13 39:22,22,23
  40:24 41:19 42:5
  44:8 56:6,7 59:20
  61:10 64:22 65:5
**taken** 1:16 4:6
  33:10 59:20 65:11
  67:8 77:8
**talents** 59:13
**talk** 7:16
**talked** 26:3 74:15
**talking** 7:18 26:12
  46:7 50:22 62:17
  62:21
**taught** 63:8
**Taylor** 19:16
**teach** 64:4
**team** 74:4 75:6
**TECHNICIAN** 4:2
  33:8,11 65:9,12
  75:9
**tell** 3:8 6:23,24
  7:13,22 8:1 16:25
  22:5 32:25 46:12
  48:15 57:2 58:2
  59:23
**telling** 55:5,14

**Ten** 14:1
**testified** 4:24
**testimony** 76:20
**Thank** 70:13
**thawing** 72:16
**therapy** 46:11
**Thillen** 16:12
**things** 7:15 26:4
  28:14 48:23,25
  49:1 55:13,15
  59:4,19 60:1
  72:11 73:25 74:3
  75:2
**think** 8:14 17:6
  24:7 33:14 39:14
  54:9 65:16 66:9
  69:2
**third** 57:6
**thought** 15:3 19:23
  35:23 67:24 68:5
  71:21
**three** 9:23 10:15
  20:6 23:19 43:17
  53:4,7 57:15,15
  58:11 72:15
**tie** 46:21
**time** 5:21 6:16 7:2
  7:18,24 10:6 11:2
  12:11 14:13,17
  22:3 23:5 25:17
  25:21,25 26:12,20
  27:3,22 29:4,9,14
  29:20 30:13,16,19
  30:22 31:10 32:16
  34:6,14,17,23,24
  35:13 39:22,23
  40:17 41:7,10
  43:2 48:16 50:20
  50:22 51:19 52:22
  53:1 54:19 55:23
  56:2 57:17 58:19
  60:14,20 62:1
  67:24 68:21 69:1
  71:10 72:13 74:16
  74:16
**times** 7:6 60:18
  71:2 72:5 74:1,21
  74:23
**timing** 23:24
**tires** 26:9 63:9

**today** 5:16,20,23
  6:18 14:24 15:21
  25:23 26:3 29:21
**Today's** 4:3
**told** 19:21 34:3,13
  39:14 43:8 44:13
  63:24 68:7 69:21
**Tomah** 27:11,11,19
  30:20 38:18 50:6
  50:7 56:6,6
**torn** 52:6,7
**Torstenson** 20:13
  20:14,16
**town** 30:19
**track** 40:3
**tractor** 63:15 65:2
  68:10
**tractor-trailer-se...**
  55:18,19,20
**tractors** 68:11,13
**trails** 60:22,24
**training** 37:19
**transcript** 4:1
  76:20
**transfer** 1:11 56:5
  76:11
**travel** 74:18,20
**treated** 29:2
**treatment** 37:9,12
  51:3
**Tree** 61:3
**trees** 61:4 69:19
**trimming** 61:3
**trips** 42:19 74:21
  74:22
**truck** 41:18 42:23
  43:7 52:18 54:15
  54:23 56:16 74:16
  74:20
**truckers** 50:25
**trucking** 17:18
  52:25,25 53:3,18
  53:25 54:12 55:8
  56:11,14 58:5
**trucks** 53:24 55:2
  58:6
**true** 55:1 76:20
**truth** 57:3
**try** 5:20 7:15 8:3
  47:6 48:14 49:1

**trying** 6:16 7:2,3
  13:11 24:7 28:14
  48:24 49:8 54:9
  56:20
**tube** 46:21
**tumors** 52:11
**turned** 71:1
**two** 8:10 9:20 13:22
  15:16 16:9 27:20
  35:17 43:17 53:24
  57:15 58:11,21
  62:23,25 72:15
**type** 6:22 33:14
  37:11 69:14
**types** 59:4,25 72:11

**U**

**U** 3:7
**um-hum** 6:21
  47:18 56:18 58:23
  69:24 70:20 73:24
**unable** 9:6
**unanswered** 34:1
**understand** 7:22
  7:23 8:2 28:14
  52:8 69:4
**understanding**
  33:21 52:24 53:1
**Unemployment**
  29:5,8,22,25 30:1
  31:5,8
**unh-unh** 6:22
**United** 1:2 4:7 76:2
**units** 12:11
**upkeep** 59:24
  60:20
**uplifting** 49:1
**use** 44:4,7,18,23

**V**

**v-** 1:10 76:10
**vacant** 9:20
**vague** 71:9
**varied** 27:20 58:11
**vegetable** 47:14
**vehicle** 74:8
**vehicles** 63:11,12
  63:14
**versus** 4:10
**video** 1:15 4:2,5,13

33:8,11 65:9,12
75:9,9 77:7
**Videographer** 2:14
**videotaped** 6:9
**view** 10:25
**vintage** 63:25

**W**

**W** 2:9
**W-I-S-S-O-T-A**
43:20
**wait** 33:2,2 36:18
39:10,10 60:9,9
61:16,16,16
**waking** 48:18
**walleye** 45:9,10
**Walworth** 14:7,9
**want** 5:12 59:15
63:20
**wanted** 22:25 23:22
41:3,4 57:21
67:25
**wasn't** 36:18 52:7
57:19 60:9 73:10
**water** 45:6
**way** 25:19 29:20
64:24 66:15
**we're** 4:2 7:18
26:19 33:8,11,18
65:9,12,16 75:10
**weed** 75:4
**weeds** 75:5
**week** 45:2 58:9
**weekend** 45:2,4
58:17
**weekends** 42:20,21
58:18,19 72:16
74:21
**Wellcraft** 44:1
**went** 14:17 20:10
20:20,24 23:11
30:23,24 34:23
35:9 38:2,16
40:25 41:13 49:18
55:25 56:11,24
74:6
**whacked** 75:4
**whereof** 77:17
**wife's** 17:9 19:7
**windstorms** 61:4

**winter** 2:14 4:11
47:21 72:15
**Wisconsin** 1:17 4:5
8:7,25 9:3 13:21
14:7 18:19,23
24:23 25:8 27:12
34:4 35:17,19
38:8,18 41:1 50:6
77:1,7,9,22
**Wissota** 43:18,19
43:21
**Witch** 68:14,16
**witness** 4:18,22
21:7,10,22 22:1
24:10 35:3 36:5,7
36:20 39:25 40:3
60:11 61:18 62:13
65:8 66:21,25
68:11 71:6 72:2
77:17
**woman** 9:10
**wonderful** 74:14
**words** 29:8 30:9
57:19
**work** 12:10 13:9,23
16:15 17:11,15
18:24 19:9 27:23
28:1 29:23 30:7
30:17,25 31:4,7
32:19 36:13,24
37:7,18 38:16
41:13,15,18 52:22
58:18 59:2,16
60:16 65:3 67:9
67:16 69:14 73:13
75:1
**worked** 35:12
36:15 37:1 53:3
53:18,21 54:3,9
55:17 63:3,14,15
64:3,12 75:5
**Worker's** 28:22
**working** 12:3 27:1
31:2 34:13 36:21
37:23 40:18 42:17
43:1 46:15 47:7
52:1,25 53:14
54:22,23 55:10,22
57:23 58:10 63:4
63:12

**wouldn't** 26:23
74:5
**Wow** 16:22
**write** 7:23
**writers** 27:17

**X**

**x** 3:1,5 64:6

**Y**

**yeah** 21:22 50:14
51:5 56:16 73:14
74:25
**year** 8:18 10:18
11:19 15:5 23:2
28:8 41:11 42:8
42:13 43:5 44:20
45:12 58:8
**years** 6:5 14:1
16:24,24 23:19
28:2,2 30:24 38:4
39:2,2 49:10
50:12 51:13 52:9
52:9 53:4,7 57:8
57:15,15 62:3
67:7
**Yep** 74:25
**Yeses** 6:21
**YMCA** 47:23,24
48:1
**yoga** 16:20
**younger** 41:16

**Z**

**Z** 13:2
**zebra** 13:1,2

**0**

**1**

**1** 3:8
**1,000** 27:22
**1:23** 65:10
**1:35** 65:13
**1:46** 1:19 75:11
**10** 9:14,24 72:14
**10/21/1956** 11:10
**11051** 2:10
**12** 24:5
**12:06** 1:19 4:3
77:10

**12:41** 33:9
**12:46** 33:12
**126** 44:16
**13** 10:1
**13.9** 10:2
**15** 18:21 22:24
24:13 51:13 72:14
**15-years-old** 19:18
23:6 24:2
**16** 51:13
**161** 2:4
**163rd** 8:7,23 70:11
**17** 67:21 77:23
**18** 38:4 70:19 71:1
71:25
**1800-square** 9:17
**19** 39:25 41:11
**1964** 63:16
**1974** 11:20
**1978** 15:10 43:17
**1987** 13:11
**1992** 15:10
**1993** 14:13 15:6
34:14
**1995** 6:3
**1996** 13:24 34:11
35:7
**1997** 23:7
**1999** 39:17,17
**1st** 8:18,19 77:18

**2**

**20-foot** 46:21
**2000** 10:17,18 23:4
23:4,23 32:22
36:22 37:19,24,25
39:10,15,15 51:17
**2005** 19:16 62:23
**2007** 10:22
**2008** 39:7 41:11
64:21 65:20
**2009** 19:20 65:20
**2010** 39:7 41:11,12
**2015** 27:5 29:14
74:19
**2016** 29:14,15
67:21
**2017** 29:15,16 31:1
31:1 66:10
**2018** 5:8 8:13 25:17

**25:21,25 26:13,20**
31:2 62:2
**2019** 8:19,20 32:23
66:25
**2020** 1:18 4:3 77:10
77:18
**2021** 77:23
**20649** 8:25
**219.791.1900** 2:11
**22** 4:3
**22nd** 1:18 77:10
**25** 3:9 6:5
**26th** 15:6
**2800** 12:11

**3**

**3:19-cv-00440-D...**
1:10 76:10
**30** 9:3
**300** 70:8
**312.346.4262** 2:6
**32/Line** 3:9
**36** 22:18
**37-years-old** 15:22
18:17
**3rd** 1:17 77:9

**4**

**40** 64:6,6
**400s** 62:23
**41-years-old** 17:2
**46307** 2:10
**4925** 2:4

**5**

**511** 1:17 77:9
**54618** 9:1
**54729** 8:8

**6**

**6** 3:3
**6,000** 43:22
**60-years-old** 30:18
**60601** 2:5

**7**

**70** 3:4

**8**

**8,000** 30:20
**800** 9:7 60:2

**80s** 13:17
**8135** 8:7
**87** 14:14

**9**

**9** 64:21
**93** 14:13,14 35:7
**96** 14:13 35:20,21
   35:21 36:22
**97** 34:11 36:22