# Nora C Ostrofe, MBA, CEA, AVA

Emeryville , California



## Contact Information

**Additional States:** Alaska
**Company:** Hagen, Streiff, Newton & Oshiro Accountants PC
**Phone:** 510-388-4415
**Cell:** 510-740-0376
**Fax:** 510-740-0190
**Website:** www.hsno.com

## Specialties & Experience

**General Specialties:** Economics and Financial

**Specialty Focus:** Economic Loss, Valuation Of Economic Loss, Valuation Of Wrongful Death, Business Interruption, Marital Dissolution, Pension Valuation, Business Valuation, Employment Laws

**Education:** Economics, University of California at Los Angeles; Teaching Credential in English and Social Science, University of CA at Berkeley; Masters Degree in Business Administration, St. Mary's College; Certificate in Accounting, University of CA at Berkeley

**Years in Practice:** 11

## Additional Information

Professional, detailed valuation of economic loss in the following practice areas: personal injury / wrongful death (including maritime and medical malpractice); employment law; business interruption; and marital dissolution (including business and pension valuation). Reasonable rates.

---

mail@seak.com    Phone: **508.457.5150**    Fax: **508.540.8304**                        © 2021 SEAK, Inc. All Rights Reserved.

Terms of Use: The information on individual listees is as provided and had not been independently verified. SEAK's Directories are promotional media - listees are not employees or contractors of SEAK and SEAK has not vetted the listees.

**Exhibit B**