UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BARBARA STURGIS, Individually and as Administrator of the Estate of DAVID STURGIS, Deceased,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R&L CARRIERS INC., R&L TRANSFER, INC., GREENWOOD MOTOR LINES, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>) CASE NO.: 3:19-cv-00440-DRL-MGG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' F.R.E. 702 MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S PROPOSED EXPERT

　　Defendants, R & L Carriers, Inc., R & L Transfer, Inc., Greenwood Motor Lines, Inc., by counsel, Edward W. Hearn, Gregory D. Conforti, and Catherine A. Breitweiser-Hurst of JOHNSON & BELL, P.C., pursuant to *Federal Rule of Evidence* 702, respectfully move this Court to exclude plaintiff's expert, David S. Gibson for failing to meet the standard for admissibility under *Fed. R. Evid.* 702 as clarified by Daubert and its progeny. Defendants submit a Memorandum in Support of this Motion, with Exhibits, separately.

　　WHEREFORE, Defendants respectfully request the Court to exclude the opinions of plaintiff's expert witness Mr. David S. Gibson and for all other relief that is just and proper.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JOHNSON & BELL, P.C.

　　　　　　　　　　　By:　*/s/Edward W. Hearn*
　　　　　　　　　　　　　　Edward Hearn, (#18691- 64)
　　　　　　　　　　　　　　Gregory D. Conforti, (IL#619784)

                                            Catherine Hurst, (#26779-45)
                                            8488 Georgia Street, Suite A
                                            Merrillville, Indiana 46410
                                            (219) 791-1900
                                            hearne@jbltd.com
                                            confortig@jbltd.com
                                            breitweiserhurstc@jbltd.com

## **CERTIFICATE OF SERVICE**

  I certify that on February 1, 2021, we filed the foregoing document using this Court's CM/ECF system and this document was served on all counsel of record through the Court's CM/ECF system. Parties may access the pleading through the Court's CM/ECF online system.

Kevin C. Smith - ksmith@smithsersic.com
Stephen D. Phillips - SPHILLIPS@phillipslegal.com
Terrence M. Quinn - tquinn@phillipslegal.com
Stephen J. Phillips - SPhillips2@phillipslegal.com

            */s/ Edward W. Hearn*
            Edward W. Hearn Attorney at Law