**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARIA GONZALEZ, as mother and next friend of, M.G., a minor, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUTHWEST AIRLINES CO., )<br>)<br>Defendant. ) | Case No.: 1:13-cv-03630<br><br>Honorable Judge Gary Feinerman |

## NOTICE OF FILING

To: All counsel, by way of ECF

**PLEASE TAKE NOTICE** that on **March 10, 2016**, we have filed with the Clerk of the United States District Court for the Northern District of Illinois, **Defendant Southwest Airlines Co.'s Motion in Limine No. 7 to Bar Opinions of Experts Dr. Lawrence Vogel and David Gibson**, a copy of which is attached hereto.

Respectfully submitted,

MERLO KANOFSKY GREGG & MACHALINSKI Ltd.

By: *s/Donald G. Machalinski*
     Donald G. Machalinski

Attorneys for the Defendant,
SOUTHWEST AIRLINES CO.
Donald G. Machalinski-ARDC No. 6200246
Linda J. Schneider-ARDC No. 6200343
Jennifer L. Smith-ARDC No. 6283504
MERLO KANOFSKY GREGG & MACHALINSKI Ltd.
208 South LaSalle Street, Suite 1750
Chicago, Illinois 60604
Telephone No.: (312) 553-5500 / Facsimile: (312) 553-1586
E-Mail: dgm@merlolaw.com
       ljs@merlolaw.com
       jls@merlolaw.com

## CERTIFICATE OF SERVICE

I, Donald G. Machalinski, certify that on **March 10, 2016,** the **Defendant, Southwest Airlines Co.'s, Notice of Filing** and **Motion in Limine No. 7 to Bar Opinions of Experts Dr. Lawrence Vogel and David Gibson** were filed electronically with the Court. Notice of this filing will be accomplished pursuant to the Electronic Court Filing system (ECF) as to Filing Users and shall comply with Local Rule 5.5 as to any party who is not a Filing User or represented by a Filing User. Parties may access this filing through the Court's system.

                                        MERLO KANOFSKY GREGG & MACHALINSKI Ltd.

                                        By: *s/Donald G. Machalinski*
                                                 Donald G. Machalinski

Attorneys for the Defendant,
SOUTHWEST AIRLINES CO.
Donald G. Machalinski-ARDC No. 6200246
Linda J. Schneider-ARDC No. 6200343
Jennifer L. Smith-ARDC No. 6283504
MERLO KANOFSKY GREGG & MACHALINSKI Ltd.
208 South LaSalle Street, Suite 1750
Chicago, Illinois 60604
Telephone No.: (312) 553-5500 / Facsimile: (312) 553-1586
E-Mail: dgm@merlolaw.com
       ljs@merlolaw.com
       jls@merlolaw.com